FILED

09/01/2020

CENTRAL DISTRICT OF CALIFORNIA

BY: ___ DM ___ DEPUTY

# *Memorandum*

| | |
|---|---|
| Subject:    2:20-cr-00387-FMO <br><br> <u>United States v. Steven Duarte</u> | Date: <br><br> September 1, 2020 |

| | |
|---|---|
| To: <br><br> KIRY K. GRAY <br> Clerk, United States District Court <br> Central District of California | From: <br><br> ALI MOGHADDAS <br> Assistant United States Attorney <br> Criminal Division |

For purposes of determining whether the above-referenced matter, being filed on September 1, 2020:

(a)     should be assigned to the Honorable André Birotte Jr., it

     ☐ is

     ☒ is not

a matter that was pending in the United States Attorney's Office (USAO) on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)     should be assigned to the Honorable Michael W. Fitzgerald, it

     ☐ is

     ☒ is not

(1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

ALI MOGHADDAS
Assistant United States Attorney