```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
AMANDA ELBOGEN (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5748
     Facsimile: (213) 894-0141
     E-mail:    amanda.elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>STEVEN DUARTE,<br><br>　　　　Defendants. | No. 2:20-CR-00387-FMO<br><br>NOTICE OF RE-ASSIGNMENT OF CRIMINAL CASE |
|---|---|

　　　Plaintiff, United States of America, hereby advises the court that the above-captioned case has been re-assigned to a new Assistant United States Attorney ("AUSA") as follows:

| Role | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Ali Moghaddas | ali.moghaddas@usdoj.gov |
| Newly Assigned AUSA | Amanda Elbogen | amanda.elbogen@usdoj.gov |

//

//

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails related to filings in this case, and that the previously assigned AUSA is removed from the docket.

Dated: September 10, 2020            Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


   /s/ *Amanda Elbogen*
AMANDA ELBOGEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA