# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | Western Division |
|---|---|
| vs. | Case Number: 2:20-CR-00387-FMO  Indictment<br>Initial App. Date: 11/13/2020  Custody<br>Initial App. Time: 1:00 PM |
| Steven Duarte | |
| Defendant. | Date Filed: 09/01/2020<br>Violation: 18:922<br>CourtSmart/ Reporter: Pat Cuneo |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alka Sagar | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Felix, Alma — *Deputy Clerk*;  Michael Morse — *Assistant U.S. Attorney*;  None — *Interpreter/Language*

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☒ Defendant states true name ☐ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
- ☒ Attorney: Oliver Cleary, Panel ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
- ☐ Special appearance by: _____
- ☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
- ☒ Defendant is ordered: ☐ Permanently Detained ☒ Temporarily Detained (see separate order).
- ☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.
- ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 4:30 PM _____
- ☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - ☒ Warrant of removal and final commitment are ordered stayed until _____
- ☒ Case continued to (Date) 11/18/2020 (Time) 1:00 AM/**PM**
  - Type of Hearing: Detention Hearing Before Judge Sagar /Duty Magistrate Judge.
  - Proceedings will be held in the ☐ Duty Courtroom _____ ☒ Judge's Courtroom 540 NTC
- ☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ RELEASE ORDER NO:
- ☒ Other: PIA held, see separate minute order.

☒ PSA ☐ USPO   ☒ FINANCIAL   ☒ READY

Deputy Clerk Initials: AF / 05