**DECLARATION OF AMANDA ELBOGEN**

I, AMANDA ELBOGEN, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California and am assigned to the prosecution of United States v. Steven Duarte, CR No. 20-387-FMO. I make this declaration in support of the government's ex parte application to continue the trial date and exclude time under the Speedy Trial Act. I have knowledge of the facts set forth herein and would testify to those facts if called and sworn as a witness.

2. In response to public health concerns posed by the coronavirus, personnel in my office, as well as victim-witness specialists, have been encouraged to telework to minimize personal contact to the greatest extent possible at this time. Trial preparation for this matter will involve close contact with witnesses, which is inconsistent with my understanding of the current advice from the Centers from Disease Control.

3. On November 23, 2020, November 24, 2020, and December 1, 2020, I communicated with Deputy Federal Public Defender Oliver Cleary, counsel for defendant. Mr. Cleary informed me that, because his client is being detained at Metropolitan Detention Center Los Angeles ("MDC"), he has not been able to speak with his client to discuss a trial continuance. Mr. Cleary advised me that though he had not been able to discuss a continuance with his client, he does not oppose this ex parte application.

4. On December 1, 2020, Mr. Cleary also informed me that he is available for trial on June 1, 2021, and indicated that he is presently scheduled to be in trial for the following cases: United

13

States v. Lowry, CR-19-786-RGK, a drug transportation case set for trial on February 2, 2021; United States v. Marcial, CR-20-127-JGB, a two-defendant drug importation case set for trial on February 16, 2021; United States v. Ingram, CR-19-551-MWF, a destruction of mail receptacle and possession of stolen mail case set for trial on March 16, 2021; United States v. Payan-Castillo et al., CR-18-335-AB, a 25-defendant narcotics conspiracy case set for trial on March 16, 2021; United States v. Williams et al., CR-19-427-FMO, a drug conspiracy case set for trial on March 30, 2021; United States v. Trinidad, CR-19-776-MWF, a drug distribution conspiracy case set for trial set on March 30, 2021; and United States v. Lerma, CR-18-172-GW, a RICO drug case set for trial on May 11, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 2, 2020.

AMANDA ELBOGEN