# EXHIBIT A



**From:** LOS-Warden-S███████████████████
**Sent:** Monday, November 16, 2020 11:57 AM
**To:** █████████████████████████████
**Cc:** ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████████████
**Subject:** Update No.24- Metropolitan Detention Center- Los Angeles

Dear Judge Gutierrez and Magistrate Judge Abrams,

I write to provide a further update on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") and its response to the Coronavirus Disease 2019 (COVID-19) pandemic.

As I explained last week, on Tuesday, November 3, 2020, our medical staff tested an inmate who was due for release for COVID-19 utilizing the rapid testing machine which resulted in a positive test for COVID-19. As is also standard agency procedure, our staff also obtained a second nasal swab and sent it out to a local laboratory for confirmation of the result. Unfortunately, this second nasal swab confirmed the positive result and this inmate remains in isolation.

As I also explained, we immediately placed this inmate's housing unit, 6 North, on quarantine and began obtaining nasal swabs from all of the inmates housed in that housing unit. I must report that 99 of the inmates on that housing unit have so far had their tests return "positive". All of these inmates have been placed in isolation and will remain in that status until they have satisfied the CDC and BOP standards for the discontinuation of isolation. As is also standard agency procedure, the remainder of the inmates from 6 North must remain on quarantine as a result of their potential exposure to these positive COVID-19 cases.

On Saturday, November 14, 2020, an inmate on housing unit 7 North became symptomatic. Our medical staff tested the inmate utilizing the rapid testing machine which resulted in a positive test for COVID-19. We are still awaiting the results of the second nasal swab that was sent out to a local laboratory for confirmation of the result. All inmates on 7 North will be tested for COVID-19. As a precaution, 20% of every other housing unit will also be tested for COVID-19. The inmates will not be removed from quarantine or isolation until they can satisfy the CDC and BOP's standards of termination of that status.

Please note that the BOP cannot simply release a list of inmates who are either in isolation or on quarantine. Instead, please contact the institution if you would like to know if an inmate is on quarantine or isolation status.

Given the current number of positive cases, we will be limiting inmate movement for all inmates in the institution. As a result, all VTC hearings and VTC visits have been temporarily

suspended. Furthermore, in-person legal and social visitation are also temporarily suspended. All telephone calls, whether legal calls or telephonic hearings, are also temporarily suspended. Although cognizant of the issues that these suspensions may present, we are implementing these procedures to avoid even the potential of exposure and spread of the virus to other inmates, staff and visitors. Any lesser measures creates the opportunity of the virus to spread even further within the institution and we simply cannot take that risk.

I will continue to keep you informed of the situation, including when the institution can resume modified operations.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period.  If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information.  Again, I ask that you disseminate this letter to all of the Judges in the District Court so that it can be shared as widely as possible.  Furthermore, I am again copying this letter to the individuals and agencies indicated below.

Sincerely,

W. Z. Jenkins II
Warden


cc:    Honorable Dale S. Fischer
        Kiry K. Gray, District Court Executive & Clerk of Court
        Nicola T. Hanna, United States Attorney
        Tracy Wilkison, First Assistant United States Attorney
        Brandon Fox, Chief of the Criminal Division, USAO
        Cuauhtemoc Ortega, Federal Public Defender
        Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
        Marilyn E. Bednarski, CJA Panel
        Anthony M. Solis, CJA Panel
        David M. Singer, U.S. Marshal
        Rogelio Nuno Marquez, Assistant Chief U.S. Marshal
        Michelle Carey, Chief U.S. Probation Officer