# EXHIBIT B



**From:** LOS-Warden-S
**Sent:** Monday, November 23, 2020 1:17 PM

**Subject:** Update No.25- Metropolitan Detention Center- Los Angeles

Dear Judge Gutierrez and Magistrate Judge Abrams,

I write to provide a further update on the status of the Metropolitan Detention Center in Los Angeles ("MDCLA") and its response to the Coronavirus Disease 2019 (COVID-19) pandemic.

As I emailed last Monday, there has been a significant outbreak of COVID-19 at the MDCLA. Unfortunately, as we have continued to test our inmate population, we are finding positive inmates on housing units in addition to 6 North. As of today, there are 203 inmates with confirmed positive COVID-19 tests results at MDCLA. These additional positive tests have now placed most of MDCLA's housing units on either quarantine or isolation status. More specifically, housing units 5 North, 6 South, 8 North (the Special Housing Unit), the 8 South Annex, and 9 North are currently on quarantine. Housing units 6 North, 7 North and 8 South are on isolation. Housing Unit 5 South remains the institution's designated intake quarantine unit.

The inmates will not be removed from quarantine or isolation until they can satisfy the CDC and BOP's standards of termination of that status. For inmates in quarantine, this requires that they have a confirmed negative test taken no earlier than day 14 of the quarantine. BOP COVID-19 Pandemic Response Plan, Module 3, p. 6. Furthermore, while in either quarantine or isolation status, each inmate will be closely monitored with symptom and temperature checks conducted at least once a day. BOP COVID-19 Pandemic Response Plan, Module 4, p. 7 and 13.

As I emailed last week, the BOP cannot simply release a list of inmates who are either in isolation or on quarantine. Instead, if you or the any of the attorneys in the case have a question about a specific inmate, I would ask that you contact the institution so that we can provide information about the inmate's quarantine or isolation status.

Finally, given this situation, we will be extending our previously announced limits on internal movement with the institution through at least December 15, 2020. As a result, all VTC hearings, VTC visits, legal and social visitation, use of TRULINCS and all telephone calls are suspended through at least that date. Although cognizant of the issues that these suspensions

may present, we are implementing these procedures to minimize the potential of further exposure and spread of the virus within the institution. Any lesser measures creates the opportunity of the virus to spread even further within the institution.

I will continue to keep you informed of the situation, including when the institution can resume modified operations.

Once again, thank you for the patience and cooperation you have extended to our institution throughout this emergency period. If you have any questions, please do not hesitate to contact my office or our legal team and we will provide you with that information. Again, I ask that you disseminate this letter to all of the Judges in the District Court so that it can be shared as widely as possible. Furthermore, I am again copying this email to the individuals and agencies indicated below.

Sincerely,

W. Z. Jenkins II
Warden


cc: Honorable Dale S. Fischer
    Kiry K. Gray, District Court Executive & Clerk of Court
    Nicola T. Hanna, United States Attorney
    Tracy Wilkison, First Assistant United States Attorney
    Brandon Fox, Chief of the Criminal Division, USAO
    Cuauhtemoc Ortega, Federal Public Defender
    Amy M. Karlin, Chief Deputy of the Federal Public Defender's Office
    Marilyn E. Bednarski, CJA Panel
    Anthony M. Solis, CJA Panel
    David M. Singer, U.S. Marshal
    Rogelio Nuno Marquez, Assistant Chief U.S. Marshal
    Michelle Carey, Chief U.S. Probation Officer