UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 20-00387-FMO | | Date | December 4, 2020 |
|---|---|---|---|---|

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Interpreter | None Present |

| Vanessa Figueroa | None Present | Amanda Elbogen, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| STEVEN DUARTE | NOT | X | | Oliver P. Cleary, CJA | NOT | X | |

**Proceeding**   **(In Chambers) Order Re: Case Deadlines**

Pursuant to the Court's Order of December 4, 2020, IT IS ORDERED THAT the schedule of dates is **modified** as set forth below. All other requirements set forth in the Case Management Order issued on November 18, 2020, (Dkt. 10), remain in effect.

1.  No later than **April 16, 2021**, the government shall produce its supplemental disclosure.

2.  The discovery cutoff shall be **April 16, 2021**.

3.  No later than **April 23, 2021**: (A) the parties shall file all pretrial motions, including motions to compel, motions to suppress, and motions in limine; and (B) the government shall file its Pretrial Exhibit Stipulation.

4.  No later than **April 30, 2021**, the parties shall file: (A) response briefs in opposition to pretrial motions; (B) the Joint Proposed Jury Instructions; (C) if necessary, the Disputed Proposed Jury Instructions; and (D) the Proposed Verdict Forms.

5.  No later than **May 7, 2021**, the parties shall file: (A) reply briefs in support of pretrial motions; (B) the Joint Statement of the Case; and (C) the Proposed Voir Dire Questions.

6.  No later than **May 7, 2021**, the government shall file its Trial Memorandum.

7.  A pretrial conference is scheduled for **May 14, 2021,** at **2:00 p.m.** Unless otherwise ordered, hearings on all pending pretrial motions will be held at the same time as the pretrial conference.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

    8.  The trial is scheduled to begin on **June 1, 2021**, at **9:00 a.m.**  On the first day of trial, counsel must appear at 8:30 a.m. to discuss preliminary matters with the court.

                          Initials of Deputy Clerk    vdr