TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RACHEL N. AGRESS (Cal. Bar No. 281703)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0487
    Facsimile: (213) 894-6269
    E-mail:   rachel.agress@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | AMANDA ELBOGEN | Amanda.Elbogen@usdoj.gov |
| Newly Assigned AUSA | RACHEL N. AGRESS | rachel.agress@usdoj.gov |

Please make all necessary changes to the court's case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: February 10, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Rachel N. Agress*

RACHEL N. AGRESS
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA