Law Offices of Oliver Cleary
Oliver P. Cleary [CSB#168440]
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
T: (424) 324-8874
Email: olivercleary@gmail.com
Attorney for Defendant,
Steven Duarte

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DUARTE<br><br>Defendant. | Case No. 20-cr-00387-FMO<br><br>EX PARTE APPLICATION FOR A PRE-PLEA CRIMINAL HISTORY REPORT |

I.

Defendant, STEVEN DUARTE, by and through his counsel of record, Oliver Cleary, hereby applies Ex Parte for an Order requiring the United States Probation Office to prepare a pre-plea pre-sentence report as to defendant's criminal history only so that defense counsel can adequately advise defendant of sentencing consequences should he be convicted, and, to provide counsel with information necessary to adequately negotiate a plea resolution to this case, if deemed appropriate. This application is based on the declaration of counsel and all the files and records in this case.

Dated: April 27, 2021

Respectfully submitted,

*/s/Oliver P. Cleary*
Attorney for Defendant,
Steven Duarte

**DECLARATION OF OLIVER P. CLEARY**

I, Oliver P. Cleary, declare as follows:

1. I am an attorney admitted to practice law in the State of California, I am a member of the Court's CJA Trial Attorney Panel, and, I have been appointed to represent the defendant, STEVEN DUARTE, in the above-captioned case.
2. I am filing this declaration to support my request for this Court to order probation to prepare a pre-plea criminal history report.
3. Mr. DUARTE is charged in the underlying indictment with being a felon in possession (Title 18 § 922(g)(1)) and, forfeiture (Title 18 § 922(d)(1)). To the charges, Mr. STUART has entered a not guilty plea.
4. Mr. DUARTE requests a pre-plea pre-sentence report of his criminal history so that I may adequately understand his criminal history before advising him on the penalties and consequences should an attempt be made to possibly resolve his case. Mr. DUARTE's criminal history is difficult to determine based on the materials and information that I currently possess. Accordingly, I believe that the United States Probation Office could evaluate his criminal history and make the determination of his criminal history.
5. Mr. DUARTE and I are currently set for a jury trial on June 1, 2021. Therefore, I request that the Court order Probation to expedite its preparation of the report.
6. I have personally communicated this request with Assistant Unites States Attorney Rachel Agress who has no opposition to this request for a pre-plea pre-sentence criminal history report.

Executed this 27th day of April, 2021, at Palm Springs, California.

*/s/ Oliver P. Cleary*
Oliver P. Cleary
Attorney for Defendant
Steven Duarte

Law Office of Oliver P. Cleary
Oliver P. Cleary[CSB#168440]
468 N. Camden Dr, Ste. 200
Los Angeles, CA 90210
T: (424) 324-8874

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DUARTE,<br><br>Defendant. | Case No.: **20-cr-00387-FMO**<br><br>CERTIFICATE OF E-SERVICE |

I, Oliver P. Cleary, served the following parties this Ex Parte Application for pre-trial Pre-Sentence Criminal History Report via the CM/ECF electronic filing system and to those registered to receive notice of such filings on the system: Rachel.Agress@usdoj.gov

Dated: April 27, 2021

*s/Oliver P. Cleary*
Oliver P. Cleary
Attorney for Defendant,
Steven Duarte