Law Office of Oliver P. Cleary
Oliver P. Cleary [CSB#168440]
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
T: (424) 324-8874
Email: olivercleary@gmail.com
Attorney for Defendant,
    Steven Duarte

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN DUARTE,<br><br>    Defendant. | Case No. 20-cr-00387-FMO<br><br>[PROPOSED] ORDER FOR A PRE-PLEA CRIMINAL HISTORY REPORT |

    The Court having read and considered defendant's Ex Parte Application for the preparation of a pre-plea pre-sentence Criminal History Report, finding good cause, declares as follows:

    IT IS HEREBY ORDERED that the United States Probation Office shall prepare a pre-plea pre-sentence criminal history report for defendant STEVEN DUARTE on an expedited basis.

IT IS SO ORDERED.

Dated: April 28, 2021                           /s/
                                                      HONORABLE FERNANDO M. OLGUIN
                                                      United States District Judge

cc: U.S. Probation Office