# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **CR 20-00387-FMO** | Date **May 4, 2021** |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Interpreter | None Present |

| Vanessa Figueroa | None Present | Rachel Nechama Agress, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| STEVEN DUARTE | NOT | X | | Oliver P. Cleary, CJA | NOT | X | |

**Proceeding**  (In Chambers) Order re: Pending Motions [26]

Having reviewed and considered defendant Steven Duarte's ("defendant") Motion to Suppress Evidence, Motion to Dismiss, and Motion in Limine (Dkt. 26, "Motions"), IT IS ORDERED THAT defendant's Motions **(Document No. 26)** are hereby **denied without prejudice**.  Under the circumstances here, the court will not accept combined motions.  Each motion should be filed separately, comply with the Local Rules and the court's case management order, and be noticed for hearing pursuant to the Local Rules and/or the court's case management order.  Further, in the event defendant decides to renew his motion to dismiss, defendant's motion must address the Ninth Circuit's recent decisions in United States v. Olsen, 2021 WL 1589359 (9th Cir. 2021) and United States v. Torres, 2021 WL 1589361 (9th Cir. 2021).

|  | 00 : 00 |
|---|---|
| Initials of Deputy Clerk | vdr |