Oliver P. Cleary [SB#168440]
LAW OFFICES OF OLIVER P. CLEARY
468 N. Camden Drive, #200
Beverly Hills, CA 90210
T: (424) 324-8874
olivercleary@gmail.com

Attorney for defendant,
Steven Duarte

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVEN DUARTE<br><br>    Defendant. | Case No.: CR 20-00387-FMO<br><br>**DEFENDANT STEVEN DUARTE'S OBJECTION TO TRIAL CONTINUANCE** |

TO ALL INTERESTED PARTIES:

　　Defendant STEVEN DUARTE, by and through his attorney of record, Oliver P. Cleary, Esq., does hereby object to the continuance of the trial from July 27, 2021 to the future dates as outlined in the government's Ex Parte Application for Speedy Trial Act Findings of Excludable Delay. (Doc # 33).

　　The objection is made upon the following grounds:

　　The Indictment was filed on September 1, 2020, over five months after defendant's alleged conduct on March 20, 2020. Further, The government estimates that the trial in this matter will last approximately one to two days. The government has produced discovery to the defense, including over 100 pages of

reports and records relating to defendant's criminal history, and approximately 20 images and audio recordings. The case is neither unusual or complex.

The Speedy Trial Act permits a period of delay resulting from a continuance at the request of the attorney for the Government when based on a finding the ends of justice outweigh the defendant's interest in a speedy trial. 18 U.S.C. § 3161(H)(7)(A). Here, if the court grants the government's request, defendant DUARTE will have been in custody awaiting trial since November 13, 2020. The case is neither complex nor unusual.

Accordingly, defendant STEVEN DUARTE objects to the continuance sought in the Government's Ex Parte Application for Speedy Trial Act Findings of Excludable Delay filed on June 3, 2021 (Docket No. 33), and requests that the trial of this action remain for July 27, 2021.

Dated:      June 3, 2021        Respectfully submitted,

*Oliver P. Cleary*
Oliver Cleary
Attorney for defendant,
Steven Duarte

```
 1  Oliver P. Cleary [SB#168440]
    LAW OFFICES OF OLIVER P. CLEARY
 2  468 N. CAMDEN DR., #200
    BEVERLY HILLS, CA 90210
 3  Tel. (424) 324-8874

 4  Attorney for defendant,
              Steven Duarte
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-cr-00387-FMO |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| STEVEN DUARTE, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Oliver Cleary, am a citizen of the United States and am at least eighteen years of age. My business address is 468 N. Camden Dr., #200, Beverly Hills, CA 90210.

I have caused service of <u>Defendant's Objection to the Government's Application for Speedy Trial Act Findings and Excludable Delay</u> to be filed on the court's electronic filing system (CM/ECF) to which the following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

AUSA:      Rachel.Agress@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      6/3/21                *s/Oliver Cleary*
                                         Attorney for Defendant
                                         Steven Duarte