# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | **CR LA 20-00387 FMO** | | Date | June 4, 2021 |

Present: The Honorable   Fernando M. Olguin, United States District Judge

Interpreter   None Present

| Vanessa Figueroa | None Present | Rachel Nechama Agress, AUSA (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| STEVEN DUARTE | NOT | X | | Oliver P. Cleary, CJA | NOT | X | |

**Proceeding**   **(In Chambers) Order Re: Case Deadlines**

Pursuant to the Court's Order of **June 4, 2021**, IT IS ORDERED THAT the schedule of dates is **modified** as set forth below. All other requirements set forth in the Case Management Order issued on **November 18, 2020**, (Dkt. 10), remain in effect.

1. No later than **July 9, 2021**, the government shall produce its supplemental disclosure.

2. The discovery cutoff shall be **July 19, 2021**.

3. No later than **July 23, 2021**: (A) the parties shall file all pretrial motions, including motions to compel, motions to suppress, and motions in limine;(B) the Joint Proposed Jury Instructions; (C) if necessary, the Disputed Proposed Jury Instructions; and (D) the Proposed Verdict Forms.

4. No later than **July 23, 2021**, the government shall file its Pretrial Exhibit Stipulation.

4. No later than **July 30, 2021** the parties shall file: (A) response briefs in opposition to pretrial motions; (B) the Joint Statement of the Case; and (C) the Proposed Voir Dire Questions.

6. No later than **July 30, 2021**, the government shall file its Trial Memorandum and lead counsel for the government shall file, under penalty of perjury, a declaration pursuant to Rule 5(f) that: (1) states whether the government has produced all evidence that is relevant to defendant's guilt or punishment; (2) states whether the government has produced all evidence that is favorable to defendant on the issue of guilt or punishment; (3) describes in detail the efforts made by the government to obtain and produce the required Rule 5(f) and Brady information; and (4) states whether there is any evidence the government has not produced and the legal basis for withholding such evidence.

7. No later than **August 3, 2021**, the parties shall file reply briefs in support of pretrial motions.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

    8.  A pretrial conference is scheduled for **August 6, 2021** at **2:00 p.m.**  Unless otherwise ordered, hearings on all pending pretrial motions will be held at the same time as the pretrial conference.

    9.  The trial is scheduled to begin on **August 24, 2021** at **9:00 a.m.**  On the first day of trial, counsel must appear at 8:30 a.m. to discuss preliminary matters with the court.

    Initials of Deputy Clerk    vdr