TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0304/2238
     Facsimile: (213) 894-0141
     E-mail:    juan.rodriguez@usdoj.gov
                kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO EXTEND GOVERNMENT'S SUPPLEMENTAL DISCLOSURE DEADLINE |
| v. | |
| STEVEN DUARTE, | **CURRENT DEADLINE:** 07/09/21 |
| | **PROPOSED DEADLINE:** 07/16/21 |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney's Office for the Central District of California and Assistant United States Attorneys Kyle W. Kahan and Juan M. Rodriguez, and defendant STEVEN DUARTE ("defendant"), by and through his counsel of record, Oliver P. Cleary, stipulate as follows:

   1.   The government's supplemental disclosure deadline is currently set for July 9, 2021.  (Dkt. 36.)

2. Following prior continuances, on June 4, 2021, this Court granted the government's third ex parte application to continue the trial date to August 24, 2021 and made findings regarding excludable time periods pursuant to the Speedy Trial Act. (Dkt. 35.) The Court also ordered that the government's supplemental disclosure deadline would be July 9, 2021. (Dkt. 36.)

3. By this stipulation, the parties agree and jointly request that the Court extend the government's July 9, 2021 supplemental disclosure deadline to July 16, 2021.

4. The parties agree and jointly request this extension due to the parties' efforts in the past two weeks to resolve the case short of trial. Specifically, the parties were engaged in meet and confer extending through July 6, 2021, and made good faith efforts to resolve the case. The parties now believe that the case will proceed to trial as scheduled on August 24, 2021.

5. In the meantime, the government has made diligent efforts to comply with this Court's pretrial deadlines and intends to actively produce and disclose discovery when required. For example, the government has produced an incident and arrest report, a CAD log, a firearm and ammunition examination report, multiple certified conviction records, RAP sheets, 23 photographs, an audio file, a DNA search warrant and analysis report, booking papers, a Miranda form, an oral swab consent form, reports from the Federal Bureau of Investigation, a phone warrant, and five audio recordings. The limited additional discovery the government expects to produce includes expert witness disclosures and a list of convictions the government intends to offer under Federal Rule of Evidence 609.

Defendant, by and through defense counsel, agrees to waive any objection to the timing of supplemental disclosures.

IT IS SO STIPULATED.

Dated: July 9, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*Kyle Kahan*
JUAN M. RODRIGUEZ
KYLE W. KAHAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

OLIVER P. CLEARY
Attorney for STEVEN DUARTE