```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0304/2238
     Facsimile: (213) 894-0141
     E-mail:    juan.rodriguez@usdoj.gov
                kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
| Plaintiff, | ORDER ON STIPULATION [39] EXTENDING GOVERNMENT'S SUPPLEMENTAL DISCLOSURE DEADLINE |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

The Court has read and considered the Joint Stipulation to Extend Government's Supplemental Disclosure Deadline, filed by the parties in this matter on July 9, 2021. IT IS HEREBY ORDERED that the government's supplemental disclosure deadline currently set for July 9, 2021 is continued to July 16, 2021.

IT IS SO ORDERED.

July 14, 2021                                    /s/
DATE                            HONORABLE FERNANDO M. OLGUIN
                                UNITED STATES DISTRICT JUDGE