```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0304/2238
     Facsimile: (213) 894-0141
     E-mail:    juan.rodriguez@usdoj.gov
                kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date: August 24, 2021<br>Trial Time: 9:00 a.m. |
| STEVEN DUARTE, | Location: Courtroom of the Hon. Fernando M. |
| Defendant. | Olguin |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Juan M. Rodriguez and Kyle W. Kahan, and defendant STEVEN DUARTE, by and through his

//

//

//

//

//

counsel of record, Oliver P. Cleary, herby submit their joint statement of the case.

Dated: July 14, 2021                    Respectfully submitted,

                                              TRACY L. WILKISON
                                              Acting United States Attorney

                                              SCOTT M. GARRINGER
                                              Assistant United States Attorney
                                              Chief, Criminal Division

                                              */s/ Kyle W. Kahan*
                                              _____
                                              JUAN M. RODRIGUEZ
                                              KYLE W. KAHAN
                                              Assistant United States Attorneys

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

Dated: July 14, 2021                    Respectfully submitted,

                                              _____
                                              OLIVER P. CLEARY
                                              Attorney for Defendant
                                              STEVEN DUARTE

**JOINT STATEMENT OF THE CASE**

The government has charged defendant Steven Duarte with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

The government alleges that, on or about March 20, 2020, in Inglewood, California, within the Central District of California, Mr. Duarte knowingly possessed a Smith and Wesson, model Bodyguard 380, .380 caliber pistol, bearing serial number EAT2760, and six rounds of Blazer .380 Auto caliber ammunition.  The government further alleges that, at the time of the offense, Mr. Duarte had been convicted of at least one crime punishable by imprisonment for a term exceeding one year and knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.  The government finally alleges that the firearm and ammunition in Mr. Duarte's possession had been shipped or transported from one state to another.

Mr. Duarte denies the government's allegations and has pleaded not guilty to the charge.