```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
 4  KYLE W. KAHAN (Cal. Bar No. 298848)
    Assistant United States Attorneys
 5  General Crimes Section
         1100/1200 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-0304/2238
         Facsimile: (213) 894-0141
 8       E-mail:    juan.rodriguez@usdoj.gov
                    kyle.kahan@usdoj.gov
 9
10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO MODIFY RESPONSE AND REPLY BRIEF DEADLINE AND TO CONTINUE THE PRETRIAL CONFERENCE |
| v. | |
| STEVEN DUARTE, | **CURRENT RESPONSE BRIEF DEADLINE:** 07/30/21 |
| Defendant. | **PROPOSED RESPONSE BRIEF DEADLINE:** 08/04/21 |
| | **CURRENT REPLY BRIEF DEADLINE:** 08/03/21 |
| | **PROPOSED REPLY BRIEF DEADLINE:** 08/10/21 |
| | **CURRENT PTC DATE:** 08/06/21 |
| | **PROPOSED PTC DATE:** 08/13/21 |

   Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney's Office for the Central District of California and Assistant United States Attorneys Kyle W. Kahan and Juan M. Rodriguez, and defendant STEVEN DUARTE

("defendant"), by and through his counsel of record, Oliver P. Cleary, stipulate as follows:

1. Following prior continuances, on June 4, 2021, this Court granted the government's third ex parte application to continue the trial date to August 24, 2021 and made findings regarding excludable time periods pursuant to the Speedy Trial Act. (Dkt. 35.) The Court also issued an Order re Case Deadlines. (Dkt. 36.)

2. The Order re Case Deadlines, among other deadlines, requires the parties to:

    a. File all pretrial motions, including motions to compel, motions to suppress, and motions in limine by July 23, 2021;

    b. File all response briefs in opposition to pretrial motions by July 30, 2021; and

    c. File reply briefs in support of pretrial motions by August 3, 2021.

3. By this stipulation, the parties agree and jointly request that the Court extend the response briefs and reply briefs deadlines as follows:

    a. All response briefs in opposition to pretrial motions shall be filed by August 3, 2021; and

    b. All reply briefs in support of pretrial motions shall by filed by August 10, 2021.

4. The parties do not seek to modify the deadline to file all pretrial motions, including motions to compel, motions to suppress, and motions in limine, which is currently July 23, 2021.

5. The parties agree and jointly request this extension to provide the parties with additional time to meet and confer in an

effort to, among other things, narrow the pretrial issues. The parties have been making, and will continue to make, diligent efforts to comply with other pretrial deadlines.

6. Because the parties' proposed reply brief deadline, August 10, 2021, is after current August 6, 2021 pretrial conference, the parties agree and jointly request that the Court continue the pretrial conference to August 13, 2021.

IT IS SO STIPULATED.

Dated: July 14, 2021      Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*Juan M. Rodriguez*
JUAN M. RODRIGUEZ
KYLE W. KAHAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

OLIVER P. CLEARY
Attorney for STEVEN DUARTE