TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0304/2238
    Facsimile: (213) 894-0141
    E-mail:   juan.rodriguez@usdoj.gov
               kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER MODIFYING RESPONSE AND REPLY BRIEF DEADLINE AND CONTINUING THE PRETRIAL CONFERENCE |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

    The Court has read and considered the Joint Stipulation to Modify the Response and Reply Brief Deadline and to Continue the Pretrial Conference, filed by the parties in this matter on July 15, 2021. IT IS HEREBY ORDERED that:

    1. All response briefs in opposition to pretrial motions be filed by August 3, 2021;

    2. All reply briefs in support of pretrial motions be filed by August 10, 2021; and

3. The pretrial conference is continued to August 13, 2021 at 2:00 p.m.

IS SO ORDERED.

| | |
|---|---|
| DATE | HONORABLE FERNANDO M. OLGUIN<br>UNITED STATES DISTRICT JUDGE |

Presented by:

*/s/*
JUAN M. RODRIGUEZ
KYLE W. KAHAN
Assistant United States Attorneys