TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0304/2238
     Facsimile: (213) 894-0141
     E-mail:    juan.rodriguez@usdoj.gov
                kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO EXTEND GOVERNMENT'S DISCOVERY CUTOFFF DATE |
| v. | |
| STEVEN DUARTE, | **CURRENT DEADLINE:** 07/19/21<br>**PROPOSED DEADLINE:** 07/30/21 |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney's Office for the Central District of California and Assistant United States Attorneys Kyle W. Kahan and Juan M. Rodriguez, and defendant STEVEN DUARTE ("defendant"), by and through his counsel of record, Oliver P. Cleary, stipulate as follows:

   1.   The government's discovery cutoff date is currently set for July 19, 2021.  (Dkt. 36.)

2.	Following prior continuances, on June 4, 2021, this Court granted the government's ex parte application to continue the trial date to August 24, 2021 and made findings regarding excludable time periods pursuant to the Speedy Trial Act.  (Dkt. 35.)  The Court also ordered that the government's discovery cutoff date would be July 19, 2021.  (Dkt. 36.)

3.	By this stipulation, the parties agree and jointly request that the Court extend the government's July 19, 2021 discovery cutoff date to July 30, 2021.

4.	The parties agree and jointly request this extension due to defendant's request on July 14, 2021 for voluminous materials related to the DNA report in this matter.  The government had produced the original DNA report on April 22, 2021, and on July 14, 2021, defendant made a further request for the DNA expert's documents underlying the report.[1]  The government immediately sought to obtain those materials; however, based on communications with the Los Angeles County Sheriff's Department laboratory, even on an expedited manner, the government does not expect to obtain the vast majority of that discovery until approximately July 23, 2021.  The additional discovery the government expects to produce includes discovery related to the DNA report in this matter, including but not limited to case notes by the criminalist who analyzed the results, and records of the tests and programs used to perform the DNA testing, among other related materials.  The government will produce that additional material as soon as it becomes available.

---

[1] On July 16, 2021, the government formally noticed its DNA expert in this case.

The government understands that the defense requests this material because it may be seeking to introduce its own DNA expert at trial.[2]

5.   In the meantime, the government has made diligent efforts to comply with this Court's pretrial deadlines and intends to actively produce and disclose discovery when required.  Further, the government has produced an incident and arrest report, a CAD log, a firearm and ammunition examination report, multiple certified conviction records, RAP sheets, 23 photographs, an audio file, a DNA search warrant and analysis report, booking papers, a Miranda form, an oral swab consent form, reports from the Federal Bureau of Investigation, a phone warrant, five audio recordings, CVs for two proposed expert witnesses, and policy and procedure guidelines for the Los Angeles County Sheriff's Department laboratory.

IT IS SO STIPULATED.

---

[2] On July 14, 2021, the defense provided the government with the name and CV of a proposed DNA expert witness.  As of the filing of this stipulation, the defense has not produced a report from this witness.

Dated: July 16, 2021         Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


*/s/ Kyle W. Kahan*
JUAN M. RODRIGUEZ
KYLE W. KAHAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

OLIVER P. CLEARY
Attorney for STEVEN DUARTE