TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0304/2238
    Facsimile: (213) 894-0141
    E-mail:   juan.rodriguez@usdoj.gov
              kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER EXTENDING GOVERNMENT'S DISCOVERY CUTOFF DATE |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

The Court has read and considered the Joint Stipulation to Extend Government's Supplemental Disclosure Deadline, filed by the parties in this matter on July 16, 2021.

//

//

//

//

IT IS HEREBY ORDERED that the government's discovery cutoff date currently set for July 19, 2021 is continued to July 30, 2021.

    IS SO ORDERED.

_____      _____
DATE                                       HONORABLE FERNANDO M. OLGUIN
                                              UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Kyle W. Kahan*
JUAN M. RODRIGUEZ
KYLE W. KAHAN
Assistant United States Attorneys