```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
 4  KYLE W. KAHAN (Cal. Bar No. 298848)
    Assistant United States Attorneys
 5  General Crimes Section
         1100/1200 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-0304/2238
         Facsimile: (213) 894-0141
 8       E-mail:    juan.rodriguez@usdoj.gov
                    kyle.kahan@usdoj.gov
 9
10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | <u>ORDER DENYING STIPULATION [43]</u> |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

~~The Court has read and considered the Joint Stipulation to Extend Government's Supplemental Disclosure Deadline, filed by the parties in this matter on July 16, 2021.~~

~~//~~

~~//~~

~~//~~

~~//~~

1  ~~IT IS HEREBY ORDERED that the government's discovery cutoff date~~
2  ~~currently set for July 19, 2021 is continued to July 30, 2021.~~
3
4       IS SO ORDERED.
5
6  July 19, 2021                              /s/
   DATE                            HONORABLE FERNANDO M. OLGUIN
7                                  UNITED STATES DISTRICT JUDGE

8  Presented by:

9  */s/ Kyle W. Kahan*
   JUAN M. RODRIGUEZ
10 KYLE W. KAHAN
   Assistant United States Attorneys