# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 20-00387-FMO | Date | July 19, 2021 |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Interpreter | None Present |

| Vanessa Figueroa | None Present | Rachel Nechama Agress- Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| STEVEN DUARTE | NOT | X | | Oliver P. Cleary, CJA | NOT | X | |

**Proceeding**    **(In Chambers) Order Re: Joint Stipulation [42]**

    Having reviewed the parties' Joint Stipulation to Modify Response and Reply Brief Deadline and to Continue the Pretrial Conference ("Stipulation") (Dkt. 42), the court **denies** the Stipulation. All deadlines and requirements set forth in the Court's Order of June 4, 2021 (Dkt. 36), and the Case Management Order issued on November 18, 2020 (Dkt. 10), remain in effect. Any documents submitted late shall be stricken and/or not considered.

    IT IS SO ORDERED.

Initials of Deputy Clerk     vdr