TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0304/2238
    Facsimile: (213) 894-0141
    E-mail:   juan.rodriguez@usdoj.gov
                kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>STEVEN DUARTE,<br><br>        Defendant. | No. CR 20-387-FMO<br><br>JOINT PROPOSED JURY VERDICT FORM<br><br>Trial Date: August 24, 2021<br>Trial Time: 9:00 a.m.<br>Location:   Courtroom of the Hon.<br>                  Fernando M. Olguin |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Juan M. Rodriguez and Kyle W. Kahan, and defendant STEVEN DUARTE ("defendant"), by and through his counsel of record, Oliver P. Cleary, hereby submit their Joint Proposed Verdict Form.

///

///

The parties respectfully reserve the right to supplement this verdict form as needed.

Dated: July 21, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

   /s/
JUAN M. RODRIGUEZ
KYLE W. KAHAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/ (w/ electronic authorization)
OLIVER P. CLEARY
Attorney for STEVEN DUARTE

**VERDICT**

We, the jury in the above-captioned case, unanimously find the defendant STEVEN DUARTE:

\_\_\_\_\_     NOT GUILTY

\_\_\_\_\_     GUILTY

of Being a Felon in Possession of a Firearm and/or Ammunition, in violation of 18 U.S.C. § 922(g)(1), as charged in the Indictment.

**(The foreperson should now sign and date this verdict form.)**

DATED: _____, 2021, at Los Angeles, California.

_____
FOREPERSON OF THE JURY