KYLE W. KAHAN (Cal. Bar No. 298848)
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorneys
1100/1200 United States Courthouse, LA, CA 90012
Telephone: (213)894-2238/0304

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-387-FMO |
| v. | |
| STEVEN DUARTE, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION AND DECLARATION; [PROPOSED] ORDER FOR AN ORDER SEALING DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S FILED UNDER SEAL DOCUMENT [FILED UNDER SEAL]; PROOF OF SERVICE

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 23, 2021
Date

Kyle W. Kahan
Attorney Name

United States of America
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING