```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar. No. 313284)
KYLE W. KAHAN (Cal. Bar. No. 298848)
Assistant United States Attorneys
General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-0141
     E-mail:    juan.rodriguez@usdoj.gov
                kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00387-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S PRE-TRIAL EXHIBIT LIST |
| v. | |
| STEVEN DUARTE, | Trial Date: August 24, 2021<br>Trial Time: 9:00 a.m.<br>Location: Courtroom of the Hon. Fernando M. Olguin |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Juan M. Rodriguez and Kyle W. Kahan, hereby submit the Government's Pre-Trial Exhibit List.[1]

---

[1] The government provided defendant with a copy of the government's pre-trial exhibit stipulation on July 19, 2021 and a modified version adding item #40 on July 23, 2021.  The government
*(footnote cont'd on next page)*

The government respectfully reserves the right to update, modify, and edit the exhibit list and exhibits below.

Dated: July 23, 2021
Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Kyle W. Kahan*
JUAN M. RODRIGUEZ
KYLE W. KAHAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

has not heard back from defendant regarding any stipulations or objections.

**UNITED STATES v. STEVEN DUARTE**
CR 20-387-FMO
**GOVERNMENT'S PRETRIAL EXHIBIT STIPULATION**

| No. | Description [Bates Number] | | | |
|---|---|---|---|---|
| *Photographs and Videos* | | | | |
| 1. | Photo of firearm magazine in between seat [USAO_000093} | | | |
| 2. | Photo of firearm magazine in between seat, bird's eye view [USAO_000094] | | | |
| 3. | Photograph of loaded magazine [USAO_000095] | | | |
| 4. | Photograph of firearm magazine and ammunition [USAO_000099] | | | |
| 5. | Photograph of rear of red Infiniti [USAO_000101] | | | |
| 6. | Photograph of front of red Infiniti [USAO_000105] | | | |
| 7. | Photograph of passenger side of red Infiniti [USAO_000108] | | | |
| 8. | Photograph of firearm on street [USAO_000110] | | | |
| 9. | Photograph of | | | |

| No. | Description [Bates Number] | | | |
|---|---|---|---|---|
| | firearm with officer [USAO_000111] | | | |
| 10. | Photograph of intersection of 109th and Doty Avenue [USAO_000112] | | | |
| 11. | Photograph of firearm on ground [USAO_000114] | | | |
| 12. | Photograph of firearm on ground near a parked car [USAO_000115] | | | |
| 13. | Google Map photo of 109th Street and Doty Avenue [USAO_000271] | | | |
| 14. | [reserved] | | | |
| 15. | [reserved] | | | |
| 16. | [reserved] | | | |
| 17. | [reserved] | | | |
| 18. | [reserved] | | | |
| 19. | [reserved] | | | |
| 20. | [reserved] | | | |
| 21. | [reserved] | | | |
| | *Documents* | | | |
| 22. | Superior Court California County of Los Angeles No. YA086028 – February 6, 2013 certified minutes of case proceedings [USAO_000041-000050] | | | |

| No. | Description [Bates Number] | | | |
|---|---|---|---|---|
| | | | | |
| 23. | Certified Plea Form – Superior Court of Los Angeles No. YA086028 -February 6, 2013  [USAO_000228-000235] | | | |
| 24. | Superior Court California County of Los Angeles No. YA097834 – November 5, 2018 certified minutes of case proceedings  [USAO_000051-000059] | | | |
| 25. | Certified Plea Form – Superior Court of Los Angeles No. YA097834 – November 5, 2018  [USAO_000240-000247] | | | |
| 26. | Superior Court California County of Los Angeles No. YA094449 – September 8, 2016 certified case proceedings  [USAO_000060-000064] | | | |
| 27. | Superior Court California County of Los Angeles No. YA093485 – September 8, 2016 certified minutes  [USAO_000065- | | | |

| No. | Description [Bates Number] | | | |
|---|---|---|---|---|
| | 000069] | | | |
| 28. | Luis Olmos CV [USA_000269-000270] [Identification only] | | | |
| 29. | DNA Lab Report [USAO_000116-000118] [Identification only] | | | |
| 30. | Dan Lewis CV [USAO_000950] [Identification only] | | | |
| 31. | Nexus Expert Report [USAO_000033-000034] [Identification only] | | | |
| 32. | DNA Search Warrant [USAO_000120-000126] [Identification only] | | | |
| 33. | Oral Buccal Swab Consent Form [USAO_000186] [Identification only] | | | |
| 34. | Inglewood Police Department Forensics Report [USAO_000028-000032] | | | |

| No. | Description [Bates Number] | | | |
|---|---|---|---|---|
| | [Identification only] | | | |
| 35. | Inglewood Police Department Evidence Continuity Log – DNA Swab [USAO_000952] [Identification only] | | | |
| 36. | Inglewood Police Department Evidence Continuity Log – Firearm [USAO_000953-000954] [Identification only] | | | |
| 37. | Seized Property Report [USAO_000172-000173] [Identification only] | | | |
| 38. | Booking and Property Record Report [USAO_000174-000175] [Identification only] | | | |
| 39. | Inglewood Police Department Officer Tyler Villicana's Incident Report [USAO_000018-000021] | | | |

| No. | Description [Bates Number] | | | |
|---|---|---|---|---|
| | [Identification only] | | | |
| 40. | DNA Analysis Report – Case Notes, Charts, Photos, and Results [USAO_000972-0001000] [Identification only] | | | |
| 41. | [reserved] | | | |
| 42. | [reserved] | | | |
| 43. | [reserved] | | | |
| 44. | | | | |
| | *Physical Evidence* | | | |
| 45. | Firearm Frame [Physical exhibit] | | | |
| 46. | Firearm Magazine [Physical exhibit] | | | |
| 47. | Ammunition [Physical exhibit] | | | |
| 48. | [reserved] | | | |
| 49. | [reserved] | | | |
| 50. | [reserved] | | | |
| 51. | [reserved] | | | |
| 52. | [reserved] | | | |
| 53. | [reserved] | | | |