Oliver P. Cleary
Attorney at Law [CSB#168440]
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
T: (424) 324-8874

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEVEN DUARTE,<br><br>          Defendant. | Case No. CR20-00387-FMO<br><br>PROPOSED VOIR DIRE<br><br>Date: 8/24/21<br>Time: 9:00 am<br>Courtroom: 6A |

The defendant, STEVEN DUARTE submits the following topical questions for the court when inquiring:

PRESUMPTION OF INNOCENCE:

1. It has been said that it is better to let 1,000 guilty men go free than to put one innocent man in jail. What do you think of that?
2. Is there anyone here who just doesn't agree with the American right to a presumption of innocence?

REASONABLE DOUBT:

3. Can anyone tell me why it is fair and just to require the government to have the burden of proof in this case?
4. Do you consider "proof beyond a reasonable doubt" to be a substantial and important right, or do you consider it merely as some technicality the judge must tell you about?

**THE BURDEN OF PROOF:**

5. If you had the power to change the burden of proof, would you make it lesser, keep it the same, or make it even higher for the government?
6. The government has the burden of proving this case. Do you feel comfortable looking to the government, and only the government, when you have unanswered questions?

**CIRCUMSTANTIAL EVIDENCE:**

7. If circumstantial evidence points to both a verdict of guilty and not guilty, the law requires you to find the person not guilty.
   a. How do you feel about this principle of law?

**GUNS:**

8. Do you, close friends, or any of your loved ones, own any firearms?
9. By a show of hands, how many people believe that we need stronger regulation of gun ownership in this country?
   a. How many think the regulations are fine the way they are?

**WITNESS CREDIBILITY:**

10. DNA evidence and fingerprinting may be part of the forensic evidence in this trial. Expert or lay opinion testimony about DNA or fingerprints should be judged like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.
11. Do you understand that every person is entitled to his own opinion, but that you are not bound to accept such opinion, even by an expert, unless you find it to be reasonable?
12. If you find that the facts upon which the opinion of an expert is based do not justify that opinion, will you reject his/her opinion and give the defendant the benefit of your opinion based on the facts you learn here in court?

LAW ENFORCEMENT:

13. Does anyone here think a law enforcement officer would never lie? Why?

14. Have you, or anyone close to you, ever thought about or applied to any law enforcement agency?

15. Do you believe that the cops always gather evidence by the book?
    a. That they never make mistakes?

RACE/ETHNICTY:

16. What does the phrase you cannot judge a book by its cover mean to you?

17. Do you think there is more racism or prejudice in America than there was 10 years ago? Why?

18. Have you or a family member ever felt labeled?

19. What do you think should be done to end racism in America?

DEFENDANT:

20. The defendant is an ex-felon. Does this create any prejudgment on your part?

21. How many people think that, if a defendant decided to testify, it might be helpful to him?

22. Can anyone think of any reasons why a person might not testify?

23. Given the option of switching places with one of the people in the courtroom today, how many would choose, by a show of hands, to be;
    i. The judge?
    ii. The clerk?
    iii. The reporter?
    iv. The prosecutor?
    v. The defendant?

Dated: 7/23/2021                                          Respectfully submitted,

                                                          *Oliver P. Cleary*
                                                          Attorney for Defendant,
                                                          Steven Duarte

IT IS CERTIFIED THAT:

I served the following documents via the cm/ecf electronic filing system to which the following parties subscribe and were served via the cm/ecf electronic filing system:

Juan Rodriguez, AUSA, Juan.Rodriguez@usdoj.gov,

Kyle Kahan, AUSA, Kyle.Kahan@usdoj.gov

DATE:  7/23/2021

Respectfully submitted,
/s/  *Oliver P. Cleary*
Oliver P. Cleary
Attorney for Defendant,
STEVEN DUARTE