**DECLARATION OF JUAN M. RODRIGUEZ**

I, JUAN M. RODIRGUEZ, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to represent the government in United States v. Steven Duarte, 20-CR-387-FMO.

2.  I make this declaration in support of the government's ex parte application for an order continuing the trial date from August 24, 2021 to August 31, 2021 or, in the alternative, transferring the case to another district judge for trial. I have knowledge of the facts set forth in my declaration and could and would testify to those facts fully and truthfully if called and sworn as a witness.

3.  On July 26, 2021, I spoke to Oliver P. Cleary, defendant's attorney, regarding the above entitled matter. I asked Mr. Cleary whether his client would stipulate to a trial continuance and he informed me that, consistent with prior discussions we have had, his client would not stipulate to a trial continuance.

//
//
//
//
//
//
//
//
//
//
//

4. I also informed Mr. Cleary that the government was going to move ex parte to continue the trial from August 24, 2021 to August 31, 2021 with no findings pursuant to the Speedy Trial Act, or, in the alternative, to transfer the case to a different judge who was available to try the case as currently scheduled. Mr. Cleary informed me that he is available to try this matter on August 31, 2021, but his client would object to the trial continuance and the government's alternative request to transfer the case to a different judge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 27, 2021.

                                              */s/ Juan M. Rodriguez*
                                              JUAN M. RODRIGUEZ