TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorneys
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/0304
     Facsimile: (213) 894-0141
     E-mail:    kyle.kahan@usdoj.gov
                juan.rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | [PROPOSED ORDER] CONTINUING THE TRIAL DATE OR, IN THE ALTERNATIVE, TRANSFERRING THE CASE FOR TRIAL |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

**IF TRIAL DATE IS CONTINUED**

Having considered the United States of America's Ex Parte Application to Continue the Trial Date or, in the Alternative, Transfer the Case for Trial, IT IS HEREBY ORDERED that the trial date in this case shall be continued from August 24, 2021 to August 31, 2021.  All other deadlines shall remain in effect.

**IF CASE IS TRANSFERRED FOR TRIAL**

Having considered the United States of America's Ex Parte Application to Continue the Trial Date or, in the Alternative, Transfer the Case for Trial, IT IS HEREBY ORDERED that this case

shall be transferred to the Honorable _____ for trial.

_____          _____
 DATE                                 HONORABLE FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Juan M. Rodriguez*
 JUAN M. RODRIGUEZ
 Assistant United States Attorney