Oliver P. Cleary
Attorney at Law[CSB#168440]
468 N. Camden Drive, #200
Beverly Hills, CA 90210
T: (424) 324-8874
olivercleary@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>STEVEN DUARTE<br><br>  Defendant. | Case No.: CR 20-00387-FMO<br><br>**DEFENDANT STEVEN DUARTE'S OBJECTION TO TRIAL CONTINUANCE/TRANSFER** |

TO ALL INTERESTED PARTIES:

Defendant STEVEN DUARTE, by and through his attorney of record, Oliver P. Cleary, Esq., does hereby object to the continuance of the trial from August 24, 2021 to the future dates as outlined in the government's Ex Parte Application To Continue the Trial Date, or, In the Alternative Transfer the Case. (Doc # 66).

The objection is made upon the following grounds:

The Indictment was filed on September 1, 2020, over five months after defendant's alleged conduct on March 20, 2020. Further, The government

1

estimates that the trial in this matter will last approximately one to two days. The case is neither unusual or complex.

The Speedy Trial Act permits a period of delay resulting from a continuance at the request of the attorney for the Government when based on a finding the ends of justice outweigh the defendant's interest in a speedy trial. 18 U.S.C. § 3161(H)(7)(A). Here, if the court grants the government's request, defendant will have been in custody awaiting trial since November 13, 2020. Defendant has not agreed to any continuances of his trial. There is no reason to continue the defendant's trial.

Accordingly, defendant objects to the continuance sought in the Government's Ex Parte Application to Continue the Trial or, in the alternative, Transfer the case for Trial. Defendant Duarte requests that the trial of this action remain for August 24, 2021 and not be transferred.

Dated: July 27, 2021                              Respectfully submitted,

                                                  *Oliver P. Cleary*
                                                  Oliver Cleary
                                                  Attorney for defendant,
                                                  Steven Duarte

IT IS HEREBY CERTIFIED THAT:

I, Oliver Cleary, am a citizen of the United States and am at least eighteen years of age. My business address is 468 N. Camden Dr., #200, Beverly Hills, CA 90210.

I have caused service of <u>Defendant's Objection to the Government's Application To Continue the Trial or, in the Alternative, Transfer the Case</u> to be filed on the court's electronic filing system (CM/ECF) to which the following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

    Juan Rodriguez, AUSA juan.rodriguez@usdoj.gov,

    Kyle Kahan, SAUSA kyle.kahan@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/27/21                  *s/Oliver Cleary*
                                                          Attorney for Defendant
                                                          Steven Duarte