# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CR 20-00387-FMO** | Date | July 28, 2021 |

Present: The Honorable  Fernando M. Olguin, United States District Judge

Interpreter  None Present

| Joseph Remigio | None Present | Rachel Nechama Agress, AUSA (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| STEVEN DUARTE | NOT | X | | Oliver P. Cleary, CJA | NOT | X | |

**Proceeding**  (In Chambers) Order Re: Further Proceedings

  On the court's own motion, IT IS ORDERED THAT the Pretrial Conference previously scheduled for August 6, 2021, is continued to **August 13, 2021, at 2:00 p.m.**  All other requirements set forth in the Case Management Order issued on November 18, 2020, (Dkt. 10), and all other deadlines set forth in the Court's Order of June 4, 2021, (Dkt. 36), remain in effect.


                     Initials of Deputy Clerk   jre