TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorneys
General Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/0304
    Facsimile: (213) 894-0141
    E-mail:  kyle.kahan@usdoj.gov
            juan.rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DENIED BY THE COURT**
by: _____/s/_____
Hon. Fernando M. Olguin
U.S. District Judge
Dated: 7/28/2021

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>STEVEN DUARTE,<br><br>      Defendant. | No. CR 20-387-FMO<br><br>[PROPOSED ORDER] CONTINUING THE TRIAL DATE OR, IN THE ALTERNATIVE, TRANSFERRING THE CASE FOR TRIAL<br><br>[66] |

**IF TRIAL DATE IS CONTINUED**

Having considered the United States of America's Ex Parte Application to Continue the Trial Date or, in the Alternative, Transfer the Case for Trial, IT IS HEREBY ORDERED that the trial date in this case shall be continued from August 24, 2021 to August 31, 2021.  All other deadlines shall remain in effect.

**IF CASE IS TRANSFERRED FOR TRIAL**

Having considered the United States of America's Ex Parte Application to Continue the Trial Date or, in the Alternative, Transfer the Case for Trial, IT IS HEREBY ORDERED that this case

shall be transferred to the Honorable _____ for trial.

|  |  |
|---|---|
| _____ | DENIED BY THE COURT  _____ |
| DATE | HONORABLE FERNANDO M. OLGUIN  UNITED STATES DISTRICT JUDGE |

Presented by:

*/s/ Juan M. Rodriguez*
JUAN M. RODRIGUEZ
Assistant United States Attorney