**Exhibit B**



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*SAUSA Kyle W. Kahan*  
*AUSA Juan M. Rodriguez*  
*Phone: (213) 894-2400*  
*E-mail: kyle.kahan@usdoj.gov*  
*juan.rodriguez@usdoj.gov*

*1100/1200 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

July 20, 2021

<u>VIA E-MAIL</u>

Oliver P. Cleary  
468 N Camden Dr., Ste. 200,  
Beverly Hills, CA 90210  
olivercleary@gmail.com

        Re:    <u>United States v. Steven Duarte</u>  
                  CR 20-387-FMO  
                  Supplemental Notice re: Fed. R. Evid. 608, 609

Dear Mr. Cleary:

      By this letter, the government hereby discloses a supplement to the written summary of evidence that the government provided on July 16, 2021, regarding prior convictions pursuant to Federal Rules of Evidence 608(b) and 609.

**608(b) and 609(a)(1)(B) Impeachment Evidence**

      Pursuant to Rules 608(b) and 609(a)(1)(B), and for the same reasons outlined in the government's July 16, 2021 notice, the government believes that defendant's September 8, 2016 conviction for a violation of California Penal Code section 29800(a)(1) is admissible to attack defendant's credibility if he chooses to testify, and have a probative value that outweighs any prejudicial effect. Details on the conviction are as follows:

1. Defendant's conviction on or about September 8, 2016, for Felon in Possession of a Firearm, in violation of California Penal Code section 29800(a)(1), in the Superior Court of the State of California, County of Los Angeles, case number YA094449.

Re: <u>United States v. Steven Duarte</u>
July 20, 2021
Page 2


Please contact me immediately if you believe that this notice is insufficient or object to this admission. Please let me know if you have any questions or would like to further discuss any of the matters raised above.

Best,

*Kyle Kahan*

Kyle W. Kahan
Juan M. Rodriguez
Assistant United States Attorneys
General Crimes Section