# **Exhibit A**

# INGLEWOOD POLICE DEPARTMENT
## MIRANDA ADMONISHMENT FORM

**ENGLISH**

1. YOU HAVE THE RIGHT TO REMAIN SILENT.
2. ANYTHING YOU SAY CAN BE USED AGAINST YOU IN COURT.
3. YOU HAVE THE RIGHT TO AN ATTORNEY AND TO HAVE ONE PRESENT DURING QUESTIONING.
4. IF YOU DESIRE AN ATTORNEY BUT CANNOT AFFORD ONE, AN ATTORNEY WILL BE APPOINTED TO REPRESENT YOU FREE OF CHARGE.

**SPANISH**

1. USTED TIENE EL DERECHO DE PERMANECER EN SILENCIO.
2. CUALQUIER COSA QUE USTED DIGA PUEDE SER USADA CONTRA USTED EN UNA CORTE DE LEYES.
3. USTED TIENE EL DERECHO DE TENER UN ABOGADO PRESENTE DURANTE LA INTERROGACION.
4. USTED TIENE EL DERECHO DE TENER UN ABOGADO GRATIS, SI USTED NO PUEDE PAGAR.

**ACKNOWLEDGEMENT:**

I UNDERSTAND WHAT MY RIGHTS ARE.          YO ENTIENDO QUALES SON MIS DERECHOS.

_____                    _____
SIGNATURE                DATE               FIRMA                FECHA

USAO_000185