# Exhibit B

SW No. _____

STATE OF CALIFORNIA – COUNTY OF LOS ANGELES

# SEARCH WARRANT AND AFFIDAVIT
## (AFFIDAVIT)

**I, Detective Jose Barragan** swears under oath that the facts expressed by him in this Search Warrant and Affidavit and in the attached and incorporated statement of probable cause are true and that based thereon he has probable cause to believe and does believe that the property and/or person described below is lawfully seizeable pursuant to Penal Code Section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_____, NIGHT SEARCH REQUESTED:  ☐ YES  ☒ NO
(Signature of Affiant)             'HOBBS' SEALING REQUESTED:  ☐ YES  ☒ NO

### (SEARCH WARRANT)
**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER OR PEACE OFFICER IN THE COUNTY OF LOS ANGELES**: proof by affidavit having been made before me by **Detective Jose Barragan** that there is probable cause to believe that the property and/or person(s) described herein may be found at the locations set forth herein and is lawfully seizeable pursuant to Penal Code Section 1524 as indicated below by "X" (s) in that:

☐   It was stolen or embezzled.

☐   It was used as the means of committing a felony.

☒   It is possessed by a person with the intent to use it as means of committing a public offence or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery.

☒   It tends to show that a felony has been committed or that a particular person has committed a felony.

☐   It tends to show that exploitation of a child in violation of Section 311.3, or depiction of sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring.

☐   There is a warrant for the person's arrest.

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

- SEE ATTACHED AND INCORPORATED DESCRIPTION PAGE

**FOR THE FOLLOWING PROPERTY:**

- SEE ATTACHED AND INCORPORATED DESCRIPTION PAGE

**AND TO SEIZE IT IF FOUND** and bring it forthwith before me, or this court, at the courthouse of this court.  This Search Warrant and incorporated Affidavit was sworn to as true and subscribed before me this _____ day of _____, 20___, at _____ A.M., P.M.  Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____, NIGHT SEARCH APPROVED:  ☐ YES  ☒ NO
(Signature of Magistrate)          HOBBS SEALING APPROVED:  ☐ YES  ☒ NO

Judge of the SUPERIOR Court _____ Judicial District.

**Page 1 of 7**

USAO_000120

STATEMENT OF PROBABLE CAUSE

1 | **YOU ARE THEREFORE COMMANDED TO SEARCH:**

2 | From inmate Steven Duarte DOB: 12/14/1992 CII #A28688866 CDL #F3061290

3 | who is currently housed at  the Inglewood Police Department jail under Booking #

4 | 5890842, located at One Manchester Boulevard Inglewood California.

5 |

6 | **FOR THE FOLLOWING PROPERTY:**

7 | 1. 1 buccal swab for DNA Analysis to be obtained in the least intrusive means

8 | possible or a control blood sample, to be obtained by a medical professional, if

9 | Steven Duarte refuses to submit to the buccal swabs.

USAO_000121

STATEMENT OF PROBABLE CAUSE

**AFFIDAVIT FOR SEARCH WARRANT:**

Your Affiant name is Jose Barragan, I have been employed as a sworn Police Officer for the City of Inglewood over 16 years. My present assignment is a Police Detective assigned to the Inglewood Police Department's Detective Bureau's Gang Intelligence Unit, which is a unit that specializes in the investigations of gangs, gang members, and gang crimes.   I have investigated, or assisted other Detectives in the investigation of a large number of gang related crimes. These investigations have included, but are not limited to, homicide, attempt homicide, assault with a deadly weapon, carjacking, weapons violations, narcotics sales/trafficking, robbery and vandalism.   During my tenure, I was assigned to the Inglewood Police Department's Patrol Division, the Special Enforcement team, Anti-Crime team and the Detective Bureau.

Along with assisting detectives from the Inglewood Police Department, I have, on several occasions, assisted the Los Angeles Police Department, Los Angeles Sheriff's Department, Ontario PD, Hawthorne PD, Redondo Beach PD, Gardena PD, Torrance PD, Probation/Parole Agents, and the Department of Homeland Security, Louisville Kentucky PD, New Port PD Virginia and the Federal Bureau of Investigations in gang related investigations.

I have taught gang orientation classes to Inglewood Police Department's newly hired police officers. I also taught a class at George W. Crozier Middle school on recognizing early gang signs and gang association.

I have contacted, interviewed, assisted in the arrest of and/or arrested well over 1000 gang members and continue to contact gang members on a weekly basis. During the course of my contacts with gang members, I have regularly questioned, interviewed, and

USAO_000122

STATEMENT OF PROBABLE CAUSE

spoke with gang members concerning their gangs, territories, rivalries, beliefs, monikers, hand signs, crimes, activities and the manner in which they commit their crimes, hide and dispose of contraband and evidence. I have contacted gang members as suspects, witnesses, and victims.  I have also spoken with family members of gang members regarding the gang life style, beliefs, dangers and perceived benefits.

