TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorneys
General Crimes Section
      1100/1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2238/0304
      Facsimile: (213) 894-0141
      E-mail:    kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS |
| v. | |
| STEVEN DUARTE, | Hearing Date: August 13, 2021 |
| Defendant. | Hearing Time: 2:00 p.m. |
| | Location:    Courtroom of the Hon. Fernando M. Olguin |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan and Juan M. Rodriguez, hereby files its response to STEVEN DUARTE's ("defendant") motion to suppress statements.  (Dkt. 59.)

//
//
//
//

This response is based upon the attached statement of non-opposition, the files and records in this case, and such further evidence and argument as the Court may permit.


Dated: July 30, 2021                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        */s/ Kyle W. Kahan*
                                        KYLE W. KAHAN
                                        JUAN M. RODRIGUEZ
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

### STATEMENT OF NON-OPPOSITION

On March 20, 2020, defendant was caught tossing a firearm from the right rear passenger car window on Doty Avenue by Inglewood Police Department officers.  The officers stopped the car and found defendant, the sole passenger, in the right rear passenger seat. Subsequently, the officers searched the car and found a fully loaded .380 caliber magazine stuffed in between the car's center console and passenger seat.  Additional officers arrived on scene and discovered a black, Smith & Wesson .380 semiautomatic pistol with a missing magazine on Doty Avenue.  Based on their observations and discoveries, the officers arrested defendant.

Defendant was later interviewed by Inglewood Police Department Detective and Task Force Officer Jose Barragan.  Detective Barragan advised defendant of his Miranda rights and spoke to defendant about the incident.  Defendant did not make any statements indicating he owned or possessed the firearm, magazine, or ammunition.  Indeed, defendant denied possessing the firearm.  Defendant has moved to suppress his statements to Detective Barragan and requested an evidentiary hearing before the government admits any of his post-Miranda statements.  On July 23, 2021, defendant filed a motion to suppress his statements to Detective Barragan in violation of his Miranda and Sixth Amendment rights.  (Dkt. 59.)

While the government disagrees with defendant's assertion that Detective Barragan violated defendant's Miranda and Sixth Amendment rights, and are confident that an evidentiary hearing would demonstrate defendant knowingly, intelligently, and voluntarily waived his rights, the government does not intend to use any of

defendant's statements at trial.  Accordingly, defendant's motion is moot.