```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    KYLE W. KAHAN (Cal. Bar No. 298848)
 4  JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
    Assistant United States Attorneys
 5  General Crimes Section
         1100/1200 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-2238/0304
         Facsimile: (213) 894-0141
 8       E-mail:    kyle.kahan@usdoj.gov
                    juan.rodriguez@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S ERRATA AND WITHDRAWAL OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS</u> |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan and Juan M. Rodriguez, hereby files this Errata and Withdrawal of the previously filed Government's Response to Defendant's Motion to Suppress Statements (Dkt. 73.)

//
//
//
//

The previously filed response was an earlier version of the final document and inadvertently submitted in lieu of the correct document.  At this time, the government withdraws the erroneously filed Docket number 73 and will file the correct document.

Dated: July 30, 2021                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        */s/ Kyle W. Kahan*
                                        KYLE W. KAHAN
                                        JUAN M. RODRIGUEZ
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA