TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0304/2238
    Facsimile: (213) 894-0141
    E-mail:   juan.rodriguez@usdoj.gov
              kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-FMO |
|---|---|
| Plaintiff, | DECLARATION OF NICOLAS BOBBS |
| v. | Hearing Date: August 13, 2021<br>Hearing Time: 2:00 p.m. |
| STEVEN DUARTE, | Location: Courtroom of the Hon.<br>          Fernando M. Olguin |
| Defendant. | |

# DECLARATION OF NICOLAS BOBBS

I, Nicolas Bobbs, declare as follows:

1. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness. Because I am making this declaration for the limited purpose of addressing issues raised in defendant's motion to suppress, I have not included every fact known to me concerning this matter.

2. I am a Police Officer with the Inglewood Police department ("IPD") and have been so employed since approximately 2015. I am a member of IPD's Special Enforcement Team since February 2019.

3. On March 20, 2020, I was on duty in the Inglewood area. At or around 9:36 p.m., via my radio, I received a request for assistance. My partner and I arrived at 108th Street, just east of Doty Avenue, to render the requested assistance.

4. Once there, after Ana Ortiz and Steven Duarte (defendant) had been detained, either Officer Villicana or Wunderlich informed me that defendant discarded a black firearm near the east curb line of Doty Avenue, just north of 109th Street. I ran to that location and found a firearm.

5. I photographed the firearm as I found it and proceeded to place it in an evidence bag. The firearm was a black, semi-automatic, Smith and Wesson .380 caliber pistol, serial number #EAT2760. The magazine was missing from the magazine well.

//
//
//
//

6. I then transported the firearm back to 108th Street, just east of Doty Avenue where Officer Villicana and Officer Wunderlich and relinquished custody to them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 29, 2021.

*N. BOBBS #997*
NICOLAS BOBBS