Oliver P. Cleary
Attorney at Law [CSB#168440]
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
T: (424) 324-8874

UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>STEVEN DUARTE,<br><br>   Defendant. | Case No. CR20-00387-FMO<br><br>Defendant's Notice of Errata And Withdrawal of Defendant's Response to Government's Motion In Limine # 3<br><br>Date: 8/13/21<br>Time: 2:00 pm<br>Courtroom: 6A |

The defendant, Steven Duarte, files this Errata and Withdrawal of the previously filed Defendant's Response to Government's Motion In Limine #3 To Exclude Impeachment Evidence (Dkt. 80)

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
///

1 | The government's counsel requested the previously filed response be filed under
2 | seal. At this time, the defendant withdraws the document so that it can be filed under
3 | seal.
4 | Dated: 8/2/2021                                                          Respectfully submitted,

*Oliver P. Cleary*
Attorney for Defendant,
Steven Duarte