```
Oliver P. Cleary
Attorney at Law [CSB#168440]
468 N. Camden Dr., Ste. 200
Beverly Hills, California 90210
Telephone (424) 324-8874
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DUARTE,<br><br>Defendant. | Case No.: **20-cr-00387-FMO**<br><br>DEFENDANT'S NOTICE OF FILING DOCUMENTS UNDER SEAL |

Defendant Steven Duarte hereby Notices all parties of the manual filing of Defendant's Response in Opposition to the Government's Motion In Limine # 3 under seal.

Date: 8/3/21

Respectfully submitted,
*/s/ Oliver P. Cleary*
Oliver P. Cleary
Attorney for Defendant,
Steven Duarte

1