Oliver P. Cleary
Attorney at Law[CSB#168440]
468 N. Camden Drive, #200
Beverly Hills, CA 90210
T: (424) 324-8874

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR20-000387-FMO |
|---|---|
| Plaintiff, | **Declaration of Steven Duarte's in Support of Motion to Suppress DNA Evidence** |
| vs. | |
| STEVEN DUARTE, | Date: 8/13/21 |
| Defendant. | Time: 2:00 p.m. |
| | Court: 6A |

Defendant Steven Duarte, by and through counsel of record, Oliver P. Cleary, attorney at law, hereby submits his signed declaration in support of the Motion to Suppress DNA (Dkt #57).

Dated: 8/10/2021

Respectfully submitted,
*/s/Oliver P. Cleary*
Attorney for defendant,
STEVEN DUARTE

**Declaration of Steven Duarte in Support of his Motion to Suppress Evidence**

I, Steven Duarte, declare under the laws of the United States of America, the following is true and correct, and, if called as a witness, could competently testify to the matters stated herein;

1. On March 22, 2020, while detained in a holding cell at the Inglewood Police Department Jail, I was moved into a small interview room by Detective Jose A. Barragan (#878).
2. I was alone in the interview room with Detective Barragan who shut the door and said he was going to ask me some questions.
3. He handed me a Miranda Admonishment form which I read, initialed, and signed.
4. I was aware of my rights as described on the form and never waived or gave up my rights. I told him I wanted a lawyer.
5. In response Detective Barragan said; "You're not going to admit it was your gun? You're going to let her take the blame?"
6. When I refused to admit to being in possession of the firearm, Barragan began to harass me in different ways.
7. Barragan said; "You know I have the power to prosecute you or not? You know that gun was stolen from a police station? I have the power to take the case federal. You better tell me what I want to hear."
8. Barragan then said; "I'll let you go just give me someone who sells drugs."
9. I told him I don't know anyone who sells drugs. I asked Barragan are we done?

10

10. Barragan next told me I need your DNA.
11. In response, I refused the DNA oral swab I told Barragan wanted to speak to a lawyer.
12. Barragan told me that wasn't going to happen.
13. Next, Barragan threatened to shove the DNA oral swab down my throat.
14. Barragan suggested he could get a court order to forcibly obtain an oral swab.
15. I told him I wouldn't submit to any DNA being taken from me without first consulting with a lawyer.
16. I got up to leave the room when Barragan got up in my face and said; "Are you trying to assault me?" in an attempt to physically intimidate me.
17. I told Barragan I was going to tell my family about his threats.
18. Barragan told me he was going to get an Order from a judge and that I would remain in custody until I provided him with an Oral Swab.
19. Because I was denied of my right to consult, and, because of Barragan's threats and lies, I felt intimidated and forced to submit to an oral swab.

Dated:

Steven Duarte

11

IT IS HEREBY CERTIFIED THAT:

I, Oliver Cleary, am a citizen of the United States and am at least eighteen years of age. My business address is 468 N. Camden Dr., #200, Beverly Hills, CA 90210. I have caused service of <u>Declaration of Steven Duarte in Support of MOTION TO SUPPRESS DNA</u>

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

Juan Rodriguez, AUSA, juan.rodriguez@usdoj.gov

Kyle Kahan, AUSA, kyle.kahan@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 10, 2021                     <u>*s/Oliver Cleary*</u>
                                                 Attorney for Defendant
                                                 STEVEN DUARTE