Oliver P. Cleary
Attorney at Law[CSB#168440]
468 N. Camden Drive, #200
Beverly Hills, CA 90210
T: (424) 324-8874

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR20-000387-FMO |
|---|---|
| Plaintiff, | **Declaration of Steven Duarte's in Support of Motion to Suppress** |
| vs. | |
| STEVEN DUARTE, | Date: 8/13/21<br>Time: 2:00 p.m. |
| Defendant. | Court: 6A |

Defendant Steven Duarte, by and through counsel of record, Oliver P. Cleary, attorney at law, hereby submits his signed declaration in support of the Motion to Suppress Evidence Seized After Illegal Traffic Stop (Dkt #58).

Dated: 8/10/2021

Respectfully submitted,
*/s/Oliver P. Cleary*
Attorney for defendant,
STEVEN DUARTE

**Declaration of Steven Duarte In Support of Suppression Motion**

I, STEVEN DUARTE, declares under the laws of the United States of America, the following is true and correct and if called as a witness, I could competently testify to the matters stated herein;

1. On the date of March 20, 2020, I was a passenger in Anna ORTIZ's 2007 Infiniti G37.
2. At around 9:30 pm, she was driving north on Prairie Ave and made a right turn eastbound onto W. 109th St.
3. As she began turning on 109th St, her vehicle's headlights illuminated a car parked parallel to the curb on our left side with the headlights completely off.
4. I was able to see two occupants inside the vehicle sitting motionless.
5. As we proceeded down the street, the same vehicle started trailing behind us.
6. The trailing vehicle's lights were completely off.
7. We came to a complete stop at the stop-sign on corner of W. 109th St. and Doty Ave.
8. After making a proper stop, we made a left turn northbound onto Doty when suddenly the unmarked vehicle behind us activated bright lights.
9. ORTIZ pulled her car over on the right side of West 108th Street and came to a stop.
10. Police vehicles were behind us and we were told to put our hands outside the vehicle.
11. Multiple officers approached the vehicle with guns drawn.

1

12. An officer got me out of the vehicle, handcuffed me and placed me on the curb next to the unmarked police car that had been following us.

13. I was sitting on the curb approximately 15'-20' from officer Wunderlich as he searched ORTIZ's entire vehicle finding nothing.

14. Officer Wunderlich asked officer Bobbs who was walking up do a second search.

15. It was only officer Bobbs search Ortiz's vehicle that he said he found a magazine with ammunition inside the front console area of Ortiz's vehicle.

16. The front passengers windows were rolled down at the time making it impossible to view whether or not the windows were tinted.

Dated:

*(signature)*
STEVEN DUARTE

2

IT IS HEREBY CERTIFIED THAT:

    I, Oliver Cleary, am a citizen of the United States and am at least eighteen years of age. My business address is 468 N. Camden Dr., #200, Beverly Hills, CA 90210. I have caused service of <u>Declaration of Steven Duarte in Support of MOTION TO SUPPRESS EVIDENCE</u>

    The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

    Juan Rodriguez, AUSA, juan.rodriguez@usdoj.gov

    Kyle Kahan, AUSA, kyle.kahan@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 10, 2021          <u>s/Oliver Cleary</u>
                                                             Attorney for Defendant
                                                             STEVEN DUARTE