# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | **CR 20-00387-FMO** | | Date | August 11, 2021 |
| Present: The Honorable | Fernando M. Olguin, United States District Judge | | | |
| Interpreter | None Present | | | |

| Gabriela Garcia | None Present | Rachel Nechama Agress, AUSA (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| STEVEN DUARTE | NOT | X | | Oliver P. Cleary, CJA | NOT | X | |

**Proceeding**   (In Chambers) Order Re: Further Proceedings

    On the court's own motion, IT IS ORDERED THAT the Pretrial Conference previously scheduled for August 13, 2021, is continued to **August 18, 2021, at 10:00 a.m.**  All other requirements set forth in the Case Management Order issued on November 18, 2020, (Dkt. 10), and all other deadlines set forth in the Court's Order of June 4, 2021, (Dkt. 36), and in the Court's Order of July 14, 2021, (Dkt. 40) remain in effect.

 

Initials of Deputy Clerk     gga