**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br>v.<br><br>STEVEN DUARTE<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 20-00387-FMO<br><br>**ORDER TRANSFERRING CRIMINAL ACTION PURSUANT TO GENERAL ORDER 21-01** |

Pursuant to General Order 21-01, IT IS HEREBY ORDERED that the above-entitled criminal action be transferred to the calendar of Judge _____ André Birotte Jr. _____ for all further proceedings as to:

☑ all defendants

☐ only as to defendant(s):

_____

_____

_____

| | |
|---|---|
| August 16, 2021<br>———————————<br>Date | /s/ Fernando M. Olguin<br>———————————————————<br>United States District Judge |
| August 16, 2021<br>———————————<br>Date | /s/ André Birotte Jr.<br>———————————————————<br>United States District Judge |

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials _____ AB _____ after the case number, so that the case number will read _____ 2: 20-cr-00387-AB _____ . This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CR-71 (03/21)          ORDER TRANSFERRING CRIMINAL ACTION PURSUANT TO GENERAL ORDER 21-01