Oliver P. Cleary
Attorney at Law[CSB#168440]
468 N. Camden Drive, #200
Beverly Hills, CA 90210
T: (424) 324-8874

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR20-000387-AB |
| Plaintiff, | **Steven Duarte's Letter Brief in Support of In Limine Motion to Exclude DNA Evidence** |
| vs. | |
| STEVEN DUARTE, | Date: 8/19/21 |
| Defendant. | Time: 11:00 a.m. |
| | Court: 7B |

Defendant Steven Duarte, by and through counsel of record, Oliver P. Cleary, attorney at law, hereby submits this letter brief in support of defendant's request for a Daubert/Khumo Tire Hearing to determine whether this court should exclude *in limine* the DNA evidence in this case.

Dated: 8/18/2021

Respectfully submitted,
*/s/Oliver P. Cleary*
Attorney for defendant,
STEVEN DUARTE

1

**I.**

Before Expert testimony can be allowed, Rule 702 requires (1) the testimony be based on sufficient facts or data, (2) the testimony be the product of reliable principles and methods, and (3) the witness applied the principles and methods reliably to the facts of the case.  The trial court must serve as a "gatekeeper" to exclude unreliable expert testimony at trial by requiring a sufficient factual basis and reliable methodology. Daubert, 509 U.S. 579.

The Supreme Court has confirmed that this gatekeeper function exists for all expert testimony, scientific or otherwise. Kumho, 526 U.S. 137. **Here**, in recently disclosed discovery (see Exhibit 1), the defense learned that the government is unable to locate "any and all documentation related to a forensics request for DNA processing attached to the Inglewood Police Department's report 20-17470" (Steven Duarte's arrest).

The inability to locate any forensic request or any other documentation for DNA processing related to Steven Duarte's case puts into question the government's expert's testimony under Rue 702. As such, the defense requests this court conduct a hearing to determine whether the proper foundation can be laid prior to the government attempting to introduce expert DNA testimony at trial. United States v. Valencia-Lopez, --- F.3d ---, No. 18-10482 (9th Cir. 2020).

Dated: August 18, 2021                    Respectfully submitted,

                                          /s/Oliver P. Cleary
                                          Oliver P. Cleary
                                          Attorney for Defendant,
                                          Steven Duarte

IT IS HEREBY CERTIFIED THAT:

     I, Oliver Cleary, am a citizen of the United States and am at least eighteen years of age.  My business address is 468 N. Camden Dr., #200, Beverly Hills, CA 90210.  I have caused service of <u>Letter Brief In Support of In Limine Motion To Exclude DNA</u>

     The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

     Juan Rodriguez, AUSA, juan.rodriguez@usdoj.gov

     Kyle Kahan, AUSA, kyle.kahan@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 18, 2021               *s/Oliver Cleary*
                                            Attorney for Defendant
                                            STEVEN DUARTE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*SAUSA Kyle Kahan*
*AUSA Juan Rodriguez*
*Phone: (213) 894-2238*
*E-mail: kyle.kahan@usdoj.gov*
*juan.rodriguez@usdoj.gov*

*1100/1200 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

August 13, 2021

**<u>VIA Email</u>**

Oliver P. Cleary
468 North Camden Drive, Suite 200
Beverly Hills, CA 90210
olivercleary@gmail.com

   Re: <u>United States v. Steven Duarte,</u>
      No. 20-CR-387-FMO

Dear Counsel:

Pursuant to your request for discovery and the Court's order, enclosed please find the following:

| Bates Range | Description |
|---|---|
| USAO_001165 | Email – Detective Jose Barragan 8/11/21 Conversation with Celeste Hewson |

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense. Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offense are detailed within the documents included within the discovery. The government also requests all reciprocal discovery related to Blaine Kern, including his opinion/s and bases and reasons for his opinion/s. Please contact me immediately if you believe that this notice is insufficient.

RE:  <u>United States v. Steven Duarte</u>, No. 20-CR-387-FMO
August 13, 2021
Page 2


Please let me know if you have any questions or would like to further discuss any of the matters raised above.


Very truly yours,

*Kyle Kahan*


Kyle W. Kahan
Juan M. Rodriguez
Assistant United States Attorneys
General Crimes Section

**From:**      Jose Barragan
               ████
**Date:**      ████   Friday, August 13, 2021 11:54:36 AM

On Wednesday August 11, 2021, I spoke to C. Hewson who stated was asked to produce any and all documentation related to a forensics request for DNA processing attached to the Inglewood Police Department's report 20-17470. Hewson stated she was unable to locate any forensic request or any other documentations for  DNA processing.  Hewson stated that all Forensic requests were done via email at the time, furthermore all forensics request were inadvertently deleted from mid-January to the end of March 2020 from the Inglewood Police Department.

USAO_001165