**Exhibit A**



# Los Angeles County Sheriff's Department
## Service Request

| | | | |
|---|---|---|---|
| **Agency Name:** | Inglewood Police Department | **Lab Case Num:** | 20-020724 |
| **Investigator Name:** | | **Agency Case Number:** | 20-017470 |
| **Investigating Agency:** | Inglewood Police Department | | |
| **Contact Information:** | BARRAGAN 310-412-5629 | | |
| **Charge1:** | 29800(A)(1)PC-F - POSS F/ARM BY CONVICTED FELON/ADDICT/ETC | **Incident Report Date:** | 03/20/2020 |

**Cross-Referenced Cases:**

| | | | |
|---|---|---|---|
| **Assigned Date:** | 04/13/2020 | **Assigned Analyst:** | Luis Olmos |

**BIO    Biology**                                                                 **Sequence Number : 1**

| | |
|---|---|
| Item # 2 | Biological Stain/swab - 3 BIOLOGICAL SWABS FROM FIREARM EVIDENCE |
| Item # 3 | Buccal Reference - BUCCAL REFERENCE SWAB FROM SUSPECT DUARTE, STEVEN |
| Item # 2.1 | Biological Stain/swab - Swab from grip of gun |
| Item # 2.2 | Biological Stain/swab - Swab from trigger and slide of gun |
| Item # 2.3 | Biological Stain/swab - Swab from magazine |
| Item # 3.1 | Buccal Reference - Oral reference from STEVEN DUARTE |

6/30/20    LO → I/O    Email: Status
           I/O → LO    Active cor

**Comments :**
On 03/20/20, at approximately 2136 hrs, officers attempted to pull over a vehicle. During the attempt, the right rear window rolled down, an arm extended out, and dropped a handgun (S&W, .380 cal, Serial #: EAT2760). Once the vehicle finally stopped, officers detained the driver and the right rear passenger. After a search of the vehicle, a magazine containing live rounds was also discovered. The right rear passenger was arrested (Duarte, Steven).

On 03/25/20, Det. Barragan (#878) collected a buccal reference sample of the suspect: Duarte, Steven.

On 03/26/20, I (Hewson) collected (3) biological swabs from the firearm evidence. I collected the following:
- (1) Swab from the handgun grip
- (1) Swab from the handgun slide/trigger
- (1) Swab from the magazine

We are requesting the (3) biological swabs collected (by Hewson) from the firearm evidence be analyzed and compared to the suspect¿s buccal reference sample. If an unknown profile is obtained, we are requesting that the profile(s) be uploaded to CODIS.

Detective to contact regarding case:
**Detective Jose Barragan**
█████████████████

In addition to sending results to the detective, please also send results to:
**Forensic Supervisor Ron Paul**
█████████████████

Page 1 of 1    Print Date:07/15/2020


USAO_001000