# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No.: | CR 20-00387-AB | Date: | August 19, 2021 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter | N/A |

| Carla Badirian (video) | Miriam Baird | Juan M. Rodriguez / Kyle Walker Kahan / Lauren Restrepo |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven Duarte | √ | √ | | Oliver P Cleary, CJA | √ | √ | |

**Proceedings:** STATUS CONFERENCE;
GOVERNMENT'S MOTION IN LIMINE:
NO. 1 TO ADMIT DEFENDANT'S POST-RELEASE COMMUNITY SUPERVISION STATUS AS INEXTRICABLY INTERTWINED WITH THE CHARGED OFFENSE AND AS EVIDENCE OF MOTIVE, INTENT, AND PLAN UNDER RULE 404(B) [51];
NO. 2 TO ADMIT EVIDENCE OF DEFENDANT'S PRIOR CONVICTIONS SUBSTANTIVELY AND FOR IMPEACHMENT PURPOSES UNDER FEDERAL RULE OF EVIDENCE 609 [52];
NO. 3 TO EXCLUDE INADMISSIBLE IMPEACHMENT INFORMATION REGARDING GOVERNMENT WITNESSES [65] (Under Seal);
DEFENDANT'S MOTION FOR RELEASE OF BRADY MATERIALS [55];
DEFENDANT'S MOTION TO DISMISS ON SPEEDY TRIAL VIOLATIONS [56];
DEFENDANT'S MOTION TO SUPPRESS DNA [57];
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE SEIZED AFTER ILLEGAL TRAFFIC STOP [58];
DEFENDANT'S MOTION TO SUPPRESS STATEMENTS [59];
DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PRIOR BAD ACTS [62];
DEFENDANT'S MOTION IN LIMINE REQUESTING DAUBERT/KUMHO TIRE HEARING [105]
(Held and Completed)

The Court having carefully considered the papers and the evidence submitted by the parties, having heard the oral argument of counsel, and for reasons stated on the record, hereby rules on the motions as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

GOVERNMENT'S MOTION IN LIMINE NO. 1 TO ADMIT DEFENDANT'S POST-RELEASE COMMUNITY SUPERVISION STATUS AS INEXTRICABLY INTERTWINED WITH THE CHARGED OFFENSE AND AS EVIDENCE OF MOTIVE, INTENT, AND PLAN UNDER RULE 404(B) [51] - **GRANTED**

DEFENDANT'S MOTION TO SUPPRESS DNA [57] - **DENIED**

GOVERNMENT'S MOTION IN LIMINE NO. 2 TO ADMIT EVIDENCE OF DEFENDANT'S PRIOR CONVICTIONS SUBSTANTIVELY AND FOR IMPEACHMENT PURPOSES UNDER FEDERAL RULE OF EVIDENCE 609 [52] – **GRANTED IN PART AND DENIED IN PART**

DEFENDANT'S MOTION FOR RELEASE OF BRADY MATERIALS [55] - **DENIED**

DEFENDANT'S MOTION TO DISMISS ON SPEEDY TRIAL VIOLATIONS [56] - **DENIED**

DEFENDANT'S MOTION TO SUPPRESS EVIDENCE SEIZED AFTER ILLEGAL TRAFFIC STOP [58] - **DENIED**

DEFENDANT'S MOTION TO SUPPRESS STATEMENTS [59] – **DENIED AS MOOT**

GOVERNMENT'S MOTION IN LIMINE NO. 3 TO EXCLUDE INADMISSIBLE IMPEACHMENT INFORMATION REGARDING GOVERNMENT WITNESSES [65] - **GRANTED IN PART AND DENIED IN PART**

DEFENDANT'S MOTION IN LIMINE REQUESTING DAUBERT/KUMHO TIRE HEARING [105] – **DENIED**

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PRIOR BAD ACTS [62] – **DEFERRED.**

For the reasons stated on the record, the Court ORDERS portions of the transcript, sealed.

The Court recommends to the USM that the Defendant be housed at MDC given his upcoming trial date on Tuesday, August 24, 2021.

Court and counsel confer regarding the upcoming trial.

CC:   USM
      Miriam Baird, Court Reporter

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

|  | 1 | : | 55 |

Initials of Deputy Clerk   CB