TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Special Assistant United States Attorney
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/0304
     Facsimile: (213) 894-0141
     E-mail:    kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-CR-387-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S SECOND EXHIBIT LIST |
| v. | Trial Date: August 24, 2021<br>Trial Time: 9:00 a.m. |
| STEVEN DUARTE, | Location: Courtroom of the Hon. André Birotte, Jr. |
| Defendant. | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | *Photographs* | | | |
| 1 | Photograph of firearm magazine in between seat: top [USAO_00093] | No objection | | |
| 2 | Photograph of firearm magazine in between seat: back [USAO_00094] | No objection | | |
| 3 | Photograph of loaded magazine [USAO_00095] | No objection | | |
| 4 | Photograph of firearm | No objection | | |

| | | | | | |
|---|---|---|---|---|---|
| | | magazine and ammunition [USAO_000099] | | | |
| | 5 | Photograph of rear of red Infiniti [USAO_000101] | No objection | | |
| | 6 | Photograph of front of red Infiniti [USAO_000105] | No objection | | |
| | 7 | Photograph of passenger side of red Infiniti [USAO_000108] | No objection | | |
| | 8 | Photograph of firearm on ground: close-up [USAO_000110] | No objection | | |
| | 9 | Photograph of firearm with officer [USAO_000111] | No objection | | |
| | 10 | Photograph of intersection of 109th and Doty Avenue [USAO_000112] | No objection | | |
| | 11 | Photograph of firearm on ground [USAO_000114] | No objection | | |
| | 12 | Photograph of firearm on ground near car [USAO_000115] | No objection | | |
| | 13 | Google Maps overhead photo of 109th Street and Doty Avenue [USAO_000271] | No objection | | |
| | 14 | Evidence Bags with firearm, magazine, and ammunition [USAO_0001147] | No objection | | |

| | | | | |
|---|---|---|---|---|
| 15 | Photograph of firearm: Forensics Unit [USAO_001148] | No objection | | |
| 16 | Photograph of Firearm and Serial Number: Forensics Unit [USAO_0001149] | No objection | | |
| 17 | Photograph of Magazine and Ammunition: Forensics Unit [USAO_0001151] | No objection | | |
| 18 | Photograph of DNA Biological Swabs Packaging [USAO_000996] | No objection | | |
| 19 | Reserved | | | |
| 20 | Reserved | | | |
| 21 | Reserved | | | |
| *Documents* | | | | |
| 22 | Superior Court of California County of Los Angeles No. Ya086028 – February 6, 2013 certified minutes of case proceedings [USAO_000041-000050] | No objection | | |
| 23 | Certified Plea Form – Superior Court of California County of Los Angeles No. YA086028 – February 6, 2013 [USAO_000228-000235] | No objection | | |
| 24 | Superior Court of California County of Los Angeles No. YA097834 – November 5, 2018 certified minutes of case | No objection | | |

3

| | | | | | |
|---|---|---|---|---|---|
| | | proceedings [USAO_000051-000059] | | | |
| | 25 | Certified Plea Form - Superior Court of California County of Los Angeles No. YA097834 – November 5, 2018 [USAO_000240-000247] | No objection | | |
| | 26 | Superior Court of California County of Los Angeles No. YA094449 – September 8, 2016 certified minutes case proceedings [USAO_000060-000064] | No objection | | |
| | 27 | Superior Court of California County of Los Angeles No. YA093485 – September 8, 2016 certified minutes case proceedings [USAO_000065-000069] [**WITHDRAWN PURSUANT TO COURT ORDER**] | No objection | | |
| | 28 | Luis Olmos CV [USAO_000269-000270] [Identification only] | No objection | | |
| | 29 | DNA Lab Report Case #20-020724 [USAO_00011-000118] [Identification only] | No objection | | |
| | 30 | Dan Lewis CV [USAO_000950] [Identification only] | No objection | | |
| | 31 | Nexus Expert Report | No objection | | |

4

| | | | | |
|---|---|---|---|---|
| | [USAO_000033-000034]<br><br>[Identification only] | | | |
| 32 | DNA Search Warrant<br><br>[USAO_000120-000126]<br><br>[Identification only] | No objection | | |
| 33 | Oral Buccal Swab Consent Form<br><br>[USAO_000186]<br><br>[Identification only] | No objection | | |
| 34 | Inglewood Police Department Forensics Report<br><br>[USAO_000028-000032]<br><br>[Identification only] | No objection | | |
| 35 | Inglewood Police Department Evidence Continuity Log – DNA Swab<br><br>[USAO_000952]<br><br>[Identification only] | No objection | | |
| 36 | Inglewood Police Department Evidence Continuity Log – Firearm<br><br>[USAO_000953-000954]<br><br>[Identification only] | No objection | | |
| 37 | Seized Property Report<br><br>[USAO_000172-000173]<br><br>[Identification only] | No objection | | |
| 38 | Booking and Property Record Report<br><br>[USAO_000174-000175] | No objection | | |

|    |                                                                                                |              |   |   |
|----|------------------------------------------------------------------------------------------------|--------------|---|---|
|    | [Identification only]                                                                          |              |   |   |
| 39 | Inglewood Police Department Incident Report – Officer Tyler Villicana [USAO_000018-000021] [Identification only] | No objection |   |   |
| 40 | DNA Analysis Report – Case Notes, Charts, Photos, and Results [USAO_0072-001000] [Identification only] | No objection |   |   |
| 41 | Inglewood Police Department Laboratory Analysis Request [USAO_001158-001159] [Identification only] | No objection |   |   |
| 42 | Celeste Hewson CV [USAO_001160-001164] [Identification only] | No objection |   |   |
| 43 | Reserved |  |   |   |
| 44 | Reserved |  |   |   |
| 45 | Reserved |  |   |   |
| 46 | Reserved |  |   |   |
| 47 | Reserved |  |   |   |
| 48 | Reserved |  |   |   |
|    | *Physical Evidence* |  |   |   |
| 49 | Firearm Frame and Receiver [Physical Exhibit] | No objection |   |   |
| 50 | Firearm Magazine [Physical Exhibit] | No objection |   |   |
| 51 | Ammunition (Six Rounds) [Physical Exhibit] | No objection |   |   |
| 52 | Reserved |  |   |   |
| 53 | Reserved |  |   |   |

| 54 | Reserved | | | |
|----|----------|--|--|--|
| 55 | Reserved | | | |