TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0304/2238
    Facsimile: (213) 894-0141
    E-mail:   juan.rodriguez@usdoj.gov
                kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>STEVEN DUARTE,<br><br>        Defendant. | No. CR 20-387-AB<br><br>TRIAL STIPULATION NO. 1 (REGARDING FELON STATUS AND KNOWLEDGE OF FELON STATUS)<br><br>Trial Date: August 24, 2021<br>Trial Time: 9:00 a.m.<br>Location:  Courtroom of the Hon.<br>           André Birotte Jr. |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Juan M. Rodriguez and Kyle W. Kahan, and defendant STEVEN DUARTE, both individually and through his counsel of record, Oliver P. Cleary, hereby agree and stipulate to the following facts, which the parties further agree and stipulate may be entered into evidence at trial and read to the jury at any time for any purpose, unless otherwise ordered by the Court:

**TRIAL STIPULATION No. 1**

1. At the time of the offense alleged in the Indictment, STEVEN DUARTE had been convicted of a crime punishable by imprisonment for a term exceeding one year.

2. At the time of the offense alleged in the Indictment, STEVEN DUARTE knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This stipulation constitutes conclusive proof of the above matters for all purposes.

IT IS SO STIPULATED.

Dated: August 24, 2021

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JUAN M. RODRIGUEZ
KYLE W. KAHAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 24, 2021

OLIVER P. CLEARY
Attorney for Defendant
STEVEN DUARTE

I have read this stipulation, and I have carefully discussed every part of it with my attorney.  I understand the terms of this stipulation and my right to confront witnesses regarding the facts and exhibits described herein, and I knowingly waive that right and voluntarily agree to the terms of the stipulation.

_____          8-24-2020
STEVEN DUARTE                             Date
Defendant

3