# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CR 20-00387-AB | | Date | August 24, 2021 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge | | | |
| Interpreter | N/A | | | |

| Carla Badirian | Chia Mei Jui (a.m.) / Terri Hourigan (p.m.) | Juan M Rodriguez / Kyle Walker Kahan / Lauren Restrepo |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven Duarte | √ | √ | | Oliver P Cleary, CJA | √ | √ | |

____ Day COURT TRIAL   **1st** Day JURY TRIAL   ____ Death Penalty Phase

____ One day trial;  **√** Begun (1st day);  **√** Held & continued;  ____ Completed by jury verdict/submitted to court.

**√** The Jury is impaneled and sworn.

____ Opening statements made _____

____ Witnesses called, sworn and testified.

____ Exhibits identified   ____ Exhibits admitted

____ Government rests.   ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

____ Alternates excuses   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:   ____ Jury Verdict as follows:

____ Dft # ____ Guilty on count(s) ____   ____ Not Guilty on count(s) ____

____ Jury polled   ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing.

____ Dft # ____ remanded to custody.   Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

√ Case continued to Wednesday, August 25, 2021 at 8:45 a.m. for further trial/further jury deliberation.
☐ Other:

5 : 00
Initials of Deputy Clerk cb