# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-00387-AB | Date | August 25, 2021 |
|---|---|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge | | |
| Interpreter | N/A | | |

| Carla Badirian | Chia Mei Jui (a.m.) / Terri Hourigan (p.m.) | Juan M Rodriguez / Kyle Walker Kahan / Lauren Restrepo |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven Duarte | √ | √ | | Oliver P Cleary, CJA | √ | √ | |

____ Day COURT TRIAL    2nd Day JURY TRIAL    ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   √ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

√ Opening statements made    Government and Defendant

√ Witnesses called, sworn and testified.

√ Exhibits identified    √ Exhibits admitted

√ Government rests.    Defendant(s) _____ rest.

____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

____ Closing arguments made    √ Court instructs jury    ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

____ Alternates excuses    ____ Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:    ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s) _____    ____ Not Guilty on count(s) _____

____ Jury polled    ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

Dft # ____ ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ ____ remanded to custody.    Remand/Release # _____ issd.    Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

√   Case continued to   Thursday, August 26, 2021 at 8: 30 a m.   for further trial/further jury deliberation.

√   Other:   The Court instructs the jury with the Opening Jury Instructions.

                                                               5   :   40

Initials of Deputy Clerk   cb