# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-00387-AB | | Date | August 26, 2021 |
|---|---|---|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge | | | |
| Interpreter | N/A | | | |

| Kevin Reddick / Derek Davis | Chia Mei Jui | Juan M Rodriguez<br>Kyle Walker Kahan<br>Lauren Restrepo |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven Duarte | √ | √ | | Oliver P. Cleary | √ | √ | |

| | Day COURT TRIAL | 3rd | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | | Held & continued; | √ | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

| | The Jury is impaneled and sworn. |
|---|---|
| | Opening statements made |
| | Witnesses called, sworn and testified. |
| | Exhibits identified _____ Exhibits admitted |
| | Government rests.  √  Defendant(s) Steven Duarte rest. |
| | Motion for mistrial by _____ is _____ granted _____ denied _____ submitted |
| | Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted |
| √ | Closing arguments made   √  Court instructs jury   √  Bailiff sworn |
| √ | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings   √ |
| √ | Alternates excused   _____ Jury retires to deliberate   _____ Jury resumes deliberations |
| | Finding by Court as follows:   √  Jury Verdict as follows: |

| Dft # | √ Guilty on count 1 | | Not Guilty on count(s) _____ |
|---|---|---|---|
| | Jury polled | √ | Polling waived |

| √ | Filed Witness & Exhibit lists | √ | Filed Jury notes | √ | Filed Jury Instructions | √ | Filed Jury Verdict |
|---|---|---|---|---|---|---|---|

| √ | Dft # 1 Referred to Probation Office for Investigation & Report and continued to | 12/17/2021 @ 1:30 PM | for sentencing. |
|---|---|---|---|

| | Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody. |
|---|---|

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

\_\_\_\_  Bond exonerated as to Dft # \_\_\_\_

\_\_\_\_  Case continued to _____ for further trial/further jury deliberation.

\_\_\_\_  Other:

                                                                  1 : 56

Initials of Deputy Clerk   DD