# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:20-cr-00387-AB | Title | USA v. Steven Duarte |
|---|---|---|---|

**FILED**
CLERK, U.S. DISTRICT COURT
8/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

| | |
|---|---|
| **Judge** | André Birotte Jr. |
| **Dates of Trial or Hearing** | 8/24/2021, 8/25/2021, 8/26/2021 |
| **Court Reporters or Tape No.** | Chia Mei Jui, Terri Hourigan |
| **Deputy Clerks** | Carla Bidirian, Kevin Reddick, Derek Davis |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Juan M. Rodriguez | Oliver P. Cleary |
| Kyle Walker Kahan | |
| Lauren Restrepo | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NO: CR 20-387-AB

GOVERNMENT'S WITNESS LIST

| Witness's Name | Dates of Testimony |
|---|---|
| Inglewood Police Department Officer Tyler Villicana | 8/25/2021 |
| Inglewood Police Department Officer Troy Wunderlich | 8/25/2021 |
| Inglewood Police Department Officer Nicholas Bobbs | 8/25/2021 |
| Inglewood Police Department Detective Jose Barragan | 8/25/2021 |
| Inglewood Police Department Senior Forensics Specialist Celeste Hewson | 8/25/2021 |
| Federal Bureau of Investigation Special Agent Dan Lewis | 8/25/2021 |
| Los Angeles Sheriff's Department Laboratory Senior Criminalist Luis Olmos | 8/25/2021 |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | *Photographs* | | |
| 1 | Photograph of firearm magazine in between seat: top<br><br>[USAO_00093] | No objection | 8/25/21 | 8/25/21 |
| 2 | Photograph of firearm magazine in between seat: back<br><br>[USAO_00094] | No objection | 8/25/21 | 8/25/21 |
| 3 | Photograph of loaded magazine<br><br>[USAO_00095] | No objection | 8/25/21 | 8/25/21 |
| 4 | Photograph of firearm magazine and ammunition<br><br>[USAO_000099] | No objection | 8/25/21 | 8/25/21 |
| 5 | Photograph of rear of red Infiniti<br><br>[USAO_000101] | No objection | 8/25/21 | 8/25/21 |
| 6 | Photograph of front of red Infiniti<br><br>[USAO_000105] | No objection | 8/25/21 | 8/25/21 |
| 7 | Photograph of passenger side of red Infiniti<br><br>[USAO_000108] | No objection | 8/25/21 | 8/25/21 |
| 8 | Photograph of firearm on ground: close-up<br><br>[USAO_000110] | No objection | 8/25/21 | 8/25/21 |
| 9 | Photograph of firearm with officer<br><br>[USAO_000111] | No objection | 8/25/21 | 8/25/21 |
| 10 | Photograph of intersection of 109th and Doty Avenue | No objection | 8/25/21 | 8/25/21 |

| | | | | | |
|---|---|---|---|---|---|
| | | [USAO_000112] | | | |
| 11 | Photograph of firearm on ground

[USAO_000114] | No objection | | 8/25/21 | 8/25/21 |
| 12 | Photograph of firearm on ground near car

[USAO_000115] | No objection | | 8/25/21 | 8/25/21 |
| 13 | Google Maps overhead photo of 109th Street and Doty Avenue

[USAO_000271] | No objection | | 8/25/21 | 8/25/21 |
| 14 | Evidence Bags with firearm, magazine, and ammunition

[USAO_0001147] | No objection | | 8/25/21 | 8/25/21 |
| 15 | Photograph of firearm: Forensics Unit

[USAO_001148] | No objection | | 8/25/21 | 8/25/21 |
| 16 | Photograph of Firearm and Serial Number: Forensics Unit

[USAO_0001149] | No objection | | 8/25/21 | 8/25/21 |
| 17 | Photograph of Magazine and Ammunition: Forensics Unit

[USAO_0001151] | No objection | | 8/25/21 | 8/25/21 |
| 18 | Photograph of DNA Biological Swabs Packaging

