NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 6 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-00387-AB |
| v. | |
| Steven Duarte | **RECEIPT OR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)


The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

8-25-21
Date

Kyle Kahan
Counsel for: ☒Plaintiff  ☐Defendant

_____  213-503-1457
Signature            Telephone Number

8/25/2021
Date

Oliver Cleary
Counsel for: ☐Plaintiff  ☒Defendant

_____  424-324-8874
Signature            Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

_____                By _____
Date                                Deputy Clerk

G-38 (02/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING