```
            FILED
CLERK, U.S. DISTRICT COURT

     AUG 26 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>CR 20-387 AB USA v. Duarte</u>    Date: 8/26/21

Time: 1:34 pm

JURY NOTE NUMBER ___1___

__X__    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

SIGNED: _Foreperson of the Jury_