FILED
CLERK, U.S. DISTRICT COURT

AUG 2 6 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN DUARTE,<br><br>Defendant. | No. CR 20-00387-AB<br><br>**VERDICT FORM FOR DEFENDANT STEVEN DUARTE** |

We, the jury in the above-captioned case, present the following unanimous verdict.

1    We, the jury in the above-captioned case, unanimously find defendant STEVEN

2    DUARTE:

3        _____ NOT GUILTY

4        _X_ GUILTY

5    of Being a Felon in Possession of a Firearm and/or Ammunition, in violation of 18

6    U.S.C. § 922(g)(1), as charged in the Indictment.

7

8

9            *(The foreperson should now sign and date this verdict form.)*

10

11

12   _August 26_____, 2021, at Los Angeles, California.
     DATED

13

14

15                                    _____

16                                    FOREPERSON OF THE JURY

17

18

19

20

21

22

23

24

25

26

27

28

2