Oliver P. Cleary [CSB#168440]
Attorney at Law
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
T: (424) 324-8874
Email: olivercleary@gmail.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 20-cr-00387-AB |
|---|---|
| Plaintiff, | DEFENDANT'S OBJECTIONS TO THE PSR |
| vs. | |
| STEVEN DUARTE | |
| Defendant. | |

I.

Defendant, STEVEN DUARTE, by and through his counsel of record, Oliver Cleary, hereby submits the following objections to the Presentence Report (PSR).

<u>Defendant's Objection to the PSR #1:</u>

Defendant objects to Paragraph No. 8 of the PSR which notes the gun was stolen as not proven in evidence at trial. In addition, defendant objects to the application of a two-level Special Offense Characteristic under USSG § 2K2.1(b)(4)(A) outlined in paragraph 16 of the PSR.

The Supreme Court in *Alleyne* held that:

> Any fact that, by law, increases the penalty for a crime is an "element" that must be submitted to the jury and found beyond a reasonable doubt. *See* [*Apprendi v. New Jersey*, 530 U.S. 466,] 483 n. 10 [(2002)], 120 S.Ct. 2348.

133 S. Ct. at 2155. Here, the fact of the firearm was reported stolen was never addressed at trial nor found to the jury to be true. The Indictment never mentions that the firearm possessed by DUARTE

was stolen.  DUARTE objects to the two-level increase under USSG § 2K2.1(b)(4)(A).

<u>Defendant's Objection to the PSR #2:</u>

Defendant objects to the typographical error in paragraph 67 wherein it should read DUARTE was shot approximately 10 years ago.

<u>Defendant's Objection to the PSR #3:</u>

Defendant objects to the description contained in paragraph 65 wherein it states DUARTE was stabbed during a robbery.  It should be clarified that DUARTE was the victim of a robbery and received the stab in his upper right arm would during the course of being robbed.

Dated:  December 1, 2021                                        Respectfully submitted,

                                                                             <u>/s/Oliver P. Cleary</u>
                                                                             Attorney for Defendant,
                                                                             Steven Duarte

I, Oliver P. Cleary, served the following parties this <u>Objections to the Presentence Report</u> via the CM/ECF electronic filing system and to those registered to receive notice of such filings on the system:

Kyle Kahan, AUSA    kyle.kahan@usdoj.gov

Juan Rodriguez, AUSA    juan.rodriguez@usdoj.gov

Dated:  December 1, 2021                    *s/Oliver P. Cleary*
                                            Oliver P. Cleary
                                            Attorney for Defendant,
                                            Steven Duarte