TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Special Assistant United States Attorney
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/0304
    Facsimile: (213) 894-0141
    E-mail:   kyle.kahan@usdoj.gov
               juan.rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-AB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | **CURRENT SENTENCING DATE:** 12/17/21 |
| STEVEN DUARTE, | **PROPOSED SENTENCING DATE:** 01/27/22 |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Special Assistant United States Attorney Kyle W. Kahan and Assistant United States Attorney Juan M. Rodriguez, and defendant STEVEN DUARTE ("defendant"), by and through his counsel of record, Oliver P. Cleary, stipulate as follows:

    1.   Defendant's sentencing is currently set for December 17, 2021 at 1:00 p.m.

2. On August 21, 2021, a federal jury found defendant guilty of one count of 18 U.S.C. § 922(g).

3. Defendant is waiting for documents to aid at the sentencing hearing and does not expect to receive them until after December 17, 2021. Accordingly, defense counsel represents that he will not be prepared for the currently scheduled sentencing hearing.

4. By this stipulation, the parties agree and jointly request that the Court continue the sentencing hearing to January 27, 2022 at 1:00 p.m. or at a time on that day that is convenient to the Court.

IT IS SO STIPULATED.

Dated: December 13, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Kyle W. Kahan*
KYLE W. KAHAN
Special Assistant United States Attorney

JUAN M. RODRIGUEZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

OLIVER P. CLEARY
Attorney for STEVEN DUARTE