TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Special Assistant United States Attorney
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/0304
     Facsimile: (213) 894-0141
     E-mail:    kyle.kahan@usdoj.gov
                juan.rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-387-AB |
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| STEVEN DUARTE, | **[PROPOSED] SENTENCING DATE:** 01/27/22 |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing currently set for December 17, 2021 is hereby

//
//
//
//
//

continued to January 27, 2022 at 1:00 p.m.

IT IS SO ORDERED.

_____  _____
DATE                          HONORABLE ANDRE BIROTTE, JR.
                              UNITED STATES DISTRICT JUDGE

Presented by:


*/s/ Kyle W. Kahan*
KYLE W. KAHAN
Special Assistant United States Attorney