TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Special Assistant United States Attorney
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/0304
     Facsimile: (213) 894-0141
     E-mail:    kyle.kahan@usdoj.gov
                juan.rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-387-AB |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

sentencing hearing currently set for December 17, 2021 is hereby

//

//

//

//

//

continued to ~~January 27, 2022~~ **January 28, 2022** at 1:00 p.m.

IT IS SO ORDERED.

December 14, 2021

_____          _____
DATE                                       HONORABLE ANDRE BIROTTE JR.
                                           UNITED STATES DISTRICT JUDGE

CC: USPO

Presented by:


_/s/ Kyle W. Kahan_____
KYLE W. KAHAN
Special Assistant United States Attorney