Oliver P. Cleary
Attorney at Law [CSB#168440]
468 N. Camden Dr., Ste. 200
Beverly Hills, California 90210
Telephone (424) 324-8874

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **20-cr-00387-AB** |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S EXHIBIT #2 LETTERS IN SUPPORT OF SENTENCING |
| STEVEN DUARTE, | |
| Defendant. | |

    Defendant STEVEN DUARTE submits the following letters for the Court's consideration in support of his sentencing;
1. Letter of Lizbeth Duarte,
2. Letter of Maria De Lourdes Ceja-Mata,
3. Letter of Karina Bautista,
4. Letter of Julio Garcia,
5. Letter of Veronica Figueroa,
6. Letter of Eduardo Plascencia,
7. Letter of Cindy Torres,
8. Letter of Stefania Morgado,
9. Letter of Richard Sajche

Dated:    1/4/2022

Respectfully submitted,
*/s/Oliver P. Cleary*
Attorney for Defendant,
Steven Duarte

1