Oliver P. Cleary
Attorney at Law [CSB#168440]
468 N. Camden Dr., Ste. 200
Beverly Hills, California 90210
Telephone (424) 324-8874

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVEN DUARTE,<br><br>    Defendant. | Case No.: **20-cr-00387-AB**<br><br>DEFENDANT'S EXHIBIT #2 LETTERS IN SUPPORT OF SENTENCING |

   Defendant STEVEN DUARTE submits the following letters for the Court's consideration in support of his sentencing;
   1. Letter of Lizbeth Duarte,
   2. Letter of Maria De Lourdes Ceja-Mata,
   3. Letter of Karina Bautista,
   4. Letter of Julio Garcia,
   5. Letter of Veronica Figueroa,
   6. Letter of Eduardo Plascencia,
   7. Letter of Cindy Torres,
   8. Letter of Stefania Morgado,
   9. Letter of Richard Sajche

Dated:     1/4/2022

Respectfully submitted,
*/s/Oliver P. Cleary*
Attorney for Defendant,
Steven Duarte

1

Lizbeth Duarte

3631 w. 111th ST.

Inglewood, CA 90303

My name is Lizbeth Duarte, and I am Steven Duarte oldest sister. I worked for the Inglewood Courthouse in the traffic division. Now I work for Thomas Safran & Associates Senior Housing as Assistant Manager. We have two more siblings, and we all grew up together. Steven has always been very curious and creative. I remember when our father would buy him low rider cars and he would open them apart to make them jump higher and put them music. He has great communication skills. Steven is very outgoing and everywhere he goes, he stands out. I strongly believe that one of his strongest characteristics is that he is humble. He loves to help people even though they are strangers. He always shares what he has even though he might just have one dollar in his pocket. He can see someone needing a jump and he would stop and help. I'm a single mother and when he has extra money, he would buy my son new pair of shoes, or he would take him out with his kids. He is also a hard worker. He is always working to provide for his family. I can say he is ambitious to be something bigger in life. He has worked with my uncle Jaime for a couple of years already. One of his goals in life is for him to run his own business just like my uncle. As a brother I would say he is very protective and caring. We always look out for each other. Steven has made many mistakes in life. Most of them have been when he was a teenager. I believe he has learned something from each one. It just has taken him time to mature. I don't justify or excuse him for any but, sometimes people need help and guidance, and Steven is one of them. Do I believe he has learned his lesson? Yes, he is seeing that now he is older, he is more mature, he has five kids he must look out for, and now he has understood that life it's too short to be spending it in prison and away from his family for so long.

Maria De Lourdes Ceja

3631 W. 111th St.

Inglewood, CA 90303

My name is Maria De Lourdes Ceja VA De Duarte, and I am Steven Duarte Mother. Who is deprived of liberty and soon being sentence in which Steven won't be the only one being sentence but all of us with him. First, I would like to apologize if in this letter has any errors towards my son, but this is the concept people that knows him has. As a mother it hurts me to know the due to this case it puts my son in a terrible concept towards him being a danger to society and his family When I know that's not true. My son is not a perfect person and I know he has committed many mistakes and made wrong decisions. I know he has been given opportunities, but this doesn't mean he can't change. Therefore, I ask for him to give him another chance to do the things right., so he can demonstrate that he can be a better person. It won't be easy, but I believe the with professional help he can be a better person. Steven is a hard-working person. He has worked as a Mechanic with his uncle. His dream is to study and major as a Mechanic electrician and to have his own business. He is very punctual, responsible, and honest. His uncle would leave him in charge of the shop and the money when he would take his vacations. On his days off he would dedicate them to his five children and family. His kids miss him a lot and they always ask for when is he coming back home. The youngest one made a comment to his mother (Cindy) That he doesn't remember his dad's face or how he looks like. Cindy told steven and that broke he's heart and cried. I felt bad for my son, but this is something that would make he reflect on the things he has done wrong and due to it come along with consequences. When I talk to him, I can hear him different compared to other occasions. I hope that this time he has been in custody makes him think differently and to let it be a lesson. Steven is a humble person. He helps everyone that needs it. He is very friendly and has many friends specially with older people. He likes to joke around, and he is very talkative. He has a big heart. In the house we all expect Steven's call to ask if we want coffee something to eat or if

we need anything at all. He would also ask if we were ok and that he love me. When he would go visit me the first thing, he would do is hug me and call me "chaparrita chula" which means something like my beautiful shorty mom because I'm short. It might not make much sense in English, but in Spanish it does. With his siblings he jokes with them and looks out for them and his grandparents. They always ask about him. As a family we are all very united and we make sure we send Steven money for whatever he needs. We are all waiting for he's sentence hoping is a long time. Lastly, I would like to thank you for taking your time to read my letter.

