Oliver P. Cleary
Attorney at Law [CSB#168440]
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
T: (424) 324-8874

UNITED STATES DISTRICT COURT
IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN DUARTE,<br><br>        Defendant. | Case No. CR20-00387-FMO<br><br>Defendant's Notice of Errata And Withdrawal of Defendant's Doc #136 |

The defendant, Steven Duarte, files this Errata and Withdrawal of the previously filed Defendant's Doc #36, Exhibit 2, Letters in Support.  The previously filed Doc#36, Exhibit 2, Letters in Support, contained no attachments.  At this time, the defendant withdraws the document so that it can be refiled with attachments as Doc # 37, Exhibit 2, Letters in Support.

Dated: 1/4/2022

Respectfully submitted,

*Oliver P. Cleary*
Attorney for Defendant,
Steven Duarte