Oliver P. Cleary
Attorney at Law [CSB#168440]
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
T: (424) 324-8874

UNITED STATES DISTRICT COURT
IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEVEN DUARTE,<br>Defendant. | Case No. CR20-00387-FMO<br>Defendant's additional documents in support of sentencing. |

The defendant, Steven Duarte, files investigative reports of interviews of Duarte's family members describing the day of his arrest for the instant offense;

1. Arnoldo Duarte,
2. Cindy Torres,
3. Maria Ceja, and,
4. Maria Guadalupe Ramos

These documents show defendant's actions on the date of his arrest are consistent with PTSD. In addition, the records support that no family members were held against their will. The additional school documents show the defendant's GPA and his struggle academically following his father's death.

Dated: 1/4/2022

Respectfully submitted,

*Oliver P. Cleary*
Attorney for Defendant,
Steven Duarte

GONZALEZ EXCLUSIVE INVESTIGATIONS
28981 Alessandro Blvd., P.O. Box 6244, Moreno Valley, CA 92555
(951) 247-3575 Fax (951) 247-3575
xclusivepi@sbcglobal.net
State License PI# 23041

TO: Oliver P. Cleary

FROM: Hector R. Gonzalez

DATE: May 19, 2021

SUBJECT: Steven Duarte case – Interview with Arnoldo Duarte

Arnoldo Duarte
410 east 98th street,
Los Angeles, CA 90003
(424) 351-5208

On this date, I took a phone statement from Arnoldo Duarte. Arnoldo is 12 years of age and his mother, Cindy Torres, gave him the phone to talk to me. The following is a summary of his statement:

Arnoldo is Steven Duarte's son and he was sleeping in his room when the police arrived at the residence. He woke up to loud banging and yelling. He looked out his window and saw 2 police officers in the alley. He sat down on his bed and that's when he heard cops yell out, "If you don't come down we're letting dogs lose." He was scared and walked toward the stairs where he was confronted at gun point and flashlights in his eyes. He couldn't see and had never been so scared. He didn't say anything and was told to put his hands up and to come down slowly. He followed their instructions and walked outside with his brother, Ethan Duarte.

Once outside, the officer lady told his mom that they were going to foster care. Then everyone was moved to the corner and he kept hearing officers yelling. The officers only asked him where his dad was and he told them that he didn't know.

I asked him where his dad was, and he told me that he doesn't know where he was and that he didn't see him inside the house.

I asked him if anyone in the house told him not to come out, and he told me that nobody did. I thanked him for talking to me and concluded our conversation.

No further information was obtained at this time.

# GONZALEZ EXCLUSIVE INVESTIGATIONS

28981 Alessandro Blvd., P.O. Box 6244, Moreno Valley, CA 92555
(951) 247-3575 Fax (951) 247-3575
xclusivepi@sbcglobal.net
State License PI# 23041


TO: Oliver P. Cleary

FROM: Hector R. Gonzalez

DATE: May 19, 2021

SUBJECT: Steven Duarte case – Interview with Cindy Torres

Cindy Torres
410 East 98th Street
Los Angeles, CA 90003
(424) 351-5208

On this day, I took a phone statement from Cindy Torres. The following is a summary of her statement:

Torres and Duarte have been together for 14 years and have 5 kids from their relationship.

1. Arnoldo Luis Duarte, 12 years old.
2. Ethan Duarte, 9 years old.
3. Alina Mariah Duarte, 5 years old.
4. Steven Angelo Duarte, 4 years old
5. Reign Liam Duarte, 2 years old.

It was early in the morning, dark and everyone was still asleep. Her bedroom is on the second floor and there's a window facing the street. She awoke to the sound of people talking, but she didn't think much of it because their front gates were locked and assumed what she heard was only people talking.

She was falling back asleep when she heard loud banging at the door, followed by a man's voice that was calling for Steven Duarte to come to the door. She got out of bed, but she didn't see Steven and walked out of her room, toward the stairs. By the time she reached the bottom of the stairs, the door was busted open and one of the officers stepped inside. The officer grabbed her by the hair, pushed her head down, and led her out of the house. She was cuffed right outside the door and she was immediately asked if Steven was inside the house. She told them that she wasn't sure because she was confused and her adrenaline was rushing through her body. Her 2 brothers, Francisco Rodriguez (age 14) and Eduardo Rodriguez (age 13) were then ordered outside. Francisco was scared and tried to run to their mother's room, but an officer told him that he would shoot him if he didn't stop. She then saw her mother, Maria Ramos, and her common-law husband, Jesus Gallo, escorted out and Gallo was cuffed.

