TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Special Assistant United States Attorney
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorney
General Crimes Section
      1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2238/0304
      Facsimile: (213) 894-0141
      E-mail:    kyle.kahan@usdoj.gov
                 juan.rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

           FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>STEVEN DUARTE,<br><br>          Defendant. | No. CR 20-387-AB<br><br>STIPULATED REQUEST FOR FINDINGS OF FACT PURSUANT TO THE CARES ACT |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Special Assistant United States Attorney Kyle W. Kahan

and Assistant United States Attorney Juan M. Rodriguez, and defendant

STEVEN DUARTE ("defendant"), by and through his counsel of record,

Oliver P. Cleary, hereby jointly apply for an order setting forth the

Court's findings of fact in support of a determination under

§ 15002(b) of the CARES Act that the sentencing in this case may

                                1

proceed by video teleconference, or by telephone if video teleconference is not reasonably available.  This request is based on the following stipulations by the parties:

1.   Defendant and his counsel have discussed proceeding with the sentencing via video teleconference or telephone, and defendant has confirmed his consent to this process.

2.   Defendant agrees that his sentencing cannot be substantially further delayed without serious harm to the interests of justice.

3.   The government agrees to proceed with the sentencing by video teleconference or telephone.

4.   By his signature below, defense counsel represents that he has advised defendant, and defendant understands that, under Federal Rules of Criminal Procedure 32 and 43, as well as the Constitution, defendant may have the right to be physically present at his sentencing, and that, understanding these rights, defendant voluntarily agrees to waive them and to proceed remotely by video teleconference, or by telephonic hearing if video teleconference is not reasonably available.  Counsel joins in this consent, agreement, and voluntary waiver.

5.   The parties request that the Court confirm these waivers at the sentencing itself.

//
//
//
//
//
//

6. The parties further request that the Court issue the concurrently filed proposed findings, which are incorporated herein by reference.

IT IS SO STIPULATED AND AGREED.


Dated: January 26, 2022                    Respectfully submitted,

                                           TRACY L. WILKISON
                                           United States Attorney

                                           SCOTT M. GARRINGER
                                           Assistant United States Attorney
                                           Chief, Criminal Division


                                           */s/ Kyle W. Kahan*
                                           KYLE W. KAHAN
                                           Special Assistant United States
                                           Attorney

                                           JUAN M. RODRIGUEZ
                                           Assistant United States Attorney

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA


Dated:   January 26, 2022

                                           OLIVER P. CLEARY
                                           Attorney for Defendant
                                           STEVEN DUARTE

3