# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 20-00387-AB | Date: January 28, 2022 |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
| Interpreter: | N/A |

| Carla Badirian | Chia Mei Jui | AUSA, Juan M Rodriguez (video) <br> SAUSA, Kyle Walker Kahan (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven Duarte (phone) | √ | √ | | Oliver P Cleary, CJA (video) | √ | √ | |

**Proceedings:** STATUS CONFERENCE RE SENTENCING
[Video Conference-Zoom]

The defendant consents to proceeding by phone for a status conference.

Court and counsel confer.

For the reasons stated on the record, the Sentencing hearing is CONTINUED to February 23, 2022, at 1:00 p.m.

The defendant is questioned and agrees with the continuance.

CC: USPO

00 : 15

Initials of Deputy Clerk  CB