# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 20-00387-AB | Date: February 23, 2022 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Carla Badirian (video) | Chia Mei Jui | Kyle Walker Kahan (video) <br> Juan M Rodriguez (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven Duarte (video) | √ | √ | | Oliver P Cleary, CJA (video) | √ | √ | |

**Proceedings:** SENTENCING (Non-Evidentiary) [Video Conference-Zoom]

Defendant consents to proceeding by video.

Refer to separate Judgment Order.

Defendant informed of right to appeal.

00 : 55

Initials of Deputy Clerk  CB