| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 15 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50048 |
| Plaintiff-Appellee, | D.C. No. 2:20-cr-00387-AB-1<br>Central District of California,<br>Los Angeles |
| v. | |
| STEVEN DUARTE, AKA Shorty, | ORDER |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion of appellant's appointed counsel, Oliver P. Cleary, Esq., to withdraw as counsel of record and to appoint new counsel (Docket Entry No. 3) is granted. Counsel will be appointed by separate order.

The Clerk will electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant must designate the reporter's transcript by May 16, 2022. The transcript is due June 15, 2022. The opening brief and excerpts of record are due July 25, 2022; the answering brief is due August 24, 2022; and the optional reply brief is due within 21 days after service of the answering brief.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on defendant, and the proof of service must include defendant's current address.  *See* 9th Cir. R. 4-1(c).

The Clerk will serve this order on former counsel and appellant individually: Reg. No. 66460-112, FCI Victorville Medium II, Federal Correctional Institution, P.O. Box 3850, Adelanto, CA 92301.