CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GIA KIM (Bar No. 237326)
Deputy Federal Public Defender
(E-Mail:  Gia_Kim@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
STEVEN DURATE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN DUARTE,<br><br>    Defendant. | Case No. 20-CR-00387-AB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Gia Kim has been assigned to represent Defendant Steven Duarte.

Please make all necessary changes to the Court's case management/electronic filing system to accurately reflect the newly-assigned attorney to ensure that she receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 4, 2022   By: */s/ Gia Kim*

           GIA KIM
          Deputy Federal Public Defender