# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Albertina_Bocanegra@fd.org | 2a. Contact Phone Number: 213-894-2645 | 3a. Contact E-mail Address: Albertina_Bocanegra@fd.org |
| 1b. Attorney Name (if different): Gia Kim | 2b. Attorney Phone Number: 213-894-4408 | 3b. Attorney E-mail Address: Gia_Kim@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Office of the Federal Public Defender
321 E. 2nd Street,
Los Angeles, CA 90012

| | |
|---|---|
| 5. Name & Role of Party Represented | Duarte, Steven - Defendant |
| 6. Case Name | USA v. Duarte |
| 7a. District Court Case Number | 2:20-cr-00387-AB |
| 7b. Appeals Court Case Number | 22-50048 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Chia Mei Jui

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal    ☒ Criminal ☐ Civil    ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.)

c. RELEASE OF TRANS. RESTRICTION DATE

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release Date | DELIVERY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/2021 | 111 | Birotte | Jury Trial- Day 1 (A.M.) | ○ | ○ | ○ | ○ | ● | ○ | | ORDINARY (30-day) |
| 08/25/2021 | 112 | Birotte | Jury Trial - Day 2 (A.M) | ○ | ○ | ○ | ○ | ● | ○ | | ORDINARY (30-day) |
| 08/26/2021 | 114 | Birotte | Jury Trial - Day 3 | ○ | ○ | ○ | ○ | ● | ○ | | ORDINARY (30-day) |
| 01/28/22 | 141 | Birotte | Status Conference | ○ | ○ | ○ | ○ | ● | ○ | | ORDINARY (30-day) |
| 02/23/2022 | 143 | Birotte | Sentencing | ○ | ○ | ○ | ○ | ● | ○ | | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 05/12/2022        Signature: /s/ Gia Kim

G-120 (06/18)