| Standard Form 1034 | | |
|---|---|---|
| Revised October 1987 | **PUBLIC VOUCHER FOR PURCHASES AND** | VOUCHER NO. |
| Department of the Treasury | **SERVICES OTHER THAN PERSONAL** | |
| 1 TFM 4-2000 | | |

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED | SCHEDULE NO. |
|---|---|---|
| FEDERAL PUBLIC DEFENDER'S OFFICE<br>Central District of California<br>321 East Second Street<br>Los Angeles, California 90012<br>(213) 894-2854 | 05/12/2022 | |
| | CONTRACT NUMBER AND DATE | **PAID BY** |
| | REQUISITION NUMBER AND DATE | |

**PAYEE'S NAME AND ADDRESS**

Chia Mei Jui

| | |
|---|---|
| | DATE INVOICE RECEIVED |
| | DISCOUNT TERMS |
| | PAYEE'S ACCOUNT NUMBER |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE COST | PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| 05/12/2022 | | USA v. Duarte, Steven<br>2:20-cr-00387-AB<br>(1) 08/24/2021 - Jury Trial-Day 1 (AM)<br>(2) 08/25/2021 - Jury Trial-Day 2 (AM)<br>(3) 08/26/2021 - Jury Trial-Day 3<br>(4) 01/28/2021 - Status Conference<br>(5) 02/23/2022 - Sentencing Hearing | | | | |

(Use continuation sheet(s) if necessary)   **(Payee must NOT use the space below)**   **TOTAL**

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCES |
|---|---|---|---|
| ☐ PROVISIONAL | = $ | = $1.00 | |
| ☐ COMPLETE | BY 2 | | |
| ☐ PARTIAL | | | |
| ☐ FINAL | Gia Kim | | Amount verified; correct for |
| ☐ PROGRESS | TITLE | | (Signature or initials) |
| ☐ ADVANCE | Deputy Federal Public Defender | | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____   ____Angelina Lopez_____   ____Administrator_____
(Date)          (Authorized Certifying Officer) 2                              (Title)

ACCOUNTING CLASSIFICATION

22 -092300-F09CACF -F09CACF -2532

| PAID BY | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | CASH $ | DATE | PAYEE 3 | |

1 When stated in foreign currency, insert name of currency.
2 If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3 When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John

PER

TITLE

Previous edition usable.                                                                NSN 7540-00-900-2234

**PRIVACY ACT STATEMENT**

The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.