```
 1  CUAUHTEMOC ORTEGA (Bar No. 257443)
    Federal Public Defender
 2  GIA KIM (Bar No. 237326)
    (E-Mail: Gia_Kim@fd.org)
 3  Deputy Federal Public Defender
    321 East 2nd Street
 4  Los Angeles, California 90012-4202
    Telephone: (213) 894-4408
 5  Facsimile: (213) 894-0081

 6  Attorneys for Defendant
    STEVEN DUARTE
 7
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00387-AB-1 |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT STEVEN DUARTE'S UNOPPOSED *EX PARTE* APPLICATION TO DISCLOSE TRANSCRIPTS FOR PURPOSES OF APPEAL** |
| STEVEN DUARTE, | |
| Defendant. | |

Defendant, Steven Duarte, respectfully applies *ex parte* to the Court for an order disclosing to defense counsel for purposes of appeal the sealed portion of the transcript of proceedings for August 19, 2021. This application is based on the attached declaration and the files and records of this case. A proposed order is being concurrently filed with this application.

Respectfully submitted,

DATED: May 16, 2022       By  /s/ Gia Kim
                              GIA KIM
                              Deputy Federal Public Defender
                              Attorney for Steven Duarte

**DECLARATION OF GIA KIM**

I, Gia Kim, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. On February 28, 2022, this Court entered a judgment in this case, and Mr. Duarte filed a timely notice of appeal on March 9, 2022. Mr. Duarte was represented by CJA counsel in this Court. The Ninth Circuit appointed the Office of the Federal Public Defender to represent Mr. Duarte on appeal, and I have been assigned to represent him in this case.

3. The transcripts designated for appeal include a hearing held on August 19, 2021, reported by Miriam Baird, a portion of which was sealed by the Court. Ms. Baird is unable to prepare or release the sealed portion of the transcript of the hearing without an order from the Court.

4. As the assigned appellate attorney, I would like to review the sealed portion of the transcript, so that I can see whether any portion of it might be relevant to appeal and so that I can fully advise Mr. Duarte. I do not know of any reason why those transcripts should not be disclosed to defense counsel. Because I do not know the content of the transcripts, I am asking that the transcripts remain under seal and be disclosed only to defense counsel, for now.

5. On May 13, 2022, I conferred by e-mail with Assistant United States Attorneys Juan M. Rodriguez and Kyle Walker Kahan regarding this request. On May 15, 2022, Mr. Rodriguez advised me that the government does not oppose this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2022, at Los Angeles, California.

                    */s/ Gia Kim*
                GIA KIM
                Deputy Federal Public Defender

3