CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GIA KIM (Bar No. 237326)
(E-Mail: Gia_Kim@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Defendant
STEVEN DUARTE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DUARTE, <br><br> Defendant. | Case No. 2:20-cr-00387-AB-1 <br><br> **ORDER ON DEFENDANT STEVEN DUARTE'S UNOPPOSED *EX PARTE* APPLICATION TO DISCLOSE TRANSCRIPTS FOR PURPOSES OF APPEAL** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the court reporter shall prepare and disclose to defense counsel the transcripts for the sealed proceedings on August 19, 2021, exclusively for purposes of appeal. The transcripts shall remain sealed for all other purposes without further order of the Court.

IT IS SO ORDERED.

DATED: May 18, 2022

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge

CC: Court Reporter's Office