CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GIA KIM (Bar No. 237326)
(E-Mail: Gia_Kim@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Defendant
STEVEN DUARTE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN DUARTE,<br><br>    Defendant. | Case No. 2:20-cr-00387-AB-1<br><br>**DEFENDANT STEVEN DUARTE'S UNOPPOSED *EX PARTE* APPLICATION TO DISCLOSE SEALED PLEADINGS FOR PURPOSES OF APPEAL** |

Defendant, Steven Duarte, respectfully applies *ex parte* to the Court for an order disclosing to defense counsel for purposes of appeal the sealed pleadings, ex parte applications, and sealing orders related to the Government's Motion in Limine #3 to Exclude Impeachment Evidence, filed at Docket Nos. 63–65, 93–98. This application is based on the attached declaration and the files and records of this case. A proposed order is being concurrently filed with this application.

Respectfully submitted,

DATED: May 20, 2022    By  /s/ Gia Kim
                                           GIA KIM
                                           Deputy Federal Public Defender
                                           Attorney for Steven Duarte

## DECLARATION OF GIA KIM

I, Gia Kim, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. On February 28, 2022, this Court entered a judgment in this case, and Mr. Duarte filed a timely notice of appeal on March 9, 2022. Mr. Duarte was represented by CJA counsel Oliver Cleary in this Court. The Ninth Circuit appointed the Office of the Federal Public Defender ("FPDO") to represent Mr. Duarte on appeal, and I have been assigned to represent him in this case. I filed my notice of appearance on May 4, 2022.

3. My review of the docket sheet indicates that the pleadings, ex parte applications, and sealing orders related to the Government's Motion in Limine #3 to Exclude Impeachment Evidence, the opposition, and reply were filed under seal. Dkt. Nos. 63–65, 93–98.

4. As the assigned appellate attorney, I would like to review these sealed pleadings and related ex parte applications and sealing orders, so that I can see whether they might be relevant to the appeal and so that I can fully advise Mr. Duarte. I do not know of any reason why those materials should not be disclosed to appellate defense counsel. Because I do not know the content of these materials, I am asking that they remain under seal and be disclosed only to appellate defense counsel for purposes of appeal. Should I need to submit these materials to the Ninth Circuit Court of Appeals in the excerpts of record, I will request to file them under seal.

5. My assistant contacted prior counsel, Mr. Cleary, regarding these sealed pleadings. Mr. Cleary advised that the Federal Public Defender's Office confer with counsel for the government regarding the necessity of an application to unseal these pleadings.

6. On May 19, 2022, I conferred by e-mail with Assistant United States Attorneys Juan M. Rodriguez regarding this request; Mr. Rodriguez advised me that the government does not oppose this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2022, at Los Angeles, California.

*/s/ Gia Kim*
GIA KIM
Deputy Federal Public Defender