CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GIA KIM (Bar No. 237326)
(E-Mail: Gia_Kim@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4408
Facsimile: (213) 894-0081

Attorneys for Defendant
STEVEN DUARTE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00387-AB-1 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT STEVEN DUARTE'S UNOPPOSED *EX PARTE* APPLICATION TO DISCLOSE SEALED PLEADINGS FOR PURPOSES OF APPEAL** |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Docket Nos. 63, 64, 65, 93, 94, 95, 96, 97, and 98 be unsealed and disclosed to defense counsel exclusively for purposes of appeal. Defense counsel shall seek to file these materials under seal in the event they are submitted to the Ninth Circuit Court of Appeals in the excerpts of record. These materials shall remain sealed for all other purposes without further order of the Court.

IT IS SO ORDERED.

DATED: May___, 2022

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge