

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION

HONORABLE ANDRE BIROTTE, JR., U.S. DISTRICT JUDGE


UNITED STATES OF AMERICA,

                    PLAINTIFF,

          VS.                          CASE NO. 20-CR-387-AB

STEVEN DUARTE,

                    DEFENDANT.
_____/




REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
TRIAL DAY 1 - AFTERNOON SESSION
TUESDAY, AUGUST 24, 2021
1:00 P.M.
LOS ANGELES, CALIFORNIA









_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

```
 1                    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:

 4        UNITED STATES ATTORNEY'S OFFICE
          UNITED STATES ATTORNEY
 5        BY:      JUAN M. RODRIGUEZ
              KYLE WALKER KAHAN
 6            LAUREN RESTREPO
           ASSISTANT UNITED STATES ATTORNEYS
 7        UNITED STATES COURTHOUSE
          312 NORTH SPRING STREET
 8        LOS ANGELES, CALIFORNIA  90012

 9

10    FOR THE DEFENDANT:

11        LAW OFFICE OF OLIVER P. CLEARY
          BY:      OLIVER P. CLEARY
12        ATTORNEY AT LAW
          468 NORTH CAMDEN DRIVE, SUITE 200
13        BEVERLY HILLS, CALIFORNIA  90210

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

**LOS ANGELES, CALIFORNIA; TUESDAY, AUGUST 24, 2021**

**1:12 P.M.**

**--oOo--**

THE COURTROOM DEPUTY:  All rise.  Please be seated.

THE COURT:  All right.  Good afternoon, everyone.  I hope everyone had a good lunch.  Let's continue with our voir dire.  Number 11 is Octave Barreau.

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  Good afternoon, sir.  Did you have a chance -- were you paying attention this morning at the voir dire process?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Did you review the questionnaire during that process, sir?

PROSPECTIVE JUROR:  I did.

THE COURT:  It's your preference, if you like, you can go to the questions one by one or you can let me know if you have any affirmative answers to the questions once I get your background information, all right, sir?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  So why don't you provide us with some information.

PROSPECTIVE JUROR:  My residence is Los Angeles.  My wife is -- I work for the power company, and our adult children

1    are non-employed.

2            I did serve -- I had jury duty before on a

3    criminal case, murder in the second, and we did reach a

4    verdict.

01:13PM  5            THE COURT:  How long ago was that criminal case?

6            PROSPECTIVE JUROR:  Over a decade.

7            THE COURT:  Okay.  And you said your children are

8    unemployed.

9            What do you do at the power company?

01:13PM  10           PROSPECTIVE JUROR:  Electrician station operator.

11           THE COURT:  And your spouse, what does your spouse

12   do there?

13           PROSPECTIVE JUROR:  She's a manager.

14           THE COURT:  Can you help me with my power bill?

01:13PM  15           No, I'm just kidding.

16           PROSPECTIVE JUROR:  It's all good.

17           I do have access to firearms for home security

18   and for sport, a rifle, shotgun, and a revolver.

19           And I do have friends and family in the military

01:13PM  20   and law enforcement.

21           THE COURT:  Okay.  Anything about the friends,

22   family, the gun ownership that would make it difficult for you

23   to be fair and impartial as a juror in this case?

24           PROSPECTIVE JUROR:  No.

01:14PM  25           THE COURT:  Thank you.

|    |    |
|----|----|
| 1 | Mr. Rodriguez? |
| 2 | MR. RODRIGUEZ:  No questions, Your Honor. |
| 3 | THE COURT:  Mr. Cleary? |
| 4 | MR. CLEARY:  No.  Thank you, Your Honor. |
| 01:14PM  5 | THE COURT:  Let me get my sheet here. |
| 6 | Is it Ms. Vedvick?  Good afternoon, ma'am. |
| 7 | PROSPECTIVE JUROR:  Yes. |
| 8 | THE COURT:  Why don't we go through some questions |
| 9 | and I will ask you some follow-ups. |
| 01:14PM 10 | PROSPECTIVE JUROR:  I'm from Hawthorne.  I'm a |
| 11 | retired communication technician. |
| 12 | I'm married.  My husband is also retired, and was |
| 13 | a communication installer, and let's see, we have two sons. |
| 14 | One is my stepson, and he works for a communication company. |
| 01:14PM 15 | And let's see, I did serve -- you know, it was |
| 16 | like over 20 some-odd years ago, I don't remember what kind of |
| 17 | trial it was anymore, but we did reach a verdict. |
| 18 | And I have served on a lot of -- I have tried to |
| 19 | serve on a couple more, but I didn't have to get called in. |
| 01:15PM 20 | THE COURT:  Got it.  All right.  And if you could |
| 21 | forgive my naivety. |
| 22 | Tell me, you said you were a communications -- |
| 23 | you retired communication technician.  What does that entail |
| 24 | exactly? |
| 01:15PM 25 | PROSPECTIVE JUROR:  We both work for the phone |

1    company.

2              THE COURT:  Okay.

3              PROSPECTIVE JUROR:  And I maintain equipment at the

4    phone company, you know, and he installed the equipment.

01:15PM  5              THE COURT:  Got it.  Congratulations on your

6    retirement.

7              Did you have a chance to listen to all of the

8    questions we talked about this morning?

9              PROSPECTIVE JUROR:  Yes.

01:15PM 10              THE COURT:  It's up to you, do you want to go one by

11   one or would you just prefer to answer any questions to which

12   you have a yes answer to?

13              PROSPECTIVE JUROR:  Only a couple of things that

14   came up for me was we have my stepson was in the military, he's

01:16PM 15   retired now also from the Army.

16              THE COURT:  Okay.

17              PROSPECTIVE JUROR:  And I do know some people in the

18   Sheriff's Department and some other law enforcement agencies.

19              And then the other one was the firearm.  We do

01:16PM 20   have one handgun just for security.

21              THE COURT:  Got it.  Is there anything about the

22   relationship that you said you had some friends in law

23   enforcement or either the fact you own a firearm, anything

24   about that that would make it difficult for you to be fair and

01:16PM 25   impartial in a case like this?

```
 1                    PROSPECTIVE JUROR:  No.

 2                    THE COURT:  Thank you.  Ms. Rodriguez?

 3                    MR. RODRIGUEZ:  No questions, Your Honor.  Thank

 4   you.

 5                    THE COURT:  Mr. Cleary?

 6                    MR. CLEARY:  No.  Thank you, Your Honor.

 7                    THE COURT:  Thank you, ma'am.

 8                    Is it Mr. Blethen?

 9                    PROSPECTIVE JUROR:  Yes.

10                    THE COURT:  If you wouldn't mind stepping forward,

11   please.  Good afternoon, sir.

12                    PROSPECTIVE JUROR:  Good afternoon.

13                    THE COURT:  Give us the initial details first.

14                    PROSPECTIVE JUROR:  Yes.  So I live in West Los

15   Angeles right now.  I work for a bank in private wealth

16   management.

17                    No significant other, single.  No prior jury

18   service and then no children as well.

19                    THE COURT:  Great.  And so did you listen to

20   questions that went on this morning?

21                    PROSPECTIVE JUROR:  Yes, sir.

22                    THE COURT:  Do you want to go through questions one

23   by one or do you wish to address the area where you would

24   answer yes?

25                    PROSPECTIVE JUROR:  Speed that up, yes.
```

01:16PM (line 5)
01:16PM (line 10)
01:16PM (line 15)
01:17PM (line 20)
01:17PM (line 25)

1          I do have family members and friends that are

2    currently in the military, law enforcement, and do practice

3    law.

4          I do currently own firearms as well as my family

5    for sport and protection.

6          None of those would inhibit any decision-making

7    on my part.

8          THE COURT:  Okay.  Then you said that you have some

9    family members that practice law?

10         PROSPECTIVE JUROR:  Practice law, civil, and help

11   with estate planning.

12         THE COURT:  Nothing about any of the stories that

13   they told you or experiences that would make it difficult for

14   you to be fair and impartial in a case like this?

15         PROSPECTIVE JUROR:  No, sir.

16         THE COURT:  Anything at all about the case, the fact

17   about your relationship with firearms or friends in the

18   military, anything at all about that that would make it

19   difficult for you to be fair to both sides?

20         PROSPECTIVE JUROR:  No, sir.

21         THE COURT:  Thank you.  Mr. Rodriguez?

22         MR. RODRIGUEZ:  No questions, Your Honor.  Thank

23   you.

24         THE COURT:  Mr. Cleary?

25         MR. CLEARY:  No.  Thank you.

1       THE COURT:  Thank you, I appreciate it.

2           Is it Ms. Loper?  Good afternoon, ma'am.

3       PROSPECTIVE JUROR:  Good afternoon.

4       THE COURT:  Would you be so kind to answer the

01:18PM  5  questions?

6       PROSPECTIVE JUROR:  My name is Tritia Loper.  I live

7  in Glendale, California.  My occupation is retention marketing,

8  although I'm currently unemployed.

9           I am married and my husband is a litigation

01:18PM  10  support analyst, and occasionally is in the hot seat during

11  trials.

12          I have two children, 12 and 14.

13          And I have had two prior jury service experiences

14  but they both terminated at the end of voir dire.

01:18PM  15      THE COURT:  Great.  So, let's talk about your

16  spouse.  Litigation support analyst?

17      PROSPECTIVE JUROR:  Correct.

18      THE COURT:  Walk me through that a little more so I

19  can get a better context of what that entails.

01:19PM  20      PROSPECTIVE JUROR:  It's the big data for

21  litigation.  So, *Google versus Amazon*, and it's terabytes of

22  data.

23      THE COURT:  All e-discovery?

24      PROSPECTIVE JUROR:  Exactly, yes.

01:19PM  25      THE COURT:  So I take it he deals with lawyers a

1    lot?

2              PROSPECTIVE JUROR:  Yes, he works for a law firm.

3              THE COURT:  I'm sure he is a fan of all of them.

4    I'm curious whether or not he has shared any stories about with

01:19PM  5    you about lawyers, good or bad?

6              PROSPECTIVE JUROR:  No, he works on trials.

7                   In my past I have too.  Years ago I was a

8    paralegal for litigation support for a law firm.

9              THE COURT:  But you got smart and moved on.

01:19PM  10             PROSPECTIVE JUROR:  Exactly.  I was mostly in

11    intellectual property.

12             THE COURT:  Got it.  But based on both of your

13    collective experiences with lawyers, litigators, No. 1, I

14    assume in your experience and your spouse's, all civil

01:20PM  15    litigation, correct?

16             PROSPECTIVE JUROR:  Correct.

17             THE COURT:  And the standard of proof is different

18    in a criminal case than in civil?

19             PROSPECTIVE JUROR:  That's correct.

01:20PM  20             THE COURT:  Is that going to be an issue for you if

21    you are selected as a juror?

22             PROSPECTIVE JUROR:  Not at all.

23             THE COURT:  Anything about your experience

24    generally, yours or your spouse's that would make it difficult

01:20PM  25    for you to be fair and impartial to either side in this case?

1          PROSPECTIVE JUROR:  No.

2          THE COURT:  I will ask you same questions.  Were you

3    listening to the voir dire this morning?

4          PROSPECTIVE JUROR:  Yes, I have.

01:20PM    5          THE COURT:  If you like we can go through them one

6    by one or you can answer any of the questions that you would

7    answer affirmatively to.

8          PROSPECTIVE JUROR:  Other than the experience with

9    attorneys in the past.

01:20PM    10          But the only other issue is that I do currently

11    have firearms that were inherited, and I was making an attempt

12    to give them to the Courts for buyback, but realized that there

13    was a resale happening versus destroying, so I have gone and

14    since destroyed them.

01:21PM    15          THE COURT:  Got it.

16          Anything about that experience or your views on

17    firearms that would make it difficult for you to be fair and

18    impartial to either side in this case?

19          PROSPECTIVE JUROR:  Not specifically, other than you

01:21PM    20    know my position on the gun laws in California, and

21    specifically the handling of the destruction of them.

22          THE COURT:  Got it.  Thank you.

23          Mr. Rodriguez?

24          MR. RODRIGUEZ:  No questions, Your Honor.  Thank

01:21PM    25    you.

1          THE COURT:  Mr. Cleary?

2          MR. CLEARY:  Yes.  Thank you, Your Honor.  I just

3     have a couple of clarifying questions.

4          PROSPECTIVE JUROR:  Certainly.

01:21PM  5          MR. CLEARY:  Regarding the gun laws in California,

6     are you on the side you believe the gun laws are too lax or too

7     easy to get a firearm, or are you on the side you believe it's

8     over-regulated?

9          PROSPECTIVE JUROR:  It's lax.  Also, the internal

01:21PM  10    handling of the firearms within the system.

11         MR. CLEARY:  You wish for them to be destroyed as

12    opposed to reselling them?

13         PROSPECTIVE JUROR:  Exactly.

14         MR. CLEARY:  So there is less firearms on the

01:21PM  15    street?

16         PROSPECTIVE JUROR:  Correct, which was the intention

17    of the buyback program.

18         MR. CLEARY:  The other question I might have,

19    because you and your husband both had some litigation support

01:22PM  20    experience in the past and maybe some technical knowledge

21    regarding presentations in the courtroom, I'm not sure, but in

22    this case, where there may not be audio or audio/visual dash

23    cam, body cam evidence, would you have more difficulty

24    believing the testimony of law enforcement officers without

01:22PM  25    that or with that missing, or not?

1        PROSPECTIVE JUROR:  No.  So long as the case is

2   presented clearly and succinctly.

3        MR. CLEARY:  Thank you very much.

4        THE COURT:  All right.  So, Mr. McCall?

01:22PM   5        PROSPECTIVE JUROR:  Good afternoon.

6        THE COURT:  If you wouldn't you mind with providing

7   this initial information?

8        PROSPECTIVE JUROR:  Okay.

9        I live in beautiful Altadena, California.  I'm

01:22PM   10  retired.

11        I'm married.  My wife is also retired.  I have no

12  adult children.

13        I did serve on a -- excuse me, criminal jury

14  trial about 25 years ago, and we did reach a verdict.

01:23PM   15        THE COURT:  You said a criminal jury trial, correct?

16        PROSPECTIVE JUROR:  Yes.

17        THE COURT:  And congratulations on retiring.  Can

18  you tell me from what occupation did you retire from?

19        PROSPECTIVE JUROR:  Four years ago, I retired from

01:23PM   20  being an appellate judicial assistant for the Second District

21  Court of Appeal for 15 years.  And prior to that, I was a

22  Superior Court clerk for 50 years.

23        THE COURT:  My condolences.  And your spouse,

24  retired from what?

01:23PM   25        PROSPECTIVE JUROR:  She was employed by the County

of Los Angeles in the Department of Contract Management.

THE COURT:  Okay.  So let's focus on your career.

Let's hope you have positive things to say about your prior career.

You served with the courts for a number of years, and thank you for your service.

I assume you have dealt with a number of judges, correct?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  And have you been exposed to a whole host of cases in your career, correct?

PROSPECTIVE JUROR:  Correct.

THE COURT:  Both criminal and civil, correct?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Is there anything about that experience, that extensive experience in the justice system, that would make it difficult for you to be fair and impartial to either side in this case?

PROSPECTIVE JUROR:  Nothing at all.

THE COURT:  All right.  Dare I ask who was -- who were the judges in the division from which you retired?

PROSPECTIVE JUROR:  At the Court of Appeal, I worked for the Honorable Candace Cooper until she retired.

Prior to that, I was -- I worked for Justice John Sobroski, and then he retired.

```
 1              But I came over from the Superior Court with
 2     Justice Sobrowski.  I worked for John Sobrowski when he was a
 3     trial judge.
 4              THE COURT:  Then went over to appellate?
 5              PROSPECTIVE JUROR:  Yes.
 6              THE COURT:  Sir, you were listening this morning to
 7     the voir dire?
 8              PROSPECTIVE JUROR:  Yes, sir.
 9              THE COURT:  And did you go over the questions
10     mentally as we were going to the voir dire?
11              PROSPECTIVE JUROR:  Yes, I did.
12              THE COURT:  If you wish, we can go through the
13     questions one by one or you could answer whatever questions
14     that you would answer affirmatively to.
15              PROSPECTIVE JUROR:  There are a couple.
16              THE COURT:  All right.
17              PROSPECTIVE JUROR:  Number 12, I do have family in
18     military experience, and, of course, as a result of working in
19     the courts, a lot of my friends are lawyers.  Currently I'm
20     retired, and I am still friendly with the judges that I worked
21     with.
22              Let's see, I do have a couple of family members
23     who have had some history with the criminal justice system, but
24     that's been resolved, it's been some time ago.
25              And I just have some issue with the lack of
```

01:25PM (line 5)
01:25PM (line 10)
01:25PM (line 15)
01:25PM (line 20)
01:26PM (line 25)

audio/video evidence, not that it would make it difficult or
enable me from making a decision, it seems kind of to me a
little bit odd that there would be no such evidence in this day
and age.

01:26PM    THE COURT:  Okay.  Let's talk about a couple of
things that you mentioned.  With all of the relationships and
your experience, anything about that that would make it
difficult for you to be fair and impartial in this case?

PROSPECTIVE JUROR:  I don't think so.

01:26PM    THE COURT:  Specifically, as it relates to the
evidence, I know you say, you know, it would be odd in this day
and age, but I thought you also said you would listen to the
evidence.

I just want to confirm, regardless of what the
01:26PM  evidence is, if you are selected as a juror, you are going to
listen to it, assess it, and work with your fellow jurors and
decide whether or not the government has proved its case; is
that a fair statement?

PROSPECTIVE JUROR:  That is absolutely correct.

01:27PM    THE COURT:  Thank you, sir, I appreciate it.

Mr. Rodriguez?

MR. RODRIGUEZ:  No questions, Your Honor.

THE COURT:  Mr. Cleary?

MR. CLEARY:  No.  Thank you, Your Honor.

01:27PM    THE COURT:  Thank you, Mr. McCall.

```
 1              PROSPECTIVE JUROR:  I did have one additional
 2    question.  Number 23, I deeply and fervently believe that all
 3    assault weapons should be banned from personal ownership.
 4              THE COURT:  Okay.  And just so you know, this case
 5    does not involve an assault weapon.  You know, with your
 6    feelings and your opinion, I should say, is that going to make
 7    it difficult for you to be a fair and impartial juror in this
 8    case?
 9              PROSPECTIVE JUROR:  No, I'm mindful of the case, it
10    has nothing to do with this case, I felt compelled to disclose
11    it.
12              THE COURT:  Mr. Rodriguez, any questions?
13              MR. RODRIGUEZ:  No, Your Honor.
14              THE COURT:  Mr. Cleary?
15              MR. CLEARY:  No.  Thank you, Your Honor.
16              THE COURT:  Thank you, sir.
17          All right.  Mr. Collins, good afternoon, sir.
18              PROSPECTIVE JUROR:  Hello.
19              THE COURT:  Go ahead.
20              PROSPECTIVE JUROR:  All right.  I live in Arcadia.
21    I am a technology program manager.
22              I'm married.  My wife's occupation is a hospital
23    operations manager.
24              No adult kids, and I have never been on a jury
25    before.
```

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  Okay, great.  Welcome.

 2                   You were paying attention to the voir dire this

 3    morning?

 4              PROSPECTIVE JUROR:  Yes.

 5              THE COURT:  And the choice is yours, we can go

 6    through each question one by one or do you wish to answer the

 7    questions at which you would say yes, you can do that now.

 8              PROSPECTIVE JUROR:  We can cut to the chase here.

 9    So, Number 12, my brother is retired from the Navy after a long

10    career.

11                   And my brother-in-law is currently a sheriff up

12    north.

13              THE COURT:  Do you know which department?

14              PROSPECTIVE JUROR:  Santa Clara Sheriff.

15              THE COURT:  Anything about either of those

16    relationships that would make it difficult for you to be fair

17    and impartial in a case like this?

18              PROSPECTIVE JUROR:  No, not at all.

19              THE COURT:  Anything else, sir?

20              PROSPECTIVE JUROR:  I do have access to some

21    handguns at home for support only.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR:  That's it.

24              THE COURT:  All right.  Do you have views about

25    weapons and the possession of weapons or the laws relating to
```

**UNITED STATES DISTRICT COURT**

gun possession or ammunition that would make it difficult for
you to be fair and impartial in a case like this?

PROSPECTIVE JUROR:  No, I don't think so.  I mean, I
have various opinions about assault weapons.  I don't think
they bear on this case at all.

THE COURT:  Mr. Rodriguez?

MR. RODRIGUEZ:  No questions, Your Honor.

THE COURT:  Mr. Cleary?

MR. CLEARY:  Thank you, Your Honor.  Just one
follow-up question.

Mr. Collins, you indicated that your
brother-in-law is a sheriff in Santa Clara County.  Is he
currently a sworn peace officer?

PROSPECTIVE JUROR:  Yes, he is.

THE COURT:  Do you think it might be difficult for
you to listen to a sworn peace officer in this case without
maybe tilting the scales a little bit more in the government's
favor because of that relationship you have with your
brother-in-law?

PROSPECTIVE JUROR:  I don't think so.  He's a human
being just like everyone else.  You know, I think it would be
fine.

MR. CLEARY:  So you don't think it would be more
likely you might root for the other side based on that
relationship?

| | | |
|---|---|---|
| | 1 | PROSPECTIVE JUROR:  No, I don't think so. |
| | 2 | MR. CLEARY:  Thank you very much. |
| | 3 | THE COURT:  I appreciate it.  Is it Ms. Chamis? |
| | 4 | PROSPECTIVE JUROR:  Chamis. |
| 01:30PM | 5 | THE COURT:  Good afternoon.  Please answer the |
| | 6 | questions. |
| | 7 | PROSPECTIVE JUROR:  I live in Redondo Beach, |
| | 8 | California.  I'm an engineer, I work in space systems. |
| | 9 | I am married, my husband is also an engineer, he |
| 01:30PM | 10 | works for a defense contractor.  No adult children. |
| | 11 | And I do not have prior jury service. |
| | 12 | THE COURT:  Okay.  Ms. Chamis, were you paying |
| | 13 | attention at the voir dire this morning? |
| | 14 | PROSPECTIVE JUROR:  Yes, I was. |
| 01:30PM | 15 | THE COURT:  We can go to the questions one by one if |
| | 16 | you wish, or you can answer the questions that you would answer |
| | 17 | affirmatively at this time. |
| | 18 | PROSPECTIVE JUROR:  Question Number 12, military.  I |
| | 19 | spent eight years in the United States Air Force. |
| 01:31PM | 20 | THE COURT:  You spent eight years? |
| | 21 | PROSPECTIVE JUROR:  That is correct. |
| | 22 | THE COURT:  Thank you for your service. |
| | 23 | PROSPECTIVE JUROR:  I have many friends still in the |
| | 24 | military.  Law enforcement, I have a few friends who are in the |
| 01:31PM | 25 | law enforcement. |

UNITED STATES DISTRICT COURT

|  | 1 | THE COURT:  Okay.  Anything about that -- the |
|---|---|---|
|  | 2 | relationship with your friends in law enforcement or in the |
|  | 3 | military that would make it difficult for you to be fair and |
|  | 4 | impartial in a case like this? |
| 01:31PM | 5 | PROSPECTIVE JUROR:  No. |
|  | 6 | THE COURT:  Do you own or possess any firearms? |
|  | 7 | PROSPECTIVE JUROR:  I do not. |
|  | 8 | THE COURT:  Do not.  Anything about this case that |
|  | 9 | would make it difficult for you to be fair and impartial? |
| 01:31PM | 10 | PROSPECTIVE JUROR:  No. |
|  | 11 | THE COURT:  All right.  Mr. Rodriguez? |
|  | 12 | MR. RODRIGUEZ:  No questions, Your Honor. |
|  | 13 | THE COURT:  Mr. Cleary? |
|  | 14 | MR. CLEARY:  Just one follow up. |
| 01:31PM | 15 | Ms. Chamis, do you think you would be more |
|  | 16 | inclined to accept the testimony of law enforcement officer |
|  | 17 | because that you have -- because of your friendships with law |
|  | 18 | enforcement? |
|  | 19 | PROSPECTIVE JUROR:  No. |
| 01:31PM | 20 | MR. CLEARY:  Thank you very much. |
|  | 21 | THE COURT:  Thank you. |
|  | 22 | All right, Ms. Nelson.  Good afternoon, ma'am. |
|  | 23 | PROSPECTIVE JUROR:  Good afternoon, sir. |
|  | 24 | THE COURT:  All right.  If you could please answer |
| 01:32PM | 25 | the questions, the initial questions, please. |

**UNITED STATES DISTRICT COURT**

1          PROSPECTIVE JUROR:  I live in North Hollywood.  I

2    was a realtor.  I'm widowed.

3              I have three adult children.  My daughter is a

4    therapist.  My middle son -- older son manages five restaurants

01:32PM   5    in San Francisco.  My younger son was the supervisor on an oil

6    rig off Long Beach.  He has since been medically let go.

7              I did take care -- was on a civil case, state

8    court.  We did reach a verdict.  It was basically a hotel

9    against a catering manager.

01:32PM  10          THE COURT:  Great.  All right.  And I'm sorry for

11   your loss.  I wanted to ask you since you are a widow, what did

12   your spouse do -- was your spouse employed?

13          THE DEFENDANT:  He was an actor.

14          THE COURT:  Great, all right.

01:33PM  15       Were you listening to the voir dire this morning, ma'am?

16          PROSPECTIVE JUROR:  Yes, sir.

17          THE COURT:  It's your choice, if you want to go

18   through the questions one by one we can do that or if there are

19   any questions you would answer affirmatively, let me know.

01:33PM  20          PROSPECTIVE JUROR:  The only one I have a yes to is

21   12, because my uncle was in the Manhattan PD in New York, and

22   his father was also.  He died about 20 years ago.  He wound up

23   as a court reporter.

24          THE COURT:  Interesting.  Anything about the

01:33PM  25   relationship with NYPD that would make it difficult for you to

```
 1    be fair and impartial in a case like this?

 2              PROSPECTIVE JUROR:  No.  I lived here.  He lived in

 3    New York.

 4              THE COURT:  Anything else at all that would bear on

 5    your ability to be fair and impartial in a case like this?

 6              PROSPECTIVE JUROR:  Nothing I can think of.

 7              THE COURT:  Thank you.  Mr. Rodriguez?

 8              MR. RODRIGUEZ:  No questions, Your Honor.

 9              THE COURT:  Mr. Cleary?

10              MR. CLEARY:  Yes, one follow up.

11                 Do you think you would be able to judge the

12    credibility of a lay witness the same as you would be able to

13    judge the credibility of law enforcement?

14              PROSPECTIVE JUROR:  Of course.

15              MR. CLEARY:  Thank you very much.

16              THE COURT:  You are welcome.

17                 Good afternoon, sir.  Rafael Laura.  If you could

18    answer the questions, please?

19              PROSPECTIVE JUROR:  I live in Long Beach.  My

20    occupation, I work in a refinery.  My marital status, I'm

21    single.  I do not have any children, and I do not have any

22    prior jury service.

23              THE COURT:  If you don't mind me asking, sir, what

24    do you do at the refinery?

25              PROSPECTIVE JUROR:  Sample petroleum coke.
```

**UNITED STATES DISTRICT COURT**

1        THE COURT:  Let me rewind that for a second.  What

2   does that mean, exactly?

3        PROSPECTIVE JUROR:  It's comes from sulfur, and so

4   it's I guess it used to be the trash of it, but now it produces

01:34PM   5   energy that we ship out to sea.

6        THE COURT:  You said it is petroleum what?

7        PROSPECTIVE JUROR:  Petroleum coke, not that type of

8   coke, but.

9        THE COURT:  All right.  I wanted to make sure.

01:34PM   10        PROSPECTIVE JUROR:  It's completely legal.

11        THE COURT:  I mean, I didn't know whether to call

12   the marshal.

13        PROSPECTIVE JUROR:  No, sir.

14        THE COURT:  How long have you been doing that for?

01:35PM   15        PROSPECTIVE JUROR:  Doing it for about a year now.

16        THE COURT:  Got it.  What were you doing prior to

17   that?

18        PROSPECTIVE JUROR:  Prior to that, I was working at

19   Ralph's.

01:35PM   20        THE COURT:  Great.  Now sir, were you listening to

21   the voir dire this morning?

22        PROSPECTIVE JUROR:  Yes, sir.

23        THE COURT:  And we can go through the questions one

24   by one if you wish, or you can tell me the answers in which you

01:35PM   25   would answer yes to.  The choice is yours, sir.

```
 1              PROSPECTIVE JUROR:  The only one I would say yes to
 2    would be Number 12.  I have a few friends who are in the
 3    military, and one who just finished his time serving.  That
 4    would be all.
 5              THE COURT:  That's it.  Anything else that this
 6    Court or the lawyers need to know about you that would affect
 7    your ability to be fair and impartial to either side?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  Great.  Thank you.  Mr. Rodriguez?
10              MR. RODRIGUEZ:  No questions, Your Honor.
11              THE COURT:  Mr. Cleary?
12              MR. CLEARY:  No.  Thank you, Your Honor.
13              THE COURT:  Thank you, sir.
14              All right.  Is it Mr. Coy?
15              Good afternoon, sir.  Please answer the
16    questions.
17              PROSPECTIVE JUROR:  I live in Granada Hills.  I am
18    in sales in the cannabis industry.
19              My spouse is in inventory management in the
20    cannabis industry.  I have a stepdaughter.  She's a full-time
21    problem.
22              THE COURT:  I assume she's an adult?
23              PROSPECTIVE JUROR:  She's an adult.  I have come to
24    jury service before, but never got on it.
25              THE COURT:  Is your stepdaughter employed?
```

01:35PM (line 5)
01:35PM (line 10)
01:36PM (line 15)
01:36PM (line 20)
01:36PM (line 25)

                        PROSPECTIVE JUROR:  No.  Yeah, like, I said

full-time problem.

                        THE COURT:  That's a job in and of itself.

            All right.  So were you listening to the voir dire this

morning?

                        PROSPECTIVE JUROR:  Yes.

                        THE COURT:  And the choice is yours.  We can go

through the questions one by one or you could answer the

questions which you would answer yes to.

                        PROSPECTIVE JUROR:  I have several yeses.

                        THE COURT:  All right.

                        PROSPECTIVE JUROR:  8, 11, 13, 16, 17, 21, 22, 23.

                        THE COURT:  Okay.  So let's talk about, you know,

Number 8.  You have a problem judging the credibility of all

witnesses regardless of their job?

                        PROSPECTIVE JUROR:  Well, I typically would think

that I would be objective and impartial, but I think that given

what we have gone through the past year and a half or so,

although, I have never had any negative experiences with my

personal dealings with law enforcement, I do have friends that

are in law enforcement, but from a broader perspective, just

based on my blood pressure in this courtroom, just listening to

the questions and answers, I have a feeling it would be

difficult for me to be impartial regarding the law enforcement

side of things.

1    THE COURT:  I'm sorry.  If I could interrupt you.  I

2  appreciate your candor, greatly.

3    I know jury selection can be stressful.  I have

4  been on the other side answering the questions, I understand

01:38PM    5  that.  I just want to flesh this out a little more.  You said

6  difficult for you in which way?  Would it be more in favor of

7  law enforcement or less so?

8    PROSPECTIVE JUROR:  Not in favor.

9    THE COURT:  Okay.  And despite the fact that you

01:38PM   10  have friends in law enforcement, correct?

11    PROSPECTIVE JUROR:  Correct.  Like I said, my

12  personal -- my stepdaughter has had a lot of issues with the

13  law.  She's on felony probation because she was involved with

14  her -- she was in the car, she was driving a car when her

01:38PM   15  boyfriend and his friend decided to rob a gas station armed

16  with a firearm and machete, so she was kind of grouped in with

17  them.

18    So due to her felony probation, my issue mainly

19  with this particular case is that I own a shotgun for home

01:39PM   20  defense, and there were some issues because she -- there were

21  some problems because she technically couldn't be in our house

22  because I own a firearm.

