**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S) | **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action

☐ the following scanned document  ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____   Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action  ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's

   initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

   ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division.  Pursuant to General Order 21-01, the case

   has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number

   _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document.

   The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number

   and judge's initials: _____

☐ Other:


**CLERK, U.S. DISTRICT COURT**

Date: _____     By: _____

                                Deputy Clerk