CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
SONAM HENDERSON (Bar No. 301996)
Deputy Federal Public Defender
(E-Mail: Sonam_Henderson@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
STEVEN DURATE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 20-CR-00387-AB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| STEVEN DUARTE, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Sonam Henderson has been assigned to represent Defendant Steven Duarte instead and place of Deputy Federal Public Defenders Brianna F. Mircheff and Gia Kim.

Please make all necessary changes to the Court's case management/electronic filing system to accurately reflect the newly-assigned attorney to ensure that he receives all e-mails relating to filings in this case.

                                        Respectfully submitted,

                                        CUAUHTEMOC ORTEGA
                                        Federal Public Defender

DATED: June 29, 2022         By:  /s/ *Sonam Henderson*
                                        SONAM HENDERSON
                                        Deputy Federal Public Defender