```
                UNITED STATES DISTRICT COURT

        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

         HONORABLE ANDRÉ BIROTTE JR., U.S. DISTRICT JUDGE


UNITED STATES OF AMERICA,     )
                              )
            PLAINTIFF,        )
                              )
         vs.                  ) No. CR 20-0387-AB
                              )
STEVEN DUARTE,                )
                              )
            DEFENDANT.        )
_____)




            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                 FRIDAY, JANUARY 28, 2022

                        1:22 P.M.

                   LOS ANGELES, CALIFORNIA




_____

           CHIA MEI JUI, CSR 3287, CCRR, FCRR
              FEDERAL OFFICIAL COURT REPORTER
              350 WEST FIRST STREET, ROOM 4311
                LOS ANGELES, CALIFORNIA 90012
                    cmjui.csr@gmail.com
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:

 3        OFFICE OF THE UNITED STATES ATTORNEY
          BY: JUAN M. RODRIGUEZ
 4        BY: KYLE WALKER KAHAN
          ASSISTANT U.S. ATTORNEYS
 5        312 NORTH SPRING STREET
          13TH FLOOR
 6        LOS ANGELES, CALIFORNIA 90012
          (213) 894-2434
 7

 8   FOR THE DEFENDANT:

 9        LAW OFFICE OF OLIVER P. CLEARY
          BY:  OLIVER P. CLEARY, ATTORNEY AT LAW
10        468 NORTH CAMDEN DRIVE
          SUITE 200
11        BEVERLY HILLS, CALIFORNIA 90210
          (424) 324-8874
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            LOS ANGELES, CALIFORNIA; FRIDAY, JANUARY 28, 2022
 2                              1:22 P.M.
 3                               - - -
 4            THE CLERK:  Calling CR 20-387, United States of
 5   America versus Steven Duarte.
 6            Counsel, please state your appearances.
 7            MR. KAHAN:  Good afternoon, Your Honor.
 8            Kyle Kahan for the United States.  I am joined by
 9   Assistant United States Attorney Juan Rodriguez.
10            THE COURT:  Good afternoon to you both.
11            MR. CLEARY:  Good afternoon.
12            Oliver Cleary on behalf of Steven Duarte, and he
13   is appearing telephonically which we would like to address.
14            Also on the Court's video WebEx link are his
15   sister, Elizabeth Duarte, his significant other, Cindy
16   Torres, and other members of his family.
17            THE COURT:  Good afternoon.
18            For purposes of right now, Mr. Duarte, are you
19   okay with us proceeding at least at this moment via
20   telephone?
21            THE DEFENDANT:  If it's okay, whatever you want.
22   I mean, I would prefer video, but it's fine.  It will be
23   fine as well.
24            THE COURT:  Right.  And I am just talking about
25   for right this -- just this moment.
```

1              And I guess, Mr. Cleary, that's what you wanted to
2    talk about?
3              MR. CLEARY:  Right.  Initially, yes, exactly,
4    Your Honor.
5              Mr. Duarte would have preferred to have appeared
6    in person and then understood that the in-person appearances
7    due to the recent rise in Corona virus cases has been
8    switched to video teleconferencing.  If he wished to appear
9    in person, he would have to continue the matter.
10             THE COURT:  Right.
11             MR. CLEARY:  When he was faced with the stress of
12   the delay, he chose to appear through video teleconference
13   with some reluctance but with agreement.
14             However, this morning, obviously, we are faced
15   with the fact that he is now just on the telephone and
16   cannot see the Court visually as far as I can tell, and so
17   it may be something that we should address again.
18             THE COURT:  Okay.  I can appreciate that.  This is
19   the -- what's the right word?  In some respects my hands are
20   tied.  He is at MDC.  And, I guess, because of the
21   conditions there with Coronavirus they don't have the
22   ability to do video right now.
23             And I am not questioning or -- I'm not questioning
24   Mr. Duarte's -- his request to do video.  It's just I don't
25   think we can do it today.  We would have to continue it, and

1   that's fine with me, and out of respect for Mr. Duarte. I
2   can understand why he would want at a minimum to see what's
3   happening before his sentence is imposed.
4          So my proposal would be -- let me see if I can get
5   another date for sentencing. Just bear with me, please. It
6   would probably have to be -- given the current
7   circumstances -- hold on one second. Just bear with me.
8          I am trying to figure out if there is another
9   date -- I want to try to do it in the near future, but there
10  is -- again, I want to be clear. I don't know if -- it may
11  be the same result while we're in the month of February, but
12  let me just see if we can get another date.
13         We could try for February 4th -- that's next
14  week -- at 2:30. Or the alternative might be February the
15  23rd. And I am going to tell you I think, in the abundance
16  of caution, given what's going on at MDC, probably
17  February 23rd or 25th would be better just to give some time
18  for some things to settle out.
19         I am just hearing reports, at least the recent
20  reports, that lawyers having difficulty getting to talk with
21  their clients. We're having this conversation right now
22  with Mr. Duarte on the phone. I don't know if that's going
23  to get resolved in just one week. So, at least, my
24  suggestion would be February 23rd at 2:30.
25         THE DEFENDANT: Excuse me, Your Honor.