I have qualified as a gang expert in the California Superior Court in Inglewood, Torrance, LAX and the Criminal Court Building in Los Angeles.

I have received over two hundred hours of formal Law Enforcement training, which included training on the various types of street gangs, prison gangs, gang tattoos, gang hand signs, life style and philosophy of gang and there members, gang monikers, criminal gang related investigations and search warrants.

The facts and information contained within this warrant were obtained through a review of the police reports documenting the events, evidence obtained in the investigation, and conversations I have had with the investigating officers.

On 3/23/20, I was assigned the following case regarding a "Felon possession of a loaded firearm" that occurred on 03/20/20. This report (GO # 17470) is attached and incorporated herein as "Attachment 1"

**SYNOPSIS:**

On Friday, 03/20/2020 at approximately 2136 hours; Inglewood Police officers T. Wunderlich #946 and Officer T. Villicana #988 were on assigned patrol as members of the I.P.D. Special Enforcement Team. Officer Wunderlich and Officer Villicana were driving westbound on 109th Street in the city of Inglewood. Officer Villicana observed the driver of a red 2007 Infiniti G37 (California license plate number 8HSB089) commit two traffic violations failed to stop at the stop sign at 109th and Doty Avenue violation of

USAO_000123

STATEMENT OF PROBABLE CAUSE

22450 (a) C.V.C. - Stop sign violation and the front driver and passenger side windows were tinted and the tint limited our view into the passenger compartment of the vehicle violation of 26708(C) C.V.C. - Tinted windows.

Officer Wunderlich activated the police vehicle's forward facing red lights and siren to conduct a traffic stop for the above mentioned equipment violation and traffic violation. Officer Wunderlich also illuminated our front floodlights and his spot light.

Officer Villicana observed the right rear window roll down and an arm extended out the window, and discard a black handgun. The handgun hit a car parked on the east curb line of Doty Avenue, just north of 109th Street. Officer Villicana maintained visual of the right rear passenger, through the open rear window, and did not observe the right rear passenger move from the right rear seat.

Officer Wunderlich contacted the driver, later identified as Ana Ortiz, Officer Villicana contacted the right rear passenger, Steven Duarte. Based on the IPD officer's observations of the right rear passenger throwing a gun out of the window, the driver and passenger were detained.

Officer Villicana notified assisting Inglewood Police Officer Thompson, and Officer Bobbs of the location where Officer Wunderlich and Villicana observed the firearm thrown out of the vehicle. Officer Bobbs located the firearm in the center of the street, on Doty Avenue just north of 109th Street. Officer Bobbs photographed the firearm and rendered the pistol safe. The pistol was a black, semi-automatic, Smith and Wesson .380 caliber pistol, serial number #EAT2760. The magazine was missing from the magazine well and Officer Bobbs said the firearm appeared to be in good working condition.

USAO_000124

STATEMENT OF PROBABLE CAUSE

Officer Villicana conducted a wants/warrants inquiry on Ortiz and Duarte. The inquiry revealed Ortiz was on active probation for Burglary with a discharge date of 04/06/2021. The inquiry additionally confirmed Duarte's active P.R.C.S. Community Supervision status. Officer Villicana contacted L.A. County Probation and confirmed Duarte's search and seizure conditions

Officer Wunderlich conducted a probation compliance search of the vehicle and located a Smith and Wesson .380 caliber magazine with six .380 caliber bullets loaded within it. The magazine was stuffed between the center console and the passenger front seat (towards the rear of the seat). It should be noted, the magazine was located within arm's reach of the rear passenger (Duarte). Officer Wunderlich inserted the magazine into the magazine well of the handgun and it fit perfectly. The handgun and the magazine were the same brand and caliber.

A firearm registration inquiry of the firearm revealed that the firearm was reported stolen to the Roseburg Police Department on 12/18/2019 (Report #19-6002).

Based on Officer Wounderlich and Officer Villicana observations of the rear passenger (Duarte) throwing the firearm out of the car, and the location of the loaded magazine Duarte was arrested for 29800 (a)(1) P.C. - Felon in possession of a firearm, 25400 (a)(1) P.C. Possession of a concealed firearm,  25850(a) P.C. - Possession of a loaded firearm,  25400(c)(3) P.C. - Possession of a firearm by an active member of a street gang,  25400(c)(2) P.C. - Possession of a stolen firearm,  25850(c)(2) P.C. - Possession of a loaded stolen firearm.

USAO_000125

STATEMENT OF PROBABLE CAUSE

On 03/22/2020

I, Detective Barragan contacted Duarte who was still in-custody at the IPD Jail. I told Duarte I was the Detective handling his case and I wanted to talk to him about his case.

I then read Duarte the Miranda Admonishment directly from the department issued form.  Duarte said he understood his rights and signed and dated the form. Duarte's statement under Miranda in substance.

Duarte stated he has only known Ortiz (Driver) for a month. Duarte stated that he was in the rear seat of the vehicle drinking a beer when it was stopped by the police. Duarte denied being in possession of any firearm. Duarte refused to provide me with a buccal swab for DNA. Duarte further stated the only way he will submit to a DNA sample would be if a judge orders the DNA sample.

At the date and time listed in the affidavit the arrestee (Steven Duarte) was lawfully arrested in Los Angeles County for the above listed offenses and the arrestee remain in custody.There is probable cause to believe that laboratory testing of a sample of the arrestee DNA will produce evidence as to the arrestee guilt or innocence.

USAO_000126

# Attachment #1



**Inglewood Police Department**
**GENERAL OFFENSE HARDCOPY**
**(29800(A)(1) FRARM/FELN/ADDICT)**
**GO# IN 2020-17470**

USAO_000127

# Table of Contents

Related Event GO# IN 2020-17470 ......................................................... 1

Offense(s) ......................................................................................... 1

Related Event(s) ................................................................................. 3

Related Person(s) ............................................................................... 3

   1. Arrestee # 1 - DUARTE, STEVEN ................................................ 3

   2. Driver # 1 - ORTIZ, ANA LAURA ............................................... 7

Related Vehicle(s) ............................................................................... 8

   1. Involved # 1 - 8HSB089, CA VIN# JNKBV61E97M702925 ............ 8

Related Narrative(s) ............................................................................ 9

   1. INITIAL REPORT .................................................................... 9

Related Follow Up(s) .......................................................................... 13

   1. Follow Up Report # IN 1 (NOT COMPLETED) - BARRAGAN JOSE A. ... 13

Related Property Report(s) ................................................................. 14

   1. PROPERTY REPORT #  37209  (SEIZED/EVIDENCE) ................. 14

     FIREARM (TAG # IN37209 - 1) .............................................. 14

   2. PROPERTY REPORT #  37210  (SEIZED/EVIDENCE) ................. 15

     ARTICLE (TAG # IN37210 - 1) .............................................. 15

Related Arrest(s) ................................................................................ 16

   1. Related Arrest Report AB# 2020-392 ...................................... 16

USAO_000128

GO# IN 2020-17470
ACTIVE



# Inglewood Police Department
## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)

## General Offense Information

| | |
|---|---|
| Operational Status | ACTIVE |
| Reported On | MAR-20-2020  (FRI.) 2136 |
| Occurred On | MAR-20-2020  (FRI.) 2136 |
| Approved On | MAR-21-2020  (SAT.) |
| Approved By | 834  -  HELD GREGORY |
| Report Submitted By | 946  -  WUNDERLICH TROY |
| Org Unit | SPECIAL ENFORCEMENT |
| Accompanied By | 988  -  VILLICANA TYLER |
| Address | S DOTY AV / W 108TH ST |
| Municipality | INGLEWOOD |
| | District I1 Beat 4 Grid 30 |
| Felony/ Misdemeanor | FELONY |
| Special Study | NOT APPLICABLE |
| Gang Involvement | YES |
| Family Violence | NO |
| Cargo Theft | NO |

Downtime  874

## Offenses (Completed/Attempted)

| | |
|---|---|
| Offense # | 1   29800-1   29800(A)(1) FRARM/FELN/ADDICT  -  COMPLETED |
| Location | HIGHWAY/ROAD/ALLEY |
| Suspected Of Using | NOT APPLICABLE |
| Criminal Activity | POSSESSING/CONCEALING |
| Weapon Type | HANDGUN |
| Bias | NONE (NO BIAS) |

| | |
|---|---|
| Offense # | 2   25400-2   25400(A)(1) CNCLD FRARM/IN VEH  -  COMPLETED |
| Location | HIGHWAY/ROAD/ALLEY |
| Suspected Of Using | NOT APPLICABLE |
| Criminal Activity | POSSESSING/CONCEALING |
| Weapon Type | HANDGUN |
| Bias | NONE (NO BIAS) |

| | |
|---|---|
| Offense # | 3   25400-8   25400(C)(2)CNCLD FRARM/STOLEN  -  COMPLETED |
| Location | HIGHWAY/ROAD/ALLEY |
| Suspected Of Using | NOT APPLICABLE |
| Criminal Activity | POSSESSING/CONCEALING |
| Weapon Type | HANDGUN |
| Bias | NONE (NO BIAS) |

| | |
|---|---|
| Offense # | 4   25850-4   25850(C)(2) LOADED FRARM/STLN  -  COMPLETED |

USAO_000129

# Inglewood Police Department
## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)

| | |
|---|---|
| **Location** | HIGHWAY/ROAD/ALLEY |
| **Suspected Of Using** | NOT APPLICABLE |
| **Criminal Activity** | POSSESSING/CONCEALING |
| **Weapon Type** | HANDGUN |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 5   25850-1   25850(A) CARRYING LOADED FRARM  -  COMPLETED |
| **Location** | HIGHWAY/ROAD/ALLEY |
| **Suspected Of Using** | NOT APPLICABLE |
| **Criminal Activity** | POSSESSING/CONCEALING |
| **Weapon Type** | HANDGUN |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 6   25400-9   25400(C)(3)CNCLD FRARM/ST GANG  -  COMPLETED |
| **Location** | HIGHWAY/ROAD/ALLEY |
| **Suspected Of Using** | NOT APPLICABLE |
| **Criminal Activity** | POSSESSING/CONCEALING |
| **Weapon Type** | HANDGUN |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 7   1203.2-0   1203.2 PC VIOLATION OF PROBATI  -  COMPLETED |
| **Location** | HIGHWAY/ROAD/ALLEY |
| **Suspected Of Using** | NOT APPLICABLE |
| **Bias** | NONE (NO BIAS) |

# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY

### (29800(A)(1) FRARM/FELN/ADDICT)

GO# IN 2020-17470

ACTIVE

## Related Event(s)

**1. CP  IN2020-17470**

**2. AB  IN2020-392**

### COMPLAINT INFORMATION

| | | |
|---|---|---|
| Incident Location | **Address** | S DOTY AV / W 108TH ST |
| | | **District** I1 **Beat** 4 **Grid** 30 |

#### GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Case Type | TRAFFIC STOP | Priority | 2 |
| Dispatched Time | 21:36:16 | En Route Time | 21:36:16 |
| At Scene Time | 21:36:16 | Cleared Time | 02:25:39 |
| How Call Was Received | SELF INITIATED FROM MOBILE | | |
| Unit IDs | 4E4  - 4E6  - 4E5 | | |
| Remarks | 8HSB089 | | |

#### CLEARANCE INFORMATION

| | | | |
|---|---|---|---|
| Final Case Type | TRAFFIC STOP | | |
| Report Expected | YES | Founded | YES |
| Cleared By | BOOKED | | |
| Reporting Officer 1 | 946  - WUNDERLICH TROY | | |
| Reporting Officer 2 | 988  - VILLICANA TYLER | | |

## Related Person(s)

**1. ARRESTEE # 1 - DUARTE, STEVEN**

**PERSON PHOTO**



**MUGSHOT  TAKEN ON 03/20/2020**

**AB# IN 2020-392**

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | HISPANIC/MEXICAN/LATINO |

USAO_000131



# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY

### (29800(A)(1) FRARM/FELN/ADDICT)

GO# IN 2020-17470

ACTIVE

---

| | |
|---|---|
| **Date Of Birth** | DEC-14-1992 |
| **Address** | 3631 W 111TH ST |
| **Municipality** | INGLEWOOD |
| **State** | CALIFORNIA |
| **ZIP Code** | 90303 |
| | **District** I1 **Beat** 4 **Grid** 34 |
| **Cellular** | (424) 393-8141 |

## PERSON PARTICULARS

| | | | |
|---|---|---|---|
| **Place Of Birth** | CALIFORNIA | | |
| **Occupation** | TOWTRUCK DRIVER | | |
| **Ethnicity** | HISPANIC/MEXICAN/LATINO | | |
| **Language(s) Spoken** | ENGLISH | | |
| **Height** | 5'08 | **Weight** | 175 LBS. |
| **Eye Color** | BROWN | | |
| **Hair Color** | BLACK | | |
| **Facial Hair Color** | BLACK | **Facial Hair Type** | GOATEE |
| **Additional Remarks** | MONIKER: SHORTY | | |

## MASTER NAME INDEX REFERENCE

| | |
|---|---|
| **Name** | DUARTE , STEVEN |
| **Sex** | MALE |
| **Race** | HISPANIC/MEXICAN/LATINO |
| **Date Of Birth** | DEC-14-1992 |
| **Ethnicity** | HISPANIC/MEXICAN/LATINO |
| **Address** | 3631 W 111TH ST |
| **Municipality** | INGLEWOOD |
| **State** | CALIFORNIA |
| **ZIP Code** | 90303 |
| | **District** I1 **Beat** 4 **Grid** 34 |

### PHONE NUMBERS

| | |
|---|---|
| **Cellular** | (424) 393-8141 |

## CHARGE SUMMARY

### CHARGE # 1

| | |
|---|---|
| **Offense Date** | MAR-20-2020 (FRI.) 2206 |
| **Offense** | PROBATION VIOLATION-PROBABLE CAUSE TO REARREST/REVOKE  - COMPLETED |
| **Charge Statute** | PC  1203.2 |
| **Charge Severity** | FELONY |
| **Issuing Agency** | INGLEWOOD POLICE |
| **Notifications** | NO BAIL |

---

USAO_000132

# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY

### (29800(A)(1) FRARM/FELN/ADDICT)

| | |
|---|---|
| **Domestic Violence** | NO |
| **Court Date** | MAR-24-2020  (TUE.) 0830 |
| **Court** | INGLEWOOD MUNICIPAL |

### CHARGE # 2

| | |
|---|---|
| **Offense Date** | MAR-20-2020  (FRI.) 2206 |
| **Offense** | CARRY CONCEALED STOLEN FIREARM  - COMPLETED |
| **Charge Statute** | PC  25400(C)(2) |
| **Charge Severity** | FELONY |
| **Domestic Violence** | NO |
| **Bond** | $35,000.00 |
| **Court Date** | MAR-24-2020  (TUE.) 0830 |
| **Court** | INGLEWOOD COURT |

### CHARGE # 3

| | |
|---|---|
| **Offense Date** | MAR-20-2020  (FRI.) 2206 |
| **Offense** | CARRY CONCEALED WEAPON WHILE ENGAGED IN CRIMINAL STREET GANG  - COMPLETED |
| **Charge Statute** | PC  25400(C)(3) |
| **Charge Severity** | FELONY |
| **Issuing Agency** | INGLEWOOD POLICE |
| **Domestic Violence** | NO |
| **Bond** | $35,000.00 |
| **Court Date** | MAR-24-2020  (TUE.) 0830 |
| **Court** | INGLEWOOD MUNICIPAL |

### CHARGE # 4

| | |
|---|---|
| **Offense Date** | MAR-20-2020  (FRI.) 2206 |
| **Offense** | F:CARRYING LOADED FIREARM  - COMPLETED |
| **Charge Statute** | PC  25850(A) |
| **Charge Severity** | FELONY |
| **Domestic Violence** | NO |
| **Bond** | $35,000.00 |
| **Court Date** | MAR-24-2020  (TUE.) |
| **Court** | INGLEWOOD MUNICIPAL |

### CHARGE # 5

| | |
|---|---|
| **Offense Date** | MAR-20-2020  (FRI.) 2206 |
| **Offense** | CARRYING LOADED FIREARM/STOLEN FIREARM  - COMPLETED |
| **Charge Statute** | PC  25850(C)(2) |
| **Charge Severity** | FELONY |
| **Issuing Agency** | INGLEWOOD POLICE |
| **Domestic Violence** | NO |
| **Bond** | $35,000.00 |
| **Court Date** | MAR-24-2020  (TUE.) 0830 |
| **Court** | INGLEWOOD MUNICIPAL |

USAO_000133



GO# IN 2020-17470
ACTIVE

# Inglewood Police Department
## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)

---

### CHARGE # 6

| | |
|---|---|
| Offense Date | MAR-20-2020  (FRI.) 2206 |
| Offense | UNLICENSED DRIVER  - COMPLETED |
| Charge Statute | VC  12500(A) |
| Charge Severity | MISDEMEANOR |
| Warrant # | ING9IN0324802 |
| Domestic Violence | NO |
| Bond | $10,000.00 |
| Court Date | MAR-24-2020  (TUE.) 0830 |
| Court | INGLEWOOD MUNICIPAL |

**Issuing Agency**  INGLEWOOD POLICE

### CHARGE # 7

| | |
|---|---|
| Offense Date | MAR-20-2020  (FRI.) 2205 |
| Offense | F:CARRY CONCEALED FIREARM IN VEHICLE  - COMPLETED |
| Charge Statute | PC  25400(A)(1) |
| Charge Severity | FELONY |
| Domestic Violence | NO |
| Bond | $35,000.00 |
| Court Date | MAR-24-2020  (TUE.) 0830 |
| Court | INGLEWOOD COURT |

### CHARGE # 8

| | |
|---|---|
| Offense Date | MAR-20-2020  (FRI.) 2205 |
| Offense | OWN/POSSESS/CONTROL FIREARM BY FELON OR ADDICT  - COMPLETED |
| Charge Statute | PC  29800(A)(1) |
| Charge Severity | FELONY |
| Domestic Violence | NO |
| Bond | $35,000.00 |
| Court Date | MAR-24-2020  (TUE.) 0830 |
| Court | INGLEWOOD COURT |

---

## LINKAGE FACTORS

| | |
|---|---|
| Resident Status | RESIDENT |
| Age Range | 22-29 YEARS |
| Person Seat Position | REAR RIGHT |
| Person Location | OBSERVED/CONTACED INSIDE VEHICLE |
| Armed With | UNARMED |
| Offense | 29800- 1  29800(A)(1) FRARM/FELN/ADDICT  - COMPLETED |
| Arrest Date | MAR-20-2020  (FRI.) |
| Arrest Type | OBSERVATIONS |

---

USAO_000134



# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY

### (29800(A)(1) FRARM/FELN/ADDICT)

---

## 2. DRIVER # 1 - ORTIZ, ANA LAURA

### CASE SPECIFIC INFORMATION

|  |  |
|---|---|
| **Sex** | FEMALE |
| **Race** | HISPANIC/MEXICAN/LATINO |
| **Date Of Birth** | JUL-06-1985 |
| **Address** | 710 W 108TH ST |
| **Municipality** | LOS ANGELES |
| **State** | CALIFORNIA |
| **ZIP Code** | 90044 |
| **Cellular** | (323) 326-3072 |

### PERSON PARTICULARS

|  |  |  |  |
|---|---|---|---|
| **Ethnicity** | HISPANIC/MEXICAN/LATINO |  |  |
| **Height** | 5'06 | **Weight** | 160 LBS. |
| **Eye Color** | BROWN |  |  |
| **Hair Color** | BROWN |  |  |

### MASTER NAME INDEX REFERENCE

|  |  |
|---|---|
| **Name** | ORTIZ , ANA  LAURA |
| **Sex** | FEMALE |
| **Race** | HISPANIC/MEXICAN/LATINO |
| **Date Of Birth** | JUL-06-1985 |
| **Ethnicity** | HISPANIC/MEXICAN/LATINO |
| **Address** | 710 W 108TH ST |
| **Municipality** | LOS ANGELES |
| **State** | CALIFORNIA |
| **ZIP Code** | 90044 |

#### PHONE NUMBERS

|  |  |
|---|---|
| **Cellular** | (323) 326-3072 |

### LINKAGE FACTORS

|  |  |
|---|---|
| **Resident Status** | NONRESIDENT |
| **Age Range** | 30-49 YEARS |
| **Person Seat Position** | DRIVER |
| **Person Location** | OBSERVED/CONTACED INSIDE VEHICLE |

---

USAO_000135



GO# IN 2020-17470
ACTIVE

# Inglewood Police Department
## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)

## Related Vehicle(s)

---

### 1. INVOLVED # 1 - 8HSB089, CA VIN# JNKBV61E97M702925

#### MASTER VEHICLE INDEX REFERENCE

| | |
|---|---|
| License | 8HSB089   CALIFORNIA   2020 |
| Year Of Issue | 2020 |
| License Type | REGULAR PASSENGER |
| VIN | JNKBV61E97M702925 |
| Type | AUTOMOBILE |
| Style | 4DR AUTOMOBILE |
| Make And Model | INFINITI  G37 |
| Year | 2007 |
| Color | RED |
| Misc. Information | TINTED WINDOWS "LIFT" DRIVER SIGN |

#### OWNER INFORMATION

| | |
|---|---|
| Owner Type | PERSON |
| Owner Role | INVOLVED |

---

USAO_000436

GO# IN 2020-17470

# Inglewood Police Department
## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)



ACTIVE

## Related Text Page(s)

| | |
|---|---|
| **Document** | INITIAL REPORT |
| **Author** | 988 - VILLICANA TYLER |
| **Related Date/Time** | MAR-21-2020 (SAT.) 18 |

SOURCE OF ACTIVITY:


On Friday, 03/20/2020 at approximately 2136 hours; Officer T. Wunderlich
#946 and I (Officer T. Villicana #988) were on assigned patrol as members of
the I.P.D. Special Enforcement Team. We were driving a black unmarked I.P.D.
Patrol vehicle (#500) while wearing black polo shirts with a cloth badge
embroidered on the left breast and "POLICE" screened on the back in yellow.
 Officer Wunderlich was the driver and I was the passenger.

INVESTIGATION:

As Officer Wunderlich was driving West on 109th Street (towards Prairie
Avenue) I observed a red 2007 Infiniti G37 (CA Lic# 8HSB089) turn East
on 109th Street (from Prairie Avenue).  As the vehicle drove by us, I
noticed the front windows were tinted and the tint limited our view into the
passenger compartment of the vehicle (violation of 26708(C) C.V.C. - Tinted
windows).

Officer Wunderlich turned our vehicle around and we trailed the vehicle
East on 109th Street towards Doty Avenue.  At the intersection of 109th
Street and Doty Avenue, the vehicle turned North onto Doty Avenue and
failed to stop at the stop sign (violation of 22450 (a) C.V.C. - Stop sign
violation).  Officer Wunderlich activated our forward facing red lights and
siren to conduct a traffic stop for the above mentioned equipment violation
and traffic violation.  Officer Wunderlich also illuminated our front
floodlights and his spot light.

Once our lights illuminated, I observed the right rear window roll down and
an arm extended out the window, and discard a black handgun.  The handgun
hit a car parked on the east curb line of Doty Avenue, just north of 109th
Street.  I contacted assisting units 4E6 (Officer W. Thompson #1009 and
Officer N. Bobbs #997) and 4E5 (Officer D. Lee #985 and Officer A. Vega
#983) via my radio, and notified them of the location of the handgun.  I
maintained visual of the right rear passenger, through the open rear window,
and did not observe the right rear passenger move from the right rear seat.

The vehicle yielded on 108th Street, just East of Doty Avenue.  Officer
Wunderlich contacted the driver, later identified as Ana Ortiz, and
I contacted the right rear passenger, Steven Duarte.  Based on our

USAO_000127

# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY

### (29800(A)(1) FRARM/FELN/ADDICT)



observations of the right rear passenger throwing a gun out of the window, we detained Ortiz and Duarte pending further investigation.  There were no other passengers in the vehicle.

It should be noted, Officer Wunderlich and I recognized Duarte from previous contacts and were aware Duarte is a self-admitted and documented 18 Street gang member.  Duarte goes by the moniker of "Shorty."  Officer Wunderlich and I were also aware Duarte was previously arrested for firearm related charges and is currently on P.R.C.S. Community Supervision.

Officer Lee, Officer Vega, Officer Thompson, and Officer Bobbs responded to the location where we observed the firearm thrown out of the vehicle.  Officer Bobbs located the firearm in the center of the street, on Doty Avenue just north of 109th Street.  Officer Bobbs photographed the firearm and rendered the pistol safe. The pistol was a black, semi-automatic, Smith and Wesson .380 caliber pistol, serial number #EAT2760.  The magazine was missing from the magazine well and Officer Bobbs said the firearm appeared to be in good working condition.

I conducted a wants/warrants inquiry on Ortiz and Duarte.  The inquiry revealed Ortiz was on active probation for Burglary with a discharge date of 04/06/2021.  The inquiry additionally confirmed Duarte's active P.R.C.S. Community Supervision status.  I contacted L.A. County Probation and confirmed Duarte's search and seizure conditions.

Officer Wunderlich conducted a probation compliance search of the vehicle and located a Smith and Wesson .380 caliber magazine with 6 .380 caliber bullets loaded within it.  The magazine was stuffed between the center console and the passenger front seat (towards the rear of the seat).  It should be noted, the magazine was located within arm's reach of the rear passenger (Duarte).  Officer Wunderlich inserted the magazine into the magazine well of the handgun and it fit perfectly.  The handgun and the magazine were the same brand and caliber.

Based on our observations of the rear passenger (Duarte) throwing the firearm out of the car, and the location of the loaded magazine, we placed Duarte under arrest for 29800 (a)(1) P.C. - Felon in possession of a firearm.

I conducted a firearm registration inquiry on the pistol.  The inquiry revealed the pistol was reported stolen to the Roseburg Police Department on 12/18/2019 (Report #19-6002).

Investigation Continued:

Officer Wunderlich spoke to Ana Ortiz who stated the following: Ortiz said on Friday (03-20-20) at approximately 2120 hours, she picked up her friend (Steven Duarte) on 110th Street and were going to hang out. Ortiz additionally said she did not know Duarte had a gun when she picked him up.

USAO_000138

**Inglewood Police Department**

**GENERAL OFFENSE HARDCOPY**

**(29800(A)(1) FRARM/FELN/ADDICT)**

Officer Wunderlich, Officer Vega, Officer Lee, Sergeant G. McDonough, and I responded to Duarte's residence at 3631 W. 111th Street to conduct a probation compliance search.  No further contraband was found during the search.

ARREST/BOOKING:

Based on our observations, the stolen status of the gun, Duarte being a documented member of the 18 Street gang, and the magazine being loaded and located with arm's reach of Duarte in the vehicle; Duarte was placed under arrest for the following charges:

1) 29800(a)(1) P.C. - Felon in possession of a firearm
2) 25400(a)(1) P.C. Possession of a concealed firearm
3) 25850(a) P.C. - Possession of a loaded firearm
4) 25400(c)(3) P.C. - Possession of a firearm by an active member of a street gang
5) 25400(c)(2) P.C. - Possession of a stolen firearm
6) 25850(c)(2) P.C. - Possession of a loaded stolen firearm

Officer Thompson conducted a Preliminary Field Medical Screening of Duarte and Duarte answered no to all questions.  Duarte was transported and booked at the Inglewood Police Department Jail with the approval of the Watch Commander, Lt. Held. Prior to entering the jail facility, Officer W. Thompson instructed Duarte to read and acknowledge the posted sign indicating the restriction of weapons and narcotics in the jail facility.  The sign indicates paraphernalia brought into the jail facility will result in an additional charge.

Officer W. Thompson and Officer Bobbs (both male officers) conducted a strip search of Duarte in the I.P.D. strip cell area. Lt. Held stood by as witness to the search. No further contraband was located.

I notified L.A. County Probation Officer T. Jackson of Duarte's arrest.  Officer Jackson placed Duarte on a probation violation hold (1203.2 P.C.).

MEDICAL:

None

EVIDENCE:

For further see evidence tab.

PHOTOGRAPHS:

Officer Wunderlich took several digital photographs of the vehicle, firearm, and the magazine.  Officer Wunderlich uploaded all of the photographs into the Laserfiche system under this same G.O. number.

USAO_000139

GO# IN 2020-17470
ACTIVE

# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY

### (29800(A)(1) FRARM/FELN/ADDICT)

```
A/O's NOTES:

Ortiz was advised on 26708(c) C.V.C. - Window tint and 22450(a) C.V.C. -
Stop sign violation.  She was F.I.'d, photographed, and released in the
field.

Officer Vega completed a Forensics request form for D.N.A. and print
processing of the firearm and the magazine.
```



**Inglewood Police Department**

GENERAL OFFENSE HARDCOPY

(29800(A)(1) FRARM/FELN/ADDICT)

GO# IN 2020-17470

ACTIVE



Follow Up Report # IN 1 - NOT COMPLETED

## Follow Up Report  # 1 - NOT COMPLETED

### ASSIGNMENT INFORMATION

| | |
|---|---|
| **Assigned To** | 878 - BARRAGAN JOSE A. |
| **Capacity** | LEAD INVESTIGATOR |
| **Assigned On** | MAR-23-2020  (MON.) 0650 |
| **Report Due On** | APR-22-2020  (WED.) |

**Org Unit** ASSAULTS/ROBERRY

**By** 936 -  BIRKBECK BRIGETTE

GO# IN 2020-17470

ACTIVE

# Inglewood Police Department
## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)

## Related Property Report(s)

---

### REPORT INFORMATION

**Property Report #** 37209
**Case Status** SEIZED/EVIDENCE
**Submitted On** MAR-20-2020 (FRI.)                    **By** WUNDERLICH TROY

**RELATED EVENTS**

**Offense** GO IN 2020 - 17470

**Related Items** 1

---

### FIREARM - EVIDENCE

**Status** SEIZED/EVIDENCE
**Tag #** IN37209 - 1
**Make** SMITH & WESSON
**Item** PISTOL                              **Type** SEMI-AUTO
**Model** BODYGUARD                          **Caliber** 380
**Finish** BLK
**Serial #** EAT2760
**Value** $1.00
**Description** ONE BLACK SMITH&WESSON BODYGUARD 380 FIREARM
**Value** $0.00
**Flags** EVIDENCE
**Current Location** PD FORENSICS

---

USAO_000142

# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)

JT of 27
24

## REPORT INFORMATION

**Property Report #** 37210
**Case Status** SEIZED/EVIDENCE
**Submitted On** MAR-20-2020 (FRI.)                    **By** WUNDERLICH TROY

### RELATED EVENTS

**Offense** GO IN 2020 - 17470

**Related Items** 1

## ARTICLES - EVIDENCE

**Status** SEIZED/EVIDENCE
**Tag #** IN37210 - 1
**Article** YAMMO- OTHER
**# Of Pieces** 7
**Serial # 1** UNKNOWN
**Value** $1.00
**Description** ONE SILVER MAGAZINE AND SIX .380 CALIBER BULLETS
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PD FORENSICS

USAO_000143



**Inglewood Police Department**

GO# IN 2020-17470
ACTIVE

**GENERAL OFFENSE HARDCOPY**

(29800(A)(1) FRARM/FELN/ADDICT)

## Related Arrest Report AB# 2020-392

| | |
|---|---|
| **Arrestee** | DUARTE, STEVEN |
| **Date Of Birth** | DEC-14-1992 |
| **Related CD#** | 2477 |

## Arrest Information

| | |
|---|---|
| **Status** | BOOKED |
| **Type Of Arrest** | OBSERVATIONS |
| **Reason For Arrest** | OBSERVATION ARREST |
| **Arrest Date** | MAR-20-2020  (FRI.) 2200 |
| **Rush File Required** | NO |
| **Booked Into Cell** | YES |
| **Arrest Agency** | INGLEWOOD POLICE |
| **Arresting Officer(s)** | 988 -  VILLICANA TYLER,  946 -  WUNDERLICH TROY |
| **Summary Of Facts** | 29800(A)(1)PC - FELON IN POSSESSION OF FIREARM |

### *ARREST LOCATION*

| | | | |
|---|---|---|---|
| **Address** | S DOTY AV & W 108TH ST | | |
| **Municipality** | INGLEWOOD | | |
| **SODA Zone** | NO | **Drug Free Zone** | NO |

### ADDITIONAL ARREST INFORMATION

| | | | |
|---|---|---|---|
| **Case Screened** | NO | | |
| **Notify Victim On Release** | NO | | |
| **Juvenile** | NO | | |
| **Armed With** | UNARMED | | |
| **Diversion Recommended** | NO | | |
| **Interpreter Needed** | NO | | |
| **Rights Given** | NO | | |
| **Mental Exam Required** | NO | | |
| **Statement Taken** | NO | | |
| **Fingerprinted** | NO | **Photo Taken** | NO |
| **CD Updated** | NO | | |
| **Family Notified** | NO | | |
| **Family Notified** | NO | | |
| **Lawyer Called** | NO | | |
| **Meal Given** | NO | **Coffee Given** | NO |
| **Arrestee's Occupation** | UNEMPLOYED | | |

USAO_000144



# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)

GO# IN 2020-17470

ACTIVE

Detained   NO

USAO_000145

# Inglewood Police Department

## GENERAL OFFENSE HARDCOPY
### (29800(A)(1) FRARM/FELN/ADDICT)

GO# IN 2020-17470
ACTIVE

**\*\*\* END OF HARDCOPY \*\*\***

USAO_000146