[USAO_000996] | No objection | | 8/25/21 | 8/25/21 |
| 19 | Reserved | | | | |
| 20 | Reserved | | | | |
| 21 | Reserved | | | | |
| *Documents* | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Superior Court of California County of Los Angeles No. Ya086028 – February 6, 2013 certified minutes of case proceedings<br><br>[USAO_000041-000050]<br><br>[**WITHDRAWN PURSUANT TO MOTIONS IN LIMINE**] | No objection | | | |
| 23 | Certified Plea Form – Superior Court of California County of Los Angeles No. YA086028 – February 6, 2013<br><br>[USAO_000228-000235]<br><br>[**WITHDRAWN PURSUANT TO MOTIONS IN LIMINE**] | No objection | | | |
| 24 | Superior Court of California County of Los Angeles No. YA097834 – November 5, 2018 certified minutes of case proceedings<br><br>[USAO_000051-000059]<br><br>[**WITHDRAWN PURSUANT TO MOTIONS IN LIMINE**] | No objection | | | |
| 25 | Certified Plea Form – Superior Court of California County of Los Angeles No. YA097834 – November 5, 2018<br><br>[USAO_000240-000247] | No objection | | | |

| | | | | |
|---|---|---|---|---|
| | [**WITHDRAWN PURSUANT TO MOTIONS IN LIMINE**] | | | |
| 26 | Superior Court of California County of Los Angeles No. YA094449 – September 8, 2016 certified minutes case proceedings<br><br>[USAO_000060-000064]<br><br>[**WITHDRAWN PURSUANT TO MOTIONS IN LIMINE**] | No objection | | |
| 27 | Superior Court of California County of Los Angeles No. YA093485 – September 8, 2016 certified minutes case proceedings<br><br>[USAO_000065-000069]<br><br>[**WITHDRAWN PURSUANT TO MOTIONS IN LIMINE**] | No objection | | |
| 28 | Luis Olmos CV<br><br>[USAO_000269-000270]<br><br>[Identification only] | No objection | | |
| 29 | DNA Lab Report Case #20-020724<br><br>[USAO_00011-000118]<br><br>[Identification only] | No objection | | |
| 30 | Dan Lewis CV<br><br>[USAO_000950]<br><br>[Identification only] | No objection | | |
| 31 | Nexus Expert Report<br><br>[USAO_000033-000034] | No objection | | |

| | | | | |
|---|---|---|---|---|
| | | [Identification only] | | |
| | 32 | DNA Search Warrant<br><br>[USAO_000120-000126]<br><br>[Identification only] | No objection | |
| | 33 | Oral Buccal Swab Consent Form<br><br>[USAO_000186]<br><br>[Identification only] | No objection | |
| | 34 | Inglewood Police Department Forensics Report<br><br>[USAO_000028-000032]<br><br>[Identification only] | No objection | |
| | 35 | Inglewood Police Department Evidence Continuity Log – DNA Swab<br><br>[USAO_000952]<br><br>[Identification only] | No objection | |
| | 36 | Inglewood Police Department Evidence Continuity Log – Firearm<br><br>[USAO_000953-000954]<br><br>[Identification only] | No objection | |
| | 37 | Seized Property Report<br><br>[USAO_000172-000173]<br><br>[Identification only] | No objection | |
| | 38 | Booking and Property Record Report | No objection | |

| | | | | |
|---|---|---|---|---|
| | [USAO_000174-000175]<br><br>[Identification only] | | | |
| 39 | Inglewood Police Department Incident Report – Officer Tyler Villicana<br><br>[USAO_000018-000021]<br><br>[Identification only] | No objection | | |
| 40 | DNA Analysis Report – Case Notes, Charts, Photos, and Results<br><br>[USAO_0072-001000]<br><br>[Identification only] | No objection | 8/25/21 | |
| 41 | Inglewood Police Department Laboratory Analysis Request<br><br>[USAO_001158-001159]<br><br>[Identification only] | No objection | 8/25/21 | |
| 42 | Celeste Hewson CV<br><br>[USAO_001160-001164]<br><br>[Identification only] | No objection | | |
| 43 | August 24, 2021 Stipulation Regarding Felony Conviction and Knowledge of Felon Status | | 8/25/21 | 8/25/21 |
| 44 | Reserved | | | |
| 45 | Reserved | | | |
| 46 | Reserved | | | |
| 47 | Reserved | | | |
| 48 | Reserved | | | |
| | ***Physical Evidence*** | | | |

| | | | | |
|---|---|---|---|---|
| 49 | Firearm Frame and Receiver<br><br>[Physical Exhibit] | No objection | 8/25/21 | 8/25/21 |
| 50 | Firearm Magazine<br><br>[Physical Exhibit] | No objection | 8/25/21 | 8/25/21 |
| 51 | Ammunition (Six Rounds)<br><br>[Physical Exhibit] | No objection | 8/25/21 | 8/25/21 |
| 52 | Reserved | | | |
| 53 | Reserved | | | |
| 54 | Reserved | | | |
| 55 | Reserved | | | |