Sincerely,

That being in prison is taking part of his life without freedom and him not seeing his kids grow and being a completely stranger to them. It's time that he is not getting back. In this specific case he lost his tow truck that he had already paid for and customers for not being able to finish the job due to him being in custody. He was staying out of trouble. He was doing something productive with his life to accomplish his goals. Now he knows that it doesn't matter how many times you fall it matters how many times you get up. We are willing to help him buy a new tow truck. He already has a head start on what to do. All he needs to do is put in the work and most importantly have his freedom back. We are all humans, and we all commit mistakes specially as teenagers. I believe his sentence must not depend on his criminal record when he was younger. He can't change he past, but he can make a difference in his future. All he needs is a chance. He got started prior to his arrest. Give him the opportunity to finish what he started. I trust you will take my letter in consideration on his sentence and give him a fair one. Thank you, your Honor.

Sincerely,

[signature]

December 13, 2021

Jamiee Karina Bautista
3518 1/2 W. 112 St.
Inglewood, C.A 90303

    To the Honorable Judge Andre Birotte, Jr.
    c/o Oliver P. Clearly
      468 N. Camden Dr. #200
      Beverly Hills, C.A 90210

   I have known Steven Duarte as a good friend and neighbor for over 20yrs. I was really surprise to hear about his recent case as he has always been a great person with such a good heart that enjoys to help people. It is for this reason that I am so happy and it is an honor to write a letter of referece for Mr. Duarte, regarding this matter; however hope the court will show Leniency.

   Steven Duarte has always been an up right Character in the comunity. As a friend he has always been their for me and other childhood friends.

One of the greatest moments that I will never forget is when my family and I were really economic and hell health affected by the pandemmic; I lost my job and couple of months before my husband had a surgery and was disable to work at the same job he had for many yrs. Our lifes gave a 360 degree turn step for which I saw myself in forced to try to find ways to earned money; I start my small bussiness cooking wish is my talent and selling food. It was really difficult at first; Steven was the first person to appear to show support and would by me food, not only his family and hiself but for his coworkers as well. Steven and his wife Cindy would buy me $80.00 or $100pr. day two or three day pr. week. He doesn't know the the magnitute of his support. that helped my childrens my husband and I buying christmas gifts last year.

Steven truly been a good and humble friend over the years, he enjoys to help people with out letting others know. Only God sees that.

My family and I apreciate his very Unique Soul. I don't really know much about his case; but the Steven that I know Loves to play with kids; and he would bright every place with his presence with his Jokes, ocurrences and anecdotes he comes out with. He has the magic to put a smile on the people around him faces.

It is my sincerely hope that court takes this letter into considaration and the time of Sentencing despite current case.

I still believe Steven Duarte to be an honorable Individual a very valueable member child of God of my camunity and a good human been with so much angel reflected on him. with all my respect Marry Christmas.                                    (Childhood Friend)
Sincerely /. Jamiee K. Bautista

Jamiee Karina Bautista

Date: December 10, 2021

Subject: character reference letter for Steven Duarte

Dear Respected Authorities,

My name is Julio Garcia, Steven Duarte is a childhood friend of mine and was my neighbor growing for many years. I am currently employed as a mechanic and ground support staff for Korean Airlines and have been employed there for over five years. I was sad to hear that Steven was in trouble because he is a supportive father and great friend. It is for this reason that I am happy to write a character reference letter for Mr. Duarte. I understand the seriousness of this matter however, I hope the court will show some leniency.

Steven Duarte has always been a solid friend and an amazing father. Throughout our friendship, he has been supportive and has helped guide me especially through my journey with fatherhood. He has always been someone for me to lean on especially since I don't have any brothers. I have also witnessed how much joy his presence brings to his partner and his children. He is full of love and it is evident by the connection his has with his children.

In addition to our friendship, I have witnessed firsthand the effects of his absence on his partner and children. While it is unfortunate that he has made some bad decisions in the past, he always accepts responsibility for his actions. He does everything he can to support his family and friends and I am positive that he will emerge a better person.

It is my sincere hope that the court takes this letter as well as Mr. Duarte's family into consideration when deciding his fate. Despite the current case, I truly believe Steven to be an honorable individual and a valuable member not only to his family but to his community of friends as well.

Thank you for your time and attention.

Sincerely,

Julio Garcia

**From:** Cindy Torres cindytorres1@icloud.com
**Subject:** Steven Duarte
**Date:** December 11, 2021 at 12:56 PM
**To:** Oliver Cleary olivercleary@gmail.com

The honorable Judge Andre Birotte, Jr.
C/O Oliver P Cleary
468 N. Camden Drive., #200
Beverly Hills, CA 90210

Hello your honor, I hope you find yourself well today. I'd like to introduce myself I go by Veronica Figueroa I'm a 30 year old self-employed entrepreneur. I offer training courses for body sculpting and eyelash extensions. Steven and I grew up together our fathers are brothers. Growing up Steven has always been a joyful playful person. He's the life of the party he loves to dance with everyone but especially his mom and enjoys helping her cook since we were young. Steven is a father of 5 smart well mannered and behaved children. Everywhere he goes he has his kids with him and sometimes alone without the mom. It's so surprising to see the kids all behave so well and Steven handling them with care. I think because of Steven losing his father at an early age he has been committed to being the best dad possible for his family. What Steven has done is irresponsible and unfortunately has consequences however I believe the silver lining here is that this time away to think about what he did wrong has helped him grow up mentally and he is regretful of his wrong doing. I devote to help him in anyway possible with transportation, providing a real job, and any fire arm safety classes or community services. I believe Steven won't encounter this type of problem again. For the fact that he doesn't want to miss out on his family and wants to be there physically. Steven would even take his 2 biggest boys to work with him and ride around town showing them how he helps individuals tow away there vehicles. Steven worked 7 days a week full time. He served the Los Angeles area providing tows, Steven has recently started his own business and was doing well working with others everyday and interacting with the community . Steven has been working on himself in the past 2 years and has improved immensely. As far as to own his own business. I'd like to conclude my letter with a happy holidays and I'm appreciative of your time and effort in reading this simple letter.


Veronica Figueroa
427 W. 5th St #2308
Los Angeles, 90013
714-404-8326

To whom it may concern.

My name is Eduardo Plascencia. I've known Steven Duarte since 2009 when we were in the 7th Grade. Ever since ive known Steven he has always been concerned about his friends and making sure they are well. He's the type of person to actually reach out to you and see how you're doing. He is a smart, caring and hardworking person. Steven is always doing the most to provide for his children. He loves them clearly, and they love him when Steven is with his kids, and wife, you can see the joy in his face, you can tell he loves being a family man. Steven has made mistakes in the past. but who hasn't. I honestly feel that Steven is ready to change, dedicate himself to work and family.

I feel that Steven has learned his lesson and will change his life around, because being away from his family has really impacted him tremendously, just as much as it has for them not having him around. That is why i feel that he deserves minimal time behind those bars, and should he given the opportunity to change and become the man he is intended to be. Thank you.

To the honorable Judge Andre Birotts Jr.
c/o Oliver P. Cleary
468 N. Camden Dr., #200 Beverly Hills, CA 90210

My name is Cindy Paulina Torres Ramos
Address: 410 E 98TH ST Los Angeles CA 90003
Phone number: (424) 351-5208
I've been in a relationship with Steven Duarte since December 9, 2006. I write you this letter to describe Steven's Character in my perspective. I see Steven as a kind and compassionate man. He's family oriented and respects his family. Specially the woman in it. He has a big heart, he's caring and helpful. He's a hard working man. He's really responsible and dedicated with his job. He's loving, romantic, and understanding. He's very funny and fun to be around. I understand the seriousness of the crime he's being charged with. I Also believe he's learned a life lesson with this experience. If there's any chance of him getting a shorter sentencing, I will commit to helping him thru any courses or therapy he'll have to take. He'll have my full support. To end this letter ill like to thank you for your time on reading it.

Cindy Torres

December 09, 2021

To the Honorable Andre Birotte, Jr., Judge,

My name is Stefania Morgado and I'd like to tell you about the close friendship I share with Steven Duarte and his family. We became very close in 2011/2012 when his second born, Ethan Duarte, was days old. This friendship all started when my husband Julio Garcia introduced me to Steven and his wife Cindy. I was getting to meet my husband's friends and Steven happen to be one of them. After that day, his wife Cindy Torres and I became very close friends. Ever since then, we have been friends with the Duarte Family.

I know Steven has had a tremendous impact on my family but, also a big impact on my husband, Julio. You would always see them working /talking about cars every chance they had. Their weekly trip to the junkyard is their "Disneyland" as they called it. They have a passion for cars only they understand. I know Steven's passion for cars drove him to be a mechanic same as my husband. Any time friends would ask him to inspect their cars for any reason, he would bring his tools without hesitation.  A good friend like Steven is hard to find. What makes Steven more than just a friend is that you can rely on him.

No matter where we were, Steven would make sure, when he was around, that all our kids were always taken care of. His family mentality is always for everyone to be happy, taken care of and feeling at home. Writing this letter has brought back many memories but, the most important one, which brought a smile to my face, was when his kids and my son where together at party. At the time, my husband and I did not have any cash for toys. The kids asked for a toy and without hesitation or question, Steven said to my son, "choose a toy".  As a mother you will always want and expect for kids to have it all and this was the moment I knew I was surrounded with real friendship.

I believe Steven can change for one reason, his kids. Right now, they are growing up without a father figure to watch over them.  I always salute their mother, Cindy, for being strong and capable. I know this has taught him a lesson, not being able to see his sons and only daughter grow up, not being there for school matters, holidays, mother's day and birthdays. As a parent, I know not being able to create memories during these times is especially hard as creating memories are what kids hold very dear. With the holidays being around the corner, I know that really hits home.

I see Steven Duarte as a father figure to his sons, a wonderful friend to his daughter, Alina, a lovely husband to his wife Cindy, a wonderful brother to his sister, a caring son to his single mother but, most importantly, an magnificent human being.

Please feel free to reach out to me if there is any question regarding this letter 323-977-0683.


    Sincerely,
    Stefania Morgado

Richard Sajche
Sajcher@yahoo.com
T: (310) 946-9944

To whom it may concern:

I'm writing this letter in hopes that it will help you see what kind of person Mr. Steven Duarte is, despite the transgressions that have got him to this point. I have known Mr. Duarte for nearly 15 years and me and family consider him and his family to be fictive kin. We have known him to be a great person who is charismatic and full of life and watched him imbed those same characteristics into his loving children.

It is undeniable there was a crime committed however we ask for your Honor's mercifulness when sentencing a loving and caring father. A longer prison sentence won't address the fact that Mr. Duarte suffers from childhood trauma of a missing father who was killed at a very young age.

It is without a doubt Mr. Duarte will come home and provide for his family as he was doing before he was incarcerated.

Sincerely,
*Richard Sajche*

IT IS HEREBY CERTIFIED THAT:

    I, Oliver Cleary, am a citizen of the United States and am at least eighteen years of age. My business address is 468 N. Camden Dr., #200, Beverly Hills, CA 90210.

    I have caused service of the following items:

    1)   <u>Exhibit 2 in Support of Sentencing, Letters of Support</u>

to the recipients listed below who are currently on the list to receive e-mail notices for this case and have been served electronically at the following email addresses:

        Juan Rodriguez, AUSA, juan.rodriguez@usdoj.gov
        Kyle Kahan, AUSA, kyle.kahan@usdoj.gov

Dated:  1/04/22                                          <u>s/Oliver Cleary</u>
                                                                   Oliver P. Cleary
                                                                   Attorney for Defendant,
                                                                   Steven Duarte