A female officer began to question her about Steven and told her that if she didn't cooperate she was calling Child Protective Services to take her kids away. She told the female officer that she didn't know where Steven was and the officer asked how many people were in the house. She told the officer that her 5 children were inside. The officer told her that she needed to speak up and tell them where Steven was before they cut the dogs loose inside the house. Moments later, she heard them say that they were going to let the canines loose inside the house and they were going to bite whoever was in the house. She then saw Arnoldo and Ethan walk out of the house. She asked them about the baby and they told her that the baby was still in bed asleep.

One of the officers asked where her phone was and she told him it was on her bed. He gave her his phone and told her to call her phone. She called and her daughter, Alina, picked answered the phone and told her that she was scared because cops were screaming inside the house. The officer told her to ask her daughter for her dad. She asked her where her dad was and Alina told her that she didn't know. She asked for her 2 little ones and she said they were still sleeping.

At this point, they were asked to go to the corner, but she kept telling the officer that she still had 2 babies inside the house sleeping. The 3-year-old at the time, Steven came downstairs. Then 1/1/2 year walked out as well and everyone's out of the house by now.

Everyone was moved away from the house, to the corner of 97th and Towne and did not witness Steven's arrest. They asked her to make a recording for Steven and she recorded to please come out. She was scared and her children were also scared and she just wanted him to be safe. She heard the recording play over the loudspeaker.

Steven's sister, Elizabeth, and her (Cindy) cousin, Ruben Felix, arrived together at the location. The officers asked Elizabeth to make a recording as well and she did. Officers asked Ruben to pick up Steven's mom to have her make a recording as well, and he did.

When his mother arrived, she also made a recording. She's guessing that after they played his mother's recording he didn't come out because she heard on the loudspeaker that they were going to shoot tear gas inside the house, and shortly after, she heard the 4 to 5 loud bangs.

An officer that introduced himself to her as a sergeant pulled her to the side and asked her if Steven was in the house, and she told him that she didn't know. He asked her why she thought he wasn't coming out, and she told him that he was probably scared because of all of the officers and their big guns. She was asked if Steven was registered as a drug dealer, and she told him that she didn't know. She was asked for his nickname and she told him that she calls him Steven and nothing else. She was asked when the first time they got in an argument was, and she told him that she can't remember. The sergeant said something about Steven's dad and if Steven was the same type of person. She asked, "What type?" And he said "a criminal."

She told him that she doesn't know because she has never witnessed him commit crimes. The sergeant removed her cuffs and walked away.

Torres stated her babies are heavy sleepers and Alina was not in the same room with her dad. Her son Steven sleeps in the crib, but climbs in and out and the baby, Reign, sleeps in bed with her and Steven but she can crawl off the bed without help from anyone.

End of interview with Cindy Torres.

GONZALEZ EXCLUSIVE INVESTIGATIONS
28981 Alessandro Blvd., P.O. Box 6244, Moreno Valley, CA 92555
(951) 247-3575 Fax (951) 247-3575
xclusivepi@sbcglobal.net
State License PI# 23041

TO: Oliver P. Cleary

FROM: Hector R. Gonzalez

DATE: June 10, 2021

SUBJECT: Steven Duarte case – Interview with Maria Lurdes Ceja

Maria Lurdes Ceja
410 east 98th street,
Los Angeles, CA 90003
(424) 351-5208

On this day, I took a phone statement from Maria Lurdes Ceja. Ceja is Steven Duarte's mother and agreed to be interviewed. It should be noted that Ceja does not speak English and that this interview was conducted in the Spanish language. The following is a summary:

Steven was at Cindy Torres' house and earlier that day, around 6:00 am, officers came to her house and arrested her other son, Jonathan.

Cindy later called and said there were lots of police and movement outside the house. Cindy told her that after officers asked where Steven was, but she didn't know. Cindy didn't know what time Steven came home the night before and told her Steven must have been sleeping in one of the kids' room because he was not in her room.

Ceja then received a call to come over and talk on loud speaker to see if Steven would come out. Wendy, her younger daughter, and her husband drove her to the location.

Upon their arrival, she saw Cindy and everyone else from the house at the corner. She was told the neighbors gave the kids blankets and chairs for everyone to sit.

Officers asked how she was related to Steven, and she told them she was his mother. They told her they were going to get a recorder so that she could tell Steven to come out he might kill him. She did as she was told by the officers and recorded that she loved him very much, to come out and that they were not going to anything to him. She said her focus was for him to come out because she didn't want matters to get worse and he gets killed, so she tried to use words so that he'd know she was there for him.

Movements after she heard her recording play on the loudspeaker, she heard a few loud bangs and thought they had killed him. She asked about the loud bangs and was told they threw smoke grenades inside the house. No further information was obtained at this time.

End of interview with Maria Lurdes Ceja.

GONZALEZ EXCLUSIVE INVESTIGATIONS
28981 Alessandro Blvd., P.O. Box 6244, Moreno Valley, CA 92555
(951) 247-3575 Fax (951) 247-3575
xclusivepi@sbcglobal.net
State License PI# 23041

TO: Oliver P. Cleary

FROM: Hector R. Gonzalez

DATE: May 26, 2021

SUBJECT: Seven Duarte case – Interview with Maria Guadalupe Ramos

Maria Guadalupe Ramos
410 East 98th Street
Los Angeles, CA 90003
(424) 351-5208

On this day, I took a phone statement from Maria Guadalupe Ramos. Ramos is Cindy Torres' mother and agreed to be interviewed. It should be noted that Ramos does not speak English and that this interview was conducted in the Spanish language. The following is a summary of her statement:

Steven was living with her and he was also staying with his mother. She and her common-law husband, Jesus Gallo, sleep in the downstairs bedroom, and her 2 boys, Francisco Rodriguez, who was 14 years of age at the time, and Eduardo Rodriguez who is 13 years of age sleep downstairs in the living room, next to her room.

Everyone was home asleep when the police arrived at around 5:30 in the morning yelling and screaming and breaking the door open. She and Gallo got out of bed and the officers yelled for them to get out of the house because they were going to fire. There were lots of police officers at the entryway with guns pointing toward inside the house. She told her kids and Gallo to get out of the house.

She saw her daughter, Cindy Torres, coming down the stairs and an officer entered the house, and he grabbed her by the hair, pulled her outside, and cuffed her. She herself was not cuffed. She then saw Cindy's oldest kids, Ethan and Arnoldo, walk out of the house. She saw the laser from guns Arnoldo's chest and heard an officer yell out "fire!" and another officer say not to fire because he was a kid.

They were later moved to the street and at that time she asked if she could grab a sweater for the kids because it was cold outside. An officer told her not to worry because Child Protective Services were coming to pick them up, but another officer told her that it was a lie and that Child Protective Services had not been called.

She and the others were moved to the corner, where neighbors gave them blankets for the kids. Cindy's 3 younger kids, ages 5, 4, and 2 were not there yet. She heard an officer ask Cindy where her phone was and she said she left it on the bed.

The officer called Cindy's phone and her daughter, Alina answered. Cindy was told to ask her daughter where her dad was and heard Cindy say, "Nana where's your dad? Where are you nana?" Cindy told her daughter to come down and she did. An officer brought Nana (Alina) in his arms to Cindy.

About an hour later, Cindy's son, Steven walked out. They asked him where his dad was at and if his dad had guns in his hand. Steven Angelo told the officers that his dad didn't have guns and that he thought his dad was in the kitchen. Cindy told the officers that they would have seen Steven from their standpoint had he walked down from the stairs and to the kitchen.

About another hour later, the baby walked out and one of the officers asked who put his shoes on and who got him out of bed. Cindy responded that as he could see, he had 2 separate types of shoes on his feet and told them that he sleeps in bed with her. No further information was obtained at this time.

End of interview with Maria Guadalupe Ramos

```
INSTAPRT  G.00.01 compiled 02/06/95
District: 01                     HILLCREST CONTINUATION                    STUDENT/3000
  School: 0021                    Student Transcript                            Page  1

 Student: 0000957280 DUARTE STEVEN                        Gd:  9  Sx: M  Bd: 12/14/92

MONROE MIDDLE SCHOOL                 7 06/1 CROZIER MIDDLE SCHOOL               7 08/1
765105 MATH 7 SDAIE    F  0.00              936200 ALG 1 OPPOR      C  5.00
855111 Eld/adv/eadv    F  0.00              935000 ENG OPPOR        C- 5.00
884102 READING 6 7 8   D- 5.00              939000 SCIENCE OPPOR    C  5.00
766191 SCI 7 SDAIE     F  0.00              933000 HISTORY OPPOR    C+ 5.00
730000 HS SS SDAIE 7   F  0.00              937000 P E OPPORTUNTY   C  5.00
770111 P E 7           C  5.00               Sub GPA: 2.00   Cum GPA: 0.96
 Sub GPA: 0.50   Cum GPA: 0.50
                                            OPPORTUNITY/HILLCREST ACAD          9 08/1
CROZIER MIDDLE SCHOOL                7 06/2 091009 NO SEM CREDIT   NG 0.00
936200 ALG 1 OPPOR     F  0.00               Sub GPA: 0.00   Cum GPA: 0.96
935000 ENG OPPOR       F  0.00
939000 SCIENCE OPPOR   D  5.00
933000 HISTORY OPPOR   F  0.00
937000 P E OPPORTUNTY  D  0.00
 Sub GPA: 0.25   Cum GPA: 0.40

MONROE MIDDLE SCHOOL                 7 06/2
730000 HS SS SDAIE 7   F  0.00
770111 P E 7           A  5.00
710141 CHORUS 6/7/8    F  0.00
 Sub GPA: 1.33   Cum GPA: 0.62

MONROE MIDDLE SCHOOL                 7 07/1
765107 PRE-ALG7 SDAIE  D  5.00
855111 Eld/adv/eadv    F  0.00
766191 SCI 7 SDAIE     C- 5.00
730101 HIS SOC SCI 7   F  0.00
870132 HEALTH & FIT    C  5.00
770101 P E 6/7/8       F  0.00
 Sub GPA: 0.83   Cum GPA: 0.68

-------------------------------------------------------------------------------
                 Cum GPA: 0.96     Total units:  60.00
```

| Student Name | Grade | Birthdate |
|---|---|---|
| DUARTE, STEVEN | 12 | 12/14/1992 |

# Transcript of Student Progress

**August 6, 2021**
**Morningside High School**
**10500 South Yukon Ave.**
**Inglewood, CA 90303**
**(310) 680-5230 | Fax (310) 680-5257**

Parent/guardian name, address, telephone

LOURDES DUARTE
3867 W. 111TH PLACE
INGLEWOOD, CA 90303

252

| | Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|---|
| | | **Grade 9 Fall 2007-2008** | | | |
| | | **L.A.U.S.D/Rop Center** | | | |
| | 2010 | ENGLISH I | C | 5.00 | 5.00 |
| * | 2310 | READING I | C | 5.00 | 5.00 |
| | 3403 | WRLD HST S1 | C | 5.00 | 5.00 |
| | 4011 | ALGEBRA IA | C | 5.00 | 5.00 |
| p | 5011 | BIOLOGY S1 | C | 5.00 | 5.00 |
| | 7031 | P E | C | 5.00 | 5.00 |
| * | 9900 | ENG. LANG DEV | P | 5.00 | 5.00 |
| | | | | | |
| | 1800 | NO SEM CREDIT | NG | 5.00 | 0.00 |
| | | Credit Att: 40.00 Cmp: 35.00 AGPA: 2.00 | | | |
| | | **Grade 9 Spring 2007-2008** | | | |
| | | **Morningside High School** | | | |
| * | 1009 | ADVISORY 9TH | A | 5.00 | 5.00 |
| | 2014 | ENG I INTERVEN | B- | 5.00 | 5.00 |
| | 2130 | ADVANCED ELL | A | 5.00 | 5.00 |
| | 2131 | ADV.ELD INTERV | B+ | 5.00 | 5.00 |
| | 4016 | ALGEBRA I SDA | D- | 5.00 | 5.00 |
| | 4030 | CAHSEE MATH | C | 5.00 | 5.00 |
| | 7031 | P E | D | 5.00 | 5.00 |
| | | Credit Att: 35.00 Cmp: 35.00 AGPA: 2.33 | | | |
| | | **Grade 10 Fall 2008-2009** | | | |
| | | **Morningside High School** | | | |
| * | 1010 | ADVISORY 10TH | B | 5.00 | 5.00 |
| p | 2015 | ENGLISH II | F | 5.00 | 0.00 |
| | 3400 | WORLD HISTORY | D | 5.00 | 5.00 |
| | 4030 | CAHSEE MATH | C+ | 5.00 | 5.00 |
| | 4040 | GEOMETRY | C- | 5.00 | 5.00 |
| | 7031 | P E | D | 5.00 | 5.00 |
| | 8014 | KEYBOARD | D | 5.00 | 5.00 |
| | | Credit Att: 35.00 Cmp: 30.00 AGPA: 1.17 | | | |
| | | **Grade 10 Spring 2008-2009** | | | |
| | | **Morningside High School** | | | |
| * | 1010 | ADVISORY 10TH | C | 5.00 | 5.00 |
| p | 2015 | ENGLISH II | C | 5.00 | 5.00 |
| | 3400 | WORLD HISTORY | D- | 5.00 | 5.00 |
| | 4030 | CAHSEE MATH | C- | 5.00 | 5.00 |
| | 4040 | GEOMETRY | C- | 5.00 | 5.00 |
| | 7031 | P E | A | 5.00 | 5.00 |
| | 8014 | KEYBOARD | F | 5.00 | 0.00 |
| | | Credit Att: 35.00 Cmp: 30.00 AGPA: 1.83 | | | |
| | | **Grade 10 Summer 2008-2009** | | | |
| | | **Morningside High Summer School** | | | |
| p | 2017 | ENGLISH II SI | D | 5.00 | 5.00 |
| | 5012 | BIOLOGY S2 | C- | 5.00 | 5.00 |
| | | Credit Att: 10.00 Cmp: 10.00 AGPA: 1.50 | | | |
| | | **Grade 11 Fall 2009-2010** | | | |
| | | **Morningside High School** | | | |
| * | 1011 | ADVISORY 11TH | F | 5.00 | 0.00 |
| p | 2020 | ENGLISH III | D | 5.00 | 5.00 |
| | 3300 | U.S. HISTORY | F | 5.00 | 0.00 |
| | 4020 | ALGEBRA II | F | 5.00 | 0.00 |
| | 5020 | CHEMISTRY | F | 5.00 | 0.00 |
| p | 6020 | SPANISH I | C- | 5.00 | 5.00 |
| | 7031 | P E | D | 5.00 | 5.00 |
| | | Credit Att: 35.00 Cmp: 15.00 AGPA: 0.67 | | | |
| | | **Grade 11 Spring 2009-2010** | | | |
| | | **Morningside High School** | | | |
| * | 1011 | ADVISORY 11TH | C | 5.00 | 5.00 |
| p | 2020 | ENGLISH III | C | 5.00 | 5.00 |
| | 3300 | U.S. HISTORY | F | 5.00 | 0.00 |
| | 4020 | ALGEBRA II | D | 5.00 | 5.00 |
| | 5020 | CHEMISTRY | F | 5.00 | 0.00 |
| p | 6020 | SPANISH I | D | 5.00 | 5.00 |
| | 7031 | P E | D- | 5.00 | 5.00 |
| | | **Inglewood Community Adult Sch** | | | |
| p | 4027 | ALGEBRA 2A | C | 5.00 | 5.00 |
| | | Credit Att: 40.00 Cmp: 30.00 AGPA: 1.00 | | | |
| | | **Grade 11 Summer 2009-2010** | | | |
| | | **Morningside High Summer School** | | | |
| | 3307 | U.S. HISTORY S1 | D | 5.00 | 5.00 |
| p | 4027 | ALGEBRA II S1 | F | 5.00 | 5.00 |
| | | Credit Att: 10.00 Cmp: 10.00 AGPA: 0.50 | | | |
| | | **Grade 12 Fall 2010-2011** | | | |
| | | **Morningside High School** | | | |
| * | 1012 | ADVISORY 12TH | C+ | 5.00 | 5.00 |
| | 2025 | ENGLISH IV | NG | 0.00 | 0.00 |
| | 3201 | AMER. GOVERN | F | 5.00 | 0.00 |
| | 5062 | EARTH SCI SD | F | 5.00 | 0.00 |
| | | Credit Att: 15.00 Cmp: 5.00 AGPA: 0.00 | | | |

Course Tags: * = Non Academic + = Honors (weighted) p = College Prep

| | Weighted | Non-Wgtd |
|---|---|---|
| Acad GPA (9-12) | 1.36 | 1.36 |
| Acad GPA (10-12) | 1.06 | 1.06 |
| Total GPA (9-12) | 1.47 | 1.47 |

Credit Attempted: **255.00**
Credit Completed: **200.00**

Class Size: **0**
Class Rank: **0** 10-12 Rank: **241**
Ranked by Non-weighted Total GPA

CAHSEE
ELA: **Passed**
Math: **Passed**

**Class of 2011**

State ID# 5021906782

| Date | Test Taken | Score |
|---|---|---|
| 10/09 | CAHSEE: ELA- Total (RS) | 1 |
| 02/09 | CAHSEE: Math- Total (RS) | 1 |

## CREDIT SUMMARY

| Subject Area | Credit Req'd | Compl | Needed |
|---|---|---|---|
| English | 40.00 | 30.00 | 10.00 |
| Mathematics | 30.00 | 30.00 | - |
| World History | 10.00 | 10.00 | - |
| U.S. History | 10.00 | 5.00 | 5.00 |
| American Governmen | 5.00 | - | 5.00 |
| Economics | 5.00 | - | 5.00 |
| Life Science | 10.00 | 10.00 | - |
| Physical Science | 10.00 | - | 10.00 |
| VPA/Foreign Languag | 10.00 | 10.00 | - |
| Physical Education | 20.00 | 20.00 | - |
| Electives | 80.00 | 65.00 | 15.00 |
| Vocational Education | - | 20.00 | - |
| * TOTALS * | 230.00 | 200.00 | 50.00 |

This transcript is unofficial unless signed by a school official.

Signature: ______________________ Date: __________

| Student Name | Student ID | Grade | Birthdate | Counselor |
|---|---|---|---|---|
| **DUARTE, STEVEN** | 0000957280 | 12 | 12/14/1992 | Unassigned |

## Transcript of Student Progress

**August 6, 2021**
**Inactive School**

**, CA**

Parent/guardian name, address, telephone
LOURDES DUARTE
3867 W. 111TH PLACE
INGLEWOOD, CA 90303
(310) 673-9485

252

| | Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|---|
| | | Grade 7 Spring 2005-2006 | | | |
| | | George W Crozier | | | |
| p | 4010 | ALGEBRA I | F | 5.00 | 0.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 7 Fall 2007-2008 | | | |
| | | George W Crozier | | | |
| p | 4010 | ALGEBRA I | C | 5.00 | 5.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 9 Fall 2007-2008 | | | |
| | | L.A.U.S.D/Rop Center | | | |
| p | 2010 | ENGLISH I | C | 5.00 | 5.00 |
| * | 2310 | READING I | C | 5.00 | 5.00 |
| | 3403 | WRLD HST S1 | C | 5.00 | 5.00 |
| | 4011 | ALGEBRA IA | C | 5.00 | 5.00 |
| p | 5011 | BIOLOGY S1 | C | 5.00 | 5.00 |
| | 7031 | P E | C | 5.00 | 5.00 |
| * | 9900 | ENG. LANG DEV | P | 5.00 | 5.00 |
| | 1800 | NO SEM CREDIT | NG | 5.00 | 0.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 9 Spring 2007-2008 | | | |
| | | Morningside High School | | | |
| * | 1009 | ADVISORY 9TH | A | 5.00 | 5.00 |
| | 2014 | ENG I INTERVEN | B- | 5.00 | 5.00 |
| | 2130 | ADVANCED ELL | A | 5.00 | 5.00 |
| | 2131 | ADV.ELD INTERV | B+ | 5.00 | 5.00 |
| | 4016 | ALGEBRA I SDA | D- | 5.00 | 5.00 |
| | 4030 | CAHSEE MATH | C | 5.00 | 5.00 |
| | 7031 | P E | D | 5.00 | 5.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 10 Fall 2008-2009 | | | |
| | | Morningside High School | | | |
| * | 1010 | ADVISORY 10TH | B | 5.00 | 5.00 |

| | Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|---|
| p | 2015 | ENGLISH II | F | 5.00 | 0.00 |
| p | 3400 | WORLD HISTORY | D | 5.00 | 5.00 |
| | 4030 | CAHSEE MATH | C+ | 5.00 | 5.00 |
| | 4040 | GEOMETRY | C- | 5.00 | 5.00 |
| | 7031 | P E | D | 5.00 | 5.00 |
| | 8014 | KEYBOARD | D | 5.00 | 5.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 10 Spring 2008-2009 | | | |
| | | Morningside High School | | | |
| * | 1010 | ADVISORY 10TH | C | 5.00 | 5.00 |
| p | 2015 | ENGLISH II | C | 5.00 | 5.00 |
| p | 3400 | WORLD HISTORY | D- | 5.00 | 5.00 |
| | 4030 | CAHSEE MATH | C- | 5.00 | 5.00 |
| | 4040 | GEOMETRY | C- | 5.00 | 5.00 |
| | 7031 | P E | A | 5.00 | 5.00 |
| | 8014 | KEYBOARD | F | 5.00 | 0.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 10 Summer 2008-2009 | | | |
| | | Morningside High Summer School | | | |
| p | 2017 | ENGLISH II SI | D | 5.00 | 5.00 |
| | 5012 | BIOLOGY S2 | C- | 5.00 | 5.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 11 Fall 2009-2010 | | | |
| | | Morningside High School | | | |
| * | 1011 | ADVISORY 11TH | F | 5.00 | 0.00 |
| p | 2020 | ENGLISH III | D | 5.00 | 5.00 |
| | 3300 | U.S. HISTORY | F | 5.00 | 0.00 |
| | 4020 | ALGEBRA II | F | 5.00 | 0.00 |
| p | 5020 | CHEMISTRY | F | 5.00 | 0.00 |
| p | 6020 | SPANISH I | C- | 5.00 | 5.00 |
| | 7031 | P E | D | 5.00 | 5.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 11 Spring 2009-2010 | | | |
| | | Morningside High School | | | |

| | Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|---|
| * | 1011 | ADVISORY 11TH | C | 5.00 | 5.00 |
| p | 2020 | ENGLISH III | C | 5.00 | 5.00 |
| | 3300 | U.S. HISTORY | F | 5.00 | 0.00 |
| | 4020 | ALGEBRA II | D | 5.00 | 5.00 |
| p | 5020 | CHEMISTRY | F | 5.00 | 0.00 |
| p | 6020 | SPANISH I | D | 5.00 | 5.00 |
| | 7031 | P E | D- | 5.00 | 5.00 |
| | | Inglewood Community Adult School | | | |
| p | 4027 | ALGEBRA 2A | C | 5.00 | 5.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 11 Summer 2009-2010 | | | |
| | | Morningside High Summer School | | | |
| | 3307 | U.S. HISTORY S1 | D | 5.00 | 5.00 |
| p | 4027 | ALGEBRA II S1 | F | 5.00 | 5.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |
| | | Grade 12 Fall 2010-2011 | | | |
| | | Morningside High School | | | |
| * | 1012 | ADVISORY 12TH | C+ | 5.00 | 5.00 |
| | 2025 | ENGLISH IV | NG | 0.00 | 0.00 |
| | 3201 | AMER. GOVERN | F | 5.00 | 0.00 |
| | 5062 | EARTH SCI SD | F | 5.00 | 0.00 |
| | | Credit Att: 0.00 Cmp: 0.00 AGPA: 0.00 | | | |

Course Tags: * = Non Academic + = Honors (weighted) p = College Prep r = Repeated

| | Weighted | Non-Wgtd |
|---|---|---|
| Acad GPA (9-12) | **1.36** | **1.36** |
| Acad GPA (10-12) | **1.06** | **1.06** |
| Total GPA (9-12) | **1.47** | **1.47** |

Credit Attempted: **255.00**
Credit Completed: **200.00**

Class Size: **0**
Class Rank: **0** 10-12 Rank: **241**
Ranked by Weighted Academic GPA

District Enter: 2/14/2008
School Enter: 12/12/2008
School Leave: 11/29/2010

CAHSEE
ELA: **Passed**
Math: **Passed**

**Class of 2012**

CREDIT SUMMARY

| Subject Area | Credit Req'd | Compl | Needed |
|---|---|---|---|

This transcript is unofficial unless signed by a school official.

Signature: ____________________ Date: ____________