23    THE COURT:  Because you own a firearm?

24    PROSPECTIVE JUROR:  She's on felony probation, so

01:39PM   25  there is that.  But she's had difficulties with, you know,

particular officers over the years because she had lots of

dealings with them, not all of them obviously, but some of

them.

THE COURT:  So you have that experience, but I

01:39PM  thought you said earlier, that -- I took from this sort of like

going into it, you think you could be fair, but as you have

been sitting here, blood pressure rising, things are coming up,

I'm just curious, I mean, some say the initial assessment your

gut is what you should trust.

01:40PM  Going into it, you had a belief that you could be

fair and impartial as it relates to this case, right?

PROSPECTIVE JUROR:  Well, I would say, you know, my

whole life I consider myself, you know, a logical, objective

person that can analyze the facts and, you know, I did take law

01:40PM  classes in college and I like -- people say I should be a

lawyer.  I like it, so I could have been objective, but since

all of the stuff from the past year which I have been -- I have

very strong opinions about, I could tell just from my physical

response just listening to some of the answers, questions and

01:40PM  answers of previous jurors, that it is something that is very

visceral.

THE COURT:  I greatly appreciate that.

So Mr. Rodriguez, do you have any follow-up

questions?

01:41PM  MR. RODRIGUEZ:  No follow-up questions.

|  | 1 | THE COURT:  Mr. Cleary? |
|--|---|------------------------|

1          THE COURT:  Mr. Cleary?

2          MR. CLEARY:  I wanted to follow up on your initial

3  questioning about what you did for a living.  And you and your

4  spouse were in sales, but I couldn't hear what type of sales it

01:41PM  5  was.

6          PROSPECTIVE JUROR:  I'm in sales in the cannabis

7  industry.  She works in the distribution side on the cannabis

8  industry.

9          MR. CLEARY:  Cannabis, that is the new industry

01:41PM  10  we're in.  Got it.  I didn't know what it was, but now I hear

11  clearly.

12              So I understand you are having -- things are

13  coming up for you viscerally regarding some of the comments

14  that people have made about what side of the case they might be

01:41PM  15  on or another?

16              If you, yourself, were asked to judge the

17  testimony of witnesses, would you be able to judge either a law

18  enforcement witness or a regular lay witness with the same --

19  in the same way and manner?

01:42PM  20              Do you think you would be able to do that?

21          PROSPECTIVE JUROR:  Like I said, I would like to

22  believe that I could, but I honestly don't know now.

23              I'm afraid that I would lean against the law

24  enforcement testimony, not to say that those individuals aren't

01:42PM  25  good people and aren't speaking the truth, but I now have a

kind of general mistrust of law enforcement, collectively, just given all of the things we have seen, you know, video of people throwing evidence in someone's car, that kind of thing.

I think it's a little head weasel that I wouldn't necessarily trust myself to not get angry about something that a law enforcement officer would say.  And I don't know if I would necessarily trust it, even if the evidence is very straightforward and strict, I don't know if I could be impartial at this point.

MR. CLEARY:  Let me ask you, would you be able to do -- I think one of the other jurors said they would do if they were called to serve as a juror, that would be to keep yourself and check yourself to see if you are okay with it and just keep a check on yourself, so that you could serve on the jury should you be called?

PROSPECTIVE JUROR:  I would try.  Like I said, before I would absolutely say I'm stoic.  I can look at the facts, I'm very analytical, that is the case, but just from my physical response in the court today, it's a problem.

MR. CLEARY:  I appreciate your comments.

THE COURT:  Thank you, Mr. Coy.  I appreciate that.

Is it Ms. Spencer?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Good afternoon, ma'am.

PROSPECTIVE JUROR:  Hi, my name is Sandra Spencer.

        1   I live in downtown LA.  I'm divorced.  I have one grown son who

        2   is unemployed.

        3              No prior jury experience and no affirmative

        4   answers.

01:44PM  5              THE COURT:  Okay.  If you don't mind me asking, you

        6   say you are divorced.  What did your ex-spouse do?

        7              PROSPECTIVE JUROR:  He was a director for Social

        8   Security Administration.

        9              THE COURT:  No affirmative answers at all?

01:44PM 10              PROSPECTIVE JUROR:  No.

       11              THE COURT:  All right.  Mr. Rodriguez?

       12              MR. RODRIGUEZ:  No questions, Your Honor.  Thank

       13   you.

       14              THE COURT:  Mr. Cleary?

01:44PM 15              MR. CLEARY:  No questions.  Thank you.

       16              THE COURT:  Thank you, ma'am.

       17               All right.  Is it Ms. Irannejad?

       18              PROSPECTIVE JUROR:  Yes.

       19              THE COURT:  Good afternoon.

01:45PM 20              PROSPECTIVE JUROR:  Sure.  I live in Burbank.  I'm

       21   an accountant.  I'm a widow.  I have one adult son, which is a

       22   student right now.

       23              THE COURT:  Got it.  Have you ever served on a jury

       24   before?

01:45PM 25              PROSPECTIVE JUROR:  No, it's my first time.

|  |  |
|---|---|
| 1 | THE COURT:  Okay.  All right.  My condolences on |
| 2 | your loss. |
| 3 | Would you mind sharing me what your spouse did |
| 4 | while he was employed? |
| 5 | PROSPECTIVE JUROR:  What is that? |
| 6 | THE COURT:  You said you are a widow? |
| 7 | PROSPECTIVE JUROR:  Yes. |
| 8 | THE COURT:  Was your spouse employed -- your spouse |
| 9 | passed away? |
| 10 | PROSPECTIVE JUROR:  Yes.  He was a shoemaker. |
| 11 | THE COURT:  Okay.  Great.  Now ma'am, were you |
| 12 | paying attention to the voir dire this morning? |
| 13 | PROSPECTIVE JUROR:  Yes. |
| 14 | THE COURT:  And we can go through the questions one |
| 15 | by one if you wish, or if you have any affirmative answers to |
| 16 | any of the questions you could let me know now? |
| 17 | PROSPECTIVE JUROR:  No. |
| 18 | THE COURT:  Anything about your background and |
| 19 | experience that would make it difficult for you to be fair and |
| 20 | impartial to either side in this case? |
| 21 | PROSPECTIVE JUROR:  No. |
| 22 | THE COURT:  All right.  Thank you. |
| 23 | Mr. Rodriguez? |
| 24 | MR. RODRIGUEZ:  No questions, Your Honor. |
| 25 | THE COURT:  Mr. Cleary? |

Timestamps in left margin: 01:45PM (line 5), 01:45PM (line 10), 01:45PM (line 15), 01:46PM (line 20), 01:46PM (line 25)

**UNITED STATES DISTRICT COURT**

             1          MR. CLEARY:  No.  Thank you, Your Honor.

             2          THE COURT:  Thank you, ma'am.

             3       Is it Yeeun Park?

             4          PROSPECTIVE JUROR:  Hello.

01:46PM      5          THE COURT:  Hello, good afternoon.

             6          PROSPECTIVE JUROR:  So I'm from Pasadena.  I'm a

             7   student and I work as a nursing assistant at a hospital.

             8   Single, no kids.  This is my first time.

             9          THE COURT:  Okay.  Were you paying attention to the

01:46PM     10   voir dire this morning, ma'am?

            11          PROSPECTIVE JUROR:  Yes.

            12          THE COURT:  We can go to the questions one by one or

            13   you can answer any of the questions you have yes answers to.

            14          PROSPECTIVE JUROR:  I have a couple.  My dad was in

01:46PM     15   the military back in Asia because he had to be.

            16              I have a couple of friends and classmates that

            17   were in the military.

            18              For the audio/video evidence, yeah, because

            19   without it, I feel like it would be he says, she said.  I'm,

01:47PM     20   like, I want something concrete to prove one or the other.

            21              Gun ownership, I don't think any civilian should

            22   be owning guns.  I don't like guns.  There needs to be more

            23   laws regulating them.  That is it.

            24          THE COURT:  All right.  Let me ask, I mean, it's

01:47PM     25   interesting the more and more I hear from individuals, you

know, that wanted audio/video cameras, I'm just curious, is

this by virtue of the advance of technology, is it just sort of

culturally from what you have seen on television and movies?

I'm just curious.  This is sort of the basis for that thought.

01:47PM  PROSPECTIVE JUROR:  I think it's a mix of both.

Like technology has been developing, so I don't understand -- I

don't see why there wouldn't be any evidence, either audio or

video from what people have said so far.

THE COURT:  So, do you think it would be difficult

01:48PM  for you to be fair and impartial to either side in a case if

there was no audio or video evidence that was presented during

the course of a trial?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  You do.  You don't think you would be

01:48PM  able to listen to the evidence and ascertain -- I mean, we have

heard some people say, well, it depends.  It depends on the

facts and I might ask questions or not.

Do you think you would be able to listen to the

evidence and discuss it with your fellow jurors and determine

01:48PM  whether or not a case has been proven or not?

PROSPECTIVE JUROR:  Yeah, I can listen.  I would

have that doubt being in the back of my mind that I can't be

too sure what they are saying happened or not.

THE COURT:  But you think you could listen?

01:48PM  PROSPECTIVE JUROR:  Yes, I can listen.

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  And discuss the case with your fellow

 2   jurors?

 3              PROSPECTIVE JUROR:  I think they deserve a right to

 4   be heard.

 5              THE COURT:  All right.  Mr. Rodriguez?

 6                  Thank you, ma'am.

 7              MR. RODRIGUEZ:  Yes, Your Honor.

 8                  Do you think the government can prove their case

 9   beyond a reasonable doubt if there is only testimony and there

10   is no audio or video evidence?

11              PROSPECTIVE JUROR:  It depends on the case, sure.

12   Yeah.

13              MR. RODRIGUEZ:  Thank you.

14              THE COURT:  Mr. Cleary?

15              MR. CLEARY:  No questions.

16              THE COURT:  Thank you, Ms. Park.  I appreciate it.

17                  Let's see, Ms. Kelly.  Caitlin Kelly.

18          Good afternoon, ma'am.

19              PROSPECTIVE JUROR:  Hello.  My area of residence is

20   Van Nuys, California.  I'm a full-time college student.

21                  I'm not married.  I'm single.  No children, and I

22   have not been on a jury before.

23              THE COURT:  Great.  If you don't mind me asking,

24   what are you studying?

25                  PROSPECTIVE JUROR:  I'm studying film.
```

Timestamps in left margin:
01:48PM (line 5)
01:49PM (line 10)
01:49PM (line 15)
01:49PM (line 20)
01:49PM (line 25)

1          THE COURT:  Wonderful.  You were paying attention to

2     the voir dire this morning?

3          PROSPECTIVE JUROR:  Yes, I was.

4          THE COURT:  We can go through the questions one by

01:49PM  5     one if you wish, or you could answer any questions that you

6     would answer yes to.

7          PROSPECTIVE JUROR:  I will answer yes to some

8     questions.

9          THE COURT:  All right.  Why don't we go through

01:49PM  10    them.

11         PROSPECTIVE JUROR:  I have negative experiences with

12    law enforcement along with friends that I have had negative

13    experiences with law enforcement.

14              I don't think any of that situation relates to

01:50PM  15    this case, however.

16         THE COURT:  Okay.

17         PROSPECTIVE JUROR:  Also, with the whole no audio or

18    video evidence, I think that that does affect my point of view

19    on it, too.

01:50PM  20         THE COURT:  Ms. Kelly, do you think you could not

21    hear a case or not believe that, for example, government could

22    prove its case beyond a reasonable doubt without any audio or

23    video evidence?

24         PROSPECTIVE JUROR:  I think it depends on the case.

01:50PM  25         THE COURT:  Okay.  Anything else that might be --

might affect your ability to be fair and impartial on a case
like this?

PROSPECTIVE JUROR:  I have negative points of view
about gun ownership.

THE COURT:  Okay.  You realize that you have heard
me say this case is not the laws, whether the law is legitimate
or it should be, it's about whether or not there has been a
violation of the law.

Despite your negative feelings about gun laws, do
you think if you were picked as a juror in this case, you could
listen to the evidence, discuss the matter with your fellow
jurors, listen to the law, and render a decision?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Great.  Thank you.

Mr. Rodriguez?

MR. RODRIGUEZ:  No questions, Your Honor.

THE COURT:  Mr. Cleary?

MR. CLEARY:  No questions, Your Honor.

THE COURT:  Thank you, Ms. Kelly.

Is it Mr. Franchi?  Good afternoon, sir.

PROSPECTIVE JUROR:  Good afternoon.  I live in
Encino.  I own a production company that produces television
commercials.

I am married.  I do not currently have any
girlfriends.  I have two small children.

1          THE COURT:  That is good to know.

2          PROSPECTIVE JUROR:  I have been on a jury, a DUI

3     case for prescription medicine, and we came to a verdict.

4          THE COURT:  How long ago was that DUI case?

01:51PM    5          PROSPECTIVE JUROR:  About five years ago.

6          THE COURT:  All right.  So that was in Superior

7     Court, I believe?

8               Okay.  Now sir, were you paying attention to the

9     voir dire questions that were read this morning?

01:52PM   10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  All right.  And we can go through them

12     one by one if you wish, or let us know any questions in which

13     you would answer yes to?

14          PROSPECTIVE JUROR:  I would not answer yes to

01:52PM   15     anything.  Number 12, both of my neighbors on both sides are

16     district attorneys.

17          THE COURT:  Okay.  All right.  Anything about -- are

18     you friendly with them, what kind of relationship do you have

19     with the neighbors?

01:52PM   20          PROSPECTIVE JUROR:  Not at all.

21          THE COURT:  They have never told you anything about

22     their experiences and their views at all?

23          PROSPECTIVE JUROR:  They do, but I don't think it

24     pertains to this.

01:52PM   25          THE COURT:  Nothing about that relationship that

```
 1   would affect your ability to be fair and impartial in that

 2   case?

 3            PROSPECTIVE JUROR:  No, sir.

 4            THE COURT:  Mr. Rodriguez?

 5            MR. RODRIGUEZ:  No questions, Your Honor.

 6            THE COURT:  Mr. Cleary?

 7            MR. CLEARY:  Just a follow up on the neighbors.  It

 8   wouldn't give you duress if you ended up serving on a jury, and

 9   you found the defendant not guilty, and your neighbors found

10   out, would that cause you distress at home?

11            PROSPECTIVE JUROR:  No.

12            MR. CLEARY:  Thank you very much.

13            THE COURT:  Thank you, sir.  I appreciate it.  Is it

14   Mr. Artavia?

15            PROSPECTIVE JUROR:  Yes.

16            THE COURT:  Come on down, sir.

17            PROSPECTIVE JUROR:  Hello.

18            THE COURT:  If you could answer the questions,

19   please.

20            PROSPECTIVE JUROR:  Okay.  I'm from Monterey Park.

21   I am a data analyst.  I'm single, no girlfriend, no kids.  I

22   haven't served on a jury before.

23            THE COURT:  Great.  Now sir, were you listening to

24   the voir dire questions this morning?

25            PROSPECTIVE JUROR:  Yes.
```

01:52PM (line 5)
01:53PM (line 10)
01:53PM (line 15)
01:53PM (line 20)
01:53PM (line 25)

|     |     |
| --- | --- |
| 1 | THE COURT:  We can go through the questions one by |
| 2 | one if you wish or if you have any answers you would say yes |
| 3 | to, we can go directly to those. |
| 4 | PROSPECTIVE JUROR:  Number 12.  My brother used to |
| 5 | work as an interpreter up in Mammoth, that's where he is |
| 6 | staying. |
| 7 | THE COURT:  So a court-certified interpreter? |
| 8 | PROSPECTIVE JUROR:  Okay.  He wasn't certified. |
| 9 | That's why he doesn't work no more.  But he was there about |
| 10 | five years ago. |
| 11 | THE COURT:  Got it.  Okay. |
| 12 | All right.  Is there anything about that |
| 13 | experience or your relationship with him that would make it |
| 14 | difficult for you to be fair and impartial in this case? |
| 15 | PROSPECTIVE JUROR:  No. |
| 16 | THE COURT:  Anything else that either side would |
| 17 | want to know that would make it difficult for you to be fair |
| 18 | and impartial in this case? |
| 19 | PROSPECTIVE JUROR:  No. |
| 20 | THE COURT:  All right.  Mr. Rodriguez? |
| 21 | MR. RODRIGUEZ:  No questions, Your Honor. |
| 22 | THE COURT:  Mr. Cleary? |
| 23 | MR. CLEARY:  Thank you, Your Honor. |
| 24 | Your brother was an interpreter for court, is |
| 25 | that what it was? |

01:53PM (line 5)
01:54PM (line 10)
01:54PM (line 15)
01:54PM (line 20)
01:54PM (line 25)

```
 1            PROSPECTIVE JUROR:  Yes.
 2            MR. CLEARY:  And so, there is nothing about that
 3    experience that causes you to maybe lean in favor of law
 4    enforcement or the government in this case?
 5            PROSPECTIVE JUROR:  No.  We didn't talk much about
 6    it, because he's up there and I live down here.  So, you know,
 7    our communication isn't about work.
 8            MR. CLEARY:  Thank you very much.
 9            THE COURT:  Thank you, sir.  Shelley Dornfeld?
10            PROSPECTIVE JUROR:  Hello.
11            THE COURT:  Good afternoon, ma'am.  If you could
12    answer the questions, please?
13            PROSPECTIVE JUROR:  Sure.  Area residence is Mar
14    Vista.  Occupation, well I was in sales, and then I was a
15    stay-at-home mom for, like, forever, basically that's what I
16    have been doing.
17            THE COURT:  The hardest job on the planet.
18            PROSPECTIVE JUROR:  Yes, it is.  Marital status,
19    married.  Let's see, my husband was a visual effects, he owned
20    his own visual effects for movies, he's retired.
21                Adult children, we have one.  He's 28.  He's been
22    living in Latin America for seven years, and he's actually
23    coming home Friday to go to grad school at UCLA in Latin
24    American studies.
25                THE COURT:  Great.  Wonderful.
```

01:54PM (line 5)
01:55PM (line 10)
01:55PM (line 15)
01:55PM (line 20)
01:56PM (line 25)

```
 1              PROSPECTIVE JUROR:  Let's see, actually no prior
 2   jury service.  Called, but no service.
 3              THE COURT:  Got it.
 4              Ms. Dornfeld, were you paying attention to the
 5   voir dire questions this morning?
 6              PROSPECTIVE JUROR:  Yes, sir, I was.
 7              THE COURT:  We can go through them one by one, or if
 8   have you any yes answers to any of the questions, we can do it
 9   that way.
10              PROSPECTIVE JUROR:  I do have some that I have said
11   yes to.
12              THE COURT:  All right.  Go ahead.
13              PROSPECTIVE JUROR:  Okay.  I think 10, 11, and 13
14   are the three that I said yes to.
15              THE COURT:  All right.  Go ahead.
16              PROSPECTIVE JUROR:  So, I have three very close male
17   black friends that have been profiled by LAPD.
18              THE COURT:  Okay.
19              PROSPECTIVE JUROR:  And I mean, I know I'm a white
20   chick, maybe you wouldn't think I have black friends.  But
21   anyway we have very good people who are people of color
22   friends.  They have been on pulled over and asked -- first
23   thing they asked my one friend when he is in his Porsche was if
24   he was on parole, and where did he get his car.
25              THE COURT:  So let me ask you a couple of quick
```

1   follow-up questions.

2           You said those friends who had unfortunate

3   experiences, all those experiences are with Los Angeles Police

4   Department?

01:57PM   5           PROSPECTIVE JUROR:  Yes.

6           THE COURT:  Just so you know, if I haven't made it

7   clear, I don't believe there will be any witnesses from the Los

8   Angeles Police Department involved in this case.

9           Given that, or I should -- let me rephrase it,

01:57PM   10   given that experience that your friends have had that they

11   shared with you, do you think it would be difficult for you to

12   hear the testimony from any law enforcement officer?

13           PROSPECTIVE JUROR:  Well, I have got to tell you, I

14   read the LA Times every single day front to back, and very

01:57PM   15   recently, as of, I believe, last week, they were writing about

16   policeman profiling, hiding evidence, and let's see, planting

17   evidence, falsifying reports.

18           THE COURT:  I think -- I don't know if I know the

19   exact story, but I mean, I read the news.  I don't believe -- I

01:58PM   20   may be wrong, I don't believe that those cases involve the

21   Sheriff's Department, Los Angeles Sheriff's Department,

22   Inglewood Police Department or the FBI, so coming back to that

23   question, is it -- do you think simply because there will be

24   law enforcement witnesses that you would have difficulty

01:58PM   25   judging them as witnesses, simply because of their affiliation

UNITED STATES DISTRICT COURT

with law enforcement?

PROSPECTIVE JUROR:  Well, I believe there is bad apples everywhere, so, there could be bad apples in the Inglewood Police Department.

THE COURT:  If I could, why don't I suggest from your statement, there are bad apples everywhere.  That also means there are good apples in that same area.  There are bad apples in our justice system, you could do all kinds of historical data for stories, and I guess the question I have for you is do you think, given we all are shaped and informed by our experiences, but as a juror, your job would be to listen to the evidence and make an assessment of that and listen to the evidence, observe the demeanor of the witnesses, look at the totality of the evidence, and with your jurors, discuss and decide whether or not a case has been proven or not.

Again, recognizing we all have our experiences, we all know -- we read the news stories all over the place, all sides of the spectrum.

Do you think, though, that if a law enforcement witness testified, you would, in your mind say, I don't trust them, I don't believe them simply because they are law enforcement?

PROSPECTIVE JUROR:  That is a tough one.  I honestly don't know how I would feel about that.

If I hadn't known and heard of so many

experiences from upstanding people that I don't know.

1

2          THE COURT:  Let me ask this, do you think -- if

3     another juror mentioned it and said, look, I have these

4     experiences, this is sort of who I am, but I would make an

02:00PM   5     effort to check that, if you will, as I'm listening to the

6     evidence, if I'm picked on the jury, as I am deciding the case.

7               Do you think you would have the ability to do

8     that, ma'am?

9          PROSPECTIVE JUROR:  Well, I'm a pretty upstanding

02:00PM  10     person, so I would strive --

11          THE COURT:  Right.

12          PROSPECTIVE JUROR:  -- to do that, I will say that.

13               I would strive.

14          THE COURT:  We strive every day to be the best

02:01PM  15     person we can.  There is not really much more I can ask of an

16     individual, but do the best they can.

17          PROSPECTIVE JUROR:  That's true.

18          THE COURT:  Look, there is always a challenge in any

19     kind of case, we're all shaped and formed by our experiences.

02:01PM  20          PROSPECTIVE JUROR:  I realize that.

21          THE COURT:  We bring all of that to the deliberation

22     room in some respects.  But at the end of the day, the job is

23     to listen to the evidence, listen to the law, discuss it with

24     your fellow jurors, and then decide whether a case has been

02:01PM  25     proven.

1      So I come back to, you would strive to do that if

2  you were picked?

3      PROSPECTIVE JUROR:  I would strive to do that.

4      THE COURT:  Okay.  Great, thank you very much.  I

02:01PM  5  appreciate your candor.  Let's continue.

6      PROSPECTIVE JUROR:  Just one more, we do have some

7  military -- I'm from Kentucky, they are all in Kentucky, I

8  haven't lived there in a long time.

9      There was something else -- so let's see

02:02PM  10  Number 21, we do have a firearm.  It's some kind of a shotgun.

11  We got it in '92 in the riots, because we were living in Venice

12  and everybody had a gun and we had a golf club under the bed,

13  so we got a firearm, but it has not been opened since then, and

14  it's locked away.

02:02PM  15      I hate guns.  I think bullets should cost $1,000

16  a piece.

17      THE COURT:  Great, all right.  Anything further,

18  ma'am?

19      PROSPECTIVE JUROR:  No, I think that's it.

02:02PM  20      THE COURT:  Thank you for your candor.

21      PROSPECTIVE JUROR:  Thank you.

22      Mr. Rodriguez, any questions?  You are --

23  Ms. Dornfeld, you are not done yet.

24      MR. RODRIGUEZ:  No worries.  There is some general

02:02PM  25  distrust of law enforcement, would you find it even more

difficult to trust law enforcement, if there is no audio or

visual evidence?

PROSPECTIVE JUROR:  Well, I have been thinking about

that since I have been listening to everybody.

I certainly would prefer that, let's put it this

way.  And I do know that a lot of law enforcement now, as I

read, do not even put on their body cams or anything, often it

is not put on, so I would prefer that, let's put it that way.

I would rather have audio/visual.

MR. RODRIGUEZ:  Thank you.

THE COURT:  Mr. Cleary?

MR. CLEARY:  No questions.  Thank you, Your Honor.

THE COURT:  All right.  Thank you, ma'am, you may

step down.

Is it Ms. Wallach?  Good afternoon, ma'am.

PROSPECTIVE JUROR:  Good afternoon.

THE COURT:  Go ahead and please answer the

questions.

PROSPECTIVE JUROR:  I live in LA.  I'm a manager at

a production company.

My boyfriend is a manager for musicians.  No

kids, and no prior jury service.

THE COURT:  All right.  Were you paying attention to

the voir dire this morning?

PROSPECTIVE JUROR:  I was.

1    THE COURT:  Again, we can go through the questions

2    one by one or if you have any questions you would answer yes

3    to, we can go right to those.

4    PROSPECTIVE JUROR:  I don't think this applies, but

02:04PM  5    I did take a forensics class in college.

6    THE COURT:  Okay.  So you are an expert?

7    PROSPECTIVE JUROR:  I'm an expert.  I'm actually not

8    an expert.  My grandfather was a judge in New York.

9    THE COURT:  Okay.

02:04PM  10   PROSPECTIVE JUROR:  My sister actually worked down

11   the street this past summer for, I think, it's Judge Klausner.

12   THE COURT:  As a law clerk or extern?

13   PROSPECTIVE JUROR:  I don't know, she's in law

14   school.

02:04PM  15   THE COURT:  So as an extern.

16   PROSPECTIVE JUROR:  I think I would have some

17   trouble without visual evidence.

18   THE COURT:  Now, again, sort of touching upon what

19   we discussed, you have trouble?

02:05PM  20   Would you be able to listen to all of the

21   evidence and determine, you know, whether or not a case has

22   been proven or not even in presence or absence of scientific

23   audio evidence?

24   PROSPECTIVE JUROR:  Yeah, I would do my best for

02:05PM  25   sure.

**UNITED STATES DISTRICT COURT**

1      THE COURT:  That's all I can ask of you.  Thank you.

2          Mr. Rodriguez?

3      MR. RODRIGUEZ:  No questions, Your Honor.

4      THE COURT:  Mr. Cleary?

02:05PM    5      MR. CLEARY:  No.  Thank you, Your Honor.

6      THE COURT:  Thank you, Ms. Wallach.  I appreciate

7  it.

8          Mr. Torres.  Come on down, sir.

9      PROSPECTIVE JUROR:  Good afternoon.

02:05PM   10      THE COURT:  Good afternoon.  Go ahead and answer the

11  questions.

12      PROSPECTIVE JUROR:  I live in Montebello.  I'm

13  retired.  I was a manager for City of Los Angeles for 34 years.

14  My wife works for the county as a manager herself.

02:05PM   15          I have two adult kids.  One works in mental

16  health, and the other works in IT.

17          I was -- I have had prior jury service, it was a

18  DUI, and there was a verdict.

19      THE COURT:  Congratulations on your retirement.

02:06PM   20          You said you were a manager for City of Los

21  Angeles.  What department or what area?

22      PROSPECTIVE JUROR:  Public works, street services.

23      THE COURT:  Great.  All right.  Now, sir, were you

24  paying attention to the voir dire this morning?

02:06PM   25      PROSPECTIVE JUROR:  Yes, sir, I was.

1    THE COURT:  We can go through the questions one by

2  one if you wish or you can answer -- let me know of any yes

3  answers that you would have to any of the questions.

4    PROSPECTIVE JUROR:  I have no yes answers.

02:06PM    5    THE COURT:  No yes answers.

6    Anything about your background experience that

7  would make it difficult for you to be fair and impartial to

8  either side in this case?

9    PROSPECTIVE JUROR:  No, sir.

02:06PM   10    THE COURT:  All right.  Thank you.  Mr. Rodriguez?

11    MR. RODRIGUEZ:  No questions, Your Honor.  Thank

12  you.

13    THE COURT:  Mr. Cleary?

14    MR. CLEARY:  Just briefly.

02:06PM   15    Mr. Torres, as a project manager for the public

16  works department, did it cause you to have a lot of work

17  experience with law enforcement officers that would perhaps be

18  involved with the safety or closing of streets or anything like

19  that that you experienced when you were working as a manager?

02:07PM   20    PROSPECTIVE JUROR:  I don't really work with law

21  enforcement regarding street closures, that is Department of

22  Transportation.

23    MR. CLEARY:  Thank you.

24    THE COURT:  Thank you, sir.

02:07PM   25    All right.  Is it Rowena Aracon?

**UNITED STATES DISTRICT COURT**

1          PROSPECTIVE JUROR:  Good afternoon.

2          THE COURT:  Would you be so kind as to answer the

3     questions, please.

4          PROSPECTIVE JUROR:  I live in Gardena.  I'm a single

02:07PM  5     mom.  No boyfriends, no girlfriends.  I have a daughter and a

6     son.  As a matter of fact, they both go to Inglewood school.

7               I have no prior jury service.

8          THE COURT:  Ma'am, were you paying attention to the

9     voir dire questions this morning?

02:08PM 10          PROSPECTIVE JUROR:  Yes, sir.

11          THE COURT:  If you wish we can go through each

12     question one by one or you can answer the questions you would

13     have a yes answer to.

14          PROSPECTIVE JUROR:  I will answer the questions.

02:08PM 15          THE COURT:  Go ahead.

16          PROSPECTIVE JUROR:  For No. 2, I would say yes, and

17     then Number 11, well, my brother and my sister-in-law are in

18     military, and they are soldiers.  Now, my brother is law

19     enforcement in veteran hospitals.  And my sister-in-law is a

02:08PM 20     social worker at LA County with child abuse.

21               And I have a few friends that are former Marines,

22     and they also quit LAPD, because of a lot of negative things

23     they have seen inside the police department.

24               And I do have also Number 21.  I do believe it's

02:09PM 25     too easy to get firearms in this moment for California laws,

because just only -- within a week or month and there are

already three shootings around my kids' school.

All of the parents are very scared to drop off or

pick up the kids.  A lot of things that happen, the school

02:09PM doesn't have any solution to get better for picking up the

kids, there is no more safety.

Of course, I still -- if I'm going to be in

court as a jury, I still can listen to all of this evidence,

and then, of course, if they have cameras and recordings, it

02:09PM will be a plus, but I am still going to be fair and to listen

to all of the evidence.

THE COURT:  And Ms. Aracon, I want to make sure,

thank you for your candor.  I'm sorry you are dealing with that

with the schools.  I have young kids and school safety is

02:10PM obviously a challenge and can be very stressful.

I thought -- did you say that you believed that

because Mr. Duarte is charged in the crime, he must have done

something wrong?

PROSPECTIVE JUROR:  Right, yes.

02:10PM THE COURT:  But it's interesting you say that, but

on the same token you could be fair and impartial, listening to

the evidence as well?

PROSPECTIVE JUROR:  I will try.

THE COURT:  Okay.  If I were to instruct you as a

02:10PM juror that under the law, Mr. Duarte is presumed innocent, so

```
 1   as we stand here today, he is 100 percent innocent, and that
 2   it's up to the government to prove each and every element of
 3   the offense, and would you be able to follow that instruction?
 4             PROSPECTIVE JUROR:  I cannot guarantee, because the
 5   experience of the school, I have kids, and all that happened.
 6   I will try definitely, I cannot be, like, 100 percent
 7   guarantee.
 8             THE COURT:  Got it.  Thank you.  All right.
 9                Mr. Rodriguez?
10             MR. RODRIGUEZ:  No questions, Your Honor.
11             THE COURT:  Mr. Cleary?
12             MR. CLEARY:  Yeah.  I just wanted to ask Ms. Aracon,
13   the experience I think you mentioned a friend was at LAPD or
14   somebody you knew was familiar or worked at LAPD and left
15   because of the experiences they had a work; is that correct?
16             PROSPECTIVE JUROR:  No.  They were mistreated
17   because they are African-Americans.  There was a racist thing
18   going on in that moment, but that is a long time ago.  I'm not
19   sure it's anymore now, they quit 10 or 15 years ago already.
20             MR. CLEARY:  They experienced working in LAPD
21   because there was an environment that was hostile to them?
22             PROSPECTIVE JUROR:  They saw everything was
23   mistreating, and they were not trusting to work in LAPD
24   anymore.
25             MR. CLEARY:  Do you think that would color your
```

02:10PM (line 5)
02:11PM (line 10)
02:11PM (line 15)
02:11PM (line 20)
02:12PM (line 25)

**UNITED STATES DISTRICT COURT**

```
 1    ability to fairly judge law enforcement witnesses or their

 2    credibility in this case?

 3              PROSPECTIVE JUROR:  I think I won't because my

 4    brother is also an officer, and then I try to be, like, right

 5    in the middle of how you look at these things first, and then

 6    decide what side I'm going to take, but I will listen to the

 7    evidence.

 8              THE COURT:  Your brother-in-law, is he working with

 9    a local law enforcement agency?

10              PROSPECTIVE JUROR:  In San Jose.

11              MR. CLEARY:  Okay.  So Los Angeles.

12              PROSPECTIVE JUROR:  San Francisco.

13              MR. CLEARY:  San Francisco, he's a sworn peace

14    officer in San Francisco?

15              PROSPECTIVE JUROR:  Working in law enforcement in

16    veteran hospitals, and he was in military too before.

17              MR. CLEARY:  Military police?

18              PROSPECTIVE JUROR:  Soldier.

19              MR. CLEARY:  Thank you.

20              THE COURT:  All right.  Is it Ms. Eppes?

21              PROSPECTIVE JUROR:  Yes, Ms. Eppes.

22              THE COURT:  So thank you.  Good afternoon, ma'am.

23              PROSPECTIVE JUROR:  Good afternoon.

24              THE COURT:  If could you answer the questions

25    please.
```

02:12PM (line 5)
02:12PM (line 10)
02:12PM (line 15)
02:13PM (line 20)
02:13PM (line 25)

```
 1              PROSPECTIVE JUROR:  I live in Westlake, Los Angeles.

 2    I am an entertainment travel consultant.  I am engaged and my

 3    fiance is a student.  I have had no prior jury experience.

 4              THE COURT:  Congratulations on the engagement.  If

 5    you don't mind my asking, what is your fiance studying?

 6              PROSPECTIVE JUROR:  Business finance.  He is going

 7    back to get his under grad.

 8              THE COURT:  Were you paying attention to the voir

 9    dire questions this morning?

10              PROSPECTIVE JUROR:  I was.

11              THE COURT:  It's up to you, ma'am, if you want to go

12    through questions one by one or answer the questions that you

13    would -- talk about the questions in which you would say yes

14    to.

15              PROSPECTIVE JUROR:  I agree with some of the general

16    sentiments earlier stated, but nothing will have a bearing on

17    this case specifically.

18                   Except for Number 12, my first job out of college

19    was I was a paralegal.  It was just corporate law for an IT

20    company.

21              THE COURT:  Obviously, it had a profound impact

22    based on your current occupation?

23              PROSPECTIVE JUROR:  That's right.  My older brother

24    is in the Marines and has been for ten years.

25              THE COURT:  Got it.  All right.  Thank you.
```

02:13PM (line 5)
02:13PM (line 10)
02:14PM (line 15)
02:14PM (line 20)
02:14PM (line 25)

1          Mr. Rodriguez?

2          MR. RODRIGUEZ:  No questions, Your Honor.

3          THE COURT:  Mr. Cleary?

4          MR. CLEARY:  No questions.

02:14PM  5          THE COURT:  All right.  Thank you.

6          Okay.  Is it Ms. James-Gililland?

7          PROSPECTIVE JUROR:  Good afternoon.

8          THE COURT:  Good afternoon, ma'am.  If you wouldn't

9    mind answering the questions and we will go from there.

02:15PM 10          PROSPECTIVE JUROR:  I live in Monrovia.  I'm a

11   retired teacher.  I am married.  My husband is a retired

12   engineer.  We have six adult children.  Two oldest sons are in

13   the hearing aide business.

14          Our oldest daughter is a stay-at-home mom.

02:15PM 15   Another son works for the State Department in the Office of

16   Consulate Affairs.  My other daughter is a mother of a toddler

17   staying at home.  And my other son owns his own business in

18   wood and window blinds.

19          THE COURT:  Got it.

02:15PM 20          PROSPECTIVE JUROR:  I have had prior experience on a

21   jury.  I have been on two criminal cases.  One was a vandalism,

22   and we did not come to a verdict.  The other was a robbery, we

23   did come to a verdict.

24          THE COURT:  All right.  Well congratulations on

02:16PM 25   retirement and raising six kids, six productive employed kids,

1    that is quite a feat.

2              Were you listening to the voir dire questions

3    this morning?

4              PROSPECTIVE JUROR:  I was.

02:16PM    5    THE COURT:  I will give you the same choice, we can

6    go through them one by one or answer the questions in which you

7    would say yes to.

8              PROSPECTIVE JUROR:  I will tell you there is just a

9    couple of them.  My husband did serve in the military.  But it

02:16PM   10    was before me, so, and we do have several guns in the house, my

11    husband is a hunter.  We have two rifles and a handgun, but we

12    don't use them anything other than hunting.

13             THE COURT:  Anything else that might affect your

14    ability to be fair and impartial in this case?

02:16PM   15    PROSPECTIVE JUROR:  Not at all.

16             THE COURT:  Mr. Rodriguez?

17             MR. RODRIGUEZ:  No questions, Your Honor.  Thank

18    you.

19             THE COURT:  Mr. Cleary?

02:16PM   20    MR. CLEARY:  No.  Thank you, Your Honor.

21             THE COURT:  Thank you, ma'am.

22         Ms. Clarkson?

23             PROSPECTIVE JUROR:  Good afternoon.

24             THE COURT:  Good afternoon, ma'am.  If you would be

02:17PM   25    so kind to answer the questions.

PROSPECTIVE JUROR:  I live in Santa Monica.  I'm a respiratory therapist at a children's hospital.  My husband tows airplanes for a large airline company.  Married, of course.

02:17PM   I have three adult children, 21, 22, and 18, all in college.

No prior jury service.

THE COURT:  Raising three kids in college, that is impressive as well.

02:17PM   All right.  Were you paying attention to the voir dire questions this morning?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And again, we can go through them one by one or if you wish you can tell me about the questions to which

02:17PM   you would answer yes to.

PROSPECTIVE JUROR:  Not specific questions, but I do come from a huge military family, both on my side and my husband's side.  Also, I have two uncles that were retired from LAPD.  I have a cousin in law that was in the LAPD and also

02:18PM   FBI.

THE COURT:  Go ahead.

PROSPECTIVE JUROR:  That's it.

THE COURT:  Anything about those relationships -- you have got military and law enforcement, that would make it

02:18PM   difficult for you to be fair and impartial on either side in

| | |
|---|---|
| 1 | this case? |
| 2 | PROSPECTIVE JUROR:  I don't think so.  I think I do |
| 3 | have a positive view of my uncles.  I do also know there are |
| 4 | bad apples, as she said, but I think I'm a fair person.  I |
| 02:18PM  5 | believe that there is good and there is bad. |
| 6 | THE COURT:  Thank you very much, ma'am. |
| 7 | Mr. Rodriguez? |
| 8 | MR. RODRIGUEZ:  No questions, Your Honor.  Thank |
| 9 | you. |
| 02:18PM  10 | THE COURT:  Mr. Cleary? |
| 11 | MR. CLEARY:  Yes.  Thank you, Your Honor. |
| 12 | Given your relationship with your uncles and -- |
| 13 | do you think you would have any difficulty judging the |
| 14 | credibility and applying your assessment to the credibility of |
| 02:19PM  15 | law enforcement officers the way you would any other witness? |
| 16 | PROSPECTIVE JUROR:  I do have one other thing to |
| 17 | add. |
| 18 | I did a couple of years ago have a niece that was |
| 19 | murdered by drive-by shooting.  And I do believe in the right |
| 02:19PM  20 | to bear arms, but I also do believe that we have a huge problem |
| 21 | with mental health in this country that could really help in |
| 22 | that instance. |
| 23 | If there was a video, so I think that it would be |
| 24 | great if there was a video for -- I'm losing my train of |
| 02:19PM  25 | thought.  But if there wasn't, I would be impartial and fair to |

1    listening to everything.

2              MR. CLEARY:  I appreciate you sharing that.  I'm

3    sorry for your loss.  Thank you.

4              THE COURT:  Thank you, ma'am.  Mr. Jimenez?

02:20PM   5    PROSPECTIVE JUROR:  Good afternoon, Your Honor.

6              THE COURT:  Good afternoon, sir.  If you would be so

7    kind to answer the questions please.

8              PROSPECTIVE JUROR:  Yes, sir.  I reside in Downey,

9    California.  I'm an airport superintendent operations at LAX.

02:20PM   10   I am married.  My wife is a full-time mother, three minor

11   children.  This is my third service on jury duty.

12             The first service was over 15 years ago, it was a

13   DUI.  I was on the jury but I was excused.  The second one a

14   domestic abuse, I was the alternate, and it settled prior to

02:20PM   15   the start of the trial.

16             THE COURT:  Great.  Sir, were you paying attention

17   to the voir dire this morning?  And again, the choice is yours,

18   if you wish to go through the questions one by one or you can

19   answer the questions you would say yes to.

02:20PM   20   PROSPECTIVE JUROR:  Just one.  I have friends and

21   family that were formal military, and friends and family that

22   are current law enforcement.

23             THE COURT:  Anything about those relationships that

24   would make it difficult for you to be fair and impartial to

02:21PM   25   either side in this case?

```
 1              PROSPECTIVE JUROR:  No.
 2              THE COURT:  Mr. Rodriguez?
 3              MR. RODRIGUEZ:  No questions, Your Honor.
 4              THE COURT:  Mr. Cleary?
 5              MR. CLEARY:  No.  Thank you, Your Honor.
 6              THE COURT:  Thank you, Mr. Jimenez.
 7                 Is it Ms. Mirassadi?
 8              PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  Come on down.
10              PROSPECTIVE JUROR:  Good afternoon.
11              THE COURT:  Good afternoon.  If you would be so kind
12    to answer the questions for us, ma'am.
13              PROSPECTIVE JUROR:  My name is Maryam Mirassadi.  I
14    live in LA -- in Los Angeles.  I am divorced.  I have two adult
15    kids, a son 32, and daughter 28, and I'm not working right now.
16              THE COURT:  If you don't mind me asking, you said
17    you are divorced.  Your former spouse, what did your former
18    spouse do for a living?
19              PROSPECTIVE JUROR:  He was in the restaurant
20    business.
21              THE COURT:  Your children, are they employed?
22              PROSPECTIVE JUROR:  Yes.
23              THE COURT:  What do they do?
24              PROSPECTIVE JUROR:  My son is a graphic designer and
25    stand-up comedian at night.  My daughter studies at UC
```

02:21PM (line 5)
02:21PM (line 10)
02:21PM (line 15)
02:22PM (line 20)
02:22PM (line 25)

**UNITED STATES DISTRICT COURT**

Berkeley.

          THE COURT:  Have you ever served on a jury before?

          PROSPECTIVE JUROR:  No.

          THE COURT:  Were you paying attention to the voir dire questions this morning?

          PROSPECTIVE JUROR:  Yes.

          THE COURT:  We can go through the questions one by one if you wish or if you have yes answers to any of the questions, we can go right to those.

          PROSPECTIVE JUROR:  It's just the Question Number 12, I'm not quite sure if that would apply.  It's just my cousin's twin son, one works in fire, as a firefighter captain and the other one is getting trained at U.S. Navy to become a seal.

          THE COURT:  Is there anything about those relationships that would make you favor one side or the other?

          PROSPECTIVE JUROR:  No.

          THE COURT:  Great.  Thank you.

            Mr. Rodriguez?

          MR. RODRIGUEZ:  No questions, Your Honor.

          THE COURT:  Mr. Cleary?

          MR. CLEARY:  No.  Thank you, Your Honor.

          THE COURT:  Is it Mirassadi?

          PROSPECTIVE JUROR:  Yes.

          THE COURT:  Thank you, Ms. Mirassadi.

|   |   |
|---|---|
| 1 | Ms. Texpan, come on down. |
| 2 | Good afternoon. |
| 3 | PROSPECTIVE JUROR:  Good afternoon. |
| 4 | THE COURT:  All right.  If you would be so kind to |
| 02:23PM  5 | answer the questions, please? |
| 6 | PROSPECTIVE JUROR:  I live in Pico Rivera.  I'm an |
| 7 | early head start teacher.  I am married.  My husband is an auto |
| 8 | mechanic.  No adult children, and I have not done any jury |
| 9 | service. |
| 02:23PM  10 | THE COURT:  Thank you, all right.  And you have got |
| 11 | a very challenging job, thank you for doing it. |
| 12 | So Ms. Texpan, have you been listening -- were |
| 13 | you listening to the voir dire questions that we talked about |
| 14 | this morning? |
| 02:24PM  15 | PROSPECTIVE JUROR:  Yes. |
| 16 | THE COURT:  All right.  And we can go through the |
| 17 | questions one by one if you wish, or if you want to just answer |
| 18 | the questions to which you would say yes, we can do it that way |
| 19 | as well. |
| 02:24PM  20 | PROSPECTIVE JUROR:  That's fine.  So I do have |
| 21 | family members that are part of the military.  They are in the |
| 22 | Air Force.  One is retired and one is in active duty. |
| 23 | I do have really close friends that are part of |
| 24 | the Army as well, which at no means would change anything or |
| 02:24PM  25 | pertain to this case. |

**UNITED STATES DISTRICT COURT**

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | THE COURT:  Okay.                                            |
|       | 2  | PROSPECTIVE JUROR:  I do have two younger brothers           |
|       | 3  | that have been charged with different cases, but never been |
|       | 4  | fully convicted.  I think that's it.                         |
| 02:24PM | 5 | THE COURT:  Anything about those experiences with           |
|       | 6  | your siblings that would make it difficult for you to be fair |
|       | 7  | and impartial to either side in this case?                   |
|       | 8  | PROSPECTIVE JUROR:  I don't think so.                        |
|       | 9  | THE COURT:  Thank you.                                       |
| 02:25PM | 10 | Mr. Rodriguez?                                           |
|       | 11 | MR. RODRIGUEZ:  No questions, Your Honor.                    |
|       | 12 | THE COURT:  Mr. Cleary?                                      |
|       | 13 | MR. CLEARY:  No.  Thank you, Your Honor.                     |
|       | 14 | THE COURT:  Thank you, Ms. Texpan.                           |
| 02:25PM | 15 | PROSPECTIVE JUROR:  Thank you.                           |
|       | 16 | THE COURT:  Mr. Garcia, good afternoon, sir.  If            |
|       | 17 | could you please answer the questions for us.                |
|       | 18 | PROSPECTIVE JUROR:  I live in Santa Fe Springs.  I'm        |
|       | 19 | a general supervisor.  I'm single, no girlfriend.  No kids, and |
| 02:25PM | 20 | no prior jury service.                                    |
|       | 21 | THE COURT:  Okay.  You said you were supervisor.            |
|       | 22 | What -- in what field?                                       |
|       | 23 | PROSPECTIVE JUROR:  I work at Disneyland resort.            |
|       | 24 | THE COURT:  Can you give me some fast passes?               |
| 02:25PM | 25 | PROSPECTIVE JUROR:  There is no more fast passes.        |

```
 1              THE COURT:  I know, my kids are dismayed about that.
 2    I'm dismayed about that.
 3              All right.  And you are a supervisor.  What area,
 4    in what context?
 5              PROSPECTIVE JUROR:  I work for the parking lots.
 6              THE COURT:  Got it.  Okay.  Were you listening to
 7    the voir dire this morning?
 8              PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  All right.  And we can go through the
10    questions one by one if you wish or you could answer the
11    questions to which you would say yes to.
12              PROSPECTIVE JUROR:  Number 17.  I was a witness and
13    I testified in criminal case.
14              THE COURT:  How long ago was that, sir?
15              PROSPECTIVE JUROR:  I would say 20 years.
16              THE COURT:  20 years ago.
17         And do you know what kind of case was it?
18              PROSPECTIVE JUROR:  What?
19              THE COURT:  Do you know what kind of case was it
20    where you testified?
21              PROSPECTIVE JUROR:  It was -- I got robbed.
22              THE COURT:  So you were a victim?
23              PROSPECTIVE JUROR:  Yes.
24              THE COURT:  So you were a victim in a case and you
25    testified in your criminal case.  Do you know what the outcome
```

02:26PM (lines 5, 10, 15, 20, 25)

**UNITED STATES DISTRICT COURT**

```
 1    of that case was?

 2                 PROSPECTIVE JUROR:  No.

 3                 THE COURT:  All right.  Anything about that

 4    experience, having been a victim and testifying in the case,

 5    that would make it difficult for you to be fair and impartial

 6    in a case like this?

 7                 PROSPECTIVE JUROR:  No.

 8                 THE COURT:  Great, thank you.

 9                    Mr. Rodriguez?

10                 MR. RODRIGUEZ:  No questions, Your Honor.

11                 THE COURT:  Mr. Cleary?

12                 MR. CLEARY:  No, thank you.

13                 THE COURT:  All right.  Thank you, sir.

14                    If you want to slide a discount, just let me know

15    later, just kidding.

16                    Is it Ms. McKenzie?  Good afternoon, ma'am.

17                 PROSPECTIVE JUROR:  Hello, Your Honor.

18                 THE COURT:  If you wouldn't mind answering the

19    questions, please.

20                 PROSPECTIVE JUROR:  Yes.  I live in Los Angeles.

21    I'm a writer and content manager for a wholesale distribution

22    company in the cannabis industry.  My husband is the sales

23    manager for the west coast, same company.

24                 THE COURT:  You might need to make some business

25    connections.
```

02:27PM (lines 5, 10, 15, 20, 25)

<table>
<tbody>
<tr><td></td><td>1</td><td>PROSPECTIVE JUROR:  I think we might.  No adult</td></tr>
</tbody>
</table>

1           PROSPECTIVE JUROR:  I think we might.  No adult

2    children, no prior jury service.

3           THE COURT:  Okay.  You were listening to the voir

4    dire this morning?

02:28PM   5           PROSPECTIVE JUROR:  Yes, Your Honor.

6           THE COURT:  And again, we can go through it one by

7    one or do you have any questions to which you would answer yes,

8    please let us know.

9           PROSPECTIVE JUROR:  There were a couple, just trying

02:28PM  10    to find the right ones.

11              Both of my uncles were in Army in the military in

12    the 80s, nothing that would affect this particular case.

13              My husband does have a past criminal record that

14    is fairly extensive, but it's mostly on the east coast and that

02:28PM  15    was about 15 or 20 years ago.

16              I think that is pretty much it.  I'm a little

17    skeptical about not having the audio or video evidence, but you

18    know, because of the advancement in technologies, you think we

19    would have that, but also we have been doing this for a long

02:29PM  20    time.  I understand the witness's testimony is important too.

21           THE COURT:  All right.  Mr. Rodriguez?

22           MR. RODRIGUEZ:  Yes.

23              If it's not too probing of a question, might I

24    ask what your husband's criminal record entails?

02:29PM  25           PROSPECTIVE JUROR:  Drug-related offenses, attempt

**UNITED STATES DISTRICT COURT**

1    to distribute, stuff like that.

2             MR. RODRIGUEZ:  Has he expressed any feelings about

3    law enforcement or the judicial system because of those

4    experiences?

02:29PM    5             PROSPECTIVE JUROR:  One of his situations was in

6    Maryland where he was arrested, there was definitely some

7    excessive force used, so there is, you know, some distrust

8    there.  But, you know, it's not every police officer or

9    anything like that, I don't think it would affect this at all.

02:29PM   10             MR. RODRIGUEZ:  Thank you.

11             THE COURT:  Mr. Cleary?

12             MR. CLEARY:  Just regarding those use of force

13    issues.  Were you there on the east coast with him when this

14    stuff went down?

02:30PM   15             PROSPECTIVE JUROR:  No, I was still in high school

16    probably.  He is a little older than me.

17             MR. CLEARY:  Thank you.

18             PROSPECTIVE JUROR:  It has nothing to do with me.

19             THE COURT:  Thank you, ma'am.  We appreciate it.

02:30PM   20             Let's see, Caleb Rufin.

21             Good afternoon, sir.  If you wouldn't mind answering the

22    questions.

23             PROSPECTIVE JUROR:  I'm Caleb Rufin.  I live in

24    Santa Clarita.  I'm a day trader, 25 years.  I'm divorced, but

02:30PM   25    I think I feel single.

|  | 1 | THE COURT:  Okay.  That may be why you are divorced. |
|  | 2 | PROSPECTIVE JUROR:  I have a fiance.  She's a |
|  | 3 | marriage and family therapist. |
|  | 4 | THE COURT:  Should I order a transcript and send |
| 02:30PM | 5 | this to you?  I don't think she would like it if you say you |
|  | 6 | feel single. |
|  | 7 | PROSPECTIVE JUROR:  That is as far as from my |
|  | 8 | ex-wife. |
|  | 9 | THE COURT:  Go ahead. |
| 02:31PM | 10 | PROSPECTIVE JUROR:  I have two adult children, 25, |
|  | 11 | and 26, and 28.  Their occupations, my youngest, she's a |
|  | 12 | student.  My son, he is a gunsmith and investor, and my oldest, |
|  | 13 | she's also an investor. |
|  | 14 | THE COURT:  Have you had any prior jury experience? |
| 02:31PM | 15 | PROSPECTIVE JUROR:  Nope. |
|  | 16 | THE COURT:  All right.  Now sir, you were paying |
|  | 17 | attention to the voir dire this morning? |
|  | 18 | PROSPECTIVE JUROR:  Yes. |
|  | 19 | THE COURT:  We can go through the questions one by |
| 02:31PM | 20 | one if you wish, or you can answer yes to the questions that |
|  | 21 | you would say yes to. |
|  | 22 | PROSPECTIVE JUROR:  I don't remember the questions I |
|  | 23 | would have said yes to. |
|  | 24 | THE COURT:  Do you want a moment, or do you want me |
| 02:31PM | 25 | to go through them one by one? |

1          PROSPECTIVE JUROR:  I guess so.

2          THE COURT:  Do you have any relationship with the

3     court staff here, right?

4          PROSPECTIVE JUROR:  No.

02:32PM  5          THE COURT:  Do you feel that because Mr. Duarte is

6     charged with a crime, that he must be guilty of the offense?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  Is there anything about the charge that

9     would make you uncomfortable or unwilling to serve as a juror

02:32PM  10    in this case?

11         PROSPECTIVE JUROR:  No.

12         THE COURT:  Do you think Mr. Duarte must prove to

13    you that he is innocent?

14         PROSPECTIVE JUROR:  No.

02:32PM  15         THE COURT:  Would you hold it against Mr. Duarte if

16    he didn't testify?

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  Do you have any moral, ethical or

19    religious beliefs that would prevent you from sitting in

02:32PM  20    judgment of another person?

21         PROSPECTIVE JUROR:  No.

22         THE COURT:  Do you have a problem judging the

23    credibility of witnesses regardless of their jobs?

24         PROSPECTIVE JUROR:  I have a little slight bias,

02:32PM  25    but.

THE COURT:  Tell me about that when you say you have a slight bias?  Based on whether they are employed or not, or whether someone is law enforcement versus not?

PROSPECTIVE JUROR:  I guess it depends on the level of evidence.

THE COURT:  So that's fair, and I appreciate that answer.

It sounds like you will listen to the evidence and make a determination based on what you hear, right?

PROSPECTIVE JUROR:  Right.

THE COURT:  Great.  Would you be more likely to accept the testimony of the prosecution's witnesses simply because there were more of them or simply because they were law enforcement?

PROSPECTIVE JUROR:  Can you repeat that again?

THE COURT:  Do you think that -- would you -- would you be more likely to accept the testimony of the prosecution's witnesses simply because there were more of them or simply because they were law enforcement?

PROSPECTIVE JUROR:  No.

THE COURT:  Do you have any friends, relatives, family members -- have any positive or negative experiences with Inglewood Police Department Sheriff's Department or the FBI?

PROSPECTIVE JUROR:  No.  I don't have any, you know,

connections to any of these departments, but I do have friends

and relatives in law enforcement.

THE COURT:  Okay.  Have you, your family members, or

friends had any negative experiences or positive experiences

02:34PM  with Inglewood Police Department Sheriff's Department or the

FBI?

PROSPECTIVE JUROR:  Personally, I haven't.

THE COURT:  All right.  I think did you mention

earlier some family or friends in the military?

02:34PM  PROSPECTIVE JUROR:  Well, that also.  My dad and my

brother.

THE COURT:  All right.

PROSPECTIVE JUROR:  A couple of nephews.

THE COURT:  Do you have any personal feelings or

02:34PM  beliefs about police or law enforcement that would make it

difficult -- I'm sorry, that would prevent you from making an

assessment about the testimony of law enforcement officers who

will testify in this case?

PROSPECTIVE JUROR:  Well, I'm aware of, you know,

02:35PM  both sides of the coin.  Like, it was previously mentioned, you

know, you have got bad apples and you have got good apples.

THE COURT:  So you just listen to the testimony

then?

PROSPECTIVE JUROR:  Yes.

02:35PM  THE COURT:  Great.  Have you or any family members

close friends sued the -- sued Inglewood Police Department any

police department for that matter or the U.S. government?

          PROSPECTIVE JUROR:  Well, I had a personal suit

probably about 20 years ago.  An officer as running late for

02:35PM   work and T-boned my car.

          THE COURT:  So that was a civil dispute then,

correct?

          PROSPECTIVE JUROR:  Yes.

          THE COURT:  Was that case resolved?

02:35PM   PROSPECTIVE JUROR:  Yes.

          THE COURT:  Anything about that experience that

would make it difficult for you to be fair to either side in

this case?

          PROSPECTIVE JUROR:  No.

02:35PM   THE COURT:  Okay.  Any training in DNA evidence or

fingerprint evidence or anything like that?

          PROSPECTIVE JUROR:  No.

          THE COURT:  Do you or family member or anyone close

to you own any firearms?

02:36PM   PROSPECTIVE JUROR:  Just about all of my family but

me.

          THE COURT:  Do you own a firearm?

          PROSPECTIVE JUROR:  Not since I moved to California.

          THE COURT:  So -- how long have you been in

02:36PM   California?

```
 1                    PROSPECTIVE JUROR:  A good four years now.

 2                    THE COURT:  Got it.  Prior to that, you did own

 3     firearms?

 4                    PROSPECTIVE JUROR:  Yes.

 5                    THE COURT:  Was that for personal reasons, sport, or

 6     all of the above?

 7                    PROSPECTIVE JUROR:  All of the above.

 8                    THE COURT:  Do you have any personal feelings,

 9     positive or negative, about gun ownership?

10                    PROSPECTIVE JUROR:  I guess a little bit of both.

11                    THE COURT:  Anything about those feelings that would

12     make it difficult for you to be fair and impartial in a case

13     like this?

14                    PROSPECTIVE JUROR:  No.

15                    THE COURT:  Anything else that we haven't discussed

16     that you think we should know as it goes to your ability to be

17     fair and impartial to both sides here?

18                    PROSPECTIVE JUROR:  No, I can be fair.

19                    THE COURT:  Great, thank you.

20                       Mr. Rodriguez?

21                    MR. RODRIGUEZ:  Yes.  Thank you, Your Honor.

22                       So you mentioned that before you came to

23     California, you owned guns, but since you moved to

24     California four years ago, you don't own any more guns.  Do you

25     mind if I ask why that is?
```

02:36PM (line 5)
02:36PM (line 10)
02:36PM (line 15)
02:37PM (line 20)
02:37PM (line 25)

```
 1                    PROSPECTIVE JUROR:  Well they are not legal here.
 2                    MR. RODRIGUEZ:  How do you feel about that?
 3                    PROSPECTIVE JUROR:  I mean, you know, I guess it is
 4          what it is.
 5                    MR. RODRIGUEZ:  Would you say it's a negative
 6          feeling or a positive feeling, indifferent?
 7                    PROSPECTIVE JUROR:  It's kind of negative, because
 8          it's, like, in my opinion, I feel like a lot of honest people
 9          are being punished.
10                    MR. RODRIGUEZ:  Thank you.
11                    THE COURT:  Mr. Cleary?
12                    MR. CLEARY:  Yes, thank you.  The Court inquired
13          about your experience about DNA.
14                         Do you have any science background or training
15          apart from specifically DNA?
16                    PROSPECTIVE JUROR:  No.
17                    MR. CLEARY:  Do you have any strong beliefs about if
18          a person's DNA is found at a crime scene about whether or not
19          they must be guilty?
20                    PROSPECTIVE JUROR:  No.
21                    MR. CLEARY:  Do you watch those TV shows, like CSI
22          programs, and if so, what does that make you think about DNA
23          and crime solving?
24                    PROSPECTIVE JUROR:  That anything can be
25          circumstantial.
```

02:37PM (line 5)
02:37PM (line 10)
02:38PM (line 15)
02:38PM (line 20)
02:38PM (line 25)

                    MR. CLEARY:  Okay.  Some people believe if there is

DNA evidence, it doesn't matter what the other evidence is.

                    How do you feel about that?

                    PROSPECTIVE JUROR:  As far as DNA evidence?  I feel

as though, you know, with today's science, you know, DNA

evidence has really come a long way and been used for a lot of

different circumstances.

                    MR. CLEARY:  Would it be -- if you were called as a

jury, would you be able to give all of the facts and

circumstances your due deliberations and weight in addition to

whether or not there was DNA evidence?

                    PROSPECTIVE JUROR:  Yes.

                    MR. CLEARY:  Thank you very much, sir.

                    PROSPECTIVE JUROR:  I like the big picture.

                    THE COURT:  Thank you, sir.  I appreciate it.

                    Last, but certainly not least, I hope I don't

mispronounce your name.  Is it Ms. Rubicek?

                    PROSPECTIVE JUROR:  Yes, hello.

                    THE COURT:  Good afternoon.  If you wouldn't mind

answering questions.

                    PROSPECTIVE JUROR:  I'm from Camarillo, California.

My occupation is a concept artist.  I am currently not married.

I have a girlfriend.  She's unemployed.  I have no children,

and I have not served on a jury.

                    THE COURT:  All right.  Help me out.  A concept

artist, you said.  Can you tell me a little bit more about
that, please?

            PROSPECTIVE JUROR:  I work for a company where we
develop collectible figurines and statues for properties like
02:40PM  Marvel comics, DC comics, Star Wars, pretty much a lot of
Disney products.  And we sell them on our website as
collectible figurines that someone can display in their home, I
designed what the statue looks like.

            THE COURT:  Interesting.  So, I have got young kids.
02:40PM  I have got to ask, like, you are talking about Funkos?

            PROSPECTIVE JUROR:  More premium than Funkos.  Most
of our figurines, the baseline price is $6,000, resin statues.

            THE COURT:  Hopefully, my child will never get on
your website.

02:40PM            PROSPECTIVE JUROR:  There have been instances
actually, apparently, from customer service.

            THE COURT:  Were you paying attention to the voir
dire questions today?

            PROSPECTIVE JUROR:  Yes, I was, 39 prior times.

02:40PM            THE COURT:  The choice is yours.  You can go through
them for the 40th time or you can answer the questions by which
you would say yes.

            PROSPECTIVE JUROR:  I just have some yes answers.

            I have negative opinions of both the police force
02:41PM  and gun regulation.  My sister and my dad both own firearms,

which I hate, and we do have them in the house, both

recreational and protective purposes.

          I have military family.  Mostly my cousin.  But

the beliefs I have are not viable to this case.  It asked if I

had it, and I have it.

          THE COURT:  I appreciate that.

          PROSPECTIVE JUROR:  I am in the agreement of with

modern standards and modern era, I do believe there should be

video and photography and all of that when cases are happening.

And I also do believe that regulations with gun ownership

should be much more -- it's very lax, I feel, it should be a

lot more regulated.

          THE COURT:  Could you decide a case specifically if

there was no video or audio evidence?

          PROSPECTIVE JUROR:  I could.

          THE COURT:  Go ahead.  I didn't mean to interrupt.

I apologize for interrupting you.  Any other questions to which

you wish to answer?

          PROSPECTIVE JUROR:  I'm done.

          THE COURT:  Anything else that would make it

difficult for you to be fair and impartial in a case like this?

          PROSPECTIVE JUROR:  Nothing I could think of.

          THE COURT:  All right.  Thank you.

          Mr. Rodriguez?

          MR. RODRIGUEZ:  No questions.

```
 1              THE COURT:  Mr. Cleary?

 2              MR. CLEARY:  No.  Thank you, Your Honor.

 3              THE COURT:  Thank you, Ms. Rubicek.

 4              We have now asked the questions of all of you.

 5  What I'm going to ask that you do now, I'm going to ask you

 6  return tomorrow morning at 8:00 a.m. I'm just kidding, I wanted

 7  to make sure you are paying attention.

 8              We're going to take a 15-minute break, so I will

 9  ask you to go back to the jury assembly room.  Please do not

10  discuss the case.  Don't form any opinions about the case.

11  Don't do any research about the case.  Don't talk with anyone

12  about the case or allow anyone to talk to you about the case.

13              Case, I'm going to meet with the lawyers for a

14  little while, then I will come back and get you after that, so

15  thank you.

16              THE COURTROOM DEPUTY:  All rise for the jury.

17       (Prospective jurors exit the courtroom at 2:43 p.m.)

18              THE COURT:  What I would like to do, since we don't

19  have any other jurors present, I think we should just go with

20  challenges for cause and peremptories.  Let's do that all here

21  now with an eye towards getting that resolved, and then I will

22  excuse the jurors that are not going to be called.

23              All right.  So let's start, I assume there are no

24  challenges for cause?  I want to make sure everyone is awake

25  still.
```

02:42PM (line 5)
02:42PM (line 10)
02:43PM (line 15)
02:44PM (line 20)
02:44PM (line 25)

**UNITED STATES DISTRICT COURT**

|   |   |
|---|---|
| | 1 |

          We will start for the government, any challenges

for cause?

          MR. RODRIGUEZ:  Yes, Your Honor.

          THE COURT:  Let's do them one by one.

02:44PM    MR. RODRIGUEZ:  Yes.

          THE COURT:  No. 1, Ms. Wolff, what is the basis for

the challenge for cause?

          MR. RODRIGUEZ:  One second, Your Honor.  Negative

experiences with law enforcement and she has displayed a bias

02:44PM   and doesn't appear that she can overcome that bias.

          THE COURT:  Okay.  What is the defense's position?

          MR. CLEARY:  Yes, Your Honor.  I think that she had

expressed that she was able to set those aside and follow the

judge's instructions.  So I think with the Court's

02:45PM   rehabilitation, that Ms. Wolff is ready to serve.

          THE COURT:  All right.  Look, I slightly disagree

with you, Mr. Clearly.  She came out pretty firmly right out

the gate, not the best way to start jury voir dire.

          I think she made it pretty clear that she could

02:45PM   not serve as a fair and impartial juror in the case.  I'm going

to grant the challenge for cause.

          Let's switch to defense -- let me finish with the

prosecution first.  Next challenge for cause.

          MR. RODRIGUEZ:  Number 5, Your Honor.

02:46PM   THE COURT:  Mr. Cumson?

**UNITED STATES DISTRICT COURT**

1          MR. RODRIGUEZ:  Yes.  He expressed he would

2    definitely need audio/video evidence to convict or to believe

3    that the government can meet its burden beyond a reasonable

4    doubt.

02:46PM    5          Also expressed bias towards law enforcement in a

6    negative fashion, essentially stating that he believes that law

7    enforcement attempted to target Hispanics and

8    African-Americans.

9          THE COURT:  Mr. Cleary?

02:46PM   10          MR. CLEARY:  I think he was a comedian.

11          THE COURT:  Do you think he was joking about all of

12    that?

13          MR. CLEARY:  I think he was joking about all of

14    that.  I think he was expressing a opinion, but the Court

02:46PM   15    rehabilitated and asked if he could put those aside, and weigh

16    the evidence, he said he would listen.

17          THE COURT:  I think his words were that he would

18    try.  I think he did say in the end he would try.

19          He had pretty strongly stated opinions with

02:46PM   20    respect to his belief as it relates to the criminal justice

21    system and the treatment of law enforcement on people of color,

22    so I think reluctantly, I think the challenge for cause is

23    valid here.  We he will excuse him for cause.

24          Your next challenge?

02:47PM   25          MR. RODRIGUEZ:  That would be Number 7, Your Honor.

1          THE COURT:  Mr. Bronner, the glass sculptor.

2          MR. RODRIGUEZ:  Yes.  He has a moral objection to

3    being able to fairly evaluate and judge a defendant.

4          He also noted he would need audio and video

02:47PM  5    evidence to support a conviction or belief the government could

6    meet its burden beyond a reasonable doubt.  And he also

7    expressed that he didn't think he could fairly weigh the

8    evidence and testimony.

9          THE COURT:  Mr. Cleary?

02:47PM  10          MR. CLEARY:  Yeah.  I mean, he was a glass sculptor.

11   He did express some personal negative experiences he has with

12   law enforcement.  But I think when the Court inquired as to

13   whether he could set those aside and follow the evidence, I

14   think he expressed that he could.

02:48PM  15          THE COURT:  Well again, reluctantly.  When someone

16   says they have a moral objection to pass judgment on somebody,

17   I think that is problematic.  To be honest, I don't believe him

18   I think he said it to get out of this, but that is what is

19   stated on the record.  I will excuse him for cause.

02:48PM  20          Next challenge for cause?

21          MR. RODRIGUEZ:  That would be Number 20.

22          THE COURT:  Ms. Coy, involved in cannabis sales?

23          MR. RODRIGUEZ:  Right.  He joked about his

24   stepdaughter is a full-time problem, and expressed negative

02:48PM  25   views towards law enforcement, particularly towards the fact

| | |
|---|---|
| 1 | that because his daughter is a parolee, or was on probation, he |
| 2 | could not have firearms in the house. |
| 3 | He also expressed that it would be difficult to |
| 4 | be impartial because he has strong negative feelings towards |
| 02:49PM 5 | law enforcement. |
| 6 | THE COURT:  But didn't he also say, I thought he was |
| 7 | the one who said, look, I think I'm a rational person or |
| 8 | something along the lines like coming into it.  I think I could |
| 9 | do it.  His blood pressure is rising, he is having a visceral |
| 02:49PM 10 | reaction. |
| 11 | Is a visceral reaction enough for a for cause |
| 12 | challenge?  Who knows once he settles in, maybe that visceral |
| 13 | reaction will go away. |
| 14 | MR. RODRIGUEZ:  Possibly, Your Honor, but he went on |
| 02:49PM 15 | to say or he candidly admitted he honestly did not know if he |
| 16 | could judge law enforcement testimony fairly.  I think that is |
| 17 | sufficient to support a for cause challenge. |
| 18 | THE COURT:  But did he also say he would try?  Do |
| 19 | your notes reflect anything indicating he would say he would |
| 02:49PM 20 | try? |
| 21 | MR. RODRIGUEZ:  One second, Your Honor. |
| 22 | THE COURT:  Take your time. |
| 23 | MR. RODRIGUEZ:  Yes.  Sir, he did say he would try, |
| 24 | but I think his ultimate conclusion is it would be a problem |
| 02:50PM 25 | for him to have to consider the testimony of law enforcement in |

```
 1    rendering the verdict.
 2                THE COURT:  All right.  Mr. Cleary?
 3                MR. CLEARY:  I think that he expressed that he would
 4    check himself, and I think we don't ask the jurors to check
 5    their common sense or experience at the courtroom door, and
 6    that he would be suitable.
 7                THE COURT:  All right.  Mr. Rodriguez, I appreciate
 8    your argument.
 9                I'm on the fence on this one.  I don't think it's
10    enough for a challenge for cause.  You will do what you need to
11    do, but I don't think there is enough here for challenge for
12    cause.  That request will be denied.  Your next challenge for
13    cause?
14                MR. RODRIGUEZ:  That would be Number 27, Your Honor.
15                THE COURT:  Ms. Dornfeld?
16                MR. RODRIGUEZ:  Yes.
17                She expressed she had a strong presumption for
18    wanting video and audio visual evidence, and she didn't know if
19    she could trust police and their testimony.  She referenced the
20    fact there were bad apples everywhere, and she also discussed
21    her views towards law enforcement are particularly negative
22    because of articles she has recently read about profiling and
23    falsifying reports are particularly damning in this case
24    because a lot of the government evidence relies on officer
25    testimony and what they viewed.
```

02:50PM (line 5)
02:50PM (line 10)
02:50PM (line 15)
02:51PM (line 20)
02:51PM (line 25)

**UNITED STATES DISTRICT COURT**

THE COURT:  But in fairness, I get it you.  I'm not
criticizing.  You are doing a good job.  But does she not fit
within your standard juror in this day and age that has issues
questions, concerns about things, but at the end of the day,
said that she would strive to be a juror and check herself?

I mean, we're talking about a juror who also went
through the '92 riots, living in Venice, gun owner, reads the
papers, she news-savvy, acknowledge sort of the issues.

Look, this is a challenging time in the world and
I wonder if she was just being candid about sort of her views,
but at the end of the day, she said, I mean with real
sincerity, she would strive to do the right thing and listen to
the evidence and work with the jurors to determine whether or
not the government has proved its case.

MR. RODRIGUEZ:  Sure, Your Honor.  But again, I
reinforce on top of the initial comment she made that she has
had friends that have been personally profiled by law
enforcement.

I think looking at the entirety of her
commentary, I think it does support a for cause challenge.

THE COURT:  Mr. Cleary, your response, if any?

MR. CLEARY:  Well, I think I agree with the Court.
She did make a personal pledge to strive to do a good job.  If
we were going to kick every juror that read the paper every day
that would be a problem.

THE COURT:  Respectfully, Mr. Rodriguez, I'm going
to deny the challenge for cause.  I think based on her
presentation, and her -- what appeared to be the Court to be
very sincere effort to strive to listen to the evidence, I
02:53PM   don't think a for cause challenge is founded.

Next challenge for cause?

MR. RODRIGUEZ:  That is it, Your Honor.

THE COURT:  All right.  For the defense, any
challenges for cause?

02:53PM   MR. CLEARY:  Yes, Your Honor.  The defense would ask
the Court to exercise a for cause challenges for Juror No. 2.

THE COURT:  State your basis, please.

MR. CLEARY:  When asked if he would find himself
coming down on one side or the other, he said that he would,
02:53PM   yes, he believed he would, and he would be coming down on the
police side.

So I think that he's got -- that was because his
father he indicated was a Beverly Hills police officer, and his
opinion was opposite of Juror No. 1.

02:53PM   THE COURT:  The other side of the coin, literally.

MR. CLEARY:  The other side of the coin.  I think
that he was being honest and saying, you know, if he was asked
to judge credibility of witnesses, his credibility or bias
would be in favor on the police side.

02:54PM   THE COURT:  Government's response?

1        MR. RODRIGUEZ:  No objection, Your Honor.

2        THE COURT:  So I think literally, the flip side of

3   Ms. Wolff, and so I think the challenge for cause is well

4   founded in this case.

02:54PM  5        Next challenge for cause?

6        MR. CLEARY:  That would be Juror Number 30.

7        This was the individual who said that there was

8   three school shootings in the last week in her neighborhood.

9        THE COURT:  Right.

02:54PM  10        MR. CLEARY:  She has kids in school.

11        THE COURT:  She's a mixed bag, Inglewood School

12   District, has military, has friends, I believe, were in law

13   enforcement, that people of color that she believes were

14   mistreated.

02:54PM  15        I think some of them quit LAPD, but go ahead, I

16   interrupted you.

17        MR. CLEARY:  Also felt Mr. Duarte was guilty because

18   he was in charged with a crime and he is in court today.

19        THE COURT:  Mr. Rodriguez?

02:55PM  20        MR. RODRIGUEZ:  No objection.

21        THE COURT:  So the challenge for cause, I think is

22   well founded.  Quite frankly, the answer to No. 2 is

23   problematic thinking that Mr. Duarte is guilty when we all know

24   that is not the standard.

02:55PM  25        Next challenge for cause?

88

```
 1              MR. CLEARY:  Your Honor, that would be it.
 2              THE COURT:  Okay.  So then as I think I mentioned to
 3       you earlier, with this process, we're going to go to
 4       peremptories, but you are going to keep a mental tab because
 5       it's the first 14 that are going to be our jurors.  The first
 6       12 -- after the peremptories, the remaining 12 will be the
 7       jurors and the other two will be the alternates.
 8                   So with that, the government has the first
 9       challenge.
10              MR. RODRIGUEZ:  20, Your Honor.
11              THE COURT:  That is a shocker.
12              MR. RODRIGUEZ:  I apologize, Your Honor.  No, I'm
13       withdrawing.
14              THE COURT:  You are withdrawing?
15              MR. RODRIGUEZ:  Three, Your Honor.
16              THE COURT:  Okay.  Next challenge with the defense?
17              MR. CLEARY:  Thank you, Your Honor.  If you give me
18       one moment, please.
19              THE COURT:  Sure.
20              MR. CLEARY:  The defense would thank and excuse
21       Juror Number 8, Mr. Fishman.
22              THE COURT:  Okay.  Mr. Fishman, okay.  Next
23       peremptory with the government?
24              MR. RODRIGUEZ:  The government would thank and
25       excuse Juror Number 20.
```

Timestamps (left margin): 02:55PM (line 5), 02:55PM (line 10), 02:56PM (line 15), 02:57PM (line 20), 02:58PM (line 25)

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| 03:02PM | 5 |

THE COURT:  Okay.  Number 20.

　　　　Defense has the next two challenges.

　　　　MR. CLEARY:  Thank you, Your Honor.  One moment.

　　　　MR. KAHAN:  Your Honor, while defense confers, I

have a question about how the Court is going to do the

alternates.  So you said moments ago, that is the first 14?

　　　　THE COURT:  Right.

　　　　MR. KAHAN:  Do we get a separate opportunity to

present additional peremptory challenges on the alternates?

　　　　THE COURT:  Yes.  It's 12, then after that, and then

whatever is remaining, the first two will be 13 and 14.

　　　　MR. KAHAN:  So is it fair to say that in terms of

the world we're dealing with right now, assuming at some point

that is the 12 that are locked in, then we get a separate

opportunity to challenge alternates?

　　　　THE COURT:  Right.  But just so we're clear,

whatever that 12 is, if you pass, then it will be 13 and 14.

If you strike 13, it will be 14 and 15, if that makes sense?

　　　　MR. KAHAN:  I understand.  Thank you.

　　　　THE COURT:  All right.  Mr. Cleary?

　　　　MR. CLEARY:  Just one more minute, Your Honor.

　　　　THE COURT:  Mr. Cleary, your decision.

　　　　MR. CLEARY:  Coming to it.

　　　　THE COURT:  I have got a jury waiting, it's been

seven minutes since the last challenge.

| | 1 | MR. CLEARY:  Thank you, Your Honor. |
|---|---|---|
| | 2 | Your Honor, we have come to a decision. |
| | 3 | THE COURT:  All right. |
| | 4 | MR. CLEARY:  We would thank and excuse Juror |
| 03:07PM | 5 | Number 9, Christine Haw.  And our next challenge would go to |
| | 6 | Number 13, Mr. Blethen. |
| | 7 | THE COURT:  All right. |
| | 8 | Next peremptory with the government. |
| | 9 | MR. RODRIGUEZ:  One minute, Your Honor. |
| 03:08PM | 10 | Your Honor, the government would thank and excuse |
| | 11 | Juror No. 4. |
| | 12 | THE COURT:  Juror No. 4, Mr. Cuevas. |
| | 13 | Next challenge is with the defense? |
| | 14 | MR. CLEARY:  Thank you, Your Honor.  We're working |
| 03:08PM | 15 | on it. |
| | 16 | THE COURT:  Counsel, just so the parties know, it |
| | 17 | looks like the courtroom in 8B has the ability to have 16 |
| | 18 | jurors in the courtroom.  I thought we only had the ability for |
| | 19 | 14, so I'm corrected, so we can have four alternates then. |
| 03:10PM | 20 | Unless there is an objection, let's go with four just in the |
| | 21 | abundance of caution. |
| | 22 | MR. RODRIGUEZ:  No objection from the government. |
| | 23 | MR. KAHAN:  Given the expansion from two to four |
| | 24 | alternates is it safe to assume that each side will have two |
| 03:11PM | 25 | challenges to the alternates or is it still one? |

|     |                                                                  |
| --- | ---------------------------------------------------------------- |
| 1   | THE COURT:  Is it always one?                                    |
| 2   | MS. RESTREPO:  I have to look for my handbook, I'm               |
| 3   | pretty sure it's two.                                            |
| 4   | THE COURT:  Let me know, I thought it was one, I                 |
| 5   | could be wrong.                                                  |
| 6   | MR. RODRIGUEZ:  Your Honor, pursuant to Rule                     |
| 7   | 24(c)(4)(B), two additional peremptory challenges are permitted  |
| 8   | when 3 or 4 alternates are on the panel.  It would be two        |
| 9   | additional peremptory challenges per side.                       |
| 10  | THE COURT:  Two per side?  Wait, two per side?                   |
| 11  | MR. RODRIGUEZ:  Yes.                                             |
| 12  | THE COURT:  All right.  I'm going to look.  You said             |
| 13  | Rule 24(c)(4)(B)?                                                 |
| 14  | MR. RODRIGUEZ:  Yes.                                             |
| 15  | THE COURT:  Let me see if we can pull that up.  All              |
| 16  | right.  Thank you.                                               |
| 17  | Mr. Cleary, any update?                                          |
| 18  | MR. CLEARY:  Yes, Your Honor.  One minute.                       |
| 19  | MR. KAHAN:  Your Honor.  While the defense confers               |
| 20  | and my colleagues cover the rest of the proceedings, is it okay  |
| 21  | if I step out to use the restroom?                               |
| 22  | THE COURT:  Go ahead.                                            |
| 23  | MR. CLEARY:  Your Honor, the first defense challenge             |
| 24  | would be to Juror Number 10.                                     |
| 25  | THE COURT:  Mr. Viramontes.  All right.                          |

Timestamps in left margin:
03:11PM (line 5)
03:12PM (line 10)
03:12PM (line 13)
03:12PM (line 15)
03:15PM (line 20)
03:17PM (line 25)

**UNITED STATES DISTRICT COURT**

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| 03:17PM | 5 |

1     Next peremptory?

2          MR. CLEARY:  That would be Juror Number 12, Rita

3   Vedvick.

4          THE COURT:  All right.  For the government?

5          MR. RODRIGUEZ:  One moment, Your Honor.

6          THE COURT:  All right.

7          MR. RODRIGUEZ:  The government will excuse

8   Number 23.

9          THE COURT:  Number 23, Ms. Park, okay.

10          Next peremptory, defense.

11          MR. CLEARY:  And the defense would thank and excuse

12   Juror Number 17, Anita Chamis.

13          THE COURT:  Okay.  Ms. Chamis.

14          Next peremptory with the defense?

15          MR. CLEARY:  Juror Number 18, Pamela Nelson.

16          THE COURT:  Next peremptory is with the government.

17          MR. RODRIGUEZ:  One minute, Your Honor.  The

18   government will thank and excuse Juror Number 27.

19          THE COURT:  Juror Number 27, Ms. Dornfeld.

20          Next peremptory with the defense.

21          MR. CLEARY:  Your Honor, are we exercising all the

22   way up to the mid 30s at this point?

23          THE COURT:  I'm sorry?

24          MR. CLEARY:  Are we already up to the mid 30s at

25   this point?

1          THE COURT:  Let me check.

2          MR. CLEARY:  Ms. Dornfeld was Number 27.

3          THE COURT:  Right.  I think the government

4   challenged -- used add peremptory to Juror Number 30.  You can

03:23PM   5   peremptory anyone.

6          MR. CLEARY:  The government hasn't challenged

7   Number 30.

8          THE COURT:  My mistake.  Dornfeld is 27, but I think

9   we're now in the 30s.

03:24PM  10          MR. CLEARY:  I think we have 11 eligible at this

11   point.

12          THE COURT:  Okay.

13          MR. CLEARY:  Are we going to 14 or 16?

14          THE COURT:  Okay.  I think we have room for 16

03:24PM  15   upstairs, if we can go to 16, that's what I would like to do.

16          MR. CLEARY:  All right.  So if we have 11, so the

17   defense would thank and excuse Juror Number 33, Ramona

18   Clarkson.

19          THE COURT:  Next peremptory?

03:24PM  20          MR. CLEARY:  The next one would be Number 34, Ruben

21   Jimenez.

22          THE COURT:  All right.  Last peremptory with the

23   government with respect to the 12?

24          MR. RODRIGUEZ:  One minute, Your Honor.  Thank you.

03:26PM  25          The government would thank and excuse Juror

UNITED STATES DISTRICT COURT

|    |    |
|----|----|
| 1  | Number 24. |
| 2  | THE COURT:  Juror 24, Ms. Kelly. |
| 3  | Last peremptory with the defense. |
| 4  | Mr. Cleary? |
| 5  | MR. CLEARY:  Yes, Your Honor. |
| 6  | THE COURT:  This is your last peremptory. |
| 7  | Have we made a decision yet? |
| 8  | MR. CLEARY:  Only one peremptory, so it's going to |
| 9  | be shorter than the last two.  We understand it's our final |
| 10 | one. |
| 11 | THE COURT:  Okay. |
| 12 | MR. CLEARY:  Defense final peremptory would be |
| 13 | exercised against Number 16, Jeff Collins. |
| 14 | THE COURT:  So I'm going to read off what I believe |
| 15 | the 12 jurors are. |
| 16 | Starting first with John Fjellberg.  Octave |
| 17 | Barreau, Patricia Loper, Steven McCall, Rafael Lara, Sandra |
| 18 | Spencer, Sonia Irannejad, Kenneth Franchi, Luis Artavia, |
| 19 | Jacqueline Wallach, Sherman Torres, and Sarah Eppes. |
| 20 | I believe those are the 12. |
| 21 | If I have my math right, let me know if I'm |
| 22 | mistaken. |
| 23 | MR. RODRIGUEZ:  The government agrees. |
| 24 | THE COURT:  Those are the 12 jurors, okay. |
| 25 | MR. CLEARY:  I think that is right, Your Honor. |

03:28PM (line 5)
03:28PM (line 10)
03:29PM (line 15)
03:30PM (line 20)
03:30PM (line 25)

95

```
 1              THE COURT:  Okay.  So the remaining seven jurors, so
 2    look, I will be candid with you, we will try to get four
 3    alternates.  If you use your peremptories, there will only be
 4    three left, so we will go with three.
 5              All right.  So as it relates to the alternates,
 6    you know the order they are in now.
 7              First peremptory with the government.
 8              MR. RODRIGUEZ:  Just a moment, Your Honor.
 9              One point of clarification, if the government
10    passes, does it lose one of its peremptory challenges?
11              THE COURT:  Yes.
12              MR. RODRIGUEZ:  The government will pass, Your
13    Honor.
14              THE COURT:  All right.  Next peremptory from the
15    defense.
16              MR. CLEARY:  Defense would pass.
17              THE COURT:  Both sides having passed, is there any
18    need to go further from the government's perspective?
19              MR. RODRIGUEZ:  No, Your Honor.
20              THE COURT:  From the defense perspective?
21              MR. CLEARY:  No.
22              THE COURT:  So the alternates will be
23    Ms. James-Gililland, Ms. Mirassadi, Ms. Texpan, and Roberto
24    Garcia.
25              Does anyone have a different calculation, from
```

03:31PM (line 5)
03:31PM (line 10)
03:31PM (line 15)
03:34PM (line 20)
03:34PM (line 25)

**UNITED STATES DISTRICT COURT**

|   | |
|---|---|
| 1 | the government? |
| 2 | MR. KAHAN:  No, Your Honor. |
| 3 | THE COURT:  Mr. Cleary? |
| 4 | MR. CLEARY:  I believe that is correct, Your Honor. |
| 5 | THE COURT:  So what I'm going to do then, we're |
| 6 | going to call the jurors back in right now. |
| 7 | I will call the names of the 16 jurors, and |
| 8 | excuse everyone else, so let's get the jurors back if we can as |
| 9 | soon as possible. |
| 10 | MR. RODRIGUEZ:  A quick point of clarification, do |
| 11 | the alternate jurors get advised they are alternate jurors? |
| 12 | THE COURT:  I wasn't planning on it.  Mr. Cleary, |
| 13 | you have got to put your jacket on. |
| 14 | MR. CLEARY:  I apologize.  Thank you, Your Honor. |
| 15 | THE COURTROOM DEPUTY:  All rise for the jury. |
| 16 | (Prospective jurors enter the courtroom at 3:42 p.m.) |
| 17 | THE COURT:  My apologies for the delay.  We were |
| 18 | working diligently to get the jury resolved. |
| 19 | I'm going to read off a series of names, so |
| 20 | please listen carefully. |
| 21 | All right.  So John Felberg, if you would just |
| 22 | stand please. |
| 23 | Octavia Barreau, Patricia Loper, Steven McCall, |
| 24 | Rafael Laura, Sandra Spencer, Sonia Irannejad, Kenneth Franchi, |
| 25 | Luis Artavia, Jacqueline Wallach, Sherman Torres, Sarah Eppes, |

03:34PM (line 5)
03:35PM (line 10)
03:42PM (line 15)
03:44PM (line 20)
03:44PM (line 25)

1    Constance James-Gililland, Mary Ann Mirassadi, Aurora Texpan,

2    and Norberto Garcia.

3            All right.  So if I did not read your name, I

4    want to thank and excuse all of the folks that I did not read

03:45PM   5    their names.  Thank you for your service here today.

6            I know it was a long day.  I appreciate it

7    greatly.  Best of luck to you and stay safe.

8            You can all return back to the jury assembly

9    room.

03:46PM  10        (Prospective jurors exit the courtroom at 3:45 p.m.)

11            THE COURT:  All right.  Have a seat, everyone.

12            All right.  So, as I tell folks, some people

13    don't appreciate this, but I do mean it, how many have you seen

14    Willie Wonka and the Chocolate Factory.  You have all won the

03:46PM  15    golden ticket.  You are going to be the jury on this case.  So

16    what that means for purposes of today, we're going to adjourn.

17            Because it's sort of the world we're living in

18    right now, I'm going to ask you all to return tomorrow at 8:45

19    at the jury assembly room where you came this morning.

03:46PM  20            You will meet our courtroom deputy, and she will

21    take you and direct you up to the courtroom where we will try

22    the case, which will be on the 8th floor.

23            After that, every time you meet and convene, you

24    will go up to the 8th floor and we will get you set up.

03:47PM  25            Tomorrow we will begin with opening jury

| | |
|---|---|
| 1 | instructions and testimony right away. |
| 2 | So my objective is now we have a jury, we will |
| 3 | swear you in, and move to this trial as efficiently as |
| 4 | possible. |
| 03:47PM 5 | Let's swear you in right before we leave for |
| 6 | today, then have you come back, and like I said, at |
| 7 | 8:45 tomorrow morning. |
| 8 | THE COURTROOM DEPUTY:  Please stand and raise your |
| 9 | right hand. |
| 03:47PM 10 | Ladies and gentlemen of the jury, do you solemnly |
| 11 | swear that you will well and truly try the cause now before |
| 12 | this Court and a true verdict therein render according to the |
| 13 | evidence and instructions of the Court, so help you God? |
| 14 | JURORS:  I do. |
| 03:47PM 15 | THE COURTROOM DEPUTY:  Thank you, please be seated. |
| 16 | THE COURT:  So we will see you all tomorrow morning |
| 17 | at 8:45. |
| 18 | It is vitally important you are all on time. |
| 19 | Because of social distancing, it takes a little while to get |
| 03:48PM 20 | everyone up into the courtroom, so I want to get started as |
| 21 | soon as possible. |
| 22 | You are going to hear me say this ad nauseam |
| 23 | throughout the trial because I have to.  Please do not form or |
| 24 | express any opinion about the case until the matter is finally |
| 03:48PM 25 | submitted to you. |

                    Don't talk with anyone about the case, don't

allow anyone to talk to you about the case.  Do not conduct any

research of any kind on any subject matter connected with this

trial.

03:48PM          We will see you all tomorrow morning at 8:45 a.m.

Thank you all.  Have a wonderful evening.

                    I think someone has their hand raised.  I'm going

to have you talk to our courtroom deputy.  If there is an issue

we will bring you back.  All right.  Than you all.

03:48PM          THE COURTROOM DEPUTY:  All rise for the jury.

                    (Jury exits the courtroom at 3:48 p.m.)

                    THE COURTROOM DEPUTY:  Please be seated.

                    THE COURT:  So be prepared tomorrow.  Have your

witnesses ready to go.  I want to push through.  Do we still

03:49PM  think this trial will go past Thursday?  Is there any reason to

think it will go past Thursday from the government side?

                    MR. RODRIGUEZ:  We don't believe so, Your Honor.

                    THE COURT:  Anything further from the government

before we adjourn for today?

03:49PM          MR. RODRIGUEZ:  Nothing from the government.

                    THE COURT:  Mr. Cleary, anything further?

                    MR. CLEARY:  What time would you like us to report?

                    THE COURT:  If you could be here at 8:45, that would

be great.  I want to get the jurors up here.  We will have

03:49PM  copies of the opening jury instructions for you.  You can look

1    at them tomorrow morning.  I don't think there is any major

2    controversy.

3         I want to give you a quick -- emphasis quick -- a

4    few moments to take a look at it.  I will instruct the jurors,

5    opening statements, and we will go from there.  All right?

6         Like I say, one hour lunch, so bring your power

7    bars or whatever you need to do.  I don't want to waste this

8    jury's time.

9         Anything else, Mr. Cleary?

10        MR. CLEARY:  No, I don't think so, Your Honor.

11        THE COURT:  Let me double check and make sure we are

12   set on this end.

13        All right.  Well then thank you all.  See you

14   tomorrow.  Courtroom 8B, not 7B, it will be 8B.  The jurors

15   will deliberate in chambers in the back.  I think we have an

16   overflow room in case -- jurors are going to be in gallery, not

17   in the jury box.  There will be no room for any other

18   observers.  If there are observers, I think we have a courtroom

19   on the ninth floor, some other floor, where they can watch and

20   listen in.  That is 9C.  Thank you all.  Have a good evening.

21        THE COURTROOM DEPUTY:  All rise.

22         This Court is adjourned.

23         (The proceedings concluded at 3:51 p.m.)

24                    * * *

25

1                  **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5

6              I, TERRI A. HOURIGAN, Federal Official Realtime

7    Court Reporter, in and for the United States District Court for

8    the Central District of California, do hereby certify that

9    pursuant to Section 753, Title 28, United States Code that the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is in

13   conformance with the regulations of the judicial conference of

14   the United States.

15

16   Date: 10th day of June, 2022.

17

18

19                            /s/ TERRI A. HOURIGAN

20              _____
                 TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
21                       Federal Court Reporter

22

23

24

25

**$**

**$1,000** [1] - 46:15
**$6,000** [1] - 77:12

**'**

**'92** [2] - 46:11, 85:7

**/**

**/s** [1] - 101:19

**1**

**1** [4] - 1:14, 10:13, 80:6, 86:19
**10** [3] - 42:13, 53:19, 91:24
**100** [2] - 53:1, 53:6
**10th** [1] - 101:16
**11** [6] - 3:8, 26:12, 42:13, 51:17, 93:10, 93:16
**12** [20] - 9:12, 15:17, 18:9, 20:18, 22:21, 25:2, 38:15, 40:4, 55:18, 62:11, 88:6, 89:10, 89:14, 89:17, 92:2, 93:23, 94:15, 94:20, 94:24
**13** [6] - 26:12, 42:13, 89:11, 89:17, 89:18, 90:6
**14** [8] - 9:12, 88:5, 89:6, 89:11, 89:17, 89:18, 90:19, 93:13
**15** [5] - 13:21, 53:19, 60:12, 67:15, 89:18
**15-minute** [1] - 79:8
**16** [7] - 26:12, 90:17, 93:13, 93:14, 93:15, 94:13, 96:7
**17** [3] - 26:12, 65:12, 92:12
**18** [2] - 58:5, 92:15
**1:00** [1] - 1:15
**1:12** [1] - 3:2

**2**

**2** [3] - 51:16, 86:11, 87:22
**20** [10] - 5:16, 22:22, 65:15, 65:16, 67:15, 73:4, 82:21, 88:10, 88:25, 89:1
**20-CR-387-AB** [1] - 1:7
**200** [1] - 2:12

**2021** [2] - 1:15, 3:1
**2022** [1] - 101:16
**21** [4] - 26:12, 46:10, 51:24, 58:5
**213** [1] - 1:25
**22** [2] - 26:12, 58:5
**23** [4] - 17:2, 26:12, 92:8, 92:9
**24** [4] - 1:15, 3:1, 94:1, 94:2
**24(c)(4)(B** [2] - 91:7, 91:13
**25** [3] - 13:14, 68:24, 69:10
**26** [1] - 69:11
**27** [5] - 84:14, 92:18, 92:19, 93:2, 93:8
**28** [4] - 41:21, 61:15, 69:11, 101:9
**2:43** [1] - 79:17

**3**

**3** [1] - 91:8
**30** [3] - 87:6, 93:4, 93:7
**30s** [1] - 92:22, 92:24, 93:9
**312** [1] - 2:7
**32** [1] - 61:15
**33** [1] - 93:17
**34** [2] - 49:13, 93:20
**350** [1] - 1:24
**3838** [2] - 1:23, 101:20
**39** [1] - 77:19
**3:42** [1] - 96:16
**3:45** [1] - 97:10
**3:48** [1] - 99:11
**3:51** [1] - 100:23

**4**

**4** [3] - 90:11, 90:12, 91:8
**40th** [1] - 77:21
**4311** [1] - 1:24
**468** [1] - 2:12

**5**

**5** [1] - 80:24
**50** [1] - 13:22

**7**

**7** [1] - 81:25
**753** [1] - 101:9
**7B** [1] - 100:14

**8**

**8** [3] - 26:12, 26:14, 88:21
**80s** [1] - 67:12
**894-2849** [1] - 1:25
**8:00** [1] - 79:6
**8:45** [5] - 97:18, 98:7, 98:17, 99:5, 99:23
**8B** [1] - 90:17, 100:14
**8th** [2] - 97:22, 97:24

**9**

**9** [1] - 90:5
**90012** [2] - 1:25, 2:8
**90210** [1] - 2:13
**9C** [1] - 100:20

**A**

**a.m** [2] - 79:6, 99:5
**ability** [10] - 23:5, 25:7, 37:1, 39:1, 45:7, 54:1, 57:14, 74:16, 90:17, 90:18
**able** [12] - 23:11, 23:12, 29:17, 29:20, 30:10, 34:15, 34:18, 48:20, 53:3, 76:9, 80:13, 82:3
**above-entitled** [1] - 101:12
**absence** [1] - 48:22
**absolutely** [2] - 16:19, 30:17
**abundance** [1] - 90:21
**abuse** [2] - 51:20, 60:14
**accept** [3] - 21:16, 71:12, 71:17
**access** [2] - 4:17, 18:20
**according** [1] - 98:12
**accountant** [1] - 31:21
**acknowledge** [1] - 85:8
**active** [1] - 63:22
**actor** [1] - 22:13
**ad** [1] - 98:22
**add** [2] - 59:17, 93:4
**addition** [1] - 76:10
**additional** [4] - 17:1, 89:9, 91:7, 91:9
**address** [1] - 7:23
**adjourn** [2] - 97:16, 99:19

**adjourned** [1] - 100:22
**Administration** [1] - 31:8
**admitted** [1] - 83:15
**adult** [16] - 3:25, 13:12, 17:24, 20:10, 22:3, 25:22, 25:23, 31:21, 41:21, 49:15, 56:12, 58:5, 61:14, 63:8, 67:1, 69:10
**advance** [1] - 34:2
**advancement** [1] - 67:18
**advised** [1] - 96:11
**Affairs** [1] - 56:16
**affect** [7] - 25:6, 36:18, 37:1, 39:1, 57:13, 67:12, 68:9
**affiliation** [1] - 43:25
**affirmatively** [4] - 11:7, 15:14, 20:17, 22:19
**afraid** [1] - 29:23
**African** [2] - 53:17, 81:8
**African-Americans** [2] - 53:17, 81:8
**afternoon** [42] - 3:6, 3:10, 5:6, 7:11, 7:12, 9:2, 9:3, 13:5, 17:17, 20:5, 21:22, 21:23, 23:17, 25:15, 30:24, 31:19, 33:5, 35:18, 37:20, 37:21, 41:11, 47:15, 47:16, 49:9, 49:10, 51:1, 54:22, 54:23, 56:7, 56:8, 57:23, 57:24, 60:5, 60:6, 61:10, 61:11, 63:2, 63:3, 64:16, 66:16, 68:21, 76:19
**AFTERNOON** [1] - 1:14
**age** [3] - 16:4, 16:12, 85:3
**agencies** [1] - 6:18
**agency** [1] - 54:9
**ago** [20] - 4:5, 5:16, 10:7, 13:14, 13:19, 15:24, 22:22, 38:4, 38:5, 40:10, 53:18, 53:19, 59:18, 60:12, 65:14, 65:16, 67:15, 73:4, 74:24, 89:6
**agree** [2] - 55:15, 85:22
**agreement** [1] - 78:7
**agrees** [1] - 94:23
**ahead** [11] - 17:19,

**42**:12, 42:15, 47:17, 49:10, 51:15, 58:21, 69:9, 78:16, 87:15, 91:22
**aide** [1] - 56:13
**Air** [2] - 20:19, 63:22
**airline** [1] - 58:3
**airplanes** [1] - 58:3
**airport** [1] - 60:9
**allow** [2] - 79:12, 99:2
**Altadena** [1] - 13:9
**alternate** [3] - 60:14, 96:11
**alternates** [11] - 88:7, 89:6, 89:9, 89:15, 90:19, 90:24, 90:25, 91:8, 95:3, 95:5, 95:22
**Amazon** [1] - 9:21
**AMERICA** [1] - 1:5
**America** [1] - 41:22
**American** [1] - 41:24
**Americans** [2] - 53:17, 81:8
**ammunition** [1] - 19:1
**analyst** [3] - 9:10, 9:16, 39:21
**analytical** [1] - 30:18
**analyze** [1] - 28:14
**ANDRE** [1] - 1:3
**Angeles** [12] - 3:24, 7:15, 14:1, 43:3, 43:8, 43:21, 49:13, 49:21, 54:11, 55:1, 61:14, 66:20
**ANGELES** [5] - 1:16, 1:25, 2:8, 3:1, 101:3
**angry** [1] - 30:5
**Anita** [1] - 92:12
**Ann** [1] - 97:1
**answer** [53] - 6:11, 6:12, 7:24, 9:4, 11:6, 11:7, 15:13, 15:14, 18:6, 20:5, 20:16, 21:24, 22:19, 23:18, 24:25, 25:15, 26:8, 26:9, 33:13, 36:5, 36:6, 36:7, 38:13, 38:14, 39:18, 41:12, 47:17, 48:2, 49:10, 50:2, 51:2, 51:12, 51:13, 51:14, 54:24, 55:12, 57:6, 57:25, 58:15, 60:7, 60:19, 61:12, 63:5, 63:17, 64:17, 65:10, 67:7, 69:20, 71:7, 77:21, 78:18, 87:22

answering [5] - 27:4, 56:9, 66:18, 68:21, 76:20

answers [16] - 3:19, 24:24, 26:23, 28:19, 28:20, 31:4, 31:9, 32:15, 33:13, 40:2, 42:8, 50:3, 50:4, 50:5, 62:8, 77:23

anyway [1] - 42:21

apart [1] - 75:15

apologies [1] - 96:17

apologize [1] - 78:17, 88:12, 96:14

Appeal [2] - 13:21, 14:22

appear [1] - 80:10

APPEARANCES [1] - 2:1

appeared [1] - 86:3

appellate [2] - 13:20, 15:4

apples [9] - 44:3, 44:6, 44:7, 44:8, 59:4, 72:21, 84:20

applies [1] - 48:4

apply [1] - 62:11

applying [1] - 59:14

appreciate [19] - 9:1, 16:20, 20:3, 27:2, 28:22, 30:20, 30:21, 35:16, 39:13, 46:5, 49:6, 60:2, 68:19, 71:6, 76:15, 78:6, 84:7, 97:6, 97:13

Aracon [3] - 50:25, 52:12, 53:12

Arcadia [1] - 17:20

area [6] - 7:23, 35:19, 41:13, 44:7, 49:21, 65:3

argument [1] - 84:8

armed [1] - 27:15

arms [1] - 59:20

Army [3] - 6:15, 63:24, 67:11

arrested [1] - 68:6

Artavia [2] - 94:18, 96:25

artavia [1] - 39:14

articles [1] - 84:22

artist [2] - 76:22, 77:1

ascertain [1] - 34:15

Asia [1] - 33:15

aside [3] - 80:13, 81:15, 82:13

assault [1] - 17:3, 17:5, 19:4

assembly [3] - 79:9,

97:8, 97:19

assess [1] - 16:16

assessment [4] - 28:8, 44:12, 59:14, 72:17

ASSISTANT [1] - 2:6

assistant [2] - 13:20, 33:7

assume [5] - 10:14, 14:7, 15:22, 79:23, 90:24

assuming [1] - 89:13

AT [1] - 2:12

attempt [2] - 11:11, 67:25

attempted [1] - 81:7

attention [18] - 3:11, 18:2, 20:13, 32:12, 33:9, 36:1, 38:8, 42:4, 47:23, 49:24, 51:8, 55:8, 58:10, 60:16, 62:4, 69:17, 77:17, 79:7

ATTORNEY [2] - 2:4, 2:12

ATTORNEY'S [1] - 2:4

attorneys [2] - 11:9, 38:16

ATTORNEYS [1] - 2:6

audio [12] - 12:22, 34:7, 34:11, 35:10, 36:17, 36:22, 47:1, 48:23, 67:17, 78:14, 82:4, 84:18

audio/video [4] - 16:1, 33:18, 34:1, 81:2

audio/visual [2] - 12:22, 47:9

AUGUST [2] - 1:15, 3:1

Aurora [1] - 97:1

auto [1] - 63:7

awake [1] - 79:24

aware [1] - 72:19

**B**

background [4] - 3:20, 32:18, 50:6, 75:14

bad [9] - 10:5, 44:2, 44:3, 44:6, 44:7, 59:4, 59:5, 72:21, 84:20

bag [1] - 87:11

bank [1] - 7:15

banned [1] - 17:3

Barreau [3] - 3:8,

94:17, 96:23

bars [1] - 100:7

based [7] - 10:12, 19:24, 26:22, 55:22, 71:2, 71:9, 86:2

baseline [1] - 77:12

basis [3] - 34:4, 80:6, 86:12

Beach [3] - 20:7, 22:6, 23:19

bear [3] - 19:5, 23:4, 59:20

bearing [1] - 55:16

beautiful [1] - 13:9

become [1] - 62:14

bed [1] - 46:12

begin [1] - 97:25

belief [3] - 28:10, 81:20, 82:5

beliefs [4] - 70:19, 72:15, 75:17, 78:4

believes [2] - 81:6, 87:13

Berkeley [1] - 62:1

best [5] - 45:14, 45:16, 48:24, 80:18, 97:7

better [2] - 9:19, 52:5

BEVERLY [1] - 2:13

Beverly [1] - 86:18

beyond [4] - 35:9, 36:22, 81:3, 82:6

bias [6] - 70:24, 71:2, 80:9, 80:10, 81:5, 86:23

big [2] - 9:20, 76:14

bill [1] - 4:14

BIROTTE [1] - 1:3

bit [4] - 16:3, 19:17, 74:10, 77:1

black [2] - 42:17, 42:20

Blethen [2] - 7:8, 90:6

blinds [1] - 56:18

blood [3] - 26:22, 28:7, 83:9

body [2] - 12:23, 47:7

boned [1] - 73:5

box [1] - 100:17

boyfriend [2] - 27:15, 47:21

boyfriends [1] - 51:5

break [1] - 79:8

briefly [1] - 50:14

bring [3] - 45:21, 99:9, 100:6

broader [1] - 26:21

Bronner [1] - 82:1

brother [12] - 18:9, 18:11, 19:12, 19:19, 40:4, 40:24, 51:17, 51:18, 54:4, 54:8, 55:23, 72:11

brother-in-law [4] - 18:11, 19:12, 19:19, 54:8

brothers [1] - 64:2

bullets [1] - 46:15

Burbank [1] - 31:20

burden [2] - 81:3, 82:6

business [5] - 55:6, 56:13, 56:17, 61:20, 66:24

buyback [2] - 11:12, 12:17

BY [2] - 2:5, 2:11

**C**

Caitlin [1] - 35:17

calculation [1] - 95:25

Caleb [2] - 68:20, 68:23

CALIFORNIA [7] - 1:2, 1:16, 1:25, 2:8, 2:13, 3:1, 101:4

California [14] - 9:7, 11:20, 12:5, 13:9, 20:8, 35:20, 51:25, 60:9, 73:23, 73:25, 74:23, 74:24, 76:21, 101:8

CASE [1] - 1:7

cases [5] - 14:11, 43:20, 56:21, 64:3, 78:9

catering [1] - 22:9

causes [1] - 41:3

caution [1] - 90:21

CCRR [1] - 1:23

Central [1] - 101:8

CENTRAL [2] - 1:2

certainly [3] - 12:4, 47:5, 76:16

CERTIFICATE [1] - 101:1

certified [2] - 40:7, 40:8

certify [1] - 101:8

challenge [28] - 45:18, 52:15, 80:7, 80:21, 80:23, 81:22, 81:24, 82:20, 83:12, 83:17, 84:10, 84:11, 84:12, 85:20, 86:2, 86:5, 86:6, 87:3, 87:5, 87:21, 87:25, 88:9, 88:16, 89:15, 89:25, 90:5, 90:13, 91:23

challenged [2] -

case [97] - 4:3, 4:5, 4:23, 6:25, 8:14, 8:16, 10:18, 10:25, 11:18, 12:22, 13:1, 14:18, 16:8, 16:17, 17:4, 17:8, 17:9, 17:10, 18:17, 19:2, 19:5, 19:16, 21:4, 21:8, 22:7, 23:1, 23:5, 27:19, 28:11, 29:14, 30:18, 32:20, 34:10, 34:20, 35:1, 35:8, 35:11, 36:15, 36:21, 36:22, 36:24, 37:1, 37:6, 37:10, 38:3, 38:4, 39:2, 40:14, 40:18, 41:4, 43:8, 44:15, 45:6, 45:19, 45:24, 48:21, 50:8, 54:2, 55:17, 57:14, 59:1, 60:25, 63:25, 64:7, 65:13, 65:17, 65:19, 65:24, 65:25, 66:1, 66:4, 66:6, 67:12, 70:10, 72:18, 73:9, 73:13, 74:12, 78:4, 78:13, 78:21, 79:10, 79:11, 79:12, 79:13, 80:20, 84:23, 85:14, 87:4, 97:15, 97:22, 98:24, 99:1, 99:2, 100:16

cam [2] - 12:23

Camarillo [1] - 76:21

CAMDEN [1] - 2:12

cameras [1] - 34:1, 52:9

cams [1] - 47:7

Candace [1] - 14:23

candid [2] - 85:10, 95:2

candidly [1] - 83:15

candor [4] - 27:2, 46:5, 46:20, 52:13

cannabis [7] - 25:18, 25:20, 29:6, 29:7, 29:9, 66:22, 82:22

cannot [2] - 53:4, 53:6

captain [1] - 62:13

car [5] - 27:14, 30:3, 42:24, 73:5

care [1] - 22:7

career [4] - 14:2, 14:4, 14:11, 18:10

carefully [1] - 96:20

93:4, 93:6
**challenges** [1] - 79:20, 79:24, 80:1, 86:9, 86:11, 89:2, 89:9, 90:25, 91:7, 91:9, 95:10
**challenging** [2] - 63:11, 85:9
**chambers** [1] - 100:15
**Chamis** [6] - 20:3, 20:4, 20:12, 21:15, 92:12, 92:13
**chance** [2] - 3:11, 6:7
**change** [1] - 63:24
**charge** [1] - 70:8
**charged** [4] - 52:17, 64:3, 70:6, 87:18
**chase** [1] - 18:8
**check** [8] - 30:13, 30:14, 45:5, 84:4, 85:5, 93:1, 100:11
**chick** [1] - 42:20
**child** [2] - 51:20, 77:13
**children** [19] - 3:25, 4:7, 7:18, 9:12, 13:12, 20:10, 22:3, 23:21, 35:21, 37:25, 41:21, 56:12, 58:5, 60:11, 61:21, 63:8, 67:2, 69:10, 76:23
**children's** [1] - 58:2
**Chocolate** [1] - 97:14
**choice** [7] - 18:5, 22:17, 24:25, 26:7, 57:5, 60:17, 77:20
**Christine** [1] - 90:5
**circumstances** [2] - 76:7, 76:10
**circumstantial** [1] - 75:25
**City** [2] - 49:13, 49:20
**civil** [6] - 8:10, 10:14, 10:18, 14:13, 22:7, 73:6
**civilian** [1] - 33:21
**Clara** [2] - 18:14, 19:12
**clarification** [2] - 95:9, 96:10
**clarifying** [1] - 12:3
**Clarita** [1] - 68:24
**Clarkson** [2] - 57:22, 93:18
**class** [1] - 48:5
**classes** [1] - 28:15

**classmates** [1] - 33:16
**clear** [3] - 43:7, 80:19, 89:16
**clearly** [3] - 13:2, 29:11, 80:17
**Cleary** [37] - 17:14, 21:13, 23:9, 25:11, 29:1, 31:14, 32:25, 35:14, 37:17, 39:6, 40:22, 47:11, 49:4, 50:13, 53:11, 56:3, 57:19, 59:10, 61:4, 62:21, 64:12, 66:11, 68:11, 75:11, 79:1, 81:9, 82:9, 84:2, 85:21, 89:20, 89:22, 91:17, 94:4, 96:3, 96:12, 99:21, 100:9
**cleary** [6] - 5:3, 7:5, 8:24, 12:1, 16:23, 19:8
**CLEARY** [106] - 2:11, 2:11, 5:4, 7:6, 8:25, 12:2, 12:5, 12:11, 12:14, 12:18, 13:3, 16:24, 17:15, 19:9, 19:23, 20:2, 21:14, 21:20, 23:10, 23:15, 25:12, 29:2, 29:9, 30:10, 30:20, 31:15, 33:1, 35:15, 37:18, 39:7, 39:12, 40:23, 41:2, 41:8, 47:12, 49:5, 50:14, 50:23, 53:12, 53:20, 53:25, 54:11, 54:13, 54:17, 54:19, 56:4, 57:20, 59:11, 60:2, 61:5, 62:22, 64:13, 66:12, 68:12, 68:17, 75:12, 75:17, 75:21, 76:1, 76:8, 76:13, 79:2, 80:12, 81:10, 81:13, 82:10, 84:3, 85:22, 86:10, 86:13, 86:21, 87:6, 87:10, 87:17, 88:1, 88:17, 88:20, 89:3, 89:21, 89:23, 90:1, 90:4, 90:14, 91:18, 91:23, 92:2, 92:11, 92:15, 92:21, 92:24, 93:2, 93:6, 93:10, 93:13, 93:16, 93:20, 94:5, 94:8, 94:12, 94:25, 95:16, 95:21, 96:4, 96:14, 99:22, 100:10
**clerk** [2] - 13:22, 48:12

**close** [4] - 42:16, 63:23, 73:1, 73:18
**closing** [1] - 50:18
**closures** [1] - 50:21
**club** [1] - 46:12
**coast** [2] - 66:23, 67:14, 68:13
**Code** [1] - 101:9
**coin** [3] - 72:20, 86:20, 86:21
**coke** [3] - 23:25, 24:7, 24:8
**colleagues** [1] - 91:20
**collectible** [2] - 77:4, 77:7
**collective** [1] - 10:13
**collectively** [1] - 30:1
**college** [6] - 28:15, 35:20, 48:5, 55:18, 58:6, 58:8
**Collins** [3] - 17:17, 19:11, 94:13
**color** [4] - 42:21, 53:25, 81:21, 87:13
**comedian** [2] - 61:25, 81:10
**comics** [2] - 77:5
**coming** [8] - 28:7, 29:13, 41:23, 43:22, 83:8, 86:14, 86:15, 89:23
**comment** [1] - 85:16
**commentary** [1] - 85:20
**comments** [2] - 29:13, 30:20
**commercials** [1] - 37:23
**common** [1] - 84:5
**communication** [2] - 5:11, 5:13, 5:14, 5:23, 41:7
**communications** [1] - 5:22
**company** [12] - 3:25, 4:9, 5:14, 6:1, 6:4, 37:22, 47:20, 55:20, 58:3, 66:22, 66:23, 77:3
**compelled** [1] - 17:10
**completely** [1] - 24:10
**concept** [2] - 76:22, 76:25
**concerns** [1] - 85:4
**concluded** [1] - 100:23
**conclusion** [1] -

83:24
**concrete** [1] - 33:20
**condolences** [2] - 13:23, 32:1
**conduct** [1] - 99:2
**conference** [1] - 101:13
**confers** [2] - 89:4, 91:19
**confirm** [1] - 16:14
**conformance** [1] - 101:13
**congratulations** [5] - 6:5, 13:17, 49:19, 55:4, 56:24
**connected** [1] - 99:3
**connections** [2] - 66:25, 72:1
**consider** [2] - 28:13, 83:25
**Constance** [1] - 97:1
**Consulate** [1] - 56:16
**consultant** [1] - 55:2
**content** [1] - 66:21
**context** [2] - 9:19, 65:4
**continue** [2] - 3:7, 46:5
**Contract** [1] - 14:1
**contractor** [1] - 20:10
**controversy** [1] - 100:2
**convene** [1] - 97:23
**convict** [1] - 81:2
**convicted** [1] - 64:4
**conviction** [1] - 82:5
**Cooper** [1] - 14:23
**copies** [1] - 99:25
**corporate** [1] - 55:19
**correct** [18] - 9:17, 10:15, 10:16, 10:19, 12:16, 13:15, 14:8, 14:11, 14:12, 14:13, 16:19, 20:21, 27:10, 27:11, 53:15, 73:7, 96:4, 101:10
**corrected** [1] - 90:19
**cost** [1] - 46:15
**COUNSEL** [1] - 2:1
**counsel** [1] - 90:16
**country** [1] - 59:21
**County** [3] - 13:25, 19:12, 51:20
**county** [1] - 49:14
**COUNTY** [1] - 101:3
**couple** [13] - 5:19, 6:13, 12:3, 15:15, 15:22, 16:5, 33:14,

33:16, 42:25, 57:9, 59:18, 67:9, 72:13
**course** [6] - 15:18, 23:14, 34:12, 52:7, 52:9, 58:4
**COURT** [462] - 1:1, 1:24, 3:6, 3:10, 3:14, 3:17, 3:22, 4:5, 4:7, 4:11, 4:14, 4:21, 4:25, 5:3, 5:5, 5:8, 5:20, 6:2, 6:5, 6:10, 6:16, 6:21, 7:2, 7:5, 7:7, 7:10, 7:13, 7:19, 7:22, 8:8, 8:12, 8:16, 8:21, 8:24, 9:1, 9:4, 9:15, 9:18, 9:23, 9:25, 10:3, 10:9, 10:12, 10:17, 10:20, 10:23, 11:2, 11:5, 11:15, 11:22, 12:1, 13:4, 13:6, 13:15, 13:17, 13:23, 14:2, 14:10, 14:13, 14:15, 14:20, 15:4, 15:6, 15:9, 15:12, 15:16, 16:5, 16:10, 16:20, 16:23, 16:25, 17:4, 17:12, 17:14, 17:16, 17:19, 18:1, 18:5, 18:13, 18:15, 18:19, 18:22, 18:24, 19:6, 19:8, 19:15, 20:3, 20:5, 20:12, 20:15, 20:20, 20:22, 21:1, 21:6, 21:8, 21:11, 21:13, 21:21, 21:24, 22:10, 22:14, 22:17, 22:24, 23:4, 23:7, 23:9, 23:16, 23:23, 24:1, 24:6, 24:9, 24:11, 24:14, 24:16, 24:20, 24:23, 25:5, 25:9, 25:11, 25:13, 25:22, 25:25, 26:3, 26:7, 26:11, 26:13, 27:1, 27:9, 27:23, 28:4, 28:22, 29:1, 30:21, 30:24, 31:5, 31:9, 31:11, 31:14, 31:16, 31:19, 31:23, 32:1, 32:6, 32:8, 32:11, 32:14, 32:18, 32:22, 32:25, 33:2, 33:5, 33:9, 33:12, 33:24, 34:9, 34:14, 34:24, 35:1, 35:5, 35:14, 35:16, 35:23, 36:1, 36:4, 36:9, 36:16, 36:20, 36:25, 37:5, 37:14, 37:17, 37:19, 38:1, 38:4, 38:6, 38:11,

38:17, 38:21, 38:25, 39:4, 39:6, 39:13, 39:16, 39:18, 39:23, 40:1, 40:7, 40:11, 40:16, 40:20, 40:22, 41:9, 41:11, 41:17, 41:25, 42:3, 42:7, 42:12, 42:15, 42:18, 42:25, 43:6, 43:18, 44:5, 45:2, 45:11, 45:14, 45:18, 45:21, 46:4, 46:17, 46:20, 47:11, 47:13, 47:17, 47:23, 48:1, 48:6, 48:9, 48:12, 48:15, 48:18, 49:1, 49:4, 49:6, 49:10, 49:19, 49:23, 50:1, 50:5, 50:10, 50:13, 50:24, 51:2, 51:8, 51:11, 51:15, 52:12, 52:20, 52:24, 53:8, 53:11, 54:8, 54:20, 54:22, 54:24, 55:4, 55:8, 55:11, 55:21, 55:25, 56:3, 56:5, 56:8, 56:19, 56:24, 57:5, 57:13, 57:16, 57:19, 57:21, 57:24, 58:8, 58:13, 58:21, 58:23, 59:6, 59:10, 60:4, 60:6, 60:16, 60:23, 61:2, 61:4, 61:6, 61:9, 61:11, 61:16, 61:21, 61:23, 62:2, 62:4, 62:7, 62:15, 62:18, 62:21, 62:23, 62:25, 63:4, 63:10, 63:16, 64:1, 64:5, 64:9, 64:12, 64:14, 64:16, 64:21, 64:24, 65:1, 65:6, 65:9, 65:14, 65:16, 65:19, 65:22, 65:24, 66:3, 66:8, 66:11, 66:13, 66:18, 66:24, 67:3, 67:6, 67:21, 68:11, 68:19, 69:1, 69:4, 69:9, 69:14, 69:16, 69:19, 69:24, 70:2, 70:5, 70:8, 70:12, 70:15, 70:18, 70:22, 71:1, 71:6, 71:11, 71:16, 71:21, 72:3, 72:8, 72:12, 72:14, 72:22, 72:25, 73:6, 73:9, 73:11, 73:15, 73:18, 73:22, 73:24, 74:2, 74:5, 74:8, 74:11, 74:15, 74:19, 75:11, 76:15, 76:19, 76:25,

77:9, 77:13, 77:17, 77:20, 78:6, 78:13, 78:16, 78:20, 78:23, 79:1, 79:3, 79:18, 80:4, 80:6, 80:11, 80:16, 80:25, 81:9, 81:11, 81:17, 82:1, 82:9, 82:15, 82:22, 83:6, 83:18, 83:22, 84:2, 84:7, 84:15, 85:1, 85:21, 86:1, 86:8, 86:12, 86:20, 86:25, 87:2, 87:9, 87:11, 87:19, 87:21, 88:2, 88:11, 88:14, 88:16, 88:19, 88:22, 89:1, 89:7, 89:10, 89:16, 89:20, 89:22, 89:24, 90:3, 90:7, 90:12, 90:16, 91:1, 91:4, 91:10, 91:12, 91:15, 91:22, 91:25, 92:4, 92:6, 92:9, 92:13, 92:16, 92:19, 92:23, 93:1, 93:3, 93:8, 93:12, 93:14, 93:19, 93:22, 94:2, 94:6, 94:11, 94:14, 94:24, 95:1, 95:11, 95:14, 95:17, 95:20, 95:22, 96:3, 96:5, 96:12, 96:17, 97:11, 98:18, 99:12, 99:18, 99:21, 99:23, 100:11
**court** [8] - 22:8, 22:23, 30:19, 40:7, 40:24, 52:8, 70:3, 87:18
**Court** [19] - 13:21, 13:22, 14:22, 15:1, 25:6, 38:7, 75:12, 81:14, 82:12, 85:22, 86:3, 86:11, 89:5, 98:12, 98:13, 100:22, 101:7, 101:20
**Court's** [1] - 80:14
**court-certified** [1] - 40:7
**COURTHOUSE** [1] - 2:7
**courtroom** [15] - 12:21, 26:22, 79:17, 84:5, 90:17, 90:18, 96:16, 97:10, 97:20, 97:21, 98:20, 99:8, 99:11, 100:14, 100:18
**COURTROOM** [8] - 3:5, 79:16, 96:15, 98:8, 98:15, 99:10, 99:12, 100:21

**courts** [2] - 14:5, 15:19
**Courts** [1] - 11:12
**cousin** [2] - 58:19, 78:3
**cousin's** [1] - 62:12
**cover** [1] - 91:20
**Coy** [3] - 25:14, 30:21, 82:22
**credibility** [9] - 23:12, 23:13, 26:14, 54:2, 59:14, 70:23, 86:23
**crime** [5] - 52:17, 70:6, 75:18, 75:23, 87:18
**criminal** [13] - 4:3, 4:5, 10:18, 13:13, 13:15, 14:13, 15:23, 56:21, 65:13, 65:25, 67:13, 67:24, 81:20
**criticizing** [1] - 85:2
**CRR** [1] - 101:20
**CSI** [1] - 75:21
**CSR** [2] - 1:23, 101:20
**Cuevas** [1] - 90:12
**culturally** [1] - 34:3
**Cumson** [1] - 80:25
**curious** [4] - 10:4, 28:8, 34:1, 34:4
**current** [2] - 55:22, 60:22
**customer** [1] - 77:16
**cut** [1] - 18:8

## D

**dad** [3] - 33:14, 72:10, 77:25
**damning** [1] - 84:23
**dare** [1] - 14:20
**dash** [1] - 12:22
**data** [4] - 9:20, 9:22, 39:21, 44:9
**Date** [1] - 101:16
**daughter** [7] - 22:3, 51:5, 56:14, 56:16, 61:15, 61:25, 83:1
**DAY** [1] - 1:14
**DC** [1] - 77:5
**dealing** [2] - 52:13, 89:13
**dealings** [2] - 26:20, 28:2
**deals** [1] - 9:25
**dealt** [1] - 14:7
**decade** [1] - 4:6
**decide** [5] - 16:17, 44:15, 45:24, 54:6,

78:13
**decided** [1] - 27:15
**deciding** [1] - 45:6
**decision** [6] - 8:6, 16:2, 37:12, 89:22, 90:2, 94:7
**decision-making** [1] - 8:6
**deeply** [1] - 17:2
**defendant** [2] - 39:9, 82:3
**DEFENDANT** [3] - 1:9, 2:10, 22:13
**defense** [22] - 20:10, 27:20, 80:22, 86:8, 86:10, 88:16, 88:20, 89:2, 89:4, 90:13, 91:19, 91:23, 92:10, 92:11, 92:14, 92:20, 93:17, 94:3, 94:12, 95:15, 95:16, 95:20
**defense's** [1] - 80:11
**definitely** [3] - 53:6, 68:6, 81:2
**delay** [1] - 96:17
**deliberate** [1] - 100:15
**deliberation** [1] - 45:21
**deliberations** [1] - 76:10
**demeanor** [1] - 44:13
**denied** [1] - 84:12
**deny** [1] - 86:2
**Department** [15] - 6:18, 14:1, 43:4, 43:8, 43:21, 43:22, 44:4, 50:21, 56:15, 71:23, 72:5, 73:1
**department** [5] - 18:13, 49:21, 50:16, 51:23, 73:2
**departments** [1] - 72:1
**deputy** [2] - 97:20, 99:8
**DEPUTY** [8] - 3:5, 79:16, 96:15, 98:8, 98:15, 99:10, 99:12, 100:21
**deserve** [1] - 35:3
**designed** [1] - 77:8
**designer** [1] - 61:24
**despite** [2] - 27:9, 37:9
**destroyed** [2] - 11:14, 12:11
**destroying** [1] - 11:13
**destruction** [1] -

11:21
**details** [1] - 7:13
**determination** [1] - 71:9
**determine** [3] - 34:19, 48:21, 85:13
**develop** [1] - 77:4
**developing** [1] - 34:6
**died** [1] - 22:22
**different** [4] - 10:17, 64:3, 76:7, 95:25
**difficult** [34] - 4:22, 6:24, 8:13, 8:19, 10:24, 11:17, 14:17, 16:1, 16:8, 17:7, 18:16, 19:1, 19:15, 21:3, 21:9, 22:25, 26:24, 27:6, 32:19, 34:9, 40:14, 40:17, 43:11, 47:1, 50:7, 58:25, 60:24, 64:6, 66:5, 72:16, 73:12, 74:12, 78:21, 83:3
**difficulties** [1] - 27:25
**difficulty** [3] - 12:23, 43:24, 59:13
**diligently** [1] - 96:18
**dire** [31] - 3:8, 3:12, 9:14, 11:3, 15:7, 15:10, 18:2, 20:13, 22:15, 24:21, 26:4, 32:12, 33:10, 36:2, 38:9, 39:24, 42:5, 47:24, 49:24, 51:9, 55:9, 57:2, 58:11, 60:17, 62:5, 63:13, 65:7, 67:4, 69:17, 77:18, 80:18
**direct** [1] - 97:21
**directly** [1] - 40:3
**director** [1] - 31:7
**disagree** [1] - 80:16
**disclose** [1] - 17:10
**discount** [1] - 66:14
**discovery** [1] - 9:23
**discuss** [6] - 34:19, 35:1, 37:11, 44:14, 45:23, 79:10
**discussed** [3] - 48:19, 74:15, 84:20
**dismayed** [2] - 65:1, 65:2
**Disney** [1] - 77:6
**Disneyland** [1] - 64:23
**display** [1] - 77:7
**displayed** [1] - 80:9
**dispute** [1] - 73:6
**distancing** [1] -

98:19
**distress** [1] - 39:10
**distribute** [1] - 68:1
**distribution** [2] -
29:7, 66:21
**District** [4] - 13:20,
87:12, 101:7, 101:8
**district** [1] - 38:16
**DISTRICT** [3] - 1:1,
1:2, 1:3
**distrust** [2] - 46:25,
68:7
**division** [1] - 14:21
**DIVISION** [1] - 1:2
**divorced** [6] - 31:1,
31:6, 61:14, 61:17,
68:24, 69:1
**DNA** [9] - 73:15,
75:13, 75:15, 75:18,
75:22, 76:2, 76:4,
76:5, 76:11
**domestic** [1] - 60:14
**done** [4] - 46:23,
52:17, 63:8, 78:19
**door** [1] - 84:5
**Dornfeld** [7] - 41:9,
42:4, 46:23, 84:15,
92:19, 93:2, 93:8
**double** [1] - 100:11
**doubt** [5] - 34:22,
35:9, 36:22, 81:4,
82:6
**down** [10] - 39:16,
41:6, 47:14, 48:10,
49:8, 61:9, 63:1,
68:14, 86:14, 86:15
**Downey** [1] - 60:8
**downtown** [1] - 31:1
**DRIVE** [1] - 2:12
**drive** [1] - 59:19
**drive-by** [1] - 59:19
**driving** [1] - 27:14
**drop** [1] - 52:3
**drug** [1] - 67:25
**drug-related** [1] -
67:25
**Duarte** [7] - 52:17,
52:25, 70:5, 70:12,
70:15, 87:17, 87:23
**DUARTE** [1] - 1:8
**due** [2] - 27:18,
76:10
**DUI** [4] - 38:2, 38:4,
49:18, 60:13
**duress** [1] - 39:8
**during** [3] - 3:14,
9:10, 34:11
**duty** [3] - 4:2, 60:11,
63:22

# E

**e-discovery** [1] -
9:23
**early** [1] - 63:7
**east** [2] - 67:14,
68:13
**easy** [2] - 12:7, 51:25
**effects** [2] - 41:19,
41:20
**efficiently** [1] - 98:3
**effort** [2] - 45:5, 86:4
**eight** [2] - 20:19,
20:20
**either** [16] - 6:23,
10:25, 11:18, 14:17,
18:15, 25:7, 29:17,
32:20, 34:7, 34:10,
40:16, 50:8, 58:25,
60:25, 64:7, 73:12
**electrician** [1] - 4:10
**element** [1] - 53:2
**eligible** [1] - 93:10
**emphasis** [1] - 100:3
**employed** [9] - 4:1,
13:25, 22:12, 25:25,
32:4, 32:8, 56:25,
61:21, 71:2
**enable** [1] - 16:2
**Encino** [1] - 37:22
**end** [6] - 9:14, 45:22,
81:18, 85:4, 85:11,
100:12
**ended** [1] - 39:8
**energy** [1] - 24:5
**enforcement** [59] -
4:20, 6:18, 6:23, 8:2,
12:24, 20:24, 20:25,
21:2, 21:16, 21:18,
23:13, 26:20, 26:21,
26:24, 27:7, 27:10,
29:18, 29:24, 30:1,
30:6, 36:12, 36:13,
41:4, 43:12, 43:24,
44:1, 44:19, 44:22,
46:25, 47:1, 47:6,
50:17, 50:21, 51:19,
54:1, 54:9, 54:15,
58:24, 59:15, 60:22,
68:3, 71:3, 71:14,
71:19, 72:2, 72:15,
72:17, 80:9, 81:5,
81:7, 81:21, 82:12,
82:25, 83:5, 83:16,
83:25, 84:21, 85:18,
87:13
**engaged** [1] - 55:2
**engagement** [1] -
55:4
**engineer** [3] - 20:8,

20:9, 56:12
**entail** [1] - 5:23
**entails** [2] - 9:19,
67:24
**enter** [1] - 96:16
**entertainment** [1] -
55:2
**entirety** [1] - 85:19
**entitled** [1] - 101:12
**environment** [1] -
53:21
**Eppes** [4] - 54:20,
54:21, 94:19, 96:25
**equipment** [2] - 6:3,
6:4
**era** [1] - 78:8
**essentially** [1] - 81:6
**estate** [1] - 8:11
**ethical** [1] - 70:18
**evaluate** [1] - 82:3
**evening** [2] - 99:6,
100:20
**everywhere** [3] -
44:3, 44:6, 84:20
**evidence** [53] -
12:23, 16:1, 16:3,
16:11, 16:13, 16:15,
30:3, 30:7, 33:18,
34:7, 34:11, 34:15,
34:19, 35:10, 36:18,
36:23, 37:11, 43:16,
43:17, 44:12, 44:13,
44:14, 45:6, 45:23,
47:2, 48:17, 48:21,
48:23, 52:8, 52:11,
52:22, 54:7, 67:17,
71:5, 71:8, 73:15,
73:16, 76:2, 76:4,
76:6, 76:11, 78:14,
81:2, 81:16, 82:5,
82:8, 82:13, 84:18,
84:24, 85:13, 86:4,
98:13
**ex** [2] - 31:6, 69:8
**ex-spouse** [1] - 31:6
**ex-wife** [1] - 69:8
**exact** [1] - 43:19
**exactly** [5] - 5:24,
9:24, 10:10, 12:13,
24:2
**example** [1] - 36:21
**except** [1] - 55:18
**excessive** [1] - 68:7
**excuse** [15] - 13:13,
79:22, 81:23, 82:19,
88:20, 88:25, 90:4,
90:10, 92:7, 92:11,
92:18, 93:17, 93:25,
96:8, 97:4
**excused** [1] - 60:13

**exercise** [1] - 86:11
**exercised** [1] - 94:13
**exercising** [1] -
92:21
**exit** [2] - 79:17, 97:10
**exits** [1] - 99:11
**expansion** [1] -
90:23
**experience** [26] -
10:14, 10:23, 11:8,
11:16, 12:20, 14:15,
14:16, 15:18, 16:7,
28:4, 31:3, 32:19,
40:13, 41:3, 43:10,
50:6, 50:17, 53:5,
53:13, 55:3, 56:20,
66:4, 69:14, 73:11,
75:13, 84:5
**experienced** [2] -
50:19, 53:20
**experiences** [22] -
8:13, 9:13, 10:13,
26:19, 36:11, 36:13,
38:22, 43:3, 44:11,
44:16, 45:1, 45:4,
45:19, 53:15, 64:5,
68:4, 71:22, 72:4,
80:9, 82:11
**expert** [3] - 48:6,
48:7, 48:8
**exposed** [1] - 14:10
**express** [2] - 82:11,
98:24
**expressed** [10] -
68:2, 80:13, 81:1,
81:5, 82:7, 82:14,
82:24, 83:3, 84:3,
84:17
**expressing** [1] -
81:14
**extensive** [2] -
14:16, 67:14
**extern** [2] - 48:12,
48:15
**eye** [1] - 79:21

# F

**fact** [6] - 6:23, 8:16,
27:9, 51:6, 82:25,
84:20
**Factory** [1] - 97:14
**facts** [4] - 28:14,
30:18, 34:17, 76:9
**fair** [43] - 4:23, 6:24,
8:14, 8:19, 10:25,
11:17, 14:17, 16:8,
16:18, 17:7, 18:16,
19:2, 21:3, 21:9, 23:1,
23:5, 25:7, 28:6,

28:11, 32:19, 34:10,
37:1, 39:1, 40:14,
40:17, 50:7, 52:10,
52:21, 57:14, 58:25,
59:4, 59:25, 60:24,
64:6, 66:5, 71:6,
73:12, 74:12, 74:17,
74:18, 78:21, 80:20,
89:12
**fairly** [5] - 54:1,
67:14, 82:3, 82:7,
83:16
**fairness** [1] - 85:1
**falsifying** [2] - 43:17,
84:23
**familiar** [1] - 53:14
**family** [19] - 4:19,
4:22, 8:1, 8:4, 8:9,
15:17, 15:22, 58:17,
60:21, 63:21, 69:3,
71:22, 72:3, 72:9,
72:25, 73:18, 73:20,
78:3
**fan** [1] - 10:3
**far** [3] - 34:8, 69:7,
76:4
**fashion** [1] - 81:6
**fast** [2] - 64:24,
64:25
**father** [2] - 22:22,
86:18
**favor** [6] - 19:18,
27:6, 27:8, 41:3,
62:16, 86:24
**FBI** [4] - 43:22,
58:20, 71:24, 72:6
**Fe** [1] - 64:18
**feat** [1] - 57:1
**Federal** [2] - 101:6,
101:20
**FEDERAL** [1] - 1:24
**feelings** [7] - 17:6,
37:9, 68:2, 72:14,
74:8, 74:11, 83:4
**Felberg** [1] - 96:21
**fellow** [5] - 16:16,
34:19, 35:1, 37:11,
45:24
**felony** [2] - 27:13,
27:18, 27:24
**felt** [2] - 17:10, 87:17
**fence** [1] - 84:9
**fervently** [1] - 17:2
**few** [4] - 20:24, 25:2,
51:21, 100:4
**fiance** [1] - 55:3,
55:5, 69:2
**field** [1] - 64:22
**figurines** [3] - 77:4,
77:7, 77:12

**film** [1] - 35:25
**final** [2] - 94:9, 94:12
**finally** [1] - 98:24
**finance** [1] - 55:6
**fine** [2] - 19:22, 63:20
**fingerprint** [1] - 73:16
**finish** [1] - 80:22
**finished** [1] - 25:3
**fire** [1] - 62:12
**firearm** [9] - 6:19, 6:23, 12:7, 27:16, 27:22, 27:23, 46:10, 46:13, 73:22
**firearms** [13] - 4:17, 8:4, 8:17, 11:11, 11:17, 12:10, 12:14, 21:6, 51:25, 73:19, 74:3, 77:25, 83:2
**firefighter** [1] - 62:12
**firm** [2] - 10:2, 10:8
**firmly** [1] - 80:17
**FIRST** [1] - 1:24
**first** [16] - 7:13, 31:25, 33:8, 42:22, 54:5, 55:18, 60:12, 80:23, 88:5, 88:8, 89:6, 89:11, 91:23, 94:16, 95:7
**Fishman** [2] - 88:21, 88:22
**fit** [1] - 85:2
**five** [3] - 22:4, 38:5, 40:10
**Fjellberg** [1] - 94:16
**flesh** [1] - 27:5
**flip** [1] - 87:2
**floor** [4] - 97:22, 97:24, 100:19
**focus** [1] - 14:2
**folks** [1] - 97:4, 97:12
**follow** [12] - 5:9, 19:10, 21:14, 23:10, 28:23, 28:25, 29:2, 39:7, 43:1, 53:3, 80:13, 82:13
**follow-up** [4] - 19:10, 28:23, 28:25, 43:1
**follow-ups** [1] - 5:9
**FOR** [2] - 2:3, 2:10
**force** [3] - 68:7, 68:12, 77:24
**Force** [2] - 20:19, 63:22
**foregoing** [1] - 101:10
**forensics** [1] - 48:5
**forever** [1] - 41:15

**forgive** [1] - 5:21
**form** [2] - 79:10, 98:23
**formal** [1] - 60:21
**format** [1] - 101:12
**formed** [1] - 45:19
**former** [1] - 51:21, 61:17
**forward** [1] - 7:10
**founded** [3] - 86:5, 87:4, 87:22
**four** [7] - 13:19, 74:1, 74:24, 90:19, 90:20, 90:23, 95:2
**Franchi** [3] - 37:20, 94:18, 96:24
**Francisco** [4] - 22:5, 54:12, 54:13, 54:14
**frankly** [1] - 87:22
**Friday** [1] - 41:23
**friend** [3] - 27:15, 42:23, 53:13
**friendly** [2] - 15:20, 38:18
**friends** [30] - 4:19, 4:21, 6:22, 8:1, 8:17, 15:19, 20:23, 20:24, 21:2, 25:2, 26:20, 27:10, 33:16, 36:12, 42:17, 42:20, 42:22, 43:2, 43:10, 51:21, 60:20, 60:21, 63:23, 71:21, 72:1, 72:4, 72:9, 73:1, 85:17, 87:12
**friendships** [1] - 21:17
**front** [1] - 43:14
**full** [5] - 25:20, 26:2, 35:20, 60:10, 82:24
**full-time** [5] - 25:20, 26:2, 35:20, 60:10, 82:24
**fully** [1] - 64:4
**Funkos** [2] - 77:10, 77:11

**G**

**gallery** [1] - 100:16
**Garcia** [3] - 64:16, 95:24, 97:2
**Gardena** [1] - 51:4
**gas** [1] - 27:15
**gate** [1] - 80:18
**general** [4] - 30:1, 46:24, 55:15, 64:19
**generally** [1] - 10:24
**gentlemen** [1] - 98:10

**Gililland** [3] - 56:6, 95:23, 97:1
**girlfriend** [3] - 39:21, 64:19, 76:23
**girlfriends** [2] - 37:25, 51:5
**given** [7] - 26:17, 30:2, 43:9, 43:10, 44:10, 59:12, 90:23
**glass** [2] - 82:1, 82:10
**Glendale** [1] - 9:7
**God** [1] - 98:13
**golden** [1] - 97:15
**golf** [1] - 46:12
**Google** [1] - 9:21
**government** [33] - 16:17, 35:8, 36:21, 41:4, 53:2, 73:2, 80:1, 81:3, 82:5, 84:24, 85:14, 88:8, 88:23, 88:24, 90:8, 90:10, 90:22, 92:4, 92:7, 92:16, 92:18, 93:3, 93:6, 93:23, 93:25, 94:23, 95:7, 95:9, 95:12, 96:1, 99:16, 99:18, 99:20
**government's** [3] - 19:17, 86:25, 95:18
**grad** [2] - 41:23, 55:17
**Granada** [1] - 25:17
**grandfather** [1] - 48:8
**grant** [1] - 80:21
**graphic** [1] - 61:24
**great** [23] - 7:19, 9:15, 18:1, 22:10, 22:14, 24:20, 25:9, 32:11, 35:23, 37:14, 39:23, 41:25, 46:4, 46:17, 49:23, 59:24, 60:16, 62:18, 66:8, 71:11, 72:25, 74:19, 99:24
**greatly** [3] - 27:2, 28:22, 97:7
**grouped** [1] - 27:16
**grown** [1] - 31:1
**guarantee** [2] - 53:4, 53:7
**guess** [6] - 24:4, 44:9, 70:1, 71:4, 74:10, 75:3
**guilty** [5] - 39:9, 70:6, 75:19, 87:17, 87:23
**gun** [13] - 4:22, 11:20, 12:5, 12:6, 19:1, 33:21, 37:4,

37:9, 46:12, 74:9, 77:25, 78:10, 85:7
**guns** [6] - 33:22, 46:15, 57:10, 74:23, 74:24
**gunsmith** [1] - 69:12
**gut** [1] - 28:9

**H**

**half** [1] - 26:18
**hand** [2] - 98:9, 99:7
**handbook** [1] - 91:2
**handgun** [2] - 6:20, 57:11
**handguns** [1] - 18:21
**handling** [2] - 11:21, 12:10
**hardest** [1] - 41:17
**hate** [2] - 46:15, 78:1
**Haw** [1] - 90:5
**Hawthorne** [1] - 5:10
**head** [2] - 30:4, 63:7
**health** [2] - 49:16, 59:21
**hear** [7] - 29:4, 29:10, 33:25, 36:21, 43:12, 71:9, 98:22
**heard** [4] - 34:16, 35:4, 37:5, 44:25
**hearing** [1] - 56:13
**held** [1] - 101:11
**hello** [8] - 17:18, 33:4, 33:5, 35:19, 39:17, 41:10, 66:17, 76:18
**help** [5] - 4:14, 8:10, 59:21, 76:25, 98:13
**hereby** [1] - 101:8
**herself** [2] - 49:14, 85:5
**hi** [1] - 30:25
**hiding** [1] - 43:16
**high** [1] - 68:15
**Hills** [2] - 25:17, 86:18
**HILLS** [1] - 2:13
**himself** [2] - 84:4, 86:13
**Hispanics** [1] - 81:7
**historical** [1] - 44:9
**history** [1] - 15:23
**hold** [1] - 70:15
**Hollywood** [1] - 22:1
**home** [9] - 4:17, 18:21, 27:19, 39:10, 41:15, 41:23, 56:14, 56:17, 77:7
**honest** [3] - 75:8, 82:17, 86:22

**honestly** [3] - 29:22, 44:23, 83:15
**Honor** [91] - 5:2, 5:4, 7:3, 7:6, 8:22, 11:24, 12:2, 16:22, 16:24, 17:13, 17:15, 19:7, 19:9, 21:12, 23:8, 25:10, 25:12, 31:12, 32:24, 33:1, 35:7, 37:16, 37:18, 39:5, 40:21, 40:23, 47:12, 49:3, 49:5, 50:11, 53:10, 56:2, 57:17, 57:20, 59:8, 59:11, 60:5, 61:3, 61:5, 62:20, 62:22, 64:11, 64:13, 66:10, 66:17, 67:5, 74:21, 79:2, 80:3, 80:8, 80:12, 80:24, 81:25, 83:14, 83:21, 84:14, 85:15, 86:7, 86:10, 87:1, 88:1, 88:10, 88:12, 88:15, 88:17, 89:3, 89:4, 89:21, 90:1, 90:2, 90:9, 90:10, 90:14, 91:6, 91:18, 91:19, 91:23, 92:5, 92:17, 92:21, 93:24, 94:5, 94:25, 95:8, 95:13, 95:19, 96:2, 96:4, 96:14, 99:17, 100:10
**Honorable** [1] - 14:23
**HONORABLE** [1] - 1:3
**hope** [3] - 3:7, 14:3, 76:16
**hopefully** [1] - 77:13
**hospital** [3] - 17:22, 33:7, 58:2
**hospitals** [2] - 51:19, 54:16
**host** [1] - 14:11
**hostile** [1] - 53:21
**hot** [1] - 9:10
**hotel** [1] - 22:8
**hour** [1] - 100:6
**HOURIGAN** [4] - 1:23, 101:6, 101:19, 101:20
**house** [4] - 27:21, 57:10, 78:1, 83:2
**huge** [2] - 58:17, 59:20
**human** [1] - 19:20
**hunter** [1] - 57:11
**hunting** [1] - 57:12
**husband** [12] - 5:12,

9:9, 12:19, 20:9,
41:19, 56:11, 57:9,
57:11, 58:2, 63:7,
66:22, 67:13
  **husband's** [2] -
58:18, 67:24

**I**

  **impact** [1] - 55:21
  **impartial** [38] - 4:23,
6:25, 8:14, 10:25,
11:18, 14:17, 16:8,
17:7, 18:17, 19:2,
21:4, 21:9, 23:1, 23:5,
25:7, 26:17, 26:24,
28:11, 30:9, 32:20,
34:10, 37:1, 39:1,
40:14, 40:18, 50:7,
52:21, 57:14, 58:25,
59:25, 60:24, 64:7,
66:5, 74:12, 74:17,
78:21, 80:20, 83:4
  **important** [2] -
67:20, 98:18
  **impressive** [1] - 58:9
  **inclined** [1] - 21:16
  **indicated** [2] - 19:11,
86:18
  **indicating** [1] - 83:19
  **indifferent** [1] - 75:6
  **individual** [2] -
45:16, 87:7
  **individuals** [2] -
29:24, 33:25
  **industry** [6] - 25:18,
25:20, 29:7, 29:8,
29:9, 66:22
  **information** [3] -
3:20, 3:23, 13:7
  **informed** [1] - 44:10
  **Inglewood** [7] -
43:22, 44:4, 51:6,
71:23, 72:5, 73:1,
87:11
  **inherited** [1] - 11:11
  **inhibit** [1] - 8:6
  **initial** [6] - 7:13,
13:7, 21:25, 28:8,
29:2, 85:16
  **innocent** [3] - 52:25,
53:1, 70:13
  **inquired** [2] - 75:12,
82:12
  **inside** [1] - 51:23
  **installed** [1] - 6:4
  **installer** [1] - 5:13
  **instance** [1] - 59:22
  **instances** [1] - 77:15
  **instruct** [2] - 52:24,

100:4
  **instruction** [1] - 53:3
  **instructions** [4] -
80:14, 98:1, 98:13,
99:25
  **intellectual** [1] -
10:11
  **intention** [1] - 12:16
  **interesting** [4] -
22:24, 33:25, 52:20,
77:9
  **internal** [1] - 12:9
  **interpreter** [3] - 40:5,
40:7, 40:24
  **interrupt** [2] - 27:1,
78:16
  **interrupted** [1] -
87:16
  **interrupting** [1] -
78:17
  **inventory** [1] - 25:19
  **investor** [2] - 69:12,
69:13
  **involve** [2] - 17:5,
43:20
  **involved** [4] - 27:13,
43:8, 50:18, 82:22
  **Irannejad** [3] - 31:17,
94:18, 96:24
  **issue** [5] - 10:20,
11:10, 15:25, 27:18,
99:8
  **issues** [5] - 27:12,
27:20, 68:13, 85:3,
85:8
  **IT** [2] - 49:16, 55:19
  **itself** [1] - 26:3

**J**

  **jacket** [1] - 96:13
  **Jacqueline** [2] -
94:19, 96:25
  **James** [3] - 56:6,
95:23, 97:1
  **James-Gililland** [3] -
56:6, 95:23, 97:1
  **Jeff** [1] - 94:13
  **Jimenez** [3] - 60:4,
61:6, 93:21
  **job** [9] - 26:3, 26:15,
41:17, 44:11, 45:22,
55:18, 63:11, 85:2,
85:23
  **jobs** [1] - 70:23
  **John** [4] - 14:24,
15:2, 94:16, 96:21
  **joked** [1] - 82:23
  **joking** [1] - 81:11,
81:13

**Jose** [1] - 54:10
**JR** [1] - 1:3
**JUAN** [1] - 2:5
**JUDGE** [1] - 1:3
  **Judge** [1] - 48:11
  **judge** [10] - 15:3,
23:11, 23:13, 29:16,
29:17, 48:8, 54:1,
82:3, 83:16, 86:23
  **judge's** [1] - 80:14
  **judges** [3] - 14:7,
14:21, 15:20
  **judging** [4] - 26:14,
43:25, 59:13, 70:22
  **judgment** [2] - 70:20,
82:16
  **judicial** [3] - 13:20,
68:3, 101:13
  **June** [1] - 101:16
  **JUROR** [344] - 3:9,
3:13, 3:16, 3:21, 3:24,
4:6, 4:10, 4:13, 4:16,
4:24, 5:7, 5:10, 5:25,
6:3, 6:9, 6:13, 6:17,
7:1, 7:9, 7:12, 7:14,
7:21, 7:25, 8:10, 8:15,
8:20, 9:3, 9:6, 9:17,
9:20, 9:24, 10:2, 10:6,
10:10, 10:16, 10:19,
10:22, 11:1, 11:4,
11:8, 11:19, 12:4,
12:9, 12:13, 12:16,
13:1, 13:5, 13:8,
13:16, 13:19, 13:25,
14:9, 14:12, 14:14,
14:19, 14:22, 15:5,
15:8, 15:11, 15:15,
15:17, 16:9, 16:19,
17:1, 17:9, 17:18,
17:20, 18:4, 18:8,
18:14, 18:18, 18:20,
18:23, 19:3, 19:14,
19:20, 20:1, 20:4,
20:7, 20:14, 20:18,
20:21, 20:23, 21:5,
21:7, 21:10, 21:19,
21:23, 22:1, 22:16,
22:20, 23:2, 23:6,
23:14, 23:19, 23:25,
24:3, 24:7, 24:10,
24:13, 24:15, 24:18,
24:22, 25:1, 25:8,
25:17, 25:23, 26:1,
26:6, 26:10, 26:12,
26:16, 27:8, 27:11,
27:24, 28:12, 29:6,
29:21, 30:16, 30:23,
30:25, 31:7, 31:10,
31:18, 31:20, 31:25,
32:5, 32:7, 32:10,

32:13, 32:17, 32:21,
33:4, 33:6, 33:11,
33:14, 34:5, 34:13,
34:21, 34:25, 35:3,
35:11, 35:19, 35:25,
36:3, 36:7, 36:11,
36:17, 36:24, 37:3,
37:13, 37:21, 38:2,
38:5, 38:10, 38:14,
38:20, 38:23, 39:3,
39:11, 39:15, 39:17,
39:20, 39:25, 40:4,
40:8, 40:15, 40:19,
41:1, 41:5, 41:10,
41:13, 41:18, 42:1,
42:6, 42:10, 42:13,
42:16, 42:19, 43:5,
43:13, 44:2, 44:23,
45:9, 45:12, 45:17,
45:20, 46:3, 46:6,
46:19, 46:21, 47:3,
47:16, 47:19, 47:25,
48:4, 48:7, 48:10,
48:13, 48:16, 48:24,
49:9, 49:12, 49:22,
49:25, 50:4, 50:9,
50:20, 51:1, 51:4,
51:10, 51:14, 51:16,
52:19, 52:23, 53:4,
53:16, 53:22, 54:3,
54:10, 54:12, 54:15,
54:18, 54:21, 54:23,
55:1, 55:6, 55:10,
55:15, 55:23, 56:7,
56:10, 56:20, 57:4,
57:8, 57:15, 57:23,
58:1, 58:12, 58:16,
58:22, 59:2, 59:16,
60:5, 60:8, 60:20,
61:1, 61:8, 61:10,
61:13, 61:19, 61:22,
61:24, 62:3, 62:6,
62:10, 62:17, 62:24,
63:3, 63:6, 63:15,
63:20, 64:2, 64:8,
64:15, 64:18, 64:23,
64:25, 65:5, 65:8,
65:12, 65:15, 65:18,
65:21, 65:23, 66:2,
66:7, 66:17, 66:20,
67:1, 67:5, 67:9,
67:25, 68:5, 68:15,
68:18, 68:23, 69:2,
69:7, 69:10, 69:15,
69:18, 69:22, 70:1,
70:4, 70:7, 70:11,
70:14, 70:17, 70:21,
70:24, 71:4, 71:10,
71:15, 71:20, 71:25,
72:7, 72:10, 72:13,
72:19, 72:24, 73:3,

73:8, 73:10, 73:14,
73:17, 73:20, 73:23,
74:1, 74:4, 74:7,
74:10, 74:14, 74:18,
75:1, 75:3, 75:7,
75:16, 75:20, 75:24,
76:4, 76:12, 76:14,
76:18, 76:21, 77:3,
77:11, 77:15, 77:19,
77:23, 78:7, 78:15,
78:19, 78:22
  **Juror** [17] - 86:11,
86:19, 87:6, 88:21,
88:25, 90:4, 90:11,
90:12, 91:24, 92:2,
92:12, 92:15, 92:18,
92:19, 93:4, 93:17,
93:25
  **juror** [16] - 4:23,
10:21, 16:15, 17:7,
30:12, 37:10, 44:11,
45:3, 52:25, 70:9,
80:20, 85:3, 85:5,
85:6, 85:24, 94:2
  **JURORS** [1] - 98:14
  **jurors** [30] - 16:16,
28:20, 30:11, 34:19,
35:2, 37:12, 44:14,
45:24, 79:17, 79:19,
79:22, 84:4, 85:13,
88:5, 88:7, 90:18,
94:15, 94:24, 95:1,
96:6, 96:7, 96:8,
96:11, 96:16, 97:10,
99:24, 100:4, 100:14,
100:16
  **jury** [50] - 4:2, 7:17,
9:13, 13:3, 13:15,
17:24, 20:11, 23:22,
25:24, 27:3, 30:14,
31:3, 31:23, 35:22,
38:2, 39:8, 39:22,
42:2, 45:6, 47:22,
49:17, 51:7, 52:8,
55:3, 56:21, 58:7,
60:11, 60:13, 62:2,
63:8, 64:20, 67:2,
69:14, 76:9, 76:24,
79:9, 79:16, 80:18,
89:24, 96:15, 96:18,
97:8, 97:15, 97:19,
97:25, 98:2, 98:10,
99:10, 99:25, 100:17
  **Jury** [1] - 99:11
  **jury's** [1] - 100:8
  **justice** [4] - 14:16,
15:23, 44:8, 81:20
  **Justice** [2] - 14:24,
15:2

## K

**KAHAN** [8] - 2:5, 89:4, 89:8, 89:12, 89:19, 90:23, 91:19, 96:2
**keep** [3] - 30:12, 30:13, 88:4
**Kelly** [5] - 35:17, 36:20, 37:19, 94:2
**Kenneth** [2] - 94:18, 96:24
**Kentucky** [2] - 46:7
**kick** [1] - 85:24
**kidding** [3] - 4:15, 66:15, 79:6
**kids** [17] - 17:24, 33:8, 39:21, 47:22, 49:15, 52:4, 52:6, 52:14, 53:5, 56:25, 58:8, 61:15, 64:19, 65:1, 77:9, 87:10
**kids'** [1] - 52:2
**kind** [18] - 5:16, 9:4, 16:2, 27:16, 30:1, 30:3, 38:18, 45:19, 46:10, 51:2, 57:25, 60:7, 61:11, 63:4, 65:17, 65:19, 75:7, 99:3
**kinds** [1] - 44:8
**Klausner** [1] - 48:11
**knowledge** [1] - 12:20
**known** [1] - 44:25
**knows** [1] - 83:12
**KYLE** [1] - 2:5

## L

**LA** [5] - 31:1, 43:14, 47:19, 51:20, 61:14
**lack** [1] - 15:25
**ladies** [1] - 98:10
**LAPD** [9] - 42:17, 51:22, 53:13, 53:14, 53:20, 53:23, 58:19, 87:15
**Lara** [1] - 94:17
**large** [1] - 58:3
**last** [8] - 43:15, 76:16, 87:8, 89:25, 93:22, 94:3, 94:6, 94:9
**late** [1] - 73:4
**Latin** [2] - 41:22, 41:23
**Laura** [2] - 23:17, 96:24
**LAUREN** [1] - 2:6

**law** [81] - 4:20, 6:18, 6:22, 8:2, 8:3, 8:9, 8:10, 10:2, 10:8, 12:24, 18:11, 19:12, 19:19, 20:24, 20:25, 21:2, 21:16, 21:17, 23:13, 26:20, 26:21, 26:24, 27:7, 27:10, 27:13, 28:14, 29:17, 29:23, 30:1, 30:6, 36:12, 36:13, 37:6, 37:8, 37:12, 41:3, 43:12, 43:24, 44:1, 44:19, 44:21, 45:23, 46:25, 47:1, 47:6, 48:12, 48:13, 50:17, 50:20, 51:17, 51:18, 51:19, 52:25, 54:1, 54:8, 54:9, 54:15, 55:19, 58:19, 58:24, 59:15, 60:22, 68:3, 71:3, 71:13, 71:19, 72:2, 72:15, 72:17, 80:9, 81:5, 81:6, 81:21, 82:12, 82:25, 83:5, 83:16, 83:25, 84:21, 85:17, 87:12
**LAW** [2] - 2:11, 2:12
**laws** [8] - 11:20, 12:5, 12:6, 18:25, 33:23, 37:6, 37:9, 51:25
**lawyer** [1] - 28:16
**lawyers** [6] - 9:25, 10:5, 10:13, 15:19, 25:6, 79:13
**lax** [3] - 12:6, 12:9, 78:11
**LAX** [1] - 60:9
**lay** [2] - 23:12, 29:18
**lean** [2] - 29:23, 41:3
**least** [1] - 76:16
**leave** [1] - 98:5
**left** [2] - 53:14, 95:4
**legal** [2] - 24:10, 75:1
**legitimate** [1] - 37:6
**less** [2] - 12:14, 27:7
**level** [1] - 71:4
**life** [1] - 28:13
**likely** [3] - 19:24, 71:11, 71:17
**lines** [1] - 83:8
**listen** [27] - 6:7, 7:19, 16:12, 16:16, 19:16, 34:15, 34:18, 34:21, 34:24, 34:25, 37:11, 37:12, 44:11, 44:12, 45:23, 48:20, 52:8, 52:10, 54:6, 71:8, 72:22, 81:16, 85:12,

86:4, 96:20, 100:20
**listening** [17] - 11:3, 15:6, 22:15, 24:20, 26:4, 26:22, 28:19, 39:23, 45:5, 47:4, 52:21, 57:2, 60:1, 63:12, 63:13, 65:6, 67:3
**literally** [2] - 86:20, 87:2
**litigation** [6] - 9:9, 9:16, 9:21, 10:8, 10:15, 12:19
**litigators** [1] - 10:13
**live** [23] - 7:14, 9:6, 13:9, 17:20, 20:7, 22:1, 23:19, 25:17, 31:1, 31:20, 37:21, 41:6, 47:19, 49:12, 51:4, 55:1, 56:10, 58:1, 61:14, 63:6, 64:18, 66:20, 68:23
**lived** [3] - 23:2, 46:8
**living** [6] - 29:3, 41:22, 46:11, 61:18, 85:7, 97:17
**local** [1] - 54:9
**locked** [2] - 46:14, 89:14
**logical** [1] - 28:13
**look** [13] - 30:17, 44:13, 45:3, 45:18, 54:5, 80:16, 83:7, 85:9, 91:2, 91:12, 95:2, 99:25, 100:4
**looking** [1] - 85:19
**looks** [2] - 77:8, 90:17
**Loper** [4] - 9:2, 9:6, 94:17, 96:23
**Los** [12] - 3:24, 7:14, 14:1, 43:3, 43:7, 43:21, 49:13, 49:20, 54:11, 55:1, 61:14, 66:20
**LOS** [5] - 1:16, 1:25, 2:8, 3:1, 101:3
**lose** [1] - 95:10
**losing** [1] - 59:24
**loss** [3] - 22:11, 32:2, 60:3
**luck** [1] - 97:7
**Luis** [2] - 94:18, 96:25
**lunch** [2] - 3:7, 100:6

## M

**ma'am** [28] - 5:6, 7:7, 9:2, 21:22, 22:15,

30:24, 31:16, 32:11, 33:2, 33:10, 35:6, 35:18, 41:11, 45:8, 46:18, 47:13, 47:15, 51:8, 54:22, 55:11, 56:8, 57:21, 57:24, 59:6, 60:4, 61:12, 66:16, 68:19
**machete** [1] - 27:16
**maintain** [1] - 6:3
**major** [1] - 100:1
**male** [1] - 42:16
**Mammoth** [1] - 40:5
**Management** [1] - 14:1
**management** [2] - 7:16, 25:19
**manager** [13] - 4:13, 17:21, 17:23, 22:9, 47:19, 47:21, 49:13, 49:14, 49:20, 50:15, 50:19, 66:21, 66:23
**manages** [1] - 22:4
**Manhattan** [1] - 22:21
**manner** [1] - 29:19
**Mar** [1] - 41:13
**Marines** [2] - 51:21, 55:24
**marital** [2] - 23:20, 41:18
**marketing** [1] - 9:7
**marriage** [1] - 69:3
**married** [13] - 5:12, 9:9, 13:11, 17:22, 20:9, 35:21, 37:24, 41:19, 56:11, 58:3, 60:10, 63:7, 76:22
**marshal** [1] - 24:12
**Marvel** [1] - 77:5
**Mary** [1] - 97:1
**Maryam** [1] - 61:13
**Maryland** [1] - 68:6
**math** [1] - 94:21
**matter** [7] - 37:11, 51:6, 73:2, 76:2, 98:24, 99:3, 101:12
**McCall** [4] - 13:4, 16:25, 94:17, 96:23
**McKenzie** [1] - 66:16
**mean** [14] - 19:3, 24:2, 24:11, 28:8, 33:24, 34:15, 42:19, 43:19, 75:3, 78:16, 82:10, 85:6, 85:11, 97:13
**means** [3] - 44:7, 63:24, 97:16
**mechanic** [1] - 63:8
**medically** [1] - 22:6

**medicine** [1] - 38:3
**meet** [5] - 79:13, 81:3, 82:6, 97:20, 97:23
**member** [1] - 73:18
**members** [7] - 8:1, 8:9, 15:22, 63:21, 71:22, 72:3, 72:25
**mental** [3] - 49:15, 59:21, 88:4
**mentally** [1] - 15:10
**mention** [1] - 72:8
**mentioned** [6] - 16:6, 45:3, 53:13, 72:20, 74:22, 88:2
**mid** [2] - 92:22, 92:24
**middle** [2] - 22:4, 54:5
**might** [11] - 12:18, 19:15, 19:24, 29:14, 34:17, 36:25, 37:1, 57:13, 66:24, 67:1, 67:23
**military** [24] - 4:19, 6:14, 8:2, 8:18, 15:18, 20:18, 20:24, 21:3, 25:3, 33:15, 33:17, 46:7, 51:18, 54:16, 54:17, 57:9, 58:17, 58:24, 60:21, 63:21, 67:11, 72:9, 78:3, 87:12
**mind** [15] - 7:10, 13:6, 23:23, 31:5, 32:3, 34:22, 35:23, 44:20, 55:5, 56:9, 61:16, 66:18, 68:21, 74:25, 76:19
**mindful** [1] - 17:9
**minor** [1] - 60:10
**minute** [5] - 89:21, 90:9, 91:18, 92:17, 93:24
**minutes** [1] - 89:25
**Mirassadi** [6] - 61:7, 61:13, 62:23, 62:25, 95:23, 97:1
**mispronounce** [1] - 76:17
**missing** [1] - 12:25
**mistake** [1] - 93:8
**mistaken** [1] - 94:22
**mistreated** [2] - 53:16, 87:14
**mistreating** [1] - 53:23
**mistrust** [1] - 30:1
**mix** [1] - 34:5
**mixed** [1] - 87:11

**modern** [2] - 78:8
**mom** [3] - 41:15, 51:5, 56:14
**moment** [7] - 51:25, 53:18, 69:24, 88:18, 89:3, 92:5, 95:8
**moments** [2] - 89:6, 100:4
**Monica** [1] - 58:1
**Monrovia** [1] - 56:10
**Montebello** [1] - 49:12
**Monterey** [1] - 39:20
**month** [1] - 52:1
**moral** [3] - 70:18, 82:2, 82:16
**morning** [34] - 3:11, 6:8, 7:20, 11:3, 15:6, 18:3, 20:13, 22:15, 24:21, 26:5, 32:12, 33:10, 36:2, 38:9, 39:24, 42:5, 47:24, 49:24, 51:9, 55:9, 57:3, 58:11, 60:17, 62:5, 63:14, 65:7, 67:4, 69:17, 79:6, 97:19, 98:7, 98:16, 99:5, 100:1
**most** [1] - 77:11
**mostly** [3] - 10:10, 67:14, 78:3
**mother** [2] - 56:16, 60:10
**move** [1] - 98:3
**moved** [3] - 10:9, 73:23, 74:23
**movies** [2] - 34:3, 41:20
**MR** [187] - 5:2, 5:4, 7:3, 7:6, 8:22, 8:25, 11:24, 12:2, 12:5, 12:11, 12:14, 12:18, 13:3, 16:22, 16:24, 17:13, 17:15, 19:7, 19:9, 19:23, 20:2, 21:12, 21:14, 21:20, 23:8, 23:10, 23:15, 25:10, 25:12, 28:25, 29:2, 29:9, 30:10, 30:20, 31:12, 31:15, 32:24, 33:1, 35:7, 35:13, 35:15, 37:16, 37:18, 39:5, 39:7, 39:12, 40:21, 40:23, 41:2, 41:8, 46:24, 47:10, 47:12, 49:3, 49:5, 50:11, 50:14, 50:23, 53:10, 53:12, 53:20, 53:25, 54:11, 54:13, 54:17, 54:19,

56:2, 56:4, 57:17, 57:20, 59:8, 59:11, 60:2, 61:3, 61:5, 62:20, 62:22, 64:11, 64:13, 66:10, 66:12, 67:22, 68:2, 68:10, 68:12, 68:17, 74:21, 75:2, 75:5, 75:10, 75:12, 75:17, 75:21, 76:1, 76:8, 76:13, 78:25, 79:2, 80:3, 80:5, 80:8, 80:12, 80:24, 81:1, 81:10, 81:13, 81:25, 82:2, 82:10, 82:21, 82:23, 83:14, 83:21, 83:23, 84:3, 84:14, 84:16, 85:15, 85:22, 86:7, 86:10, 86:13, 86:21, 87:1, 87:6, 87:10, 87:17, 87:20, 88:1, 88:10, 88:12, 88:15, 88:17, 88:20, 88:24, 89:3, 89:4, 89:8, 89:12, 89:19, 89:21, 89:23, 90:1, 90:4, 90:9, 90:14, 90:22, 90:23, 91:6, 91:11, 91:14, 91:18, 91:19, 91:23, 92:2, 92:5, 92:7, 92:11, 92:15, 92:17, 92:21, 92:24, 93:2, 93:6, 93:10, 93:13, 93:16, 93:20, 93:24, 94:5, 94:8, 94:12, 94:23, 94:25, 95:8, 95:12, 95:16, 95:19, 95:21, 96:2, 96:4, 96:10, 96:14, 99:17, 99:20, 99:22, 100:10
**MS** [1] - 91:2
**murder** [1] - 4:3
**murdered** [1] - 59:19
**musicians** [1] - 47:21
**must** [4] - 52:17, 70:6, 70:12, 75:19

**N**

**naivety** [1] - 5:21
**name** [5] - 9:6, 30:25, 61:13, 76:17, 97:3
**names** [3] - 96:7, 96:19, 97:5
**nauseam** [1] - 98:22
**Navy** [2] - 18:9, 62:13

**necessarily** [2] - 30:5, 30:7
**need** [7] - 25:6, 66:24, 81:2, 82:4, 84:10, 95:18, 100:7
**needs** [1] - 33:22
**negative** [18] - 26:19, 36:11, 36:12, 37:3, 37:9, 51:22, 71:22, 72:4, 74:9, 75:5, 75:7, 77:24, 80:8, 81:6, 82:11, 82:24, 83:4, 84:21
**neighborhood** [1] - 87:8
**neighbors** [4] - 38:15, 38:19, 39:7, 39:9
**Nelson** [2] - 21:22, 92:15
**nephews** [1] - 72:13
**never** [6] - 17:24, 25:24, 26:19, 38:21, 64:3, 77:13
**new** [1] - 29:9
**New** [3] - 22:21, 23:3, 48:8
**news** [3] - 43:19, 44:17, 85:8
**news-savvy** [1] - 85:8
**next** [21] - 80:23, 81:24, 82:20, 84:12, 86:6, 87:5, 87:25, 88:16, 88:22, 89:2, 90:5, 90:8, 90:13, 92:1, 92:10, 92:14, 92:16, 92:20, 93:19, 93:20, 95:14
**niece** [1] - 59:18
**night** [1] - 61:25
**ninth** [1] - 100:19
**NO** [3] - 1:7, 1:23, 101:20
**non** [1] - 4:1
**non-employed** [1] - 4:1
**none** [1] - 8:6
**Norberto** [1] - 97:2
**North** [1] - 22:1
**NORTH** [2] - 2:7, 2:12
**north** [1] - 18:12
**noted** [1] - 82:4
**notes** [1] - 83:19
**nothing** [11] - 8:12, 14:19, 17:10, 23:6, 38:25, 41:2, 55:16, 67:12, 68:18, 78:22, 99:20

**Number** [40] - 3:8, 15:17, 17:2, 18:9, 20:18, 25:2, 26:14, 38:15, 40:4, 46:10, 51:17, 51:24, 55:18, 62:11, 65:12, 80:24, 81:25, 82:21, 84:14, 87:6, 88:21, 88:25, 89:1, 90:5, 90:6, 91:24, 92:2, 92:8, 92:9, 92:12, 92:15, 92:18, 92:19, 93:2, 93:4, 93:7, 93:17, 93:20, 94:1, 94:13
**number** [2] - 14:5, 14:7
**nursing** [1] - 33:7
**Nuys** [1] - 35:20
**NYPD** [1] - 22:25

**O**

**objection** [6] - 82:2, 82:16, 87:1, 87:20, 90:20, 90:22
**objective** [4] - 26:17, 28:13, 28:16, 98:2
**observe** [1] - 44:13
**observers** [2] - 100:18
**obviously** [3] - 28:2, 52:15, 55:21
**occasionally** [1] - 9:10
**occupation** [7] - 9:7, 13:18, 17:22, 23:20, 41:14, 55:22, 76:22
**occupations** [1] - 69:11
**Octave** [2] - 3:8, 94:16
**Octavia** [1] - 96:23
**odd** [5] - 5:16, 16:3, 16:11
**OF** [8] - 1:2, 1:5, 1:14, 2:1, 2:11, 101:1, 101:3, 101:4
**offense** [2] - 53:3, 70:6
**offenses** [1] - 67:25
**Office** [1] - 56:15
**OFFICE** [2] - 2:4, 2:11
**officer** [11] - 19:13, 19:16, 21:16, 30:6, 43:12, 54:4, 54:14, 68:8, 73:4, 84:24, 86:18
**officers** [5] - 12:24, 28:1, 50:17, 59:15,

72:17
**Official** [1] - 101:6
**OFFICIAL** [2] - 1:24, 101:1
**often** [1] - 47:7
**oil** [1] - 22:5
**older** [3] - 22:4, 55:23, 68:16
**oldest** [2] - 56:12, 56:14, 69:12
**OLIVER** [2] - 2:11, 2:11
**once** [2] - 3:19, 83:12
**one** [111] - 3:18, 5:14, 6:10, 6:11, 6:19, 6:20, 7:22, 7:23, 11:5, 11:6, 15:13, 17:1, 18:6, 19:9, 20:15, 21:14, 22:18, 22:20, 23:10, 24:23, 24:24, 25:1, 25:3, 26:8, 30:11, 31:1, 31:21, 32:14, 32:15, 33:12, 33:20, 36:4, 36:5, 38:12, 40:1, 40:2, 41:21, 42:7, 42:23, 44:23, 46:6, 48:2, 49:15, 50:1, 50:2, 51:12, 55:12, 56:21, 57:6, 58:13, 58:14, 59:16, 60:13, 60:18, 60:20, 62:7, 62:8, 62:12, 62:13, 62:16, 63:17, 63:22, 65:10, 67:6, 67:7, 68:5, 69:19, 69:20, 69:25, 80:4, 80:8, 83:7, 83:21, 84:9, 86:14, 88:18, 89:3, 89:21, 90:9, 90:25, 91:1, 91:4, 91:18, 92:5, 92:17, 93:20, 93:24, 94:8, 94:10, 95:9, 95:10, 100:6
**ones** [1] - 67:10
**oOo** [1] - 3:3
**opened** [1] - 46:13
**opening** [3] - 97:25, 99:25, 100:5
**operations** [2] - 17:23, 60:9
**operator** [1] - 4:10
**opinion** [5] - 17:6, 75:8, 81:14, 86:19, 98:24
**opinions** [5] - 19:4, 28:18, 77:24, 79:10, 81:19
**opportunity** [2] -

89:8, 89:15

**opposed** [1] - 12:12
**opposite** [1] - 86:19
**order** [2] - 69:4, 95:6
**outcome** [1] - 65:25
**over-regulated** [1] - 12:8
**overcome** [1] - 80:10
**overflow** [1] - 100:16
**own** [14] - 6:23, 8:4, 21:6, 27:19, 27:22, 27:23, 37:22, 41:20, 56:17, 73:19, 73:22, 74:2, 74:24, 77:25
**owned** [2] - 41:19, 74:23
**owner** [1] - 85:7
**ownership** [6] - 4:22, 17:3, 33:21, 37:4, 74:9, 78:10
**owning** [1] - 33:22
**owns** [1] - 56:17

## P

**P.M** [2] - 1:15, 3:2
**p.m** [5] - 79:17, 96:16, 97:10, 99:11, 100:23
**page** [1] - 101:12
**Pamela** [1] - 92:15
**panel** [1] - 91:8
**paper** [1] - 85:24
**papers** [1] - 85:8
**paralegal** [2] - 10:8, 55:19
**parents** [1] - 52:3
**park** [2] - 35:16, 92:9
**Park** [1] - 33:3, 39:20
**parking** [1] - 65:5
**parole** [1] - 42:24
**parolee** [1] - 83:1
**part** [3] - 8:7, 63:21, 63:23
**particular** [3] - 27:19, 28:1, 67:12
**particularly** [3] - 82:25, 84:21, 84:23
**parties** [1] - 90:16
**Pasadena** [1] - 33:6
**pass** [4] - 82:16, 89:17, 95:12, 95:16
**passed** [2] - 32:9, 95:17
**passes** [3] - 64:24, 64:25, 95:10
**past** [9] - 10:7, 11:9, 12:20, 26:18, 28:17, 48:11, 67:13, 99:15, 99:16

**Patricia** [2] - 94:17, 96:23
**paying** [18] - 3:11, 18:2, 20:12, 32:12, 33:9, 36:1, 38:8, 42:4, 47:23, 49:24, 51:8, 55:8, 58:10, 60:16, 62:4, 69:16, 77:17, 79:7
**PD** [1] - 22:21
**peace** [3] - 19:13, 19:16, 54:13
**people** [15] - 6:17, 28:15, 29:14, 29:25, 30:2, 34:8, 34:16, 42:21, 45:1, 75:8, 76:1, 81:21, 87:13, 97:12
**per** [3] - 91:9, 91:10
**percent** [2] - 53:1, 53:6
**peremptories** [4] - 79:20, 88:4, 88:6, 95:3
**peremptory** [21] - 88:23, 89:9, 90:8, 91:7, 91:9, 92:1, 92:10, 92:14, 92:16, 92:20, 93:4, 93:5, 93:19, 93:22, 94:3, 94:6, 94:8, 94:12, 95:7, 95:10, 95:14
**perhaps** [1] - 50:17
**permitted** [1] - 91:7
**person** [6] - 28:14, 45:10, 45:15, 59:4, 70:20, 83:7
**person's** [1] - 75:18
**personal** [9] - 17:3, 26:20, 27:12, 72:14, 73:3, 74:5, 74:8, 82:11, 85:23
**personally** [2] - 72:7, 85:17
**perspective** [3] - 26:21, 95:18, 95:20
**pertain** [1] - 63:25
**pertains** [1] - 38:24
**petroleum** [3] - 23:25, 24:6, 24:7
**phone** [2] - 5:25, 6:4
**photography** [1] - 78:9
**physical** [2] - 28:18, 30:19
**pick** [1] - 52:4
**picked** [3] - 37:10, 45:6, 46:2
**picking** [1] - 52:5
**Pico** [1] - 63:6

**picture** [1] - 76:14
**piece** [1] - 46:16
**place** [1] - 44:17
**PLAINTIFF** [2] - 1:6, 2:3
**planet** [1] - 41:17
**planning** [2] - 8:11, 96:12
**planting** [1] - 43:16
**pledge** [1] - 85:23
**plus** [1] - 52:10
**point** [8] - 30:9, 36:18, 89:13, 92:22, 92:25, 93:11, 95:9, 96:10
**points** [1] - 37:3
**police** [10] - 51:23, 54:17, 68:8, 72:15, 73:2, 77:24, 84:19, 86:16, 86:18, 86:24
**Police** [7] - 43:3, 43:8, 43:22, 44:4, 71:23, 72:5, 73:1
**policeman** [1] - 43:16
**Porsche** [1] - 42:23
**position** [2] - 11:20, 80:11
**positive** [6] - 14:3, 59:3, 71:22, 72:4, 74:9, 75:6
**possess** [1] - 21:6
**possession** [2] - 18:25, 19:1
**possible** [3] - 96:9, 98:4, 98:21
**possibly** [1] - 83:14
**power** [4] - 3:25, 4:9, 4:14, 100:6
**practice** [3] - 8:2, 8:9, 8:10
**prefer** [3] - 6:11, 47:5, 47:8
**preference** [1] - 3:17
**premium** [1] - 77:11
**prepared** [1] - 99:13
**prescription** [1] - 38:3
**presence** [1] - 48:22
**present** [2] - 79:19, 89:9
**presentation** [1] - 86:3
**presentations** [1] - 12:21
**presented** [2] - 13:2, 34:11
**pressure** [3] - 26:22, 28:7, 83:9
**presumed** [1] - 52:25

**presumption** [1] - 84:17
**pretty** [7] - 45:9, 67:16, 77:5, 80:17, 80:19, 81:19, 91:3
**prevent** [2] - 70:19, 72:16
**previous** [1] - 28:20
**previously** [1] - 72:20
**price** [1] - 77:12
**private** [1] - 7:15
**probation** [4] - 27:13, 27:18, 27:24, 83:1
**probing** [1] - 67:23
**problem** [9] - 25:21, 26:2, 26:14, 30:19, 59:20, 70:22, 82:24, 83:24, 85:25
**problematic** [2] - 82:17, 87:23
**problems** [1] - 27:21
**proceedings** [3] - 91:20, 100:23, 101:11
**PROCEEDINGS** [1] - 1:14
**process** [3] - 3:12, 3:15, 88:3
**produces** [2] - 24:4, 37:22
**production** [2] - 37:22, 47:20
**productive** [1] - 56:25
**products** [1] - 77:6
**profiled** [2] - 42:17, 85:17
**profiling** [2] - 43:16, 84:22
**profound** [1] - 55:21
**program** [2] - 12:17, 17:21
**programs** [1] - 75:22
**project** [1] - 50:15
**proof** [1] - 10:17
**properties** [1] - 77:4
**property** [1] - 10:11
**prosecution** [1] - 80:23
**prosecution's** [2] - 71:12, 71:17
**PROSPECTIVE** [344] - 3:9, 3:13, 3:16, 3:21, 3:24, 4:6, 4:10, 4:13, 4:16, 4:24, 5:7, 5:10, 5:25, 6:3, 6:9, 6:13, 6:17, 7:1, 7:9, 7:12, 7:14, 7:21, 7:25, 8:10, 8:15, 8:20, 9:3, 9:6,

9:17, 9:20, 9:24, 10:2, 10:6, 10:10, 10:16, 10:19, 10:22, 11:1, 11:4, 11:8, 11:19, 12:4, 12:9, 12:13, 12:16, 13:1, 13:5, 13:8, 13:16, 13:19, 13:25, 14:9, 14:12, 14:14, 14:19, 14:22, 15:5, 15:8, 15:11, 15:15, 15:17, 16:9, 16:19, 17:1, 17:9, 17:18, 17:20, 18:4, 18:8, 18:14, 18:18, 18:20, 18:23, 19:3, 19:14, 19:20, 20:1, 20:4, 20:7, 20:14, 20:18, 20:21, 20:23, 21:5, 21:7, 21:10, 21:19, 21:23, 22:1, 22:16, 22:20, 23:2, 23:6, 23:14, 23:19, 23:25, 24:3, 24:7, 24:10, 24:13, 24:15, 24:18, 24:22, 25:1, 25:8, 25:17, 25:23, 26:1, 26:6, 26:10, 26:12, 26:16, 27:8, 27:11, 27:24, 28:12, 29:6, 29:21, 30:16, 30:23, 30:25, 31:7, 31:10, 31:18, 31:20, 31:25, 32:5, 32:7, 32:10, 32:13, 32:17, 32:21, 33:4, 33:6, 33:11, 33:14, 34:5, 34:13, 34:21, 34:25, 35:3, 35:11, 35:19, 35:25, 36:3, 36:7, 36:11, 36:17, 36:24, 37:3, 37:13, 37:21, 38:2, 38:5, 38:10, 38:14, 38:20, 38:23, 39:3, 39:11, 39:15, 39:17, 39:20, 39:25, 40:4, 40:8, 40:15, 40:19, 41:1, 41:5, 41:10, 41:13, 41:18, 42:1, 42:6, 42:10, 42:13, 42:16, 42:19, 43:5, 43:13, 44:2, 44:23, 45:9, 45:12, 45:17, 45:20, 46:3, 46:6, 46:19, 46:21, 47:3, 47:16, 47:19, 47:25, 48:4, 48:7, 48:10, 48:13, 48:16, 48:24, 49:9, 49:12, 49:22, 49:25, 50:4, 50:9, 50:20, 51:1, 51:4, 51:10, 51:14,

51:16, 52:19, 52:23, 53:4, 53:16, 53:22, 54:3, 54:10, 54:12, 54:15, 54:18, 54:21, 54:23, 55:1, 55:6, 55:10, 55:15, 55:23, 56:7, 56:10, 56:20, 57:4, 57:8, 57:15, 57:23, 58:1, 58:12, 58:16, 58:22, 59:2, 59:16, 60:5, 60:8, 60:20, 61:1, 61:8, 61:10, 61:13, 61:19, 61:22, 61:24, 62:3, 62:6, 62:10, 62:17, 62:24, 63:3, 63:6, 63:15, 63:20, 64:2, 64:8, 64:15, 64:18, 64:23, 64:25, 65:5, 65:8, 65:12, 65:15, 65:18, 65:21, 65:23, 66:2, 66:7, 66:17, 66:20, 67:1, 67:5, 67:9, 67:25, 68:5, 68:15, 68:18, 68:23, 69:2, 69:7, 69:10, 69:15, 69:18, 69:22, 70:1, 70:4, 70:7, 70:11, 70:14, 70:17, 70:21, 70:24, 71:4, 71:10, 71:15, 71:20, 71:25, 72:7, 72:10, 72:13, 72:19, 72:24, 73:3, 73:8, 73:10, 73:14, 73:17, 73:20, 73:23, 74:1, 74:4, 74:7, 74:10, 74:14, 74:18, 75:1, 75:3, 75:7, 75:16, 75:20, 75:24, 76:4, 76:12, 76:14, 76:18, 76:21, 77:3, 77:11, 77:15, 77:19, 77:23, 78:7, 78:15, 78:19, 78:22
**Prospective** [3] - 79:17, 96:16, 97:10
**protection** [1] - 8:5
**protective** [1] - 78:2
**prove** [5] - 33:20, 35:8, 36:22, 53:2, 70:12
**proved** [2] - 16:17, 85:14
**proven** [4] - 34:20, 44:15, 45:25, 48:22
**provide** [1] - 3:22
**providing** [1] - 13:6
**public** [2] - 49:22, 50:15
**pull** [1] - 91:15

**pulled** [1] - 42:22
**punished** [1] - 75:9
**purposes** [2] - 78:2, 97:16
**pursuant** [2] - 91:6, 101:9
**push** [1] - 99:14
**put** [6] - 47:5, 47:7, 47:8, 81:15, 96:13

## Q

**questioning** [1] - 29:3
**questionnaire** [1] - 3:14
**questions** [129] - 3:18, 3:19, 5:2, 5:8, 6:8, 6:11, 7:3, 7:20, 7:22, 8:22, 9:5, 11:2, 11:6, 11:24, 12:3, 15:9, 15:13, 16:22, 17:12, 18:7, 19:7, 20:6, 20:15, 20:16, 21:12, 21:25, 22:18, 22:19, 23:8, 23:18, 24:23, 25:10, 25:16, 26:8, 26:9, 26:23, 27:4, 28:19, 28:24, 28:25, 31:12, 31:15, 32:14, 32:16, 32:24, 33:12, 33:13, 34:17, 35:15, 36:4, 36:5, 36:8, 37:16, 37:18, 38:9, 38:12, 39:5, 39:18, 39:24, 40:1, 40:21, 41:12, 42:5, 42:8, 43:1, 46:22, 47:12, 47:18, 48:1, 48:2, 49:3, 49:11, 50:1, 50:3, 50:11, 51:3, 51:9, 51:12, 51:14, 53:10, 54:24, 55:9, 55:12, 55:13, 56:2, 56:4, 56:9, 57:2, 57:6, 57:17, 57:25, 58:11, 58:14, 58:16, 59:8, 60:7, 60:18, 60:19, 61:3, 61:12, 62:5, 62:7, 62:9, 62:20, 63:5, 63:13, 63:17, 63:18, 64:11, 64:17, 65:10, 65:11, 66:10, 66:19, 67:7, 68:22, 69:19, 69:20, 69:22, 76:20, 77:18, 77:21, 78:17, 78:25, 79:4, 85:4
**quick** [4] - 42:25, 96:10, 100:3

**quit** [3] - 51:22, 53:19, 87:15
**quite** [3] - 57:1, 62:11, 87:22

## R

**racist** [1] - 53:17
**Rafael** [3] - 23:17, 94:17, 96:24
**raise** [1] - 98:8
**raised** [1] - 99:7
**raising** [2] - 56:25, 58:8
**Ralph's** [1] - 24:19
**Ramona** [1] - 93:17
**rather** [1] - 47:9
**rational** [1] - 83:7
**reach** [4] - 4:3, 5:17, 13:14, 22:8
**reaction** [3] - 83:10, 83:11, 83:13
**read** [11] - 38:9, 43:14, 43:19, 44:17, 47:7, 84:22, 85:24, 94:14, 96:19, 97:3, 97:4
**reads** [1] - 85:7
**ready** [2] - 80:15, 99:14
**real** [1] - 85:11
**realize** [2] - 37:5, 45:20
**realized** [1] - 11:12
**really** [5] - 45:15, 50:20, 59:21, 63:23, 76:6
**Realtime** [1] - 101:6
**realtor** [1] - 22:2
**reason** [1] - 99:15
**reasonable** [4] - 35:9, 36:22, 81:3, 82:6
**reasons** [1] - 74:5
**recently** [2] - 43:15, 84:22
**recognizing** [1] - 44:16
**record** [3] - 67:13, 67:24, 82:19
**recordings** [1] - 52:9
**recreational** [1] - 78:2
**Redondo** [1] - 20:7
**referenced** [1] - 84:19
**refinery** [1] - 23:20, 23:24
**reflect** [1] - 83:19
**regarding** [6] - 12:5,

12:21, 26:24, 29:13, 50:21, 68:12
**regardless** [3] - 16:14, 26:15, 70:23
**regular** [1] - 29:18
**regulated** [2] - 12:8, 78:12
**regulating** [1] - 33:23
**regulation** [1] - 77:25
**regulations** [2] - 78:10, 101:13
**rehabilitated** [1] - 81:15
**rehabilitation** [1] - 80:15
**reinforce** [1] - 85:16
**related** [1] - 67:25
**relates** [5] - 16:10, 28:11, 36:14, 81:20, 95:5
**relating** [1] - 18:25
**relationship** [11] - 6:22, 8:17, 19:18, 19:25, 21:2, 22:25, 38:18, 38:25, 40:13, 59:12, 70:2
**relationships** [5] - 16:6, 18:16, 58:23, 60:23, 62:16
**relatives** [2] - 71:21, 72:2
**relies** [1] - 84:24
**religious** [1] - 70:19
**reluctantly** [2] - 81:22, 82:15
**remaining** [3] - 88:6, 89:11, 95:1
**remember** [2] - 5:16, 69:22
**render** [2] - 37:12, 98:12
**rendering** [1] - 84:1
**repeat** [1] - 71:15
**rephrase** [1] - 43:9
**report** [1] - 99:22
**reported** [1] - 101:11
**REPORTER** [2] - 1:24, 101:1
**reporter** [1] - 22:23
**Reporter** [2] - 101:7, 101:20
**REPORTER'S** [1] - 1:14
**reports** [2] - 43:17, 84:23
**request** [1] - 84:12
**resale** [1] - 11:13
**research** [2] - 79:11,

99:3
**reselling** [1] - 12:12
**reside** [1] - 60:8
**residence** [3] - 3:24, 35:19, 41:13
**resin** [1] - 77:12
**resolved** [4] - 15:24, 73:9, 79:21, 96:18
**resort** [1] - 64:23
**respect** [2] - 81:20, 93:23
**respectfully** [1] - 86:1
**respects** [1] - 45:22
**respiratory** [1] - 58:2
**response** [4] - 28:19, 30:19, 85:21, 86:25
**rest** [1] - 91:20
**restaurant** [1] - 61:19
**restaurants** [1] - 22:4
**RESTREPO** [2] - 2:6, 91:2
**restroom** [1] - 91:21
**result** [1] - 15:18
**retention** [1] - 9:7
**retire** [1] - 13:18
**retired** [19] - 5:11, 5:12, 5:23, 6:15, 13:10, 13:11, 13:19, 13:24, 14:21, 14:23, 14:25, 15:20, 18:9, 41:20, 49:13, 56:11, 58:18, 63:22
**retirement** [3] - 6:6, 49:19, 56:25
**retiring** [1] - 13:17
**return** [3] - 79:6, 97:8, 97:18
**review** [1] - 3:14
**revolver** [1] - 4:18
**rewind** [1] - 24:1
**rifle** [1] - 4:18
**rifles** [1] - 57:11
**rig** [1] - 22:6
**riots** [2] - 46:11, 85:7
**rise** [5] - 3:5, 79:16, 96:15, 99:10, 100:21
**rising** [2] - 28:7, 83:9
**Rita** [1] - 92:2
**Rivera** [1] - 63:6
**rob** [1] - 27:15
**robbed** [1] - 65:21
**robbery** [1] - 56:22
**Roberto** [1] - 95:23
**RODRIGUEZ** [77] - 2:5, 5:2, 7:3, 8:22, 11:24, 16:22, 17:13, 19:7, 21:12, 23:8,

25:10, 28:25, 31:12, 32:24, 35:7, 35:13, 37:16, 39:5, 40:21, 46:24, 47:10, 49:3, 50:11, 53:10, 56:2, 57:17, 59:8, 61:3, 62:20, 64:11, 66:10, 67:22, 68:2, 68:10, 74:21, 75:2, 75:5, 75:10, 78:25, 80:3, 80:5, 80:8, 80:24, 81:1, 81:25, 82:2, 82:21, 82:23, 83:14, 83:21, 83:23, 84:14, 84:16, 85:15, 86:7, 87:1, 87:20, 88:10, 88:12, 88:15, 88:24, 90:9, 90:22, 91:6, 91:11, 91:14, 92:5, 92:7, 92:17, 93:24, 94:23, 95:8, 95:12, 95:19, 96:10, 99:17, 99:20

**Rodriguez** [34] - 5:1, 7:2, 8:21, 11:23, 16:21, 17:12, 19:6, 21:11, 23:7, 25:9, 28:23, 31:11, 32:23, 35:5, 37:15, 39:4, 40:20, 46:22, 49:2, 50:10, 53:9, 56:1, 57:16, 59:7, 61:2, 62:19, 64:10, 66:9, 67:21, 74:20, 78:24, 84:7, 86:1, 87:19

**ROOM** [1] - 1:24
**room** [7] - 45:22, 79:9, 93:14, 97:9, 97:19, 100:16, 100:17
**root** [1] - 19:24
**Rowena** [1] - 50:25
**RPR** [1] - 101:20
**Ruben** [1] - 93:20
**Rubicek** [2] - 76:17, 79:3
**Rufin** [2] - 68:20, 68:23
**Rule** [2] - 91:6, 91:13
**running** [1] - 73:4

## S

**safe** [1] - 90:24, 97:7
**safety** [3] - 50:18, 52:6, 52:14
**sales** [7] - 25:18, 29:4, 29:6, 41:14, 66:22, 82:22
**sample** [1] - 23:25
**San** [5] - 22:5, 54:10,

54:12, 54:13, 54:14
**Sandra** [3] - 30:25, 94:17, 96:24
**Santa** [5] - 18:14, 19:12, 58:1, 64:18, 68:24
**Sarah** [2] - 94:19, 96:25
**savvy** [1] - 85:8
**saw** [1] - 53:22
**scales** [1] - 19:17
**scared** [1] - 52:3
**scene** [1] - 75:18
**school** [10] - 41:23, 48:14, 51:6, 52:2, 52:4, 52:14, 53:5, 68:15, 87:8, 87:10
**School** [1] - 87:11
**schools** [1] - 52:14
**science** [2] - 75:14, 76:5
**scientific** [1] - 48:22
**sculptor** [2] - 82:1, 82:10
**sea** [1] - 24:5
**seal** [1] - 62:14
**seat** [2] - 9:10, 97:11
**seated** [3] - 3:5, 98:15, 99:12
**second** [5] - 4:3, 24:1, 60:13, 80:8, 83:21
**Second** [1] - 13:20
**Section** [1] - 101:9
**Security** [1] - 31:8
**security** [2] - 4:17, 6:20
**see** [15] - 5:13, 5:15, 15:22, 30:13, 34:7, 35:17, 41:19, 42:1, 43:16, 46:9, 68:20, 91:15, 98:16, 99:5, 100:13
**selected** [2] - 10:21, 16:15
**selection** [1] - 27:3
**sell** [1] - 77:6
**send** [1] - 69:4
**sense** [2] - 84:5, 89:18
**sentiments** [1] - 55:16
**separate** [2] - 89:8, 89:14
**series** [1] - 96:19
**serve** [10] - 4:2, 5:15, 5:19, 13:13, 30:12, 30:14, 57:9, 70:9, 80:15, 80:20
**served** [6] - 5:18,

14:5, 31:23, 39:22, 62:2, 76:24
**service** [20] - 7:18, 9:13, 14:6, 20:11, 20:22, 23:22, 25:24, 42:2, 47:22, 49:17, 51:7, 58:7, 60:11, 60:12, 63:9, 64:20, 67:2, 77:16, 97:5
**services** [1] - 49:22
**serving** [2] - 25:3, 39:8
**SESSION** [1] - 1:14
**set** [4] - 80:13, 82:13, 97:24, 100:12
**settled** [1] - 60:14
**settles** [1] - 83:12
**seven** [3] - 41:22, 89:25, 95:1
**several** [2] - 26:10, 57:10
**shaped** [1] - 44:10, 45:19
**shared** [2] - 10:4, 43:11
**sharing** [2] - 32:3, 60:2
**sheet** [1] - 5:5
**Shelley** [1] - 41:9
**sheriff** [2] - 18:11, 19:12
**Sheriff** [1] - 18:14
**Sheriff's** [5] - 6:18, 43:21, 71:23, 72:5
**Sherman** [2] - 94:19, 96:25
**ship** [1] - 24:5
**shocker** [1] - 88:11
**shoemaker** [1] - 32:10
**shooting** [1] - 59:19
**shootings** [2] - 52:2, 87:8
**shorter** [1] - 94:9
**shotgun** [3] - 4:18, 27:19, 46:10
**shows** [1] - 75:21
**siblings** [1] - 64:6
**side** [34] - 10:25, 11:18, 12:6, 12:7, 14:18, 19:24, 25:7, 26:25, 27:4, 29:7, 29:14, 32:20, 34:10, 40:16, 50:8, 54:6, 58:17, 58:18, 58:25, 60:25, 62:16, 64:7, 73:12, 86:14, 86:16, 86:20, 86:21, 86:24, 87:2, 90:24, 91:9, 91:10, 99:16

**sides** [6] - 8:19, 38:15, 44:18, 72:20, 74:17, 95:17
**significant** [1] - 7:17
**simply** [7] - 43:23, 43:25, 44:21, 71:12, 71:13, 71:18
**sincere** [1] - 86:4
**sincerity** [1] - 85:12
**single** [10] - 7:17, 23:21, 33:8, 35:21, 39:21, 43:14, 51:4, 64:19, 68:25, 69:6
**sister** [4] - 48:10, 51:17, 51:19, 77:25
**sister-in-law** [2] - 51:17, 51:19
**sitting** [2] - 28:7, 70:19
**situation** [1] - 36:14
**situations** [1] - 68:5
**six** [3] - 56:12, 56:25
**skeptical** [1] - 67:17
**slide** [1] - 66:14
**slight** [2] - 70:24, 71:2
**slightly** [1] - 80:16
**small** [1] - 37:25
**smart** [1] - 10:9
**Sobroski** [1] - 14:25
**Sobrowski** [2] - 15:2
**Social** [1] - 31:7
**social** [2] - 51:20, 98:19
**soldier** [1] - 54:18
**soldiers** [1] - 51:18
**solemnly** [1] - 98:10
**solution** [1] - 52:5
**solving** [1] - 75:23
**some-odd** [1] - 5:16
**someone** [4] - 71:3, 77:7, 82:15, 99:7
**son** [12] - 22:4, 22:5, 31:1, 31:21, 51:6, 56:15, 56:17, 61:15, 61:24, 62:12, 69:12
**Sonia** [2] - 94:18, 96:24
**sons** [2] - 5:13, 56:12
**soon** [2] - 96:9, 98:21
**sorry** [6] - 22:10, 27:1, 52:13, 60:3, 72:16, 92:23
**sort** [8] - 28:5, 34:2, 34:4, 45:4, 48:18, 85:8, 85:10, 97:17
**sounds** [1] - 71:8
**space** [1] - 20:8

**speaking** [1] - 29:25
**specific** [1] - 58:16
**specifically** [6] - 11:19, 11:21, 16:10, 55:17, 75:15, 78:13
**spectrum** [1] - 44:18
**speed** [1] - 7:25
**Spencer** [4] - 30:22, 30:25, 94:18, 96:24
**spent** [2] - 20:19, 20:20
**sport** [3] - 4:18, 8:5, 74:5
**spouse** [14] - 4:11, 9:16, 13:23, 22:12, 25:19, 29:4, 31:6, 32:3, 32:8, 61:17, 61:18
**spouse's** [2] - 10:14, 10:24
**SPRING** [1] - 2:7
**Springs** [1] - 64:18
**staff** [1] - 70:3
**stand** [4] - 53:1, 61:25, 96:22, 98:8
**stand-up** [1] - 61:25
**standard** [3] - 10:17, 85:3, 87:24
**standards** [1] - 78:8
**Star** [1] - 77:5
**start** [5] - 60:15, 63:7, 79:23, 80:1, 80:18
**started** [1] - 98:20
**starting** [1] - 94:16
**State** [1] - 56:15
**state** [2] - 22:7, 86:12
**STATE** [1] - 101:4
**statement** [2] - 16:18, 44:6
**statements** [1] - 100:5
**STATES** [6] - 1:1, 1:5, 2:4, 2:4, 2:6, 2:7
**States** [2] - 20:19, 101:7, 101:9, 101:14
**stating** [1] - 81:6
**station** [2] - 4:10, 27:15
**statue** [1] - 77:8
**statues** [2] - 77:4, 77:12
**status** [2] - 23:20, 41:18
**stay** [3] - 41:15, 56:14, 97:7
**stay-at-home** [2] - 41:15, 56:14
**staying** [2] - 40:6,

56:17
**stenographically** [1] - 101:11
**step** [2] - 47:14, 91:21
**stepdaughter** [4] - 25:20, 25:25, 27:12, 82:24
**stepping** [1] - 7:10
**stepson** [2] - 5:14, 6:14
**Steven** [2] - 94:17, 96:23
**STEVEN** [1] - 1:8
**still** [9] - 15:20, 20:23, 52:7, 52:8, 52:10, 68:15, 79:25, 90:25, 99:14
**stoic** [1] - 30:17
**stories** [4] - 8:12, 10:4, 44:9, 44:17
**story** [1] - 43:19
**straightforward** [1] - 30:8
**STREET** [2] - 1:24, 2:7
**street** [4] - 12:15, 48:11, 49:22, 50:21
**streets** [1] - 50:18
**stressful** [2] - 27:3, 52:15
**strict** [1] - 30:8
**strike** [1] - 89:18
**strive** [9] - 45:10, 45:13, 45:14, 46:1, 46:3, 85:5, 85:12, 85:23, 86:4
**strong** [4] - 28:18, 75:17, 83:4, 84:17
**strongly** [1] - 81:19
**student** [5] - 31:22, 33:7, 35:20, 55:3, 69:12
**studies** [2] - 41:24, 61:25
**studying** [3] - 35:24, 35:25, 55:5
**stuff** [3] - 28:17, 68:1, 68:14
**subject** [1] - 99:3
**submitted** [1] - 98:25
**succinctly** [1] - 13:2
**sued** [2] - 73:1
**sufficient** [1] - 83:17
**suggest** [1] - 44:5
**suit** [1] - 73:3
**suitable** [1] - 84:6
**SUITE** [1] - 2:12
**sulfur** [1] - 24:3
**summer** [1] - 48:11

**superintendent** [1] - 60:9
**Superior** [3] - 13:22, 15:1, 38:6
**supervisor** [4] - 22:5, 64:19, 64:21, 65:3
**support** [8] - 9:10, 9:16, 10:8, 12:19, 18:21, 82:5, 83:17, 85:20
**swear** [3] - 98:3, 98:5, 98:11
**switch** [1] - 80:22
**sworn** [3] - 19:13, 19:16, 54:13
**system** [6] - 12:10, 14:16, 15:23, 44:8, 68:3, 81:21
**systems** [1] - 20:8

## T

**T-boned** [1] - 73:5
**tab** [1] - 88:4
**target** [1] - 81:7
**teacher** [2] - 56:11, 63:7
**technical** [1] - 12:20
**technically** [1] - 27:21
**technician** [2] - 5:11, 5:23
**technologies** [1] - 67:18
**technology** [3] - 17:21, 34:2, 34:6
**television** [1] - 34:3, 37:22
**ten** [1] - 55:24
**terabytes** [1] - 9:21
**terminated** [1] - 9:14
**terms** [1] - 89:12
**TERRI** [4] - 1:23, 101:6, 101:19, 101:20
**testified** [4] - 44:20, 65:13, 65:20, 65:25
**testify** [2] - 70:16, 72:18
**testifying** [1] - 66:4
**testimony** [17] - 12:24, 21:16, 29:17, 29:24, 35:9, 43:12, 67:20, 71:12, 71:17, 72:17, 72:22, 82:8, 83:16, 83:25, 84:19, 84:25, 98:1
**Texpan** [5] - 63:1, 63:12, 64:14, 95:23, 97:1

**THE** [470] - 2:3, 2:10, 3:5, 3:6, 3:10, 3:14, 3:17, 3:22, 4:5, 4:7, 4:11, 4:14, 4:21, 4:25, 5:3, 5:5, 5:8, 5:20, 6:2, 6:5, 6:10, 6:16, 6:21, 7:2, 7:5, 7:7, 7:10, 7:13, 7:19, 7:22, 8:8, 8:12, 8:16, 8:21, 8:24, 9:1, 9:4, 9:15, 9:18, 9:23, 9:25, 10:3, 10:9, 10:12, 10:17, 10:20, 10:23, 11:2, 11:5, 11:15, 11:22, 12:1, 13:4, 13:6, 13:15, 13:17, 13:23, 14:2, 14:10, 14:13, 14:15, 14:20, 15:4, 15:6, 15:9, 15:12, 15:16, 16:5, 16:10, 16:20, 16:23, 16:25, 17:4, 17:12, 17:14, 17:16, 17:19, 18:1, 18:5, 18:13, 18:15, 18:19, 18:22, 18:24, 19:6, 19:8, 19:15, 20:3, 20:5, 20:12, 20:15, 20:20, 20:22, 21:1, 21:6, 21:8, 21:11, 21:13, 21:21, 21:24, 22:10, 22:13, 22:14, 22:17, 22:24, 23:4, 23:7, 23:9, 23:16, 23:23, 24:1, 24:6, 24:9, 24:11, 24:14, 24:16, 24:20, 24:23, 25:5, 25:9, 25:11, 25:13, 25:22, 25:25, 26:3, 26:7, 26:11, 26:13, 27:1, 27:9, 27:23, 28:4, 28:22, 29:1, 30:21, 30:24, 31:5, 31:9, 31:11, 31:14, 31:16, 31:19, 31:23, 32:1, 32:6, 32:8, 32:11, 32:14, 32:18, 32:22, 32:25, 33:2, 33:5, 33:9, 33:12, 33:24, 34:9, 34:14, 34:24, 35:1, 35:5, 35:14, 35:16, 35:23, 36:1, 36:4, 36:9, 36:16, 36:20, 36:25, 37:5, 37:14, 37:17, 37:19, 38:1, 38:4, 38:6, 38:11, 38:17, 38:21, 38:25, 39:4, 39:6, 39:13, 39:16, 39:18, 39:23, 40:1, 40:7, 40:11, 40:16, 40:20,

40:22, 41:9, 41:11, 41:17, 41:25, 42:3, 42:7, 42:12, 42:15, 42:18, 42:25, 43:6, 43:18, 44:5, 45:2, 45:11, 45:14, 45:18, 45:21, 46:4, 46:17, 46:20, 47:11, 47:13, 47:17, 47:23, 48:1, 48:6, 48:9, 48:12, 48:15, 48:18, 49:1, 49:4, 49:6, 49:10, 49:19, 49:23, 50:1, 50:5, 50:10, 50:13, 50:24, 51:2, 51:8, 51:11, 51:15, 52:12, 52:20, 52:24, 53:8, 53:11, 54:8, 54:20, 54:22, 54:24, 55:4, 55:8, 55:11, 55:21, 55:25, 56:3, 56:5, 56:8, 56:19, 56:24, 57:5, 57:13, 57:16, 57:19, 57:21, 57:24, 58:8, 58:13, 58:21, 58:23, 59:6, 59:10, 60:4, 60:6, 60:16, 60:23, 61:2, 61:4, 61:6, 61:9, 61:11, 61:16, 61:23, 62:2, 62:4, 62:7, 62:15, 62:18, 62:21, 62:23, 62:25, 63:4, 63:10, 63:16, 64:1, 64:5, 64:9, 64:12, 64:14, 64:16, 64:21, 64:24, 65:1, 65:6, 65:9, 65:14, 65:16, 65:19, 65:22, 65:24, 66:3, 66:8, 66:11, 66:13, 66:18, 66:24, 67:3, 67:6, 67:21, 68:11, 68:19, 69:1, 69:4, 69:9, 69:14, 69:16, 69:19, 69:24, 70:2, 70:5, 70:8, 70:12, 70:15, 70:18, 70:22, 71:1, 71:6, 71:11, 71:16, 71:21, 72:3, 72:8, 72:12, 72:14, 72:22, 72:25, 73:6, 73:9, 73:11, 73:15, 73:18, 73:22, 73:24, 74:2, 74:5, 74:8, 74:11, 74:15, 74:19, 75:11, 76:15, 76:19, 76:25, 77:9, 77:13, 77:17, 77:20, 78:6, 78:13, 78:16, 78:20, 78:23, 79:1, 79:3, 79:16, 79:18, 80:4,

80:6, 80:11, 80:16, 80:25, 81:9, 81:11, 81:17, 82:1, 82:9, 82:15, 82:22, 83:6, 83:18, 83:22, 84:2, 84:7, 84:15, 85:1, 85:21, 86:1, 86:8, 86:12, 86:20, 86:25, 87:2, 87:9, 87:11, 87:19, 87:21, 88:2, 88:11, 88:14, 88:16, 88:19, 88:22, 89:1, 89:7, 89:10, 89:16, 89:20, 89:22, 89:24, 90:3, 90:7, 90:12, 90:16, 91:1, 91:4, 91:10, 91:12, 91:15, 91:22, 91:25, 92:4, 92:6, 92:9, 92:13, 92:16, 92:19, 92:23, 93:1, 93:3, 93:8, 93:12, 93:14, 93:19, 93:22, 94:2, 94:6, 94:11, 94:14, 94:24, 95:1, 95:11, 95:14, 95:17, 95:20, 95:22, 96:3, 96:5, 96:12, 96:15, 96:17, 97:11, 98:8, 98:15, 98:16, 99:10, 99:12, 99:13, 99:18, 99:21, 99:23, 100:11, 100:21
**therapist** [3] - 22:4, 58:2, 69:3
**therein** [1] - 98:12
**thinking** [2] - 47:3, 87:23
**third** [1] - 60:11
**three** [11] - 22:3, 42:14, 42:16, 52:2, 58:5, 58:8, 60:10, 87:8, 88:15, 95:4
**throughout** [1] - 98:23
**throwing** [1] - 30:3
**Thursday** [2] - 99:15, 99:16
**ticket** [1] - 97:15
**tilting** [1] - 19:17
**Title** [1] - 101:9
**today** [8] - 30:19, 53:1, 77:18, 87:18, 97:5, 97:16, 98:6, 99:19
**today's** [1] - 76:5
**toddler** [1] - 56:16
**token** [1] - 52:21
**tomorrow** [9] - 79:6, 97:18, 97:25, 98:7, 98:16, 99:5, 99:13,

100:1, 100:14
**took** [1] - 28:5
**top** [1] - 85:16
**Torres** [4] - 49:8,
50:15, 94:19, 96:25
**totality** [1] - 44:14
**touching** [1] - 48:18
**tough** [1] - 44:23
**towards** [6] - 79:21,
81:5, 82:25, 83:4,
84:21
**tows** [1] - 58:3
**trader** [1] - 68:24
**train** [1] - 59:24
**trained** [1] - 62:13
**training** [2] - 73:15,
75:14
**TRANSCRIPT** [1] -
1:14
**transcript** [3] - 69:4,
101:10, 101:12
**Transportation** [1] -
50:22
**trash** [1] - 24:4
**travel** [1] - 55:2
**treatment** [1] - 81:21
**trial** [10] - 5:17,
13:14, 13:15, 15:3,
34:12, 60:15, 98:3,
98:23, 99:4, 99:15
**TRIAL** [2] - 1:14,
1:14
**trials** [2] - 9:11, 10:6
**tried** [1] - 5:18
**Tritia** [1] - 9:6
**trouble** [2] - 48:17,
48:19
**true** [3] - 45:17,
98:12, 101:10
**truly** [1] - 98:11
**trust** [6] - 28:9, 30:5,
30:7, 44:20, 47:1,
84:19
**trusting** [1] - 53:23
**truth** [1] - 29:25
**try** [12] - 30:16,
52:23, 53:6, 54:4,
81:18, 83:18, 83:20,
83:23, 95:2, 97:21,
98:11
**trying** [1] - 67:9
**TUESDAY** [2] - 1:15,
3:1
**TV** [1] - 75:21
**twin** [1] - 62:12
**two** [23] - 5:13, 9:12,
9:13, 37:25, 49:15,
56:12, 56:21, 57:11,
58:18, 61:14, 64:2,
69:10, 88:7, 89:2,

89:11, 90:23, 90:24,
91:3, 91:7, 91:8,
91:10, 94:9
**type** [2] - 24:7, 29:4
**typically** [1] - 26:16

## U

**U.S** [3] - 1:3, 62:13,
73:2
**UC** [1] - 61:25
**UCLA** [1] - 41:23
**ultimate** [1] - 83:24
**uncle** [1] - 22:21
**uncles** [4] - 58:18,
59:3, 59:12, 67:11
**uncomfortable** [1] -
70:9
**under** [3] - 46:12,
52:25, 55:7
**unemployed** [4] -
4:8, 9:8, 31:2, 76:23
**unfortunate** [1] -
43:2
**UNITED** [6] - 1:1,
1:5, 2:4, 2:4, 2:6, 2:7
**United** [4] - 20:19,
101:7, 101:9, 101:14
**unless** [1] - 90:20
**unwilling** [1] - 70:9
**up** [31] - 6:10, 6:14,
7:25, 18:11, 19:10,
21:14, 22:22, 23:10,
28:7, 28:23, 28:25,
29:2, 29:13, 39:7,
39:8, 40:5, 41:6, 43:1,
52:4, 52:5, 53:2,
55:11, 61:25, 91:15,
92:22, 92:24, 97:21,
97:24, 98:20, 99:24
**update** [1] - 91:17
**ups** [1] - 5:9
**upstairs** [1] - 93:15
**upstanding** [2] -
45:1, 45:9

## V

**valid** [1] - 81:23
**Van** [1] - 35:20
**vandalism** [1] -
56:21
**various** [1] - 19:4
**Vedvick** [2] - 5:6,
92:3
**Venice** [2] - 46:11,
85:7
**verdict** [10] - 4:4,
5:17, 13:14, 22:8,
38:3, 49:18, 56:22,

56:23, 84:1, 98:12
**versus** [3] - 9:21,
11:13, 71:3
**veteran** [2] - 51:19,
54:16
**viable** [1] - 78:4
**victim** [3] - 65:22,
65:24, 66:4
**video** [13] - 30:2,
34:8, 34:11, 35:10,
36:18, 36:23, 59:23,
59:24, 67:17, 78:9,
78:14, 82:4, 84:18
**view** [3] - 36:18,
37:3, 59:3
**viewed** [1] - 84:25
**views** [6] - 11:16,
18:24, 38:22, 82:25,
84:21, 85:10
**violation** [1] - 37:8
**Viramontes** [1] -
91:25
**virtue** [1] - 34:2
**visceral** [4] - 28:21,
83:9, 83:11, 83:12
**viscerally** [1] - 29:13
**Vista** [1] - 41:14
**visual** [5] - 41:19,
41:20, 47:2, 48:17,
84:18
**vitally** [1] - 98:18
**voir** [31] - 3:7, 3:12,
9:14, 11:3, 15:7,
15:10, 18:2, 20:13,
22:15, 24:21, 26:4,
32:12, 33:10, 36:2,
38:9, 39:24, 42:5,
47:24, 49:24, 51:9,
55:8, 57:2, 58:10,
60:17, 62:4, 63:13,
65:7, 67:3, 69:17,
77:17, 80:18
**VS** [1] - 1:7

## W

**wait** [1] - 91:10
**waiting** [1] - 89:24
**walk** [1] - 9:18
**WALKER** [1] - 2:5
**Wallach** [3] - 47:15,
94:19, 96:25
**wallach** [1] - 49:6
**Wars** [1] - 77:5
**waste** [1] - 100:7
**watch** [2] - 75:21,
100:19
**wealth** [1] - 7:15
**weapon** [1] - 17:5
**weapons** [4] - 17:3,

18:25, 19:4
**weasel** [1] - 30:4
**website** [2] - 77:6,
77:14
**week** [3] - 43:15,
52:1, 87:8
**weigh** [2] - 81:15,
82:7
**weight** [1] - 76:10
**welcome** [2] - 18:1,
23:16
**West** [1] - 7:14
**west** [1] - 66:23
**WEST** [1] - 1:24
**Westlake** [1] - 55:1
**white** [1] - 42:19
**whole** [3] - 14:11,
28:13, 36:17
**wholesale** [1] - 66:21
**widow** [3] - 22:11,
31:21, 32:6
**widowed** [1] - 22:2
**wife** [5] - 3:25, 13:11,
49:14, 60:10, 69:8
**wife's** [1] - 17:22
**Willie** [1] - 97:14
**window** [1] - 56:18
**wish** [19] - 7:23,
12:11, 15:12, 18:6,
20:16, 24:24, 32:15,
36:5, 38:12, 40:2,
50:2, 51:11, 58:14,
60:18, 62:8, 63:17,
65:10, 69:20, 78:18
**withdrawing** [2] -
88:13, 88:14
**witness** [6] - 23:12,
29:18, 44:20, 59:15,
65:12
**witness's** [1] - 67:20
**witnesses** [12] -
26:15, 29:17, 43:7,
43:24, 43:25, 44:13,
54:1, 70:23, 71:12,
71:18, 86:23, 99:14
**Wolff** [3] - 80:6,
80:15, 87:3
**won** [1] - 97:14
**wonder** [1] - 85:10
**wonderful** [3] - 36:1,
41:25, 99:6
**Wonka** [1] - 97:14
**wood** [1] - 56:18
**words** [1] - 81:17
**worker** [1] - 51:20
**works** [12] - 5:14,
10:2, 10:6, 20:10,
29:7, 49:14, 49:15,
49:16, 49:22, 50:16,
56:15, 62:12

**world** [3] - 85:9,
89:13, 97:17
**worries** [1] - 46:24
**wound** [1] - 22:22
**writer** [1] - 66:21
**writing** [1] - 43:15

## Y

**year** [3] - 24:15,
26:18, 28:17
**years** [26] - 5:16,
10:7, 13:14, 13:19,
13:21, 13:22, 14:5,
20:19, 20:20, 22:22,
28:1, 38:5, 40:10,
41:22, 49:13, 53:19,
55:24, 59:18, 60:12,
65:15, 65:16, 67:15,
68:24, 73:4, 74:1,
74:24
**Yeeun** [1] - 33:3
**yeses** [1] - 26:10
**York** [3] - 22:21,
23:3, 48:8
**young** [2] - 52:14,
77:9
**younger** [2] - 22:5,
64:2
**youngest** [1] - 69:11
**yourself** [4] - 29:16,
30:12, 30:13, 30:14

**UNITED STATES DISTRICT COURT**