1  THE COURT: Excuse me. At 1:00 P.M.

2  MR. CLEARY: Mr. Duarte?

3  THE DEFENDANT: Yes. Excuse me, Your Honor.

4  Yeah, Mr. Oliver, honestly, like the judge just
5  mentioned right now, I mean, if they're just going to
6  postpone time and time, I mean, we might be in the same
7  situation next month, might be this possibility there might
8  be a video.

9  So if it's not -- how do I tell you -- excuse me.
10 I wouldn't really like proceeding on the phone, but if it
11 doesn't give us an option and I still have to wait another
12 month and how about that month comes and another month, I
13 might be in the same situation of just waiting and waiting.
14 And honestly I want to kind of just know what's ahead.

15 And we're ready to move forward, just, kind of,
16 put everything behind me now, you know. So if we can go
17 ahead -- I would prefer -- but just I have been waiting for
18 already 14, 15 months. I just want to know what it is
19 already, you know?

20 THE COURT: Mr. Duarte, let me just speak to you
21 for a moment. Look. I'm not going to tell you what to do.
22 But you have made it clear and for right reasons you want at
23 least to be able to see what's going on, and I cannot fight
24 with you on that. I am not going to say that's a bad
25 decision at all.

1          I think it's best -- let's wait just a few more
2  weeks because I am hoping by the end of February, like
3  February 23rd, things will be such that we can at least
4  probably get you on video at least.  I think that's the best
5  for everyone.
6          I recognize -- look.  I know you want to get this
7  resolved.  But not seeing your lawyer, the prosecutor, the
8  judge when I think things will start to settle down, sort
9  of, in a few weeks, I think it might be best to do that.
10         THE DEFENDANT:  All right.  Mr. André Birotte, if
11 you -- I just -- sometimes you just need like a little
12 advice, kind of just see where you can lean to, and I am
13 okay with that.
14         Like, at the same time, it's been 15 months, and
15 it's like every day my kid asking me -- the mother of my
16 kids, everyone just wonders.  Me, myself, of course, I
17 wonder how much it's going to be.
18         But if it's in everybody's best interest, then I
19 will just wait.  I'll put it over.  It's fine with me, to
20 February 23rd like you just mentioned.
21         THE COURT:  I think it's best.
22         Now, Mr. Cleary, if you disagree, please,
23 obviously, he is your client.  I know just from the history
24 of the case you had wanted in person.
25         Obviously, because of Corona we couldn't do it.

1  So we are trying to do the next best thing.  Now, we are,
2  sort of, at plan C.  And I don't feel comfortable knowing
3  your client's wishes to have it in person and it results in
4  just in phone.
5          So -- but if you say otherwise, Mr. Cleary --
6  obviously, it's your client.  I just want to at least speak
7  to Mr. Duarte directly just to let him know, look.  We are
8  going to do everything we can to make sure it happens on
9  video at a minimum.
10         MR. CLEARY:  And I agree with what -- what
11 Mr. Duarte says, that the 23rd, hopefully by then things
12 will be sorted out and we can at least do by video.
13         But to proceed today at sentencing on just a
14 telephone call, it's just not -- as the Court has expressed,
15 not giving him his full and fair hearing.  So I will agree
16 and join with Mr. Duarte in his request to put it to the
17 23rd of February.
18         THE COURT:  So we'll continue the matter to
19 February 23rd, 1:00 P.M.  And let's all hope and pray that
20 circumstances are such that we can at least get this on
21 video and do the hearing safely where Mr. Duarte can see the
22 Court and we can see him as well.
23         And my apologies to the family members that are
24 waiting.  I know it's frustrating, but I hope you can
25 appreciate why it probably makes sense for everybody

1  involved to have Mr. Duarte at least be able to see what is
2  going on and for everyone to see him.
3       So we'll continue this matter to February 23rd at
4  1:00 P.M.
5       MR. KAHAN: Your Honor --
6       THE COURT: Yes, Mr. Kahan.
7       MR. KAHAN: Just to make sure that -- because of
8  how the defendant responded to Your Honor's proffering of
9  the future dates and why that's necessary, that's -- it's
10 likely consent, but I think, just to make sure that
11 everything on the record, we have the unequivocal consent to
12 continue this sentencing, I would ask this Court to make
13 sure that the defendant is, in fact, consenting to this
14 continuance.
15      THE COURT: Mr. Duarte, are you okay with us
16 continuing this sentence till February 23rd at 1:00 P.M.
17 with the hopes that we can get you at least on video so that
18 you can see us and we can see you?
19      THE DEFENDANT: Yes. I mean, that's what my -- me
20 and my attorney kind of agreed on, yes.
21      THE COURT: Okay. All right. Thank you, sir.
22      Anything further from the government?
23      MR. KAHAN: No, Your Honor.
24      THE COURT: Mr. Cleary, anything further?
25      MR. CLEARY: No. Thank you very much, Your Honor.

```
 1          THE COURT:  So we'll see you all February 23rd at
 2   1:00 P.M.  Thank you.
 3          (Proceedings concluded at 1:33 p.m.)
 4                          --oOo--
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: July 7, 2022.

*/S/ CHIA MEI JUI*

Chia Mei Jui, CSR